IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| INHANCE TECHNOLOGIES LLC | : | NO.: 22-cv-5055 |

**O R D E R**

**AND NOW**, this **24th** day of **JANUARY 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Edward G. Smith to the Honorable John F. Murphy for further proceedings.

FOR THE COURT:

JUAN R. SÁNCHEZ
**Chief Judge**

ATTEST:

_/s/George Wylesol_____
**GEORGE WYLESOL
Clerk of Court**