IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>INHANCE TECHNOLOGIES LLC,<br><br>*Defendant*. | Civil Action No. 5:22-cv-05055 (JFM) |

**CORPORATE DISCLOSURE STATEMENT FORM**

Pursuant to Federal Rule of Civil Procedure 7.1, Inhance Technologies LLC, a nongovernmental corporate party in the above listed civil action, states that it does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

/s/   Virginia Gibson
Virginia Gibson (PA Bar No. 32520)
HOGAN LOVELLS US LLP
1735 Market St., Floor 23
Philadelphia, PA 19103
Phone:  (267) 675-4635
Fax: (267) 675-4601
virginia.gibson@hoganlovells.com

J. Tom Boer*
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA  94111
Phone:  (415) 374-2336
Fax: (415) 374-2499
tom.boer@hoganlovells.com

Catherine E. Stetson*
Susan M. Cook*

1

|  |  |
|---|---|
|  | Adam Kushner**<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Phone: (202) 637-5491<br>Fax: (202) 637-5910<br>cate.stetson@hoganlovells.com<br><br>*pro hac vice application pending<br>**pro hac vice application forthcoming |
| Dated: February 21, 2023 | Counsel for Inhance Technologies LLC |