IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| INHANCE TECHNOLOGIES LLC | : | No.: 5:22-cv-05055-JFM |

ORDER

AND NOW, this  21  day of  February  20 23 , it is hereby

ORDERED that the application of ___Susan Cook_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 5:22-cv-05055-JFM

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, Susan Cook, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Maryland Court of Appeals | 12/15/1998 | 199812150138 |
| District of Columbia Court of Appeals | 5/3/1999 | 462978 |
| | | |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| USDC for the District of Columbia | 5/1/2006 | 462978 |
| USDC for the Eastern District of Texas | 8/14/2007 | |
| USDC for Maryland | 1/15/2021 | 21636 |

(see attached sheet)

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*

_____
(Applicant's Signature)

February 21, 2023
(Date)

Name of Applicant's Firm: Hogan Lovells US LLP
Address: 555 13th Street, NW, Washington, DC 20004
Telephone Number: (202) 637-6684
Email Address: susan.cook@hoganlovells.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2023        _____
                (Date)                                              (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of **Susan Cook** to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Virginia A. Gibson | *Virginia A. Gibson* | 12/3/1980 | 32520 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Hogan Lovells US LLP

1735 Market Street, Floor 23, Philadelphia, PA  19103

(267) 675-4600


I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/21/2023                                           *Virginia A. Gibson*
                   (Date)                                                               (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| INHANCE TECHNOLOGIES LLC | : | No.: 5:22-CV-05055-EGS |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Susan Cook__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

All Parties Served via ECF

_____
(Signature of Attorney)

Virginia A. Gibson
_____
(Name of Attorney)

Inhance Technologies LLC
_____
(Name of Moving Party)

2/21/2023
_____
(Date)

B.  I state that I am currently admitted to practice in the following additional federal jurisdictions:

| | |
|---|---|
| U.S. Court of Appeals for the Federal Circuit | 11/2/2004 |
| U.S. Court of Appeals for the Fourth Circuit | 5/5/2000 |
| U.S. Court of Appeals for the District of Columbia | March 2015 |
| U.S. Court of International Trade | 6/14/2019 |