IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civil Action |
| v. | : | |
| INHANCE TECHNOLOGIES LLC | : | No.: 5:22-cv-05055-JFM |

ORDER

AND NOW, this 22nd day of February 20 23, it is hereby

ORDERED that the application of Catherine E. Stetson, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.[1]

☐ DENIED.

_____
MURPHY, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 5:22-cv-05055-JFM

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Catherine E. Stetson, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| District of Columbia Bar | 12-2-1996 | 453221 |
| Virginia State Bar | 11-1-1994 | 37651 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Please see attached sheet | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

(Applicant's Signature)

2/20/23
(Date)

| | |
|---|---|
| Name of Applicant's Firm | Hogan Lovells US LLP |
| Address | Columbia Square, 555 Thirteenth Street, NW |
| Telephone Number | (202) 637-5600 |
| Email Address | cate.stetson@hoganlovells.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/20/23
(Date)

(Applicant's Signature)

04/20

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| INHANCE TECHNOLOGIES LLC | : | No.: 5:22-cv-05055-JFM |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Catherine E. Stetson, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

All Parties Served Via ECF

_Virginia A. Gibson_
(Signature of Attorney)

Virginia A. Gibson
(Name of Attorney)

Inhance Technologies LLC
(Name of Moving Party)

2/21/2023
(Date)

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Catherine E. Stetson to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Virginia A. Gibson | *Virginia A. Gibson* | 12/3/1980 | 32520 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Hogan Lovells US LLP

1735 Market Street Floor 23, Philadelphia, PA 19103

(267) 675-4600

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/21/2023
(Date)

*Virginia A. Gibson*
(Sponsor's Signature)

## CATHERINE E. STETSON

### Bar/Court Admissions

| | | |
|---|---|---|
| District of Columbia<br>[Bar No. 453221] | 12/2/96 | Active |
| Virginia<br>[Bar No. 37651] | 11/1/94 | Active |
| U.S. Supreme Court | 1/7/02 | Active |
| U.S. Court of Appeals for the District of Columbia Circuit | 8/6/98 | Active |
| U.S. Court of Appeals for the First Circuit<br>[Bar No. 1124393] | 5/22/08 | Active |
| U.S. Court of Appeals for the Second Circuit<br>[Bar No. 05-177348] | 11/13/13<br>[Renewed 10/31/18] | Active |
| U.S. Court of Appeals for the Third Circuit | 12/12/06 | Active |
| U.S. Court of Appeals for the Fourth Circuit | 12/3/99 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 5/9/05<br>[Renewed 7/22/15]<br>[Renewed 7/10/20] | Active |
| U.S. Court of Appeals for the Sixth Circuit | 6/3/98 | Active |
| U.S. Court of Appeals for the Seventh Circuit | 10/8/99 | Active |
| U.S. Court of Appeals for the Eighth Circuit | 2/9/07 | Active |

CATHERINE E. STETSON

Bar/Court Admissions—Continued

| | | |
|---|---|---|
| U.S. Court of Appeals for the Ninth Circuit | 2/2/00 | Active |
| U.S. Court of Appeals for the Tenth Circuit | 4/15/99 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 3/25/04 [Renewed 12/22/14] | Active |
| U.S. Court of Appeals for the Federal Circuit | 12/2/99 | Active |
| U.S. District Court for the District of Columbia | 4/8/99 [Renewed 10/1/12; 4/6/16] | Active |
| U.S. District Court for the Eastern District of Michigan | 12/1/04 | Active |

2