IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff*, | ) ) ) | Civil Action No. 5:22-cv-05055-JFM |
| v. | ) ) ) | |
| INHANCE TECHNOLOGIES LLC, | ) ) ) | |
| *Defendant*. | ) ) ) | |

# ORDER

**AND NOW**, this 26th day of April 2023, upon consideration of the April 24, 2023 Unopposed Motion of Public Employees for Environmental Responsibility, Center for Environmental Health and Jay De La Rosa to Intervene as of Right under Federal Rule of Civil Procedure 24(a)(1), it is hereby **ORDERED** that the motion is **GRANTED**. The intervenor-plaintiffs shall forthwith file their intervenor-plaintiff Complaint in the docket of this case.

BY THE COURT:

_____
HONORABLE JOHN F. MURPHY
United States District Judge