IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | Civil Action No. 5:22-cv-05055-JFM |
| ) | |
| v. ) | |
| ) | |
| INHANCE TECHNOLOGIES LLC, ) | |
| ) | |
| *Defendant*. ) | |

## STIPULATED ORDER MODIFYING CASE DEADLINES

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7.4, the parties jointly propose the following deadlines in this case. On December 19, 2022, the United States filed a two-count Complaint against Defendant Inhance Technologies LLC (Inhance) under the Toxic Substances Control Act, 15 U.S.C. § 2616(a), and the Declaratory Judgment Act, 28 U.S.C. § 2201. ECF No. 1. On February 21, 2023, Inhance filed a motion to dismiss the United States' complaint in full. ECF No. 10. That motion is fully briefed and is pending. On April 26, 2023, the court granted Intervenors' motion for intervention; Intervenors filed their Complaint in this TSCA action that same day. ECF Nos. 33, 36.

On May 16, 2023, the United States filed a motion for partial summary judgment on its claim for declaratory relief. ECF No. 37. Inhance's opposition is currently due May 30, 2023. *See* E.D. Pa. Loc. Civ. R. 7.1(c). Due to the significance of the issues raised in this motion for summary resolution, and because the deadline falls the day after a federal holiday weekend, Inhance seeks an approximate two-week extension of time to respond, until June 14, 2023. The United States and Intervenor-Plaintiffs have consented to such an extension so long as (1) the

Government receives a 7-day extension on its reply deadline, until June 28, 2023; and (2) Intervenors are permitted to file a response to the motion on that same date.

Having conferred on these issues, the parties hereby STIPULATE AND AGREE to the following case deadlines:

| | |
|---|---|
| Deadline for Inhance to Respond to Intervenors' Complaint | May 24, 2023 |
| Intervenors' Response to Inhance's Motion to Dismiss | June 7, 2023 |
| Inhance Response to Government's Partial Motion for Summary Judgment | June 14, 2023 |
| Government's Reply Brief in Support of Summary Judgment | June 28, 2023 |
| Intervenors' Response Brief addressing Summary Judgment Motion | June 28, 2023 |

Dated: May 23, 2023

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Richard Gladstein
RICHARD GLADSTEIN, D.C. Bar #362404
Senior Counsel
JONAH SELIGMAN, La. Bar #38890
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611 Washington, DC 20044-7611 (202) 514-1711
Richard.Gladstein@usdoj.gov
Jonah.Seligman@usdoj.gov

*Counsel for the United States*

/s/ Virginia Gibson
Virginia Gibson (PA Bar No. 32520)
HOGAN LOVELLS US LLP
1735 Market St., Floor 23
Philadelphia, PA 19103
Phone: (267) 675-4635
Fax: (267) 675-4601
virginia.gibson@hoganlovells.com

Catherine E. Stetson*
Susan M. Cook*
Adam Kushner*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Phone: (202) 637-5491
Fax: (202) 637-5910
cate.stetson@hoganlovells.com

J. Tom Boer*
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500

San Francisco, CA 94111
Phone: (415) 374-2336
Fax: (415) 374-2499
tom.boer@hoganlovells.com

*admitted pro hac vice

*Counsel for Inhance Technologies LLC*

*/s/ Michael Fiorentino*
Michael D. Fiorentino
LAW OFFICE OF MICHAEL D. FIORENTINO
PA Bar No. 73576
42 E. Second St., Suite 200
Media, PA 19063
(610)-566-2166
mdfiorentino@gmail.com
*Attorney for Intervenor-Plaintiffs*

*/s/ Robert M. Sussman*
Robert M. Sussman
*Pro Hac Vice*
SUSSMAN & ASSOCIATES
DC BAR NO. 226746
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
bobsussman1@comcast.net
*Attorney for Intervenor-Plaintiff Center for Environmental Health and Jay De La Rosa*

*/s/ Paula Dinerstein*
Paula Dinerstein
*Pro Hac Vice*
General Counsel
PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY
DC BAR NO. 333971
962 Wayne Avenue, Suite 610
Silver Spring, MD 20910
202-265-7337
pdinerstein@peer.org
*Attorney for Intervenor-Plaintiff Public Employees for Environmental Responsibility*

SO APPROVED, _____ May 23, 2023:

_____
**HONORABLE John F. Murphy**
**United States District Judge**