IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> INHANCE TECHNOLOGIES LLC, ) <br> ) <br> *Defendant*. ) <br> ) | Civil Action No. 5:22-cv-05055-JFM |

### INHANCE TECHNOLOGIES LLC'S MOTION TO DISMISS
### INTERVENOR-PLAINTIFFS' COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Inhance Technologies LLC (Inhance) respectfully moves this Court to dismiss the Intervenor-Plaintiffs' Complaint, ECF No. 36, which has been brought under the citizen-enforcement provision of Section 20(b)(1)(B) of the Toxic Substances Control Act (TSCA).

Pursuant to Paragraph 5 of the Court's Policies and Procedures, counsel for Inhance explained the basis for its motion to dismiss to Intervenor-Plaintiffs' counsel on May 23, 2023. Intervenor-Plaintiffs oppose the relief requested in this motion. Counsel for Inhance maintains that discovery should not proceed pending resolution of the motions to dismiss. The motions have the potential to fully resolve or greatly simplify the case. The motions are fairly straightforward, and thus it would be in the interests of judicial economy for discovery to be stayed pending resolution of the motions. Counsel for Intervenor-Plaintiffs have advised that they take no position on whether discovery should proceed while the motion is pending.

A proposed order is attached.

                Respectfully submitted,

                <u>/s/  Virginia Gibson</u>
                Virginia Gibson (PA Bar No. 32520)
                HOGAN LOVELLS US LLP
                1735 Market St., Floor 23
                Philadelphia, PA 19103
                Phone: (267) 675-4635
                Fax: (267) 675-4601
                virginia.gibson@hoganlovells.com

                Catherine E. Stetson*
                Susan M. Cook*
                Adam Kushner*
                HOGAN LOVELLS US LLP
                555 Thirteenth Street, NW
                Washington, D.C. 20004
                Phone: (202) 637-5491
                Fax: (202) 637-5910
                cate.stetson@hoganlovells.com

                J. Tom Boer*
                HOGAN LOVELLS US LLP
                4 Embarcadero Center, Suite 3500
                San Francisco, CA  94111
                Phone: (415) 374-2336
                Fax: (415) 374-2499
                tom.boer@hoganlovells.com

                *admitted *pro hac vice*

Dated:  May 24, 2023              *Counsel for Inhance Technologies LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 7.1(d), I certify that on May 24, 2023, I electronically filed the foregoing Motion to Dismiss and memorandum in support using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

/s/   Virginia Gibson