# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) Civil Action No. 5:22-cv-05055-JFM |
| v. | ) |
| INHANCE TECHNOLOGIES LLC, | ) |
| *Defendant*. | ) |

## MEMORANDUM IN SUPPORT OF INHANCE TECHNOLOGIES LLC'S MOTION TO DISMISS INTERVENOR-PLAINTIFFS' COMPLAINT

Catherine E. Stetson*
Susan M. Cook*
Adam M. Kushner*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
cate.stetson@hoganlovells.com

Virginia Gibson (PA Bar No. 32520)
HOGAN LOVELLS US LLP
1735 Market St., Floor 23
Philadelphia, PA 19103
Phone: (267) 675-4635
Fax: (267) 675-4601
virginia.gibson@hoganlovells.com

J. Tom Boer*
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Tel: (415) 274-2300
tom.boer@hoganlovells.com

Dated: May 24, 2023

*Counsel for Inhance Technologies LLC*

*admitted pro hac vice

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Inhance Technologies LLC (Inhance) respectfully moves this Court to dismiss the Intervenor-Plaintiffs' Complaint, ECF No. 36, which has been brought under the citizen-enforcement provision of Section 20(b)(1)(B) of the Toxic Substances Control Act (TSCA).

Intervenor-Plaintiffs' Complaint is ancillary to and raises identical claims as the Government's Complaint, ECF No. 1, and it should be dismissed for the same reasons.  Inhance therefore incorporates by reference the arguments made in its briefing on its pending motion to dismiss.  ECF Nos. 10-1, 27.  As noted therein, the claims in this lawsuit overlap with issues presently before EPA in a parallel administrative proceeding, during which the agency is expected to determine what, if any, conditions should attach to Inhance's fluorination process.  Resolution of that administrative proceeding could very well moot this lawsuit.  And if it does not, allowing both proceedings to run in parallel could subject Inhance to inconsistent governmental positions and judicial outcomes.  Intervenors' Complaint also fails to state a claim under Rule 12(b)(6).  TSCA's "significant new use" provision applies only to "new" uses—not preexisting ones like the one at issue here.

For these reasons, and those set forth in the referenced briefs, the Court should dismiss the Complaint.

Respectfully submitted,

/s/  Virginia Gibson
Virginia Gibson (PA Bar No. 32520)
HOGAN LOVELLS US LLP
1735 Market St., Floor 23
Philadelphia, PA 19103
Phone:  (267) 675-4635
Fax: (267) 675-4601
virginia.gibson@hoganlovells.com

        Catherine E. Stetson\*
        Susan M. Cook\*
        Adam Kushner\*
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, NW
        Washington, D.C. 20004
        Phone: (202) 637-5491
        Fax: (202) 637-5910
        cate.stetson@hoganlovells.com

        J. Tom Boer\*
        HOGAN LOVELLS US LLP
        4 Embarcadero Center, Suite 3500
        San Francisco, CA  94111
        Phone: (415) 374-2336
        Fax: (415) 374-2499
        tom.boer@hoganlovells.com

        *\*admitted pro hac vice*

Dated:  May 24, 2023        *Counsel for Inhance Technologies LLC*