## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> INHANCE TECHNOLOGIES LLC, ) <br> ) <br> *Defendant*. ) <br> ) | Civil Action No. 5:22-cv-05055-JFM |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Dismiss the Intervenor-Plaintiffs' Complaint, any opposition and reply thereto, and the record herein, and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. Intervenor-Plaintiff's Complaint is dismissed without prejudice.

**SO ORDERED**, this __ day of _____, 2023.

_____
Honorable John F. Murphy
United States District Judge