IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 5:22-cv-05055-JFM |
| ) | |
| INHANCE TECHNOLOGIES, LLC, ) | |
| ) | |
| *Defendant.* ) | |

**[PROPOSED]**
**ORDER**

AND NOW, this ____ day of _____, 2023, upon consideration of the Motion for Summary Judgment and Injunctive Relief filed by intervenor-plaintiffs Public Employees for Environmental Responsibility, Center for Environmental Health and Jay De La Rosa and the responses thereto,

**IT IS HEREBY ORDERED** that intervenor-plaintiffs' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is **GRANTED** in favor of intervenor-plaintiffs and against defendant Inhance Technologies LLC on (1) intervenor-plaintiffs' claims under sections 17 and 20 of the Toxic Substances Control Act ("TSCA"), 15 U.S.C. §§ 2616 and 2619, that defendant is violating section 15(1) of TSCA, 15 U.S.C. § 2614(1), as a result of its past and continuing failure or refusal to comply with section 5(a) of TSCA, 15 U.S.C. § 2604(a), and 40 C.F.R. § 721.10536; and (2) intervenor-plaintiffs' claims that an injunction to

restrain and prevent these ongoing violations is warranted under sections 17 and 20 of TSCA, 15 U.S.C. §§ 2616 and 2619.

**IT IS FURTHER ORDERED** that defendant Inhance is hereby directed to (1) immediately cease producing and processing Long-Chain Perfluoroalkyl Carboxylate ("LCPFAC") substances during the fluorination of plastic containers; (2) immediately cease distributing in commerce fluorinated containers in which LCPFAC substances are present; and (3) immediately inform all prior recipients of fluorinated containers that processing of these containers is a violation of section 5(a) of TSCA and should be discontinued as soon as is practicable.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction to oversee implementation of this Order and consider any modifications of the Order that may be warranted as a result of actions by the Environmental Protection Agency in response to significant new use notices for LCPFAC substances submitted by defendant Inhance and other relevant developments.

BY THE COURT:

_____
HONORABLE JOHN F. MURPHY
United States District Judge