IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  22-5055 |
| | : | |
| **INHANCE TECHNOLOGIES, LLC** | : | |

# ORDER

**AND NOW**, this 13th day of June 2023, upon considering Intervenor-Plaintiffs' motion for leave to exceed page and word limit for summary judgment memorandum (DI 43), and Inhance's motion to consolidate briefing schedules (DI 44), it is **ORDERED**:

1. Though Intervenor-Plaintiffs already exceeded the page and word limit in their motion for summary judgment (DI 42) without first obtaining leave, we find good cause exists. Intervenor-Plaintiffs' motion for leave to file excess pages (DI 43) is **GRANTED**.[1]

2. Inhance's motion to consolidate briefing schedules (DI 44) is **DENIED** as moot in light of this order.

3. The following briefing schedule — with accompanying page limits — shall apply[2]:

---

[1] We remind the parties that when additional pages are sought, they must seek and obtain leave before filing the subject brief.

[2] This schedule shall also supersede the May 23, 2023 approved stipulation (DI 39).

| Date | Brief(s) Due | Page Limit(s)[3] |
|---|---|---|
| 6/30/23 | Inhance's response in opposition to the United States' motion for partial summary judgment (DI 37) | 30 |
|  | Inhance's response in opposition to Intervenor-Plaintiffs' motion for summary judgment (DI 42) | 50 |
| 7/14/23 | United States' reply in support of its motion for partial summary judgment (DI 37) | 15 |
|  | Intervenor-Plaintiffs' **combined** (i) reply in support of their motion for summary judgment (DI 42) and (ii) response brief addressing the United States' motion for partial summary judgment (DI 37) | 15 |
| 7/21/23 | Inhance may file a single sur-reply addressing any outstanding issues remaining for either motion (DI 37, 42). | 10 |

4.  We will hear oral argument on **Wednesday, August 23, 2023** at **10:00 AM** in **Courtroom 3B** on the motions for summary judgment (DI 37, 42), as well as Inhance's motions to dismiss (DI 10, 40).

MURPHY, J.

---

[3] The parties are encouraged to incorporate arguments by reference to avoid repetition; arguments incorporated by reference do not count against the page limits.