# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 22-5055 |
| INHANCE TECHNOLOGIES LLC, | |
| *Defendant.* | |

## ORDER

AND NOW, this <u>27th</u> day of <u>    June    </u>, 2023, upon consideration of the United States of America's ("United States'") uncontested Motion for Leave to File a Combined Reply in Support of its Motion for Partial Summary Judgment and a Response Brief Addressing the Intervenor-Plaintiffs' Motion for Summary Judgment and Entry of an Injunction, and finding good cause for the same, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the briefing schedule issued on June 13, 2023, (DI 45) is withdrawn and substituted with the following:


[Briefing schedule on following page]

| Date | Brief(s) Due | Page Limit(s)[1] |
|---|---|---|
| 6/30/23 | Inhance's response in opposition to the United States' motion for partial summary judgment (DI 37) | 30 |
| | Inhance's response in opposition to Intervenor-Plaintiffs' motion for summary judgment (DI 42) | 50 |
| 7/14/23 | United States' **combined** (i) reply in support of its motion for partial summary judgment (DI 37) and (ii) response brief, if any, addressing the Intervenor-Plaintiffs' motion for summary judgment (DI 42) | 25 |
| | Intervenor-Plaintiffs' **combined** (i) reply in support of their motion for summary judgment (DI 42) and (ii) response brief addressing the United States' motion for partial summary judgment (DI 37) | 15 |
| 7/21/23 | Intervenor-Plaintiffs' may file a reply addressing the United States' response to the Intervenor-Plaintiffs' motion for summary judgment (DI 42) | 10 |
| 7/28/23 | Inhance may file a single sur-reply addressing any outstanding issues remaining for either motion (DI 37, 42). | 15 |

BY THE COURT:

_____
HONORABLE JOHN F. MURPHY
United States District Judge

---

[1] The parties are encouraged to incorporate arguments by reference to avoid repetition; arguments incorporated by reference do not count against the page limits.