**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    *Plaintiff*,<br><br>                v.<br><br>**INHANCE TECHNOLOGIES LLC,**<br><br>    *Defendant.* | Civ. No. 5:22-CV-05055-JFM |

**EXHIBIT 1
TO PLAINTIFF'S NOTICE OF ADDITIONAL AUTHORITY**

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

   UNITED STATES OF AMERICA,     :    CIVIL CASE NUMBER
4                PLAINTIFF        :
                                  :
5        VERSUS                   :    22-CV-5055
                                  :
6    INHANCE TECHNOLOGIES, INC.,  :
                 DEFENDANTS       :
7    ----------------------------------------------------------

8                              AUGUST 23, 2023
                               COURTROOM 3B
9                              PHILADELPHIA, PA 19106

10   ----------------------------------------------------------
          BEFORE THE HONORABLE JOHN F. MURPHY, J.
11   ----------------------------------------------------------

12                         ORAL ARGUMENT

13   APPEARANCES:

14   RICHARD GLADSTEIN, ESQUIRE
     JONAH SELIGMAN, ESQUIRE
15   UNITED STATES ATTORNEYS OFFICE
     615 CHESTNUT STREET, SUITE 1250
16   PHILADELPHIA, PA 19106

17   COUNSEL FOR THE GOVERNMENT

18

                         LYNN GLIGOR, RMR
19                    OFFICIAL COURT REPORTER
                    ROOM 2609 U. S. COURTHOUSE
20                     601 MARKET STREET
                    PHILADELPHIA, PA 19106
21                      (856) 649-4774

22

     PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
23   TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

24

25

```
 1       CONTINUED APPEARANCES:

 2       ADAM M. KUSHNER, ESQUIRE
         CATHERINE E. STETSON, ESQUIRE
 3       SUSAN M. COOK, ESQUIRE
         VIRGINIA A. GIBSON, ESQUIRE
 4       HOGAN LOVELLS US LLP
         COLUMBIA SQUARE
 5       555 THIRTEENTH STREET, N.W.
         WASHINGTON, DC 20044-7611
 6
         COUNSEL FOR THE DEFENDANT
 7

 8       MICHAEL D. FIORENTINO, ESQUIRE
         42 EAST 2ND STREET
 9       MEDIA, PA 19063

10       LOCAL COUNSEL FOR INTERVENOR PLAINTIFFS

11
         ROBERT M. SUSSMAN, ESQUIRE
12       SUSSMAN & ASSOCIATES
         3101 GARFIELD STREET, NW
13       WASHINGTON, DC 20008

14       COUNSEL FOR INTERVENOR PLAINTIFFS

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (CLERK OPENS COURT.)

 2                    THE COURT:  PLEASE SIT, EVERYONE.

 3                    GOOD MORNING.  WE ARE HERE TODAY FOR

 4      UNITED STATES OF AMERICA VERSUS INHANCE TECHNOLOGIES,

 5      LLC.  IT'S NUMBER 22-CV-5055.

 6                    AND COULD I HAVE EVERYONE INTRODUCE

 7      THEMSELVES, PLEASE, STARTING WITH PLAINTIFF, THE

 8      GOVERNMENT.

 9                    MR. GLADSTEIN:  RICHARD GLADSTEIN, YOUR

10      HONOR.  PLEASURE TO BE HERE WITH THE UNITED STATES

11      DEPARTMENT OF JUSTICE REPRESENTING THE EPA.

12                    MR. SELIGMAN:  GOOD MORNING, YOUR HONOR.

13      JONAH SELIGMAN FOR THE UNITED STATES.

14                    MS. SIMMONS:  LINDSAY SIMMONS, ATTORNEY

15      WITH EPA.

16                    MR. DERGARABEDIAN:  ALEX DERGARABEDIAN,

17      ATTORNEY WITH THE EPA.

18                    THE COURT:  I DIDN'T CATCH THE NAME,

19      SORRY.

20                    MR. DERGARABEDIAN:  ALEX DERGARABEDIAN.

21                    THE COURT:  GOOD MORNING.

22                    MS. STETSON:  GOOD MORNING, YOUR HONOR.

23      KATE STETSON, REPRESENTING THE DEFENDANT, INHANCE.

24                    MS. COOK:  GOOD MORNING, YOUR HONOR.

25      SUSAN COOK, ALSO REPRESENTING INHANCE.
```

1          MS. GIBSON:  GOOD MORNING, YOUR HONOR.

2  VIRGINIA GIBSON, ALSO REPRESENTING DEFENDANT INHANCE.

3          MR. KUSHNER:  GOOD MORNING, YOUR HONOR.

4  ADAM KUSHNER, REPRESENTING INHANCE.

5          MR. FIORENTINO:  GOOD MORNING, YOUR

6  HONOR.  MICHAEL D. FIORENTINO, LOCAL COUNSEL FOR THE

7  PLAINTIFF INTERVENORS, THE CENTER FOR ENVIRONMENTAL

8  HEALTH, JAY DE LA ROSA AND THE PUBLIC EMPLOYEES FOR

9  ENVIRONMENTAL RESPONSIBILITY.

10          MR. SUSSMAN:  YOUR HONOR, GOOD MORNING, I

11  AM BOB SUSSMAN.  I AM FROM SUSSMAN AND ASSOCIATES IN

12  WASHINGTON, D.C. AND LEAD COUNSEL FOR THE PLAINTIFF

13  INTERVENORS, CEH AND PEER.

14          I JUST WANTED TO COMMENT THAT I AM USING

15  AN ASSISTED HEARING DEVICE TODAY, AND IT WOULD HELP ME

16  ENORMOUSLY IF PEOPLE SPEAK INTO THE MIC, BECAUSE THEN

17  THAT WILL CONNECT WITH MY HEARING AIDS.  SO I WOULD BE

18  GRATEFUL IF WE COULD KEEP THAT IN MIND.  THANK YOU.

19          MS. DINERSTEIN:  GOOD MORNING, YOUR

20  HONOR.  I AM PAULA DINERSTEIN.  I AM AN ATTORNEY WITH

21  THE PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITIES,

22  OR PEER FOR SHORT, ONE OF THE PLAINTIFF INTERVENORS.

23          MS. MERCOLA:  GOOD MORNING, MONICA

24  MERCOLA, STAFF COUNSEL FOR THE PUBLIC EMPLOYEES FOR

25  ENVIRONMENTAL RESPONSIBILITY.

1          THE COURT:  ALL RIGHT.

2          MS. TEUBNER:  GOOD MORNING, COLLEEN

3    TEUBNER, STAFF ATTORNEY WITH PUBLIC EMPLOYEES FOR

4    ENVIRONMENTAL RESPONSIBILITY.

5          THE COURT:  OKAY.  ANYBODY ELSE?

6          ALL RIGHT.  WELL, GOOD MORNING AND

7    WELCOME.  SO I HAVE SOME EXPECTATIONS.  MR. GLADSTEIN,

8    YOU ARE GOING TO BE SPEAKING FOR THE UNITED STATES

9    GENERALLY?

10          MR. GLADSTEIN:  YOUR HONOR, WE ARE GOING

11    TO BE DIVIDING UP OUR ARGUMENT.  I WILL BE ARGUING FIRST

12    ON THE ISSUES OF RIPENESS, AND THEN WE WILL ADDRESS THE

13    INJUNCTIVE RELIEF, IF YOU WANT TO ASK US ABOUT THAT AT

14    THE END.  BUT MR. SELIGMAN WILL BE HANDLING MOST OF THE

15    ARGUMENT BEYOND THE RIPENESS ISSUE.

16          THE COURT:  ALL RIGHT.

17          AND, MS. STETSON, ON YOUR SIDE?

18          MS. STETSON:  I WILL BE HANDLING THE

19    ARGUMENT, YOUR HONOR.

20          THE COURT:  ALL RIGHT.

21          AND FROM THE INTERVENORS?

22          MR. SUSSMAN:  YOUR HONOR, I WILL BE DOING

23    THE BULK OF THE ARGUMENT.  MY COLLEAGUE, PAULA

24    DINERSTEIN FROM PEER, WILL SPEAK TO SIMILAR ASPECTS OF

25    THE MOTION FOR AN INJUNCTION.

1          THE COURT:  OKAY.  THAT'S VERY HELPFUL.

2          AS TO MICROPHONES AND THE FORMAT OF THE

3  ARGUMENT, WE HAVE A PODIUM WITH A MICROPHONE, AND IF YOU

4  WERE TO STAND AT THE PODIUM, YOU WOULD HAVE GOOD

5  RECEPTION.  WHEN YOU STAND AT THE TABLE, I NOTICED IN

6  THIS COURTROOM, IF YOU STAND AT THE TABLE, ACTUALLY THE

7  MICROPHONE RECEPTION IS NOT THAT GREAT.

8          SO I SUPPOSE I WOULD ASK THAT YOU EITHER

9  COME TO THE PODIUM TO SPEAK, OR IF YOU WOULD LIKE TO SIT

10  AND SPEAK, THAT'S FINE.  WE ARE ALL LAWYERS AND FRIENDS

11  HERE, SO I DON'T HAVE A PROBLEM WITH THAT IF THAT'S

12  COMFORTABLE FOR YOU.  YOU CAN ALL MAKE YOUR OWN DECISION

13  ON THAT FRONT.  BUT STANDING AND SPEAKING AT THE TABLE

14  IS PROBABLY THE WORST-CASE SCENARIO FOR THE MICROPHONES.

15          OKAY.  LET'S START THEN ON THE RIPENESS

16  ISSUE, MR. GLADSTEIN, LET'S START THERE.

17          AND THE QUESTION I WANT TO START THIS

18  WITH IS --

19          MR. GLADSTEIN:  MAY I APPROACH?

20          THE COURT:  YOU MAY, OF COURSE.

21          THE QUESTION I WANT TO START WITH IS WHY

22  ARE WE HERE?  WHY IS THIS LAWSUIT HAPPENING?  AND WHY IS

23  THE GOVERNMENT TAKING AN ENFORCEMENT APPROACH HERE IN

24  PARALLEL TO THE REGULATORY APPROACH?

25          MR. GLADSTEIN:  YOUR HONOR, THANK YOU.

1              THE STATUTE IS VERY CLEAR, YOUR HONOR,

2     THAT NO MANUFACTURING MAY OCCUR UNTIL THE EPA HAS

3     RENDERED A DECISION ON THE DEFENDANT'S APPLICATION.  THE

4     DEFENDANT HAS APPLIED, AND THE NICKNAME FOR THAT IS

5     SNUN, BUT PENDING THAT DECISION, SECTION -- I'M SORRY,

6     15 U.S.C. 2604(A), YOU KNOW, CLEARLY STATES THAT NO

7     MANUFACTURING MAY OCCUR.  AND THAT'S WHY -- IT'S

8     UNDISPUTED, YOUR HONOR, THAT THE DEFENDANT IS

9     MANUFACTURING.

10              THE COURT:  HOW MANY ENFORCEMENT ACTIONS

11    LIKE THIS HAVE THERE EVER BEEN WHILE A SNUN IS PENDING?

12              MR. GLADSTEIN:  THAT'S REALLY THE KEY TO

13    THIS CASE, YOUR HONOR, IS THERE WAS A VERY SIGNIFICANT

14    CHANGE IN THE STATUTE MADE IN 2016.  TSCA WAS ENACTED IN

15    1976, AND PART OF THE PROBLEM, YOUR HONOR, WAS THAT THE

16    APPLICATIONS FOR NEW CHEMICALS AND TO A LESSER EXTENT

17    CHEMICALS FOR SIGNIFICANT NEW USES KEPT ON PILING UP

18    WITH THE AGENCY, BECAUSE THE AGENCY HAS, OF COURSE AS

19    ALL AGENCIES DO, LIMITED RESOURCES.  SO THE PUBLIC WAS

20    NOT BEING PROTECTED ACCORDING TO CONGRESS.

21              AND SO IN 2016, CONGRESS SHIFTED THE

22    BURDEN IN WHAT IS KNOWN AS THE LAUTENBERG AMENDMENTS,

23    AND WE HAVE PRESENTED THAT IN OUR PAPERS, THAT THERE IS

24    A VERY MAJOR CHANGE IN THE STATUTE.  THE BURDEN SHIFTED

25    FROM THE -- BEING ON THE EPA TO MAKE A DETERMINATION

1    THAT THE USE COULD NOT OCCUR AND THAT THE MANUFACTURING

2    COULD NOT OCCUR TO -- TO THE INDUSTRY TO DEMONSTRATE TO

3    EPA THAT THERE WAS NOT AN UNREASONABLE RISK TO THE

4    PUBLIC.

5                    I FORGET, DID I ANSWER YOUR QUESTION?

6                    THE COURT:  NO, NOT YET.

7                    MR. GLADSTEIN:  ASK IT AGAIN, I

8    APOLOGIZE.

9                    THE COURT:  HOW MANY ENFORCEMENT ACTIONS

10   HAVE THERE BEEN?

11                    MR. GLADSTEIN:  RIGHT.  SO THIS IS THE

12   FIRST LITIGATED ENFORCEMENT ACTION UNDER THE 2016

13   AMENDMENTS.  SO NORMALLY WHAT WILL HAPPEN IS IF THERE IS

14   A PROBLEM, THE COMPANY COMES IN AND A CONSENT ORDER IS

15   ISSUED.

16                    HERE, INHANCE IS CONTESTING, AND OF

17   COURSE THEY HAVE A RIGHT TO DO THAT, THAT THEY ARE

18   COVERED BY THE SIGNIFICANT -- YOU KNOW, BY THE

19   LONG-CHAIN PFAS RULE.  THEY CONTEST, THEY SAY, YOU

20   KNOW -- THEY DIDN'T APPLY, THEY DIDN'T APPLY UNTIL EPA

21   SAID THEY HAD TO APPLY, SO THEY ARE CONTESTING.

22                    AND YOU WILL HEAR FROM MS. STETSON THAT

23   THEY DON'T THINK IT APPLIES TO THEM.  SO IN MOST

24   SITUATIONS, IN ALMOST ALL SITUATIONS, THESE ISSUES ARE

25   WORKED OUT CONSENSUALLY WITH THE EPA.

1          HERE, UNFORTUNATELY, THERE IS A DISPUTE.

2     AND SO IN ORDER TO IMPLEMENT THE INTENT OF THE 2016

3     AMENDMENTS, EPA IS TAKING THE POSITION, AND I JUST THINK

4     IT IS CONSISTENT WITH THE STATUTE AND CONSISTENT WITH

5     THE CONGRESSIONAL INTENT THAT THERE SHOULD NOT BE

6     MANUFACTURING UNTIL EPA HAS THE OPPORTUNITY TO REVIEW

7     THE SNUN, TO LOOK AT THE RISK ASSESSMENT THAT IS

8     PRESENTED BY THE COMPANY AND MAKE ITS OWN DETERMINATION.

9          AND SO I AM SORRY I TOOK SO LONG TO

10    ANSWER YOUR QUESTION, BUT THE -- AS FAR AS I KNOW, THIS

11    IS THE FIRST LITIGATED ACTION TO BASICALLY FULFILL THE

12    INTENT OF THOSE 2016 AMENDMENTS.

13          THE COURT:  BUT ISN'T PART OF THE REASON

14    THIS IS HAPPENING IS THAT UNIQUE SITUATION WHERE AS OF

15    2015, IN FACT, AS OF 2020, NEITHER THE EPA NOR INHANCE

16    KNEW THAT THEY COULD POTENTIALLY BE COVERED BY THE RULE?

17          MR. GLADSTEIN:  YES, AND THAT'S CORRECT,

18    YOUR HONOR.  I DON'T WANT TO STEAL MR. SELIGMAN'S

19    THUNDER ON THAT, BUT YES, THE -- WHEN YOU LOOK AT THE

20    STATUTE, THERE ARE THREE PRONGS TO THE STATUTE WHERE THE

21    BURDEN -- AGAIN, CONSISTENT WITH THE 2016 AMENDMENTS --

22    THE BURDEN SHIFTED FROM EPA TO THE INDUSTRY.  THE

23    POLICY -- YOU KNOW, THE SECTION ONE, IT'S THE

24    RESPONSIBILITY OF THE INDUSTRY TO NOTIFY EPA

25    REGARDING --

1              THE COURT:  SO WHAT IS SUPPOSED TO HAPPEN

2      IS A PROPOSED RULE GETS PUBLISHED AND THEN EVERYONE WITH

3      A STAKE IN THE RULE COMES AND GETS A SEAT AT THE TABLE

4      AND DISCUSSES POTENTIAL ONGOING USES, RIGHT?

5              MR. GLADSTEIN:  RIGHT.

6              THE COURT:  AND THEN GOOD REGULATION CAN

7      HAPPEN, AND A FINAL RULE EVENTUALLY WILL ISSUE THAT

8      TAKES ACCOUNT OF THOSE ONGOING USES, RIGHT?

9              MR. GLADSTEIN:  RIGHT.

10              THE COURT:  BUT THAT DIDN'T HAPPEN HERE,

11      BECAUSE NOBODY KNEW THAT INHANCE'S SURFACE FLUORINATION

12      TECHNOLOGY WAS AT ISSUE, RIGHT?

13              MR. GLADSTEIN:  THAT'S RIGHT.

14              THE COURT:  SO WHY NOT JUST ISSUE AN

15      AMENDED RULE OR A NEW RULE OR AN UPDATED RULE AND TAKE

16      CARE OF THIS ADMINISTRATIVELY?

17              MR. GLADSTEIN:  WELL, THERE IS SECTION 5

18      AND THERE'S SECTION 6.  SECTION 6 DEALS WITH RULES

19      GENERALLY; SECTION 5 APPLIES TO PARTICULAR NEW USES.

20      AND IT GOES BACK TO THE --

21              THE COURT:  CAN YOU STAY ON MY QUESTION?

22              MR. GLADSTEIN:  I'M SORRY.

23              THE COURT:  IT SEEMS TO ME INSTEAD OF

24      THIS ENFORCEMENT ACTION, YOU SIMPLY COULD HAVE UPDATED

25      THE RULE, RIGHT, TO SAY, OKAY, A SIGNIFICANT PART OF

1    THIS -- ONE OF THE SIGNIFICANT NEW USES IS PFAS PRODUCED

2    DURING FLUORINATION OF HDPE OR OTHER PLASTIC SURFACES.

3                    MR. GLADSTEIN:  AND I BELIEVE THAT THE

4    AGENCY HAS THE OPTION TO DO THAT AS WELL UNDER A

5    SECTION 6.

6                    THE COURT:  I AM ASKING WHY NOT.

7                    MR. GLADSTEIN:  THEY CAN DO THAT, YOUR

8    HONOR, BUT THAT WOULD NOT STOP THE CURRENT VIOLATION

9    THAT IS OCCURRING OF THE MANUFACTURING BEFORE THE AGENCY

10   ASSESSES THE RISK.

11                   THE COURT:  RIGHT, BUT I AM JUST ASKING

12   WHY THE AGENCY DIDN'T TAKE THAT APPROACH?

13                   MR. GLADSTEIN:  BECAUSE THAT APPROACH IS

14   NOT DEALING WITH THE PRESENT RISK THAT IS OCCURRING.

15   THE RULEMAKING PROCESS --

16                   THE COURT:  BUT THAT'S HOW THE -- EXCEPT

17   FOR THIS CASE AND EVERY OTHER -- THERE'S LIKE THOUSANDS

18   OF THESE SNU RULES.  IN EVERY OTHER CASE, THE PROPOSED

19   RULE IS PUBLISHED, AND THEN THE RELEVANT PARTICIPANTS

20   COME TO THE TABLE AND DISCUSS THE ONGOING USE.

21                   SO WHY NOT SIMPLY TAKE THAT APPROACH WITH

22   SURFACE FLUORINATION?

23                   MR. GLADSTEIN:  WELL, IT'S POSSIBLE TO DO

24   THAT, BUT WHAT EPA WAS DOING WAS TRYING TO IMPLEMENT THE

25   STATUTE THAT SAYS THAT THE ADMINISTRATOR MAKES A

1    DETERMINATION BASED UPON INFORMATION THAT IS REASONABLY

2    AVAILABLE TO THE AGENCY.

3                    THE COURT:  WHY NOT TAKE THE REGULATORY

4    APPROACH?  WHAT IS THE DOWNSIDE?

5                    MR. GLADSTEIN:  WELL, THE DOWNSIDE IS

6    THAT AS INHANCE HAS ADMITTED AND STATED, THEY ARE

7    MANUFACTURING 200 MILLION CONTAINERS A YEAR THAT ARE

8    POTENTIALLY CAUSING SIGNIFICANT INJURY TO PEOPLE IN THE

9    ENVIRONMENT.

10                    THE COURT:  I UNDERSTAND.

11                    LET ME FLIP THE QUESTION AROUND THE OTHER

12   WAY.  WHY NOT USE ENFORCEMENT ACTIONS INSTEAD OF THE

13   TYPICAL REGULATORY PROCESS WHERE YOU IDENTIFY THE SNU

14   AND THEN ALL OF THE POTENTIAL ONGOING USERS COME TO THE

15   TABLE?  WHY NOT JUST ENFORCE, GET EVERYBODY OUT OF THE

16   MARKET, YOU KNOW, RIGHT OFF THE WEB, JUST TO PREVENT ANY

17   POTENTIAL RISK, THEN HAVE THE DISCUSSION LATER, WHICH IS

18   WHAT IS HAPPENING HERE?

19                    MR. GLADSTEIN:  WELL, I THINK THAT WOULD

20   TURN THE PROCESS ON ITS HEAD.

21                    THE COURT:  ISN'T THAT WHAT'S HAPPENING

22   HERE?

23                    MR. GLADSTEIN:  I DON'T THINK SO, YOUR

24   HONOR.

25                    THE COURT:  WHY NOT?

1               MR. GLADSTEIN:  BECAUSE THERE IS A

2   PARTICULAR INSTANCE WHERE DUE TO THE GOOD WORK OF THE

3   CITIZENS GROUPS, IT WAS DETERMINED THAT THOUSANDS OF

4   ACRES IN MASSACHUSETTS WERE BEING SPRAYED WITH A

5   PESTICIDE THAT INCLUDED THE PFAS THAT --

6               THE COURT:  HAS THAT DATA BEEN VERIFIED

7   BY EPA?

8               MR. GLADSTEIN:  YES.

9               THE COURT:  WHAT WAS HAT THE NATURE OF

10   THE STUDY RESULTS FROM JUST A COUPLE OF MONTHS AGO WHERE

11   EPA WAS LOOKING AT PFAS LEVELS IN DIFFERENT PESTICIDES

12   USING A COUPLE OF DIFFERENT METHODOLOGIES AND DID NOT

13   FIND PFAS LEVELS IN THE BACKGROUND?

14               MR. GLADSTEIN:  I THINK YOU ARE REFERRING

15   TO THE -- IF WE ARE THINKING OF THE SAME STUDY, THERE

16   WAS -- IT WAS NOT CLEAR FROM THE CONTAINERS THAT WERE

17   EXAMINED WHETHER THEY WERE FLUORINATED OR NOT

18   FLUORINATED, YOUR HONOR.

19               THE COURT:  WELL, THAT'S INTERESTING.

20   THAT'S SOMETHING WE WILL HAVE TO -- I AM PLANNING ON

21   DISCUSSING WITH THE INTERVENORS THAT EXACT QUESTION.

22   YOU CAN'T KNOW IF YOU ARE DEALING WITH PARTICULAR

23   PESTICIDES, WHETHER THEY CAME OUT OF FLUORINATED OR

24   UNFLUORINATED CONTAINERS.

25               MR. GLADSTEIN:  BUT WE KNOW IN THIS

1    INSTANCE, BECAUSE THE COMPANY THAT WAS PROVIDING THE

2    CONTAINERS TO INHANCE THEN SUED INHANCE, CLARK.  AND

3    THEN THAT'S HOW EPA LEARNED ABOUT IT.  AND THEN EPA

4    ENGAGED WITH INHANCE, AND THEY REFUSED TO STOP.  SO EPA

5    ISSUED A NOTICE OF VIOLATION.

6                    WE WERE NOT TRYING TO -- EVERY CASE IS

7    DIFFERENT, YOUR HONOR.  AND IN THIS CASE, THIS COMPANY

8    IS ENGAGING IN THIS PROCESS, AND THAT'S WHY THIS CASE IS

9    RIPE, IS BECAUSE --

10                    THE COURT:  HOLD ON BEFORE WE JUMP INTO

11   RIPENESS.

12                    I STILL DON'T UNDERSTAND WHAT MADE THE

13   SITUATION WITH INHANCE AND SURFACE FLUORINATION

14   DIFFERENT THAN EVERY OTHER TOXIC SUBSTANCES CONTROL ACT

15   SIGNIFICANT NEW USE REGULATION THAT CAME BEFORE IT.  WHY

16   IS THIS THE ONE THAT IS DIFFERENT AND REQUIRES AN

17   ENFORCEMENT ACTION WHILE THIS SNUN IS PENDING INSTEAD OF

18   DEALING WITH IT THROUGH REGULATION?  WHY IS THIS THE ONE

19   THAT IS DIFFERENT?

20                    MR. GLADSTEIN:  SO I RAISED THE ISSUE

21   ABOUT THAT THE STATUTE CHANGED, RIGHT?

22                    THE COURT:  2016, IT'S SEVEN YEARS AGO.

23                    MR. GLADSTEIN:  YES.  AND I THINK THE

24   FACT THAT THIS IS THE ONLY LITIGATED CASE THAT WE ARE

25   AWARE OF IS A VERY GOOD INDICATION THAT COMPANIES TRY TO

1      WORK OUT THESE ISSUES WITH THE EPA, AND IN ALMOST ALL

2      INSTANCES CONSENT ORDERS ARE ISSUED.

3                    THE COURT:  THE REASON THE COMPANIES WORK

4      THIS OUT WITH THE EPA IS YOU ISSUE A PROPOSED NEW RULE

5      THAT ALLOWS FOR A REASONED DISCUSSION AND ADMINISTRATIVE

6      PROCESS TO HAVE.

7                    MR. GLADSTEIN:  WELL, WHAT I AM TALKING

8      ABOUT IS WHEN THERE IS A NEW USE AND EPA QUESTIONS IT

9      AND THE COMPANY COMES IN AND THEN A CONSENT ORDER IS

10     ISSUED.  I'M NOT TALKING ABOUT A BROAD RULE, YOUR HONOR.

11                   THE COURT:  IS THERE ANY OTHER CASE --

12     HAS THERE EVER BEEN ANOTHER CASE WHERE AN ONGOING USE

13     WAS MISSED BECAUSE NEITHER THE RELEVANT INDUSTRY PLAYERS

14     NOR THE EPA KNEW THAT IT WAS -- WHATEVER IT IS THE USE

15     WAS, WAS IRRELEVANT TO THE SNU?

16                   MR. GLADSTEIN:  YES.  SO I AM NOT AWARE

17     OF A SITUATION LIKE THAT, BUT IT MAY EXIST, YOUR HONOR.

18                   THE COURT:  SO THERE IS -- THIS IS A

19     FIRST-TIME -- IT'S A FIRST TIME ON BOTH OF THOSE FRONTS.

20     IT'S A FIRST TIME THAT AN ONGOING USE WAS MISSED BECAUSE

21     OF A MUTUAL MISTAKE AND A FIRST TIME THAT AN ENFORCEMENT

22     ACTION LIKE THIS HAS BEEN TRIED WHILE THE SNUN IS

23     PENDING.

24                   MR. GLADSTEIN:  RIGHT.

25                   AND ON THE SECOND ONE, YOUR HONOR, OUR

```
 1    POSITION IS, AND I THINK IT'S CLEAR FROM THE STATUTE,
 2    THAT CONGRESS CHANGED THE BURDEN IN 2016, AND THIS IS
 3    THE FIRST TIME THAT THERE HAS BEEN A QUESTION ABOUT
 4    WHETHER AN INDUSTRY WOULD -- THIS PARTICULAR COMPANY
 5    WOULD COMPLY WITH THE REQUIREMENTS OF THOSE AMENDMENTS.
 6                    THE COURT:  LET ME ASK A -- LET ME SHIFT
 7    AROUND A LITTLE BIT HERE.
 8                    THE RELIEF THAT IS SOUGHT IN THIS CASE,
 9    THERE'S A DECLARATORY JUDGMENT COUNT AND THERE'S AN
10    INJUNCTION COUNT.  AND THE GOVERNMENT IS PRESSING AT
11    THIS STAGE THE DECLARATORY JUDGMENT, IT HAS NOT MOVED
12    FOR AN INJUNCTION.
13                    WHY IS THAT?  WHAT IS THE LOGIC?
14                    MR. GLADSTEIN:  SO, YOUR HONOR, WE ARE
15    TRYING TO TAKE A MIDDLE PATH HERE.  YOU HAVE TALKED
16    ABOUT A CONCERN, YOU KNOW -- YOU HAVE NOT SAID THOSE
17    WORDS, BUT IS THERE SOME UNFAIRNESS --
18                    THE COURT:  I ACTUALLY DON'T HAVE MUCH
19    CONCERN ABOUT FAIRNESS, I AM JUST TRYING TO
20    UNDERSTAND -- I MEAN A LOT OF THIS CASE -- THE MOVING
21    PAPERS IN THIS CASE WERE VERY CHALLENGED PRESENTED BY
22    THE FACT THAT ESSENTIALLY NO PRECEDENT BEING OFFERED ON
23    MOST OF THE MAJOR ISSUES THAT ARE BEING PRESENTED HERE,
24    ALL THE WHILE THERE IS A REGULATORY PROCESS GOING ON.
25                    I AM NOT PARTICULARLY CONCERNED ABOUT
```

1    FAIRNESS.  IT IS WHAT IT IS, I UNDERSTAND THAT.  BUT I

2    AM JUST TRYING TO PUT IT IN CONTEXT AND UNDERSTAND THE

3    MOVING PIECES HERE IN PART BECAUSE I DON'T WANT TO --

4    THERE IS SO MUCH BEING ASKED OF ME HERE AS FAR AS WHAT

5    EVERYONE WANTS ME TO RULE:  THE DEFENSES THAT HAVE BEEN

6    RAISED, THE GOVERNMENT'S POSITION, THE INTERVENOR'S

7    POSITION.

8              IT SEEMS TO ME LIKE THE KIND OF CASE

9    WHERE THERE IS AN ENORMOUS RISK IN ME MAKING A RULING

10   THAT HAS GOT POTENTIAL TO DO SOME HARM TO A NUMBER OF

11   PEOPLE IN THIS ROOM, UNWITTINGLY.  I KNOW IT'S

12   UNWITTINGLY AND THE TYPE OF ERROR, SO I NEED TO

13   UNDERSTAND THE CONTEXT OF WHAT IS GOING ON AND WHY THIS

14   IS ALL HAPPENING SO I CAN UNDERSTAND WHAT WE ARE DOING.

15             MR. GLADSTEIN:  SO THE WAY THIS CAME TO

16   YOU IS THE CITIZENS SENT A 60-DAY LETTER TO EPA UNDER

17   THE STATUTE THAT SAID IF YOU DON'T FILE SUIT, WE ARE

18   GOING TO FILE SUIT.  SO THAT FORCED THE EPA TO CONFRONT

19   WHAT WAS THE APPROPRIATE PATH.

20             AND SO, AS I SAID, WE ARE TRYING TO TAKE

21   A MIDDLE ROAD.

22             THE COURT:  WHAT WOULD HAVE HAPPENED IF

23   YOU HAD DECIDED NOT TO BRING THIS SUIT?

24             MR. GLADSTEIN:  WELL, I MEAN, WHAT DID

25   HAPPEN WAS WE BROUGHT SUIT, AND THEN EIGHT DAYS LATER

1    THE CITIZENS BROUGHT SUIT IN THE DISTRICT OF COLUMBIA.

2    AND WE TOOK THE POSITION THAT THAT WAS INAPPROPRIATE

3    BECAUSE UNLESS -- AND AS DID INHANCE, BECAUSE THE

4    STATUTE SAYS UNLESS THE EPA OR THE UNITED STATES, THE

5    ATTORNEY GENERAL IS NOT DILIGENTLY PROSECUTING, THAT THE

6    CITIZENS ARE NOT ALLOWED TO BRING AN ACTION BEFORE THE

7    UNITED STATES DOES WITHIN THAT 60-DAY PERIOD.

8                THE COURT:  SO IT'S THE REASON THAT YOU

9    WANTED TO TAKE THE LEAD IS BECAUSE YOU DIDN'T WANT THESE

10   MAJOR ISSUES ABOUT THE INTERPRETATION OF THE TSCA AND

11   KEY REGULATIONS TO HAPPEN BETWEEN A PRIVATE PARTY AND A

12   GROUP OF OTHER PRIVATE PARTIES WITHOUT THE GOVERNMENT

13   KIND OF TAKING THE LEAD IN THOSE IMPORTANT ARGUMENTS?

14               MR. GLADSTEIN:  BASICALLY, YES.  AND THE

15   SUPREME COURT JURISDICTION OR PRECEDENCE SUPPORTS THAT,

16   YOUR HONOR, THAT WE -- THAT OUR SECTION WAS SET UP MANY

17   YEARS AGO TO TRY TO CONSIDER, YOU KNOW, AS SORT OF A

18   QUASI OFFICER OF THE COURT, AND THAT'S WHY WE ARE

19   TALKING ABOUT A MIDDLE ROAD.  AND THE MIDDLE ROAD IS

20   THEY HAVE -- INHANCE HAS APPLIED AND THE EPA IS

21   REVIEWING THAT PROCESS.

22               AND SO THEY SAY, WELL, OKAY, END OF

23   STORY, YOUR CASE IS NOT RIPE, LET'S JUST LET THE EPA

24   COME TO ITS CONCLUSION.  AND WHAT WE ARE SAYING IN TERMS

25   OF NOT BEING IN THE MIDDLE IS THAT DURING THIS PENDING

1    PERIOD THERE IS A VIOLATION.  AND IT'S CLEAR FROM THE

2    STATUTE -- WE ARE SAYING TO -- WHAT WE ARE ASKING YOUR

3    HONOR IS THAT YOU ISSUE A DECLARATORY JUDGMENT THAT

4    ESTABLISHES THAT.

5              THE COURT:  AND THEN WHAT?

6              MR. GLADSTEIN:  AND THEN EPA IS

7    PROCEEDING TO DO ITS REVIEW, AND THE -- INHANCE JUST

8    ASKED FOR A SUSPENSION, AND THAT SUSPENSION WILL

9    CONCLUDE SEPTEMBER 1ST.  AND THEN UNDER THE STATUTE, EPA

10   CAN ISSUE -- CAN EXTEND FOR UP TO 90 DAYS.  SO WITHIN

11   THE NEXT THREE MONTHS, EPA IS GOING TO ISSUE A DECISION

12   ON THE SNUNS.  AND THAT WILL THEN BECOME BASICALLY THE

13   FINAL AGENCY DETERMINATION ON THESE QUESTIONS.

14             NOW, SO YOUR QUESTION IS, WHY DIDN'T YOU

15   MOVE FOR INJUNCTIVE RELIEF EVEN THOUGH WE HAVE IT IN OUR

16   COMPLAINT?  AND THE ISSUE IS THAT WE ARE HOPING THAT IF

17   THE COURT LOOKS AT THE ISSUES THE WAY THE UNITED STATES

18   IS LOOKING AT IT, THAT A FINDING OF LIABILITY WILL BE

19   ISSUED AND THAT WILL LEAD TO HELP IN A RESOLUTION OF THE

20   CASE.  WE DON'T HAVE A GUARANTEE OF THAT, BUT THAT'S THE

21   FIRST STEP IN TERMS OF ANY INJUNCTIVE ANALYSIS ANYWAYS.

22   YOU HAVE TO FIND OUT IS THERE LIKELIHOOD OF SUCCESS ON

23   THE MERITS.

24             THE COURT:  YOU DISAGREE WITH THE

25   INTERVENORS THAT THE INJUNCTION IS MANDATORY?

1               MR. GLADSTEIN:  WELL, YOUR HONOR --

2               THE COURT:  YOU HAVE TO, RIGHT?

3               MR. GLADSTEIN:  I'M SORRY?

4               THE COURT:  YOU HAVE TO DISAGREE WITH

5     THEM ON THAT, RIGHT?

6               MR. GLADSTEIN:  YOUR HONOR, AGAIN, WE

7     HAVE NOT MOVED AT THIS POINT, BUT IF WE DO GET TO THE

8     POINT WHERE WE BELIEVE MOVING FOR INJUNCTIVE RELIEF IS

9     THE RIGHT THING TO DO, THEN WE BELIEVE THAT THE HILL

10    CASE, TVA VERSUS HILL, THAT OUR CASE, THAT TSCA IS

11    SIMILAR TO THE ENDANGERED SPECIES ACT, AND THAT IT

12    WOULD -- IT'S REQUIRED UNDER, AT LEAST FROM A

13    PRELIMINARY STANDPOINT -- IF YOU LOOK AT IT FROM

14    PRELIMINARY INJUNCTION, THERE IS NO MANUFACTURING BEFORE

15    AN ORDER IS ISSUED.

16               ONCE AN ORDER IS ISSUED, WE DON'T KNOW

17    WHAT THE ORDER IS GOING TO BE.  IT'S POSSIBLE THAT THE

18    AGENCY CAN SAY, IT'S NOT AN UNREASONABLE RISK.  BUT IF

19    THE AGENCY DETERMINES IT IS AN UNREASONABLE RISK AND

20    INHANCE DOES NOT COMPLY WITH THAT ORDER, THEN WE BELIEVE

21    AGAIN THAT TSCA SAYS THAT AN INJUNCTION IS WARRANTED IN

22    THAT SITUATION.

23               NOW, IF YOUR HONOR --

24               THE COURT:  YOU JUST WROTE THE

25    INTRODUCTION OF MY OPINION FOR WHY THIS CASE IS NOT RIPE

```
1     JUST NOW, RIGHT?

2                    MR. GLADSTEIN:  I DID?

3                    THE COURT:  YES.  YOU JUST EXPLAINED TO

4     ME WHY THE ADMINISTRATIVE ACTION IS GOING TO HAVE A

5     MATERIAL EFFECT ON THE OUTCOME ON THIS CASE.

6                    MR. GLADSTEIN:  IT WILL, BUT IT'S ALSO

7     TRUE THAT THEIR -- ALL OF THE PRONGS FOR LOOKING AT

8     RIPENESS ARE PRESENT NOW.  THE PARTIES ARE ADVERSE,

9     THE -- YOU CAN CONCLUSIVELY DECIDE THE ISSUE OF

10    LIABILITY NOW, THAT'S A REAL DISPUTE.

11                   YOU ARE GOING TO HEAR FROM MS. STETSON

12    AND MR. SELIGMAN AS TO WHETHER THE REGULATION, THE

13    LONG-CHAIN PFAS RULE IS CONSISTENT WITH THE STATUTE OR

14    NOT.  I MEAN, THAT'S A REAL DISPUTE, AND IT WILL HAVE

15    UTILITY IN THAT IT CAN HELP TO RESOLVE THE CASE.

16                   THE COURT:  WHAT CASE?

17                   MR. GLADSTEIN:  THIS CASE, THE LIABILITY

18    FINDING.

19                   THE COURT:  SO THE GOVERNMENT HAS OFFERED

20    WHAT YOU CALL A MIDDLE GROUND, WHAT'S CALLED A

21    RELATIVELY SIMPLE PATH TOWARDS THE DECLARATORY JUDGMENT

22    RULING THAT YOU WANT.  INHANCE HAS RAISED SEVERAL

23    DEFENSES THAT HAVE THE POTENTIAL TO -- I WOULD IMAGINE

24    FROM YOUR POINT OF VIEW -- WOULD HAVE THE POTENTIAL TO

25    CREATE A LOT OF PROBLEMS WITH THE EPA IF I AGREE WITH
```

1       ANY OF THEM.  NONETHELESS, YOU WANT TO KEEP GOING.  IT

2       SURPRISES ME, YOU KNOW?  AND IT SEEMS VERY --

3                       MR. GLADSTEIN:  WELL, YOUR HONOR --

4                       THE COURT:  IT SEEMS VERY HYPOTHETICAL TO

5       THESE QUESTIONS, THE QUESTIONS THAT INHANCE IS RAISING,

6       NOT SO MUCH THE QUESTIONS THE GOVERNMENT IS ASKING

7       BECAUSE THE GOVERNMENT IS OFFERING A RELATIVELY

8       STRAIGHTFORWARD PATH.  BUT THE QUESTIONS INHANCE IS

9       RAISING, DO THOSE REALLY NEED TO BE ANSWERED AT THIS

10      STAGE?

11                      MR. GLADSTEIN:  YOU MEAN THEIR

12      AFFIRMATIVE DEFENSES TO LIABILITY?

13                      THE COURT:  YES, BECAUSE I ASSUME INHANCE

14      IS RAISING ALL OF THOSE ISSUES AS PART OF THE REGULATORY

15      PROCESS AS WELL?

16                      MR. GLADSTEIN:  YES.  SO ON THOSE

17      AFFIRMATIVE DEFENSES, MR. SELIGMAN IS VERY INTERESTED IN

18      SPEAKING TO THOSE, YOUR HONOR.

19                      BUT AGAIN, I WOULD GO BACK TO THE 2016

20      AMENDMENTS THAT CONGRESS -- AND THIS AGAIN IS LIKE THE

21      ENDANGERED SPECIES ACT.  THE ENDANGERED SPECIES ACT WAS

22      AMENDED IN 1973, EVEN THOUGH IT HAD FIRST BEEN ENACTED

23      IN 1969 TO STRENGTHEN THE REQUIREMENTS TO PREVENT

24      SPECIES FROM BEING ELIMINATED.  AND THIS IS SIMILAR

25      HERE, THAT CONGRESS -- THE WILL OF CONGRESS IS

1    SOMETHING, WE BELIEVE, IS IMPORTANT.

2                    THE COURT:  WHY DIDN'T THE GOVERNMENT GO

3    FOR THE $37,500 A DAY UNDER 2615?

4                    MR. GLADSTEIN:  RIGHT.  SO THAT'S NOT

5    PRECLUDED.  THAT'S AN ADMINISTRATIVE PENALTY THAT CAN GO

6    ON CURRENTLY AND COULD HAPPEN IN THE FUTURE.  AND THEN

7    THEY CAN --

8                    THE COURT:  IT'S NOT PART OF THE

9    COMPLAINT?

10                    MR. GLADSTEIN:  RIGHT, BECAUSE IT'S

11   ADMINISTRATIVE.  IT HAS TO -- THERE'S A SEPARATE

12   PROCEDURAL DUE PROCESS THERE WHERE THE EPA WOULD ASSESS

13   AN ADMINISTRATIVE PENALTY, ET CETERA, ET CETERA, ET

14   CETERA.

15                    THE COURT:  YOU DON'T RAISE IT AS PART OF

16   AN ENFORCEMENT ACTION LIKE THIS?

17                    MR. GLADSTEIN:  NO.  I MEAN, THIS IS A

18   PRETTY UNUSUAL STATUTE.  MOST OF THEM ALLOW FOR CIVIL

19   PENALTIES, YES.

20                    THE COURT:  ON THE RIPENESS FRONT, I AM

21   STUCK WITH THE 3RD CIRCUIT RIPENESS DECLARATORY JUDGMENT

22   LAW.  WHAT ARE YOUR BEST CASES?

23                    MR. GLADSTEIN:  WELL, SO IF YOU LOOK AT

24   THE PEACHLUM DECISION.  SO PEACHLUM IS --

25                    THE COURT:  2003?

1              MR. GLADSTEIN:  YES, YOUR HONOR.  IT'S

2   333 F.3D 429 AT PAGE 435, 3RD CIRCUIT.

3              AND BASICALLY WHAT PEACHLUM SAYS IS THAT

4   THE STEP-SAVER ANALYSIS IS TAILORED TO ADDRESS THE

5   PRE-ENFORCEMENT ACTIONS.  AND THE CASES THAT INHANCE HAS

6   RELIED ON, EVEN THOUGH THEY DON'T CITE DIRECTLY TO

7   STEP-SAVER, ARE RELYING ON STEP-SAVER.  AND STEP-SAVER

8   WAS A PRE-ENFORCEMENT CASE THAT INVOLVED EFFORTS BY

9   NON-GOVERNMENTAL PLAINTIFFS TO REVIEW NON-FINAL AGENCY

10  ACTION.

11             HERE, THE U.S. IS ASKING THE COURT TO

12  HOLD INHANCE CURRENTLY LIABLE FOR VIOLATING THE

13  LONG-CHAIN PFAS RULE, WHICH IS A FINAL AGENCY ACTION.

14  AND SO -- AND THEN THEY CITE SOME OTHER CASES, A COUPLE

15  OF 3RD CIRCUIT CASES.

16             THE COURT:  IT'S A FINAL AGENCY ACTION

17  THAT COMPLETELY MISSED THE ISSUE IN THIS CASE.  AND THE

18  ACTUAL ENFORCEMENT ACTION THAT WILL ADDRESS THE FACTS OF

19  THIS CASE IS HAPPENING, THEREFORE MAKING THIS A

20  PRE-ENFORCEMENT SITUATION LIKE STEP-SAVER, RIGHT?

21             MR. GLADSTEIN:  I'M SORRY, I WAS LOOKING

22  FOR THOSE CASES.  COULD YOU SAY THAT AGAIN, YOUR HONOR?

23             THE COURT:  WELL, TO SAY THAT THIS IS NOT

24  PRE- ENFORCEMENT BECAUSE THIS ENFORCEMENT IS PURSUANT TO

25  THE 2020 RULE, SO IN THAT SENSE IT'S POST ENFORCEMENT.

1    BUT THE UNIQUE FACTUAL SITUATION WE ARE DEALING WITH

2    HERE IS THAT THE RULE IN NO WAY FACIALLY ADDRESSES THE

3    SITUATION -- THE ACTUAL FACTS INHANCE IS DEALING WITH,

4    AND THAT REGULATORY ACTION IS HAPPENING RIGHT NOW, AS WE

5    SPEAK.  SO ISN'T THIS A PRE-ENFORCEMENT SITUATION

6    SIMILAR TO STEP-SAVER?

7                    MR. GLADSTEIN:  WE DON'T THINK SO.  I

8    MEAN, THE RULE APPLIES TO ALL USES, AND I THINK

9    MR. SELIGMAN CAN TALK ABOUT THAT.

10                   THE COURT:  IF STEP-SAVER APPLIES, CAN

11   YOU STILL WIN?

12                   MR. GLADSTEIN:  YES.

13                   THE COURT:  SO EXPLAIN WHY, ESPECIALLY

14   WITH RESPECT TO THE ADVERSITY OF THE PARTY'S INTEREST,

15   HOW -- UNDER STEP-SAVER, HOW DOES THE GOVERNMENT FARE ON

16   THAT?

17                   MR. GLADSTEIN:  I FEEL THAT'S THE

18   CLEAREST INSTANCE, YOUR HONOR.  I MEAN, INHANCE, 200

19   MILLION CONTAINERS A YEAR, YOUR HONOR, AND THERE'S A

20   SIGNIFICANT ECONOMIC SITUATION THAT INHANCE IS VERY

21   CONCERNED ABOUT RELATED TO THAT, THAT'S THEIR INTEREST.

22                   THE COURT:  WHAT IF THE EPA SAYS THAT

23   IT'S NOT GOING TO BE THAT HARMFUL?

24                   MR. GLADSTEIN:  WELL, THAT'S RIGHT,

25   THAT'S A POSSIBILITY, YOUR HONOR.  BUT THE WAY -- AGAIN,

1    GOING BACK TO THE CONGRESSIONAL INTENT THAT 2016 SHIFTED

2    THE BURDEN, THAT ALL THOSE APPLICATIONS HAD PILED UP AND

3    EPA COULD NOT DEAL WITH THEM, SO THERE WAS CONCERN BY

4    CONGRESS THAT ALL THESE CHEMICALS WERE GETTING INTO THE

5    MARKET THAT WERE HARMING PEOPLE AND THE ENVIRONMENT.

6    AND WHAT 2016 DID IS IT PUT A STOP TO THAT.

7              THE COURT:  I GUESS IF -- IF YOU ARE

8    RIGHT ABOUT YOUR CENTRAL THEORY FOR DECLARATORY JUDGMENT

9    THAT YOU CAN JUST CUT A PATH STRAIGHT THROUGH THE

10    STATUTE AND GET ENFORCEMENT, YOUR ARGUMENT FOR RIPENESS

11    IS STRONG.  THEY KIND OF GO HAND IN HAND, RIGHT?

12              BUT IF THE PATH IS NOT AS STRAIGHT, AS

13    YOU SAY IT IS, IF SOME OF INHANCE'S DIVERSIONS FROM THAT

14    PATH, IF YOU WILL, HAVE MERIT, THEN IT STARTS TO LOOK A

15    LOT LESS RIPE.

16              MR. GLADSTEIN:  RIGHT, AND THAT'S -- THE

17    REASON WE ARE HERE TODAY IS THAT THIS IS A DIFFICULT

18    CASE, YOUR HONOR.

19              THE COURT:  I SEE.

20              LET ME TALK TO MS. STETSON ABOUT

21    RIPENESS.

22              MR. GLADSTEIN:  THANK YOU VERY MUCH, YOUR

23    HONOR.

24              MS. STETSON:  GOOD MORNING, YOUR HONOR.

25              THE COURT:  CAN YOU START ON THAT LAST

```
1        POINT OF IF I WERE TO AGREE WITH THE GOVERNMENT'S

2        CENTRAL THEORY OF HOW TO INTERPRET THE STATUTE, THEN THE

3        CASE IS PROBABLY ALSO RIPE, DON'T YOU THINK?

4                    MS. STETSON:  BEFORE I ANSWER THAT

5        QUESTION, I WOULD LIKE TO HAND SOMETHING UP TO YOU.  AS

6        YOU SAID, THERE'S A LOT OF MOVING PIECES IN THIS CASE.

7        I HAVE A BRIEFING BOOK FOR YOU AND YOUR CLERK, IF I

8        COULD APPROACH?

9                    THE COURT:  SURE.

10                   MS. STETSON:  THANK YOU.

11                   SO THE SHORT ANSWER TO THE QUESTION IS

12       YOU CAN ONLY DETERMINE IF THIS CASE IS RIPE IF YOU AGREE

13       WITH THE GOVERNMENT THAT THEY ARE CORRECT ON ALL OF OUR

14       DEFENSES THAT WE HAVE RAISED.

15                   THE COURT:  I THINK THAT'S RIGHT.

16                   MS. STETSON:  RIGHT.

17                   IF YOU ARE THINKING ABOUT THIS IN TERMS

18       OF A ROUTES TO AN EXIT, I THINK THERE ARE TWO ROUTES.

19       ONE OF THEM IS THAT THE GOVERNMENT IS HERE TOO EARLY;

20       AND THE OTHER ONE IS THAT WE SHOULD NOT BE HERE AT ALL.

21                   IN ORDER FOR THE GOVERNMENT TO OVERCOME

22       THOSE, I THINK THERE ARE TWO DIFFERENT ARGUMENTS THERE.

23       ONE OF THEM HAS TO DO WITH JUST THE NATURE OF RIPENESS

24       IN A DECLARATORY JUDGMENT ACTION ITSELF.  WHAT YOU JUST

25       HEARD MR. GLADSTEIN SAY WAS ESSENTIALLY WHAT THEY ARE
```

```
1    LOOKING FOR IS AN OPINION ON A COMPONENT OF THIS CASE

2    THAT COULD BE USEFUL IN HELPING RESOLVE THIS CASE, I

3    THINK WAS THE PHRASE THAT HE USED.

4                 THE OTHER WAY TO KIND OF PHRASE THAT IS

5    THAT IT'S AN ADVISORY OPINION.  WHAT HE IS LOOKING FOR

6    IS AN OPINION ON LIABILITY THAT BEARS ON EXACTLY THE

7    SAME ISSUES THAT ARE IN FRONT OF THE AGENCY RIGHT NOW,

8    INCLUDING SOMETHING THAT DID NOT COME UP FOR THE FIRST

9    15 MINUTES OF ARGUMENT, WHICH IS WHAT THIS RULE IS

10   ACTUALLY CALLED.  THIS RULE IS NOT CALLED THE LONG-CHAIN

11   PFAS RULE.

12                 MR. GLADSTEIN WALKED UP TO WHAT THE RULE

13   IS ACTUALLY CALLED A COUPLE OF TIMES AND THEN CHANGED

14   HIS PHRASING.  THIS IS A SIGNIFICANT NEW USE RULE.

15                 THE COURT:  BEFORE WE DIVE INTO

16   THAT THOUGH.

17                 MS. STETSON:  SURE.

18                 THE COURT:  DO YOU KNOW WHY -- I HAD

19   TROUBLE SHAKING LOOSE SOME OF THESE WHYS FROM THE

20   GOVERNMENT.

21                 DO YOU KNOW WHY THE GOVERNMENT WOULD WANT

22   ME TO STEP IN FRONT OF THE EPA ON THESE LEGAL ISSUES?

23   THAT'S ODD TO ME.

24                 MS. STETSON:  ALL I CAN DO IS SPECULATE,

25   YOUR HONOR.  I THINK IT WAS INTERESTING TO HEAR MR.
```

1    GLADSTEIN TALK ABOUT THE TIMING OF ALL OF THIS.  BECAUSE

2    WHAT YOU HEARD MR. GLADSTEIN SAY WAS WHAT WHEN PEER AND

3    CEH SENT THEIR 60-DAY NOTICE LETTERS, THE WORD MR.

4    GLADSTEIN USED WAS THAT IT FORCED EPA TO ACT.

5                    THE COURT:  SURE.

6                    MS. STETSON:  BECAUSE, AS YOU SAID, EPA

7    AND DOJ WANTED TO GET OUT AHEAD OF THE CITIZENS GROUPS

8    IN TERMS OF CONTROLLING THE LITIGATION.

9                    BUT THE QUESTION THAT YOU RAISED A NUMBER

10   OF TIMES TO MR. GLADSTEIN ABOUT WHETHER THERE HAS EVER

11   BEEN A CASE LIKE THIS, WHETHER THERE HAS EVER BEEN A

12   CIRCUMSTANCE WHERE, AS MR. GLADSTEIN TWICE CONCEDED,

13   NEITHER EPA NOR THE REGULATED ENTITY KNEW THAT THEIR

14   PARTICULAR PRODUCTION, NOT USE, BUT PRODUCTION OF PFAS

15   DURING THE FLUORINATION PROCESS WAS GOING TO BE COVERED

16   BY A SIGNIFICANT NEW USE RULE.

17                    WHY WE ARE HERE IN THIS UNIQUE POSTURE AT

18   THIS STAGE I THINK IS ONLY BECAUSE APPARENTLY OF EPA'S

19   HAND BEING FORCED.  THAT DOES NOT MAKE IT RIPE, AND THAT

20   CERTAINLY DOES NOT MAKE IT APPROPRIATE SUBSTANTIVELY TO

21   BE HERE.  I THINK THIS IS AN OVERREACH, BOTH IN TERMS OF

22   JUMPING THE GUN ON TIMING, AND I THINK IT'S A

23   SIGNIFICANT SUBSTANTIVE OVERREACH IN TERMS OF THE

24   STATUTE AND REGULATIONS.

25                    THE COURT:  ON THE RIPENESS ISSUE, ONE OF

1    THE THINGS I COULD NOT QUITE FIGURE OUT FROM THE

2    BRIEFING BECAUSE SOME OF THE COMMENTS THAT WERE BEING

3    MADE ON BOTH SIDES ABOUT WHAT WAS GOING ON HAPPEN IN THE

4    REGULATORY PROCESS STRUCK ME AS A LITTLE SPECULATIVE,

5    BUT I NEED TO UNDERSTAND WHAT IS AT STAKE IN THE CURRENT

6    REGULATORY PROCESS?  WHAT ARGUMENTS ARE BEING MADE, WHAT

7    COULD HAPPEN?

8              AND LET ME PUT IT TO YOU THIS WAY:  GIVE

9    ME YOUR ABSOLUTELY MOST POWERFUL ONE, TWO OR THREE

10   WHATEVER REASONS OR EXAMPLES OF SOMETHING THAT COULD

11   VERY WELL HAPPEN IN THE REGULATORY PROCESS THAT SHOWS WE

12   ARE NOT RIPE RIGHT NOW IN THIS CASE.

13             MS. STETSON:  I THINK YOU ALLUDED TO SOME

14   OF THEM EARLIER, YOUR HONOR.  ONE OF THE THINGS THAT

15   COULD HAPPEN DURING THIS REGULATORY PROCESS IS THAT THE

16   AGENCY CONCLUDES, AS WE HAVE CONSISTENTLY MAINTAINED,

17   THAT THIS RULE, THE SIGNIFICANT NEW USE RULE, DOES NOT

18   APPLY TO A USE THAT HAS BEEN CONCEDEDLY GOING ON SINCE

19   THE 1980S.  TAB FIVE OF YOUR BRIEFING BOOK IS THE U.S.

20   CONCEDING THAT FLUORINATION -- INHANCE HAS BEEN USING

21   FLUORINATION, THESE PROCESSES SINCE THE 1980S.  THAT'S

22   ONE POSSIBILITY.

23             THE COURT:  ISN'T THE EXPECTATION THAT

24   THE EPA HAS AN INWARD -- I DON'T KNOW WHAT THE THINGS

25   ARE CALLED, BUT IN RESPONSE TO THE SNUNS THAT EPA WOULD

1    GIVE YOU ITS LEGAL VIEW ON THAT QUESTION, IS THAT

2    EXPECTED?

3              MS. STETSON:  YOU KNOW, IT'S DIFFICULT --

4    PART OF THE ISSUE HERE I THINK IS THAT IS A HIGHLY

5    UNUSUAL CASE.  THE WAY THAT THESE THINGS USUALLY RESOLVE

6    IS, AS YOU SAID, WHEN A SIGNIFICANT NEW USE RULE ISSUES.

7    ONE OF THE THINGS THE AGENCY SAYS IS, WE ARE CONSULTING

8    THESE VARIOUS DATA SHEETS AND HOUSEHOLD USE CHARTS AND

9    CHEMICAL REGISTRIES TO DETERMINE WHEN AND HOW THESE

10   PARTICULAR CHEMICALS THAT WE ARE TARGETING ARE USED,

11   EMPHASIS ON USED, IN PRODUCTION.

12             IF THERE ARE ANY OUT THERE THAT WE MISSED

13   THAT YOU ARE USING IN PRODUCTION, PLEASE LET US KNOW.

14   AND THE REGULATED ENTITIES COME IN AND THEY SAY, WE USE

15   THIS PARTICULAR PFAS AS A SURFACTANT ON SEMICONDUCTORS.

16   WE USE THIS PARTICULAR PFAS IN PAINT OR LATEX OR

17   STICKERS, OR NAME ANY PARTICULAR USE THAT IS COVERED BY

18   THE SIGNIFICANT NEW USE RULE.

19             THIS IS UNUSUAL BECAUSE WHAT WE ARE

20   TALKING ABOUT IS NEITHER NEW OR A USE.  SO WHAT WE END

21   UP HAVING TO DO AND WHAT THE AGENCY HAS HAD TO DO IS

22   ESSENTIALLY BACKFILL ITS WAY INTO AN ADMINISTRATIVE

23   PROCESS THAT DOES NOT FIT THE CIRCUMSTANCES AT ALL.

24             ONE OF THE THINGS THAT MR. GLADSTEIN SAID

25   IN RESPONSE TO YOUR FIRST QUESTION WHEN YOU ASKED WHY

```
1      ARE WE ARE HERE, HE SAID, WELL, THE STATUTE SAYS NO

2      MANUFACTURING MAY OCCUR BEFORE THE AGENCY UNDERGOES THIS

3      CONSIDERATION.  THAT'S OUR POINT, IN A WAY.  THE STATUTE

4      SAYS NO SIGNIFICANT USE -- NEW USE MAY OCCUR,

5      THEREFORE --

6                    THE COURT:  SORRY, JUST TO DRILL DOWN ON

7      IT THOUGH.

8                    AM I TO UNDERSTAND THAT ONE THING THAT

9      MIGHT HAPPEN AT THE END OF THE EPA'S PROCESS IS THE EPA

10     MIGHT SAY, WELL, WE HAVE LOOKED AT IT AND ACTUALLY WE

11     AGREE THAT THIS CAN'T BE A SIGNIFICANT NEW USE BECAUSE

12     IT WAS ONGOING?  IS THAT A POSSIBILITY?

13                   MS. STETSON:  I THINK IT'S A POSSIBILITY,

14     AND THE ONLY REASON I AM HEDGING AND EXPLAINING A LITTLE

15     BIT OF A BACKGROUND IS BECAUSE NEITHER WE NOR EPA APPEAR

16     TO HAVE ENCOUNTERED THIS PARTICULAR TYPE OF PROCEEDING

17     BEFORE.

18                   THE COURT:  AND COULD THE EPA SAY, WELL,

19     YOU KNOW, WE LOOKED AT THIS.  ACTUALLY IT'S AN IMPURITY,

20     IT FALLS UNDER THE IMPURITY EXCEPTION SO --

21                   MS. STETSON:  THEY COULD SAY THAT AS

22     WELL.

23                   WHAT YOU ALSO HEARD -- SORRY TO

24     INTERRUPT.

25                   THE COURT:  AND THEN COULD THOSE
```

1       THINGS -- EVEN IF THE EPA DOES NOT AGREE WITH THOSE

2       THINGS, COULD THAT BE THE OUTCOME OF A POTENTIAL APPEAL

3       FROM THAT?

4                   MS. STETSON:  ABSOLUTELY.  THAT'S THE

5       OTHER THING YOU DIDN'T HEAR MR. GLADSTEIN SAY THIS

6       MORNING IS THAT WHAT THE NORMAL PROCESS FOR THIS IS IF

7       THERE IS THIS KIND OF ACTION, AND EPA ISSUES AN ORDER

8       WHICH MAY OCCUR DEPENDING ON TIMING AND WHETHER THERE IS

9       ANOTHER SUSPENSION IN PLACE SOME MONTHS FROM NOW IS THAT

10      INHANCE WOULD HAVE THE RIGHT TO FILE ITS OWN PETITION

11      FOR REVIEW IN A COURT OF APPEALS THAT IS APPROPRIATE FOR

12      THAT PETITION, AND ALL OF THESE ISSUES THAT WE ARE

13      TALKING ABOUT ARE GOING TO GET LITIGATED AT THAT POINT.

14      ALL OF THESE LEGAL PREDICATES ARE GOING TO GET LITIGATED

15      AT THAT POINT.  THAT'S NOT SOMETHING THAT YOU HEARD

16      MR. GLADSTEIN SAY.

17                  ONE THING YOU DID HEAR HIM SAY TWICE THAT

18      I WANT TO EMPHASIZE, WHICH I THINK IS IMPORTANT TO YOUR

19      CONSIDERATION HERE, IS THAT HE AGREED WITH YOU TWICE

20      THAT THIS IS A UNIQUE SITUATION, BECAUSE NEITHER EPA NOR

21      INHANCE KNEW AT THE TIME OF THE 2015 PROPOSED RULE THAT

22      INHANCE'S FLUORINATION PROCESSES WERE PRODUCING MINUTE

23      AMOUNTS OF PFAS AS PART OF THAT FLUORINATION PROCESS.

24      NEITHER OF THEM KNEW.

25                  IF THEY HAD KNOWN -- ONE THING JUST AS A

1    PRACTICAL MATTER TO THINK ABOUT, AND I THINK ONE OF YOUR

2    QUESTIONS EARLIER MADE REFERENCE TO THIS AS WELL -- IF

3    THEY HAD KNOWN, INHANCE COULD HAVE SUBMITTED ITS NOTICE

4    TO THE AGENCY:  WE HAVE AN ONGOING USE; IT PRODUCES

5    PFAS; THEREFORE, WE ARE EXEMPT FROM THIS RULE.  BECAUSE

6    EPA SPECIFICALLY SAYS OVER AND OVER AGAIN, WE CANNOT

7    REGULATE AN ONGOING USE UNDER THE SIGNIFICANT NEW USE

8    RULE.

9              SO THIS IS NOT -- WE ARE NOT HERE

10   DESPITE --

11             THE COURT:  THIS IS THE QUESTION I AM

12   GOING TO HAVE FOR MR. SELIGMAN, BUT I, FOR THE LIFE OF

13   ME, COULD NOT FIGURE OUT THE PHRASE "ONGOING USE."

14   WHERE IS THAT FROM?  IT POPS UP IN THE INDIVIDUAL

15   RULEMAKINGS, RIGHT, AND I THINK IN THE GOVERNMENT BRIEF

16   I FOUND ONE LINE -- TOOK ME A WHILE TO FIND IT.  I FOUND

17   ONE LINE WHERE THE GOVERNMENT SAID, CONSISTENT WITH ITS

18   LONGSTANDING PRACTICE, EPA STATED IT WOULD NOT DESIGNATE

19   AS A SIGNIFICANT NEW USE ANY BLAH, BLAH, BLAH, THAT WERE

20   ONGOING USES, RIGHT?  LONGSTANDING PRACTICE, THAT WAS

21   THE CLOSEST I COULD FIND TO A SOURCE OF A CONCEPT OF AN

22   ONGOING USE.

23             AND IT SEEMS TO ME THAT ONE OF THE

24   DISPUTES WE ARE HAVING HERE IS -- I THINK I AM GOING TO

25   HEAR FROM MR. SELIGMAN SOME VERSION OF, WELL, IT'S ALL

1    IN THE EPA'S DISCRETION AND WE DEAL WITH THESE ONGOING

2    USES AND WE DESIGNATE THEM FOR A CERTAIN REASON.

3              BUT I ASSUME WHAT I AM GOING TO HEAR FROM

4    YOU, FROM INHANCE, IS YES, ONGOING USE IS THE OPPOSITE

5    OF SUBSTANTIAL NEW USE BECAUSE THAT'S HOW THE STATUTE

6    WORKS.

7              IS THAT RIGHT?

8              MS. STETSON:  THAT'S RIGHT.  THE SHORT

9    ANSWER IS THAT'S RIGHT.

10              THE LONGER ANSWER IS THERE'S A RESPONSE

11   TO A COMMENT.  IF YOU LOOK IN THE DOJ'S APPENDIX TO ITS

12   MOTION FOR SUMMARY JUDGMENT, WHICH IS DOCKET 37-1,

13   TOWARD THE END OF THAT APPENDIX THERE IS SEVERAL PAGES

14   OF RESPONSES TO COMMENTS.  AND ONE OF THE COMMENTS

15   ACTUALLY ASKS IS THERE A STANDARD DEFINITION OF ONGOING

16   USE?

17              AND THE RESPONSE TO THE COMMENT SAYS,

18   APPRECIATE YOUR QUESTION.  ONE OF THE THINGS THAT WE

19   LOOK AT IS ONGOING USE BECAUSE EPA IS PROHIBITED FROM

20   REGULATING ONGOING USES UNDER A SIGNIFICANT NEW USE

21   RULE.

22              SO IT DOES NOT GET TO YOUR QUESTION WHERE

23   THIS COMES FROM, BUT EPA HAS BEEN VERY CLEAR THAT IF

24   THIS IS AN ONGOING USE, THEY ARE PROHIBITED FROM

25   REGULATING IT.  SO WHAT WE ARE CAUGHT IN IS THIS BIZARRE

1    KIND OF TEMPORAL CATCH-22.  EPA HAS NOW TWICE CONCEDED

2    THAT WE DIDN'T KNOW IN 2015 THAT WE WERE GENERATING

3    THESE MINUTE AMOUNTS OF PFAS AS AN IMPURITY -- AND WE

4    CAN TALK ABOUT IMPURITIES WHEN THE TIME IS RIGHT -- AS

5    PART OF ITS FLUORINATION PROCESSES THAT HAVE BEEN AROUND

6    FOR DECADES.

7                   BUT BECAUSE WE DIDN'T KNOW AND DIDN'T

8    RAISE OUR HAND AND SAY THAT THIS IMPURITY IS APPARENTLY

9    A USE UNDER EPA'S NEW INTERPRETATION OF SIGNIFICANT NEW

10   USE, WE ARE NOW A NEW USE DESPITE BEING AROUND SINCE

11   1983.  THAT --

12                   THE COURT:  BUT IN EPA'S PROCESS OF

13   PUBLISHING THE PROPOSED RULE, GETTING EVERYONE AROUND

14   THE TABLE TO TALK ABOUT THE ONGOING USES AND SORT THINGS

15   OUT AND EVALUATE AT THAT TIME, IT'S A VERY HEALTHY THING

16   FROM A REGULATORY POINT OF VIEW, IT'S GOOD FOR EVERYONE.

17                   IT DOES NOT SEEM TO ME THAT -- IT WOULD

18   BE GREAT, IT SEEMS TO ME THERE COULD BE A LOT OF

19   PROBLEMS WITH LIVING IN A REGIME WHERE YOU DON'T HAVE TO

20   COME TO THE TABLE, AND IF YOU KNOW THAT YOU HAVE AN

21   ONGOING USE BECAUSE YOU WERE USING IT BEFORE, YOU CAN

22   JUST BLOW THE WHOLE THING OFF AND BE UNREGULATED.  AND

23   IF THEY CATCH YOU LATER, YOU SAY, TOO BAD, THAT WAS AN

24   ONGOING USE.  THAT DOES NOT SEEM LIKE A GOOD THING.

25                   MS. STETSON:  I THINK THERE ARE A COUPLE

1    OF DIFFERENT RESPONSES.  THE FIRST IS -- AND THIS IS

2    WHERE WE START HONING IN ON THE QUESTION OF WHAT IS A

3    USE.

4                    WHAT EPA DID IN ITS PROPOSED RULE AND

5    AGAIN IN ITS FINAL RULE, IT SAYS YOU MANUFACTURERS, AND

6    THERE'S ACTUALLY A CODE THAT I THINK IS CALLED THE NAICS

7    CODE, WHICH SAYS HERE ARE THE INDUSTRIES THAT ARE LIKELY

8    TO BE EFFECTED BY THIS BECAUSE YOU, THESE INDUSTRIES,

9    CHEMICAL MANUFACTURING, CARPET MANUFACTURERS, SOME SORTS

10   OF APPAREL MANUFACTURER, YOU USE PFAS, YOU ACTUALLY ADD

11   OR APPLY PFAS TO YOUR PROCESSES IN ORDER TO PRODUCE A

12   PARTICULAR PRODUCT OR A PARTICULAR CHEMICAL.  SO YOU

13   MANUFACTURERS ARE ON NOTICE THAT THIS SIGNIFICANT NEW

14   USE RULE IS GOING TO APPLY TO YOU.  WE ARE GOING TO

15   CHECK OUR WORK AND WE ARE GOING TO LOOK AT THOSE DATA

16   LISTS THAT I MENTIONED EARLIER, THE LISTS OF HOUSEHOLD

17   GOODS THAT USE PARTICULAR CHEMICALS AND SO FORTH.

18                    AND IF YOU LOOK AT THE FINAL RULE, AND

19   THIS IS TAB THREE OF THE BRIEFING BOOK, THE FINAL RULE

20   ON PAGE 45119, THIS GIVES YOU AN EXAMPLE OF WHAT EPA

21   CONSIDERS USES.  IF YOU LOOK AT COLUMN ONE, THEY HAVE A

22   WHOLE LIST OF HERE ARE THE USES THAT WE IDENTIFY OR

23   RECOGNIZE AS ONGOING.  AMONG THEM, USE OF, TWO,

24   PROPIONIC ACID AS A COATING OR COMPONENT OF A

25   HYDROPHOBIC OR OLEOPHOBIC COATING OR BARRIER; USE OF

1    SALINE AS A SURFACE TREATMENT; USE OF OCTANOIC ACID; USE

2    OF PROPANOIC ACID.  ALL OF THESE USES ARE ACTUALLY USES.

3    THE REASON THAT A MANUFACTURER KNOWS THAT IT IS USING

4    THESE PFAS IS BECAUSE IT IS USING THESE PFAS.

5                IN ORDER FOR INHANCE TO HAVE KNOWN THAT

6    IT WAS PRODUCING PFAS -- AND WE NOW HAVE EPA CONCEDING

7    THAT INHANCE DIDN'T KNOW, SO MAYBE THIS DOES NOT HAVE TO

8    BE A PART OF THE CONVERSATION -- BUT EPA WOULD HAVE

9    NEEDED TO SAY SOMETHING IN THIS RULE THAT IT NEVER DID,

10   WHICH IS IF YOU EVEN THINK THAT YOU MAY PRODUCE, NOT

11   USE, BUT PRODUCE PFAS AS AN IMPURITY OR BYPRODUCT IN

12   YOUR PROCESSES, YOU NEED TO TEST, AND YOU NEED TO SPEAK

13   NOW OR FOREVER HOLD YOUR PEACE.  YOU WILL FIND NONE OF

14   THAT IN THE PROPOSED RULE, THE SUPPLEMENTAL RULE OR THE

15   FINAL RULE.

16                THE COURT:  THEY COULD HAVE DONE THAT THE

17   MINUTE AFTER THEY GOT THE REPORT FROM THE GROUPS WHO DID

18   THE TESTING OF THE PESTICIDE, THE MINUTE AFTER THEY GOT

19   THAT REPORT THEY COULD HAVE ISSUED THAT PROPOSED RULE.

20                MS. STETSON:  ABSOLUTELY.

21                THE COURT:  RIGHT?

22                MS. STETSON:  YES, THEY COULD HAVE.  AND

23   THAT'S THE SHORT ANSWER TO YOUR QUESTION TO MR.

24   GLADSTEIN EARLIER IS THEY ABSOLUTELY COULD HAVE DONE

25   THAT, BUT THEY DIDN'T.  AND I THINK THE REASON THEY

1    DIDN'T IS BECAUSE THEY ARE TRYING TO REACH HERE AND

2    REGULATE SOMETHING THAT IS SUBJECT TO REGULATION IN ANY

3    NUMBER OF WAYS.  INHANCE'S PROCESSES ARE SUBJECT TO ALL

4    MANNER OF REGULATION:  CLEAN AIR ACT, CLEAN WATER ACT,

5    OSHA, YOU NAME IT.

6              WHAT THEY ARE NOT SUBJECT TO IS A

7    SIGNIFICANT NEW USE RULE FOR A USE THAT HAS BEEN AROUND

8    SINCE THE 1980S.

9              AND ONE OF THE THINGS THAT I WANT TO

10   POINT OUT, JUST ON THAT USE IF I COULD, ONE MORE POINT.

11   IF YOU LOOK AT APPENDIX PAGE 246, ALSO OF THE

12   GOVERNMENT'S APPENDIX IN ITS MOTION TO DISMISS, YOU WILL

13   SEE, THIS IS THE PUBLICATION THAT CAME OUT IN FEBRUARY

14   OF '23 AFTER INHANCE SUBMITTED ITS SNUNS TO THE AGENCY.

15   THE AGENCY HAS TO PUBLISH A LIST OF CHEMICALS THAT HAD

16   BEEN IDENTIFIED.

17             PAGE 246 OF THAT IS REALLY TELLING,

18   BECAUSE WHAT IT SAYS IS THERE'S THIS HUGE LIST OF

19   CHEMICALS, AND IT SAYS, YOU KNOW, HERE IS PROPANOIC ACID

20   FOR USE AS A SURFACTANT COATING SUBMITTED BY ENTITY X.

21   AND IF YOU LOOK DOWN THAT PAGE, THEN YOU GET TO THE

22   SNUNS THAT WERE SUBMITTED BY INHANCE.  AND UNLIKE ANY

23   OTHER USE, WHAT THAT PAGE SAYS IS THESE PFAS HAVE NO

24   FUNCTION OR APPLICATION.  THESE PFAS HAVE NO FUNCTION OR

25   APPLICATION.

1           THERE IS NO USE ASSOCIATED WITH THESE

2     PFASES.  SO WHAT THESE ARE AT THE VERY BOTTOM IS AN

3     IMPURITY THAT WAS UNDISCOVERED UNTIL RECENTLY.  AND WHAT

4     EPA IS TRYING TO DO HERE IS TO REGULATE THIS AS A USE

5     AND TO TAG INHANCE WITH SOMETHING THAT IT DID NOT KNOW

6     AT THE POINT WHERE IT COULD HAVE RAISED ITS HAND.

7           THE COURT:  I UNDERSTAND THAT.  WE WILL

8     MAYBE COME BACK AND SPEND A LITTLE TIME ON THAT.

9           WOULD YOU AGREE, THOUGH, WITH REGARD TO

10    THIS ENFORCEMENT ACTION THAT WE ARE IN HERE, GENERALLY

11    SPEAKING THAT ENFORCEMENT POWER EXISTS.  LIKE LET'S

12    SUPPOSE SOMEBODY REALLY DID START DOING SOMETHING NEW

13    WITH PFAS, AND THEY WERE, LIKE, WE DON'T CARE ABOUT THE

14    EPA, WE ARE JUMPING ON THE MARKET.  THEN WE COULD BE

15    HERE FOR THIS, RIGHT?

16          MS. STETSON:  I THINK YOU COULD, BECAUSE

17    THEN MR. GLADSTEIN WOULD NOT HAVE TO HAVE CHOSEN HIS

18    WORDS SO CAREFULLY, BECAUSE THEN YOU WOULD HAVE A

19    SITUATION WHERE THE MANUFACTURER WAS ACTUALLY

20    MANUFACTURING A CHEMICAL FOR A SIGNIFICANT NEW USE

21    WITHOUT HAVING GONE FIRST TO EPA AND SUBMITTED A NOTICE.

22          BUT HERE YOU HAVE AN ONGOING

23    MANUFACTURING THAT EPA CAME TO US WITH A NOTICE OF

24    VIOLATION DECADES AFTER WE STARTED AND SAID, WE THINK

25    THAT YOU ARE ENGAGING IN A SIGNIFICANT NEW USE.

```
1      THEREFORE, YOU NEED TO STOP YOUR PROCESSES.

2                     STOPPING THESE PROCESSES, JUST TO GET

3      PRACTICAL ABOUT THIS, AND MR. GLADSTEIN ACTUALLY

4      ACKNOWLEDGED THIS, STOPPING THESE PROCESSES BANKRUPTS

5      INHANCE, TO PUT IT AS BLUNTLY AS I CAN.  THIS WILL PUT

6      THIS COMPANY OUT OF BUSINESS.  AND THE IRONY --

7                     THE COURT:  WELL, THE GOVERNMENT

8      APPARENTLY DOES NOT WANT AN INJUNCTION.

9                     MS. STETSON:  WELL, STOPPING THE

10     PROCESSES HAS CERTAIN, AS I THINK MR. GLADSTEIN ALLUDED

11     TO, HAS CERTAIN LEVERAGE EFFECTS ON A COMPANY LIKE THIS.

12                     THE NOTION THAT THIS COULD ALL HAVE BEEN

13     AVOIDED IN 2015 IF THE GOVERNMENT HAD BOTH INTERPRETED

14     THE RULE AS IT NOW IS AND HAD TOLD INHANCE THAT IT

15     NEEDED TO TEST TO MAKE SURE THAT IT DIDN'T HAVE PFAS, IT

16     WAS GOING TO CONSIDER BYPRODUCTS IN ITS PRODUCTS, THAT

17     ALL COULD HAVE BEEN AVOIDED BY INHANCE JUST SUBMITTING A

18     NOTICE AND SAYING, WE ARE AN ONGOING USE, WE ARE NOT

19     SUBJECT TO THE RULE.

20                     YOU WILL PROBABLY HEAR IT A LOT --

21     CERTAINLY YOU HEARD A LOT IN THE BRIEFS AND IN THE

22     ATTACHMENTS ABOUT PFAS.  YOU HAVE READ A LOT IN THE NEWS

23     ABOUT PFAS LATELY.

24                     THE COURT:  AND THAT'S LARGELY IRRELEVANT

25     TO WHAT WE ARE ACTUALLY DISCUSSING HERE.
```

1          MS. STETSON:  IT IS, IN FACT.  BUT THE

2    ONE TAKEAWAY FROM ALL OF THAT IS THAT WE ARE NOT HERE

3    TALKING ABOUT A BAN ON PFAS, WE ARE TALKING ABOUT

4    WHETHER AND HOW TO REGULATE CERTAIN PRODUCTION OF PFAS.

5          THE COURT:  THERE'S ACTUALLY A QUESTION I

6    HAVE FOR YOU IS -- JUST BECAUSE THE TOXIC SUBSTANCE

7    CONTROL ACT IS, YOU KNOW, WHAT WE ARE READING AND

8    LARGELY FOR THE FIRST TIME AS PART OF THIS CASE IS -- SO

9    I DON'T KNOW ABOUT OTHER PARTS OF THE REGULATORY

10   APPARATUS THAT MAY BE RELEVANT.

11         WHAT IS SUPPOSED TO HAPPEN WHEN THERE HAS

12   BEEN A PROCESS THAT HAS BEEN GOING ON FOR A REALLY LONG

13   TIME AND THEN IT'S DISCOVERED, AS OFTEN HAPPENS, IT'S

14   DISCOVERED THAT THAT PROCESS IS PRODUCING SOMETHING THAT

15   IS BAD FOR US.  WHAT IS SUPPOSED TO HAPPEN?

16         MS. STETSON:  I THINK THE FIRST ORDER OF

17   RESPONSE IS WHAT CAN'T HAPPEN IS YOU CAN'T REGULATE THAT

18   AS A SIGNIFICANT NEW USE.  WHAT OFTEN DOES HAPPEN -- AND

19   I DON'T KNOW ABOUT SUPPOSED TO, IT'S PROBABLY A BETTER

20   QUESTION FOR THE GOVERNMENT.  BUT I DO KNOW IF YOU LOOK

21   AT THE PROPOSED RULE, THE 2015 RULE AT TAB THREE OF YOUR

22   BRIEFING BOOK, ONE OF THE THINGS IT TALKS ABOUT IS A

23   CONSORTIUM THAT THE EPA FORMED WITH ABOUT EIGHT

24   DIFFERENT COMPANIES, INCLUDING DUPONT, INCLUDING SOME

25   OTHER BRAND NAMES, THAT WERE PRODUCING PFOA.  AND THOSE

1    COMPANIES AND EPA COMMITTED TO REDUCING AND EVENTUALLY

2    ELIMINATING THEIR PRODUCTION MANUFACTURER IMPORT OF THAT

3    PARTICULAR --

4                   THE COURT:  WORKING TOGETHER?

5                   MS. STETSON:  EXACTLY, YES.

6                   SO IN SITUATIONS WHERE THERE IS AN

7    ONGOING USE OR AN ONGOING MANUFACTURER OF A SUBSTANCE

8    THAT IS THEN FOUND TO BE TOXIC, EPA HAS SHOWN US WHAT

9    HAS BEEN DONE, WHICH IS THAT IT GETS THOSE COMPANIES

10   TOGETHER AND IT FINDS A COMMITMENT AMONG THOSE COMPANIES

11   TO ELIMINATE THE PRODUCTION OF THAT PARTICULAR

12   SUBSTANCE, SO THAT'S CERTAINLY ONE WAY TO DO IT.

13                  THE COURT:  WHAT IS INHANCE TELLING --

14   WHETHER IT'S EPA OR THE PUBLIC, WHAT IS INHANCE SAYING

15   ABOUT HOW IT'S DEALING WITH THE SITUATION ON A TECHNICAL

16   AND TOXIC SUBSTANCE FRONT?

17                  MS. STETSON:  I THINK WHAT INHANCE HAS

18   CONSISTENTLY MAINTAINED -- AND THERE ARE A FEW DIFFERENT

19   POINTS HERE -- ONE OF THEM IS THE AMOUNT OF PFAS THAT WE

20   ARE WE ARE TALKING ABOUT IS MINISCULE.  YOU CAN FIND

21   THIS IN SOME OF THE TESTING AND OTHER SUBMISSIONS IN THE

22   RECORD.  WE ARE TALKING ABOUT A MINISCULE AMOUNT OF

23   PFAS.  THAT'S POINT ONE.

24                  POINT TWO IS ONE OF THE REASONS THAT

25   FLUORINATION EXISTS -- AND YOU CAN FIND THIS IN SOME OF

1      THE SNUNS SUBMISSIONS THAT ARE IDENTIFIED AS APPENDIX

2      MATERIALS -- ONE OF THE REASONS THAT FLUORINATION EXISTS

3      IS TO ENSURE THAT MATERIALS LIKE GAS, LIKE OTHER HIGH

4      VOLATILITY MATERIALS DON'T --

5                      THE COURT:  I'M SURE THE FLUORINATION OF

6      PLASTIC SURFACES IS POTENTIALLY WORSE?

7                      MS. STETSON:  IT'S EITHER THAT THOSE

8      SUBSTANCES ESCAPE AND CAUSE HUGE ISSUES, INCLUDING

9      TRIGGERING EMISSION PROBLEMS WITH EPA, OR YOU PUT

10     EVERYTHING IN A METAL CONTAINER.

11                     THE RISK HERE THAT WE ARE BALANCING IS

12     AGAINST A FAR GREATER RISK IF YOU WERE, AS YOU MENTIONED

13     EARLIER, TO PUT SOMETHING IN NON-FLUORINATED CONTAINERS.

14     AND THAT'S POINT NUMBER TWO.

15                     POINT NUMBER THREE IS, AGAIN, ONE TO

16     TIMING AND SUBSTANCE HERE.  THIS PARTICULAR RULE SIMPLY

17     DOES NOT APPLY TO THESE ONGOING USES AT THIS TIME FOR

18     THIS PARTICULAR IMPURITY THAT IS BEING GENERATED.

19                     THE COURT:  OKAY.  I WANT TO MOVE ON A

20     LITTLE BIT MORE TO THE MERITS, BUT I WANT TO TALK TO THE

21     GOVERNMENT AGAIN.

22                     MS. STETSON:  OKAY.

23                     MR. SUSSMAN:  YOUR HONOR, CAN I BE HEARD

24     ON THESE ISSUES YET?

25                     THE COURT:  NOT YET.

```
 1                    MR. SUSSMAN:  THANK YOU.

 2                    MR. SELIGMAN:  GOOD MORNING, YOUR HONOR.

 3      JONAH SELIGMAN ON BEHALF OF THE UNITED STATES.

 4                    I'D LIKE TO --

 5                    THE COURT:  LET'S START WITH SIGNIFICANT

 6      NEW USE VERSUS ONGOING USE.  AND EDUCATE ME ON THIS

 7      PHRASE, ONGOING USE.  WHERE DID IT COME FROM; WHAT DOES

 8      IT MEAN; WHERE IS IT WRITTEN DOWN WHAT IT MEANS; AND HOW

 9      DOES IT INTERLOCK WITH THE STATUTORY PHRASE, SIGNIFICANT

10      NEW USE?

11                    MR. SELIGMAN:  YES.  SO ONGOING USE IS A

12      TERM THAT THE AGENCY HAS DISCUSSED IN REGULATIONS GOING

13      BACK DECADES.  AND EPA DETERMINES THAT AN ONGOING USE IS

14      NOT ONE THAT CAN BE A SIGNIFICANT NEW USE UNDER

15      SITUATION 5A OF THE STATUTE.

16                    THE COURT:  SO IS AN ONGOING USE THE

17      OPPOSITE OF THE SIGNIFICANT NEW USE?

18                    MR. SELIGMAN:  AN ONGOING USE IS ONE THAT

19      IS NOT NEW AND, THEREFORE, IT WOULD NOT BE SUBJECT TO

20      SIGNIFICANT NEW USE RULE TO BE EXEMPT.  AN ONGOING USE

21      IS ONE THAT PREDATES THE DATE OF THE PROPOSAL OF THE

22      RULE, AND IT IS CONTINUING DURING THE RULEMAKING PERIOD.

23                    THE COURT:  AND WHY DOES THE EPA

24      RECOGNIZE ONGOING USES?

25                    MR. SELIGMAN:  I BELIEVE IT'S BASED ON
```

1    THE AGENCY'S INTERPRETATION OF THE WORD "NEW" AS IT IS

2    USED IN SECTION 5A.

3                    THE COURT:  WELL THEN WHY IS INHANCE

4    WRONG IN ITS ARGUMENT?

5                    MR. GLADSTEIN:  SO UNDER SECTION 5A, YOUR

6    HONOR, FOR THE TEXT OF THE STATUTE, A NEW -- WHICH IS

7    SECTION 5A BEING THE SOURCE OF EPA'S AUTHORITY TO

8    PROMULGATE SIGNIFICANT NEW USE RULES --

9                    THE COURT:  THE TOXIC SUBSTANCE CONTROL

10   ACT SECTIONS ARE NOT -- I DON'T LIVE AND BREATHE THOSE.

11   IS IT 2604?

12                   MR. SELIGMAN:  YES, SIR.  YOUR HONOR, IT

13   IS FOUND AT 15 U.S.C., SECTION 2604(A) REFERS TO A

14   DETERMINATION BY THE ADMINISTRATOR, THAT IS THE EPA,

15   THAT A USE OF A CHEMICAL SUBSTANCE IS A SIGNIFICANT NEW

16   USE.

17                   THE SENTENCE STRUCTURE MAKES CLEAR THAT

18   IT IS FOR THE AGENCY TO DETERMINE WHETHER A USE IS

19   SIGNIFICANT AND WHETHER IT IS NEW.  EPA DOES -- TAKING

20   SIGNIFICANCE FIRST, EPA DOES THIS BY CONSIDERING THE

21   DEVELOPING STATUTORY FACTORS WHICH ARE WEIGHED OUT IN

22   SECTION (5)(B), 2604(B) IN CONSIDERING ALL OTHER

23   RELEVANT FACTORS.

24                   WITH REGARD TO THE WORD "NEW," A USE IS

25   NEW TO THE AGENCY IF IT IS ONE THAT WAS NOT KNOWN TO BE

1    EXISTING TO THE AGENCY AT THE TIME OF THE RULEMAKING

2    BASED ON THE REASONABLY AVAILABLE INFORMATION.

3              THE COURT:  WHERE DID YOU GET THAT

4    DEFINITION YOU JUST SAID FROM?

5              MR. SELIGMAN:  YOUR HONOR, I THINK THAT'S

6    BASED ON THE TEXT OF 5A AND IF YOU READ THE STATUTE AS A

7    WHOLE, IN PARTICULAR SECTION 26(K) OF TSCA, 15 U.S.C.

8    2625(K) --

9              THE COURT:  SLOWER, SORRY.

10             MR. SELIGMAN:  SURE.

11             15 U.S.C. SECTION 2625(K) REQUIRES THE

12   EPA IN CARRYING OUT SECTION 5 OF THE STATUTE, WHICH

13   AGAIN IS CODIFIED AT SECTION 2604, SO IT MANDATES THE

14   EPA IN CARRYING OUT 15 U.S.C., SECTION 2604, CONSIDER

15   ALL INFORMATION AS REASONABLY AVAILABLE TO IT.

16             IN EXECUTING THAT MANDATE, YOUR HONOR,

17   EPA, WHEN IT ENGAGES IN THE SNUR RULEMAKING PROCESS, IT

18   SOLICITS COMMENTS, DETERMINES WHETHER A USE IS ONGOING,

19   I.E., ONE THAT IS NOT NEW BECAUSE IT IS ONE THAT THE

20   AGENCY DOES NOT KNOW TO BE EXISTING AT THE TIME OF THE

21   RULEMAKING.  IF THE AGENCY CAN CONFIRM THAT, IN FACT,

22   THE USE IS ONGOING, IS NOT NEW, THAT RULE -- EXCUSE

23   ME -- THAT USE IS EXEMPT, WHICH IS CONSISTENT WITH

24   SECTION -- 15 U.S.C. 2625(K).

25             AND ADDITIONALLY, YOUR HONOR, THE PURPOSE

1    OF --

2                        THE COURT:  SO IF A USE IS OUTSIDE THE

3    REALM OF REASONABLY AVAILABLE INFORMATION TO THE EPA, IT

4    IS NOT ONGOING?  OR IT CANNOT BE -- OR IT IS NECESSARILY

5    NEW -- IT BECOMES NEW AT THE MOMENT THAT THAT REASONABLY

6    AVAILABLE INFORMATION COMES INTO EXISTENCE THAT THEN IT

7    BECOMES NEW AT THAT MOMENT?

8                        MR. SELIGMAN:  WHEN THE AGENCY BECOMES

9    AWARE OF A USE BASED ON A REASONABLY --

10                       THE COURT:  MR. GLADSTEIN THOUGHT I WAS

11   RIGHT ON THAT ONE.  HE IS NODDING BACK THERE.

12                       MR. SELIGMAN:  I'M SURE HE IS RIGHT THEN.

13                       IF AN AGENCY IS AWARE OF A USE BASED ON

14   REASONABLY AVAILABLE INFORMATION, THAT USE IS NOT NEW,

15   IT'S ONGOING, WHICH IS CONSISTENT WITH THE REQUIREMENTS

16   UNDER 2625(K).  IT'S ALSO CONSISTENT WITH SECTION 2 OF

17   THE STATUTE, TSCA'S POLICY.

18                       THE COURT:  TWO?  SORRY.

19                       MR. SELIGMAN:  15 U.S.C. 2601, YOUR

20   HONOR.

21                       THE COURT:  OH, TSCA, T-S-C-A, TSCA?

22                       MR. GLADSTEIN:  TSCA, SORRY, TOXIC

23   SUBSTANCE CONTROL ACT.  IT'S REFERRED TO AS TSCA.

24                       THE COURT:  IT WAS RATTLING AROUND IN THE

25   BACK OF MY HEAD, AND I HEARD YOU SAY THAT WORD A COUPLE

1      OF TIMES.  IT'S NEW JARGON TO ME, THIS WHOLE THING.

2                      MR. SELIGMAN:  SO UNDER THAT PROVISION

3      WHICH ANNOUNCES THE POLICY AND PURPOSE OF THE STATUTE

4      WHICH MADE CLEAR THAT IT IS THE POLICY OF THE UNITED

5      STATES -- AND THIS IS UNDER PARAGRAPH TWO, YOUR HONOR,

6      PARAGRAPH B -- THAT ADEQUATE INFORMATION SHOULD BE

7      DEVELOPED WITH RESPECT TO CHEMICAL SUBSTANCES, AND THAT

8      IT SHOULD BE THE RESPONSIBILITY OF THE MANUFACTURERS OF

9      CHEMICAL SUBSTANCES TO DEVELOP SUCH INFORMATION.

10                     IN OTHER WORDS, CONGRESS DETERMINED THAT

11     AS BETWEEN THE AGENCY AND INDUSTRY, THE BURDEN OF

12     DEVELOPING INFORMATION SHOULD BE ALLOCATED UPON THOSE

13     WHO PROFIT FROM MANUFACTURING CHEMICAL SUBSTANCES.

14                     CONSISTENT WITH THAT AND THE NEED FOR THE

15     AGENCY TO -- CONSISTENT WITH THE BURDEN ON INITIALLY TO

16     DEVELOP INFORMATION, CONSISTENT WITH THE IDEA THAT -- OF

17     COURSE THE INDUSTRY IS IN THE BEST POSITION TO BE AWARE

18     OF ITS USES OF CHEMICAL SUBSTANCES IN ITS PROCESSES.

19                     THE COURT:  ISN'T THE CENTRAL THEME OF

20     THE GOVERNMENT'S ARGUMENT HERE THAT IT DOES NOT MATTER

21     WHAT INHANCE KNEW OR DIDN'T KNOW?

22                     MR. SELIGMAN:  CORRECT.  FOR THE PURPOSES

23     OF ITS LIABILITY, CORRECT.  INHANCE SHOULD -- INHANCE

24     SHOULD HAVE BEEN AWARE, IT'S REASONABLE TO EXPECT A

25     COMPANY TO BE AWARE OF THE CHEMICALS IT IS USING.  AND

```
1        SO THE ONUS IS ON THE COMPANY TO KNOW AND TO INFORM THE

2    AGENCY.  THE ONUS IS NOT ON THE AGENCY TO BE AWARE OF

3    ALL ONGOING USES.

4                    A CONTRARY RULE, YOUR HONOR --

5                    THE COURT:  IF WHETHER SOMETHING IS AN

6    ONGOING USE OR NOT DEPENDS ON WHETHER INFORMATION WAS

7    REASONABLY AVAILABLE, HOW AM I SUPPOSED TO DETERMINE

8    THAT AS A MATTER OF LAW?

9                    MR. SELIGMAN:  WELL, IF INHANCE WERE TO

10   LODGE THAT AS A CHALLENGE, WHICH I DON'T BELIEVE THEY

11   HAVE, THAT WOULD BE A PROCEDURAL CHALLENGE TO THE RULE

12   THAT THE AGENCY -- IF THE QUESTION IS DID THE AGENCY

13   HAVE INFORMATION --

14                   THE COURT:  IT'S A QUESTION OF SUMMARY

15   JUDGMENT.  IT'S A QUESTION ABOUT SUMMARY JUDGMENT.

16                   MR. SELIGMAN:  WELL, I THINK THE

17   PRESUMPTION -- IF INHANCE IS ARGUING THAT THE RULE WAS

18   INVALID AS APPLIED TO IT BECAUSE IT HAD AN ONGOING USE,

19   THE BURDEN IS ON INHANCE AS A PROPONENT OF THE CLAIM

20   THAT THE REGULATION IS INVALID TO WIN ON PERSUASION ON

21   THAT AFFIRMATIVE DEFENSE.

22                   THE COURT:  BUT THE GOVERNMENT HAS MOVED

23   FOR SUMMARY JUDGMENT AND A GENERAL DISPUTE OF MATERIAL

24   FACT WOULD FORESTALL THE SUMMARY JUDGEMENT, CORRECT,

25   UNDER RULE 56?
```

1               MR. SELIGMAN:  THAT'S CORRECT, YOUR

2     HONOR.

3               THE COURT:  HOW DO I KNOW WHAT IS

4     REASONABLY AVAILABLE SITTING HERE AS A MATTER OF LAW?

5               MR. SELIGMAN:  THE ADMINISTRATIVE RECORD

6     WAS COMPILED, AND AT THE TIME OF THE RULEMAKING, IT HAS

7     BEEN PUBLICLY AVAILABLE SINCE THE RULE WAS PROMULGATED

8     IN JULY OF 2020.

9               THE COURT:  SO YOU ARE TELLING ME IF IT

10     DIDN'T MAKE IT INTO THE ADMINISTRATIVE RECORD, THAT AS A

11     MATTER OF LAW IT WAS NOT REASONABLY AVAILABLE?

12               MR. SELIGMAN:  TO THE EXTENT -- IF THE

13     QUESTION IS DID THE AGENCY POSSESS OTHER INFORMATION,

14     THAT IS A -- I THINK THAT GOES TO A CLAIM THAT THERE WAS

15     SOME SORT OF DEFECT --

16               THE COURT:  MY POINT IS, WHAT IF NO ONE

17     COULD HAVE POSSIBLY KNOWN THIS?

18               MR. SELIGMAN:  I AM NOT SURE THAT NOBODY

19     POSSIBLY COULD HAVE KNOWN, GIVEN THE --

20               THE COURT:  I DON'T EITHER.  THAT WAS A

21     HYPOTHETICAL QUESTION.  BUT IS THAT NOT A FACTUAL

22     DISPUTE?

23               MR. SELIGMAN:  I BELIEVE THAT WOULD BE A

24     QUESTION OF FACT.  I WOULD SAY --

25               THE COURT:  SO I WOULD HAVE TO DENY

1     SUMMARY JUDGMENT ON THAT BASIS?

2              MR. SELIGMAN:  WE HAVE ACCEPTED FOR THE

3     PURPOSES OF THIS -- FOR OUR MOTION IT DOES NOT MATTER

4     WHETHER THEY WERE AWARE OR NOT.

5              THE COURT:  IT'S NOT NECESSARILY -- I AM

6     TRYING TO GET INTO YOUR VOCABULARY HERE.  IT'S NOT ABOUT

7     AWARENESS, I GET THAT.  BUT IT'S ABOUT WHAT IS

8     REASONABLY AVAILABLE, AND I THINK THAT'S PART OF YOUR

9     ARGUMENT, RIGHT?

10             MR. SELIGMAN:  RIGHT.  THE AGENCY RELIES

11    UPON ITS OWN KNOWLEDGE AND THE KNOWLEDGE THAT INDUSTRY

12    SUPPLIES, THAT IT FURNISHES IN THE FORM OF ITS COMMENTS

13    DURING THE COMMENTS AND RULEMAKING.

14             THE COURT:  IF THERE WAS NO WAY FOR

15    INDUSTRY TO SUPPLY THIS INFORMATION, THEN DOES YOUR

16    ARGUMENT FALL APART?

17             MR. SELIGMAN:  NO, YOUR HONOR, I DON'T

18    SEE THAT THERE IS A CARVE-OUT IN TSCA BASED ON AN

19    INDUSTRY'S IGNORANCE.  I DON'T THINK A RULE THAT

20    INCENTIVIZES PUTTING -- A COMPANY PUTTING ITS HEAD IN

21    THE SAND AND NOT --

22             THE COURT:  THAT WOULD BE WILLFUL

23    BLINDNESS; THAT'S A DIFFERENT STORY.  I'M TALKING

24    ABOUT -- YOU KNOW, OBVIOUSLY, THAT'S AN ISSUE, SHOULD

25    HAVE KNOWN.  IF WE ARE TALKING ABOUT SHOULD HAVE KNOWN,

1   GROSS NEGLIGENCE, WILLFUL BLINDNESS, ANY NUMBER OF

2   CONCEPTS, THAT IS ALL IN THE FACTS, RIGHT, WE ARE DEEP

3   IN THE FACTS NOW.

4                   MR. SELIGMAN:  IF INHANCE -- IF INHANCE

5   DOES NOT NEED TO INFORM THE AGENCY OF ITS ONGOING USE,

6   WHETHER IT WAS AWARE OR WHETHER IT WASN'T AWARE, THAT

7   WOULD DISINCENTIVIZE DEVELOPING AND SHARING INFORMATION,

8   WHICH AGAIN IS AT THE VERY CORE OF TSCA'S POLICY.

9                   THE COURT:  WHAT IF IT WAS IMPOSSIBLE FOR

10  INHANCE TO SHARE ITS ONGOING USE?  I DON'T KNOW IF IT

11  WAS, BUT WHAT IF?

12                  MR. SELIGMAN:  IT WOULD NOT BE SUBJECT

13  TO -- IT WOULD NOT BE A USE -- THEIR USE WOULD NOT BE

14  EXEMPTED FROM THE RULE.  IT WOULD NOT BE AN ONGOING USE,

15  AND THEREFORE, IT WOULD BE A USE THAT'S COVERED AND

16  SUBJECT TO FINAL RULE.

17                  THE COURT:  COULD IT BECOME AN ONGOING

18  USE?

19                  MR. SELIGMAN:  ONCE THE RULE IS FINAL,

20  THE RULE ANNOUNCES WHAT USES ARE ONGOING, AND THEY ARE

21  EXEMPTED FROM THE RULE, AND THAT IS THE END.  OTHERWISE,

22  RULES ARE LEFT OPEN-ENDED AND THEY CAN ONLY BE SUBJECT

23  TO CARVING OUT FURTHER AND FURTHER EXEMPTIONS.

24                  THE COURT:  THE ADMINISTRATIVE PROCESS

25  THAT IS GOING ON RIGHT NOW IS ONE POTENTIAL RESULT OF

```
1          IT, THAT INHANCE'S FLUORINATION PROCESS COULD BE

2     DESIGNATED AS ONGOING USE AND ADDED TO THE RULE?

3                    MR. SELIGMAN:  NO, YOUR HONOR.

4                    THE COURT:  WHY NOT?

5                    MR. SELIGMAN:  THE REVIEW PROCESS FOR THE

6     SNUNS IS A -- IT'S ACTUALLY A RISK ASSESSMENT TO REVIEW

7     THE RISKS THAT CAN HELP WITH THE ENVIRONMENT.  IT DOES

8     NOT DEAL WITH WHETHER A USE, ONGOING OR NOT, WAS DECIDED

9     DURING THE RULEMAKING PERIOD.

10                    THE COURT:  SO UNDER THE GOVERNMENT'S

11    INTERPRETATION OF THE LAW, IN A SITUATION WHERE NO ONE

12    IS -- IT IS IMPOSSIBLE TO KNOW, FOR WHATEVER REASON,

13    IT'S A HYPOTHETICAL.  IT'S IMPOSSIBLE TO KNOW THAT YOU

14    WOULD BE COVERED BY AN SNU AND THAT POSSIBILITY IS ONLY

15    UNCOVERED AFTER THE FINALIZATION OF THE RULE, THEN THAT

16    USE IS FOREVER BARRED FROM BEING CONSIDERED AN ONGOING

17    USE; THAT'S THE GOVERNMENT'S POSITION?

18                    MR. SELIGMAN:  WHAT IS CLEAR FROM THE --

19    WELL, I WOULD SAY, YOUR HONOR, THAT THE USES THAT ARE

20    SUBJECT WERE ANNOUNCED IN THE PROPOSED RULEMAKING AND A

21    FINAL RULE.  WHETHER ONE KNEW -- WHETHER AN ENTITY WAS

22    AWARE THEY WERE ENGAGED IN A USE IS A SEPARATE QUESTION.

23    AND IT'S ONE THAT -- THERE IS NO CARVE-OUT FOR I DIDN'T

24    KNOW OR I WAS NOT ABLE TO KNOW.  YOU ARE CORRECT, YOUR

25    HONOR, IT IS OUR POSITION THAT WHETHER OR NOT INHANCE
```

1     WAS CAPABLE OF KNOWING IT IS -- WAS NOT -- BECAUSE IT

2     DID NOT INFORM THE AGENCY, ITS USE IS NOT EXEMPTED FROM

3     THE RULE.

4                    THE COURT:  DO YOU HAVE ANYTHING TO ADD

5     TO WHAT MR. GLADSTEIN SAID IN RESPONSE TO MY QUESTION

6     ABOUT WHY THIS IS BEING ADDRESSED THROUGH AN ENFORCEMENT

7     RATHER THAN -- THE MOMENT THE EPA FOUND OUT ABOUT THE

8     PRESENCE OF PFAS IN PESTICIDES, WHY NOT IMMEDIATELY SAY,

9     WOW, WE NEED A NEW REGULATION OR WE NEED TO AMEND THE

10    PREVIOUS REGULATION AND WE NEED TO HAVE FLUORINATION OF

11    SURFACES, OF HDPE SURFACES AS A SNU SO THAT WE CAN THEN

12    GO THROUGH THE REGULAR ADMINISTRATIVE PROCESS OF THIS?

13                    WHY NOT DO THAT?

14                    INSTEAD WHAT EPA DID IS THEY ISSUED AN

15    INTERPRETIVE LETTER, I GUESS, TO THE INDUSTRY AND

16    BROUGHT THIS LAWSUIT.

17                    SO WHY?

18                    MR. SELIGMAN:  I THINK, CERTAINLY THE

19    AGENCY COULD HAVE AMENDED THE RULE, BUT THAT SORT OF

20    PROCESS WOULD AGAIN DISINCENTIVIZE SHARING OF

21    INFORMATION.  AFTER THE FACT OF THE RULE AN ENTITY COULD

22    COME FORWARD AND SAY, ACTUALLY, WAIT A SECOND, WE WERE

23    ENGAGED IN AN ONGOING USE.

24                    THE COURT:  WELL, IF THEY KNEW ABOUT IT,

25    THAT'S GOING TO BE A PROBLEM FOR THEM, POTENTIALLY.  I

1     MEAN, THE REAL ISSUE HERE IS IF THERE WAS NO WAY TO KNOW

2     ABOUT IT, THAT'S OUR SITUATION IN THIS ROOM, RIGHT?

3     ALLEGEDLY, I KNOW.

4                    MR. SELIGMAN:  RIGHT.  I SUPPOSE THE EPA

5     COULD HAVE TAKEN THAT APPROACH, YOUR HONOR.

6                    THE COURT:  WHY DIDN'T THEY?

7                    MR. SELIGMAN:  BECAUSE THE CONCERN ABOUT

8     THE RISKS OF THE SIGNIFICANT NEW USE AND EXEMPTING IT

9     FROM THE RULE WOULD OBVIOUSLY PREVENT IT FROM BEING

10    REGULATED UNDER SECTION 5.

11                   THE COURT:  SO WHY NOT CONSIDER DOING

12    THAT?  WHEN THE EPA PROPOSES ONE OF THESE SNU RULES, WHY

13    NOT IMMEDIATELY HIT EVERYBODY WITH ENFORCEMENT ACTIONS,

14    GET EVERYONE OFF THE MARKET, LET THE DUST SETTLE AND

15    FIGURE OUT WHAT IS SAFE AND WHAT IS NOT SAFE AFTER THAT?

16                   MR. SELIGMAN:  AT THE TIME THE RULE IS

17    PROPOSED, YOUR HONOR?

18                   THE COURT:  YES.  YOU KNOW, PROPOSE THE

19    RULE, GET IT FINALIZED AND THEN START ENFORCING.  WHY

20    BRING ALL OF THE ONGOING USERS IN?  WHY DO THAT?

21                   MR. SELIGMAN:  BECAUSE THAT'S HOW THE

22    AGENCY INTERPRETS THE WORD "NEW" AS IT IS USED

23    SPECIFICALLY IN SECTION 5A OF THE STATUTE 2604(A).

24                   THE COURT:  SO NEW --

25                   MR. SELIGMAN:  SO ONGOING USE IS THE

1    OPPOSITE OF THE NEW USE, OR IS ONE THAT IS NOT NEW.

2                THE COURT:  UNLESS YOU DIDN'T KNOW ABOUT

3    IT.  IT'S LIKE SORT OF AN EXCEPTION.  IT'S LIKE, NEW

4    MEANS NEW OR YOU DIDN'T KNOW ABOUT IT.

5                MR. SELIGMAN:  AN ONGOING USE, YOUR

6    HONOR, IS ONE THAT -- I'M SORRY, A NEW USE IS ONE THAT

7    IS NEW TO THE AGENCY.  SO REGARDLESS OF WHETHER -- AS A

8    FACTUAL MATTER, THE STATUTE DOES NOT READ -- AND IF IT

9    DID READ THIS WAY, INHANCE WOULD BE CORRECT, IF IT READ

10   A NEW USE IS ONE THAT THE ADMINISTRATOR DETERMINED -- A

11   DETERMINATION THAT A NEW USE IS ONE THAT IS SIGNIFICANT

12   AND SHALL BE MADE BY RULE.  THAT WOULD ELIMINATE ANY

13   DISCRETION OR ANY AUTHORITY THE EPA WOULD HAVE TO

14   DETERMINE WHETHER A USE IS NEW, IT COULD JUST BE A

15   FACTUAL QUESTION, BUT THAT'S NOT WHAT THE STATUTE SAYS,

16   YOUR HONOR.

17               THE COURT:  YES.

18               OTHER THAN THE FACT THAT INHANCE EITHER

19   DID NOT SPEAK UP OR WAS NOT ABLE TO SPEAK UP BECAUSE IT

20   DIDN'T KNOW, AS OF -- IN THAT 2015 TO 2020 WINDOW,

21   OTHERWISE, IS IT CONCEDED THAT INHANCE'S FLUORINATION

22   PROCESS IS AN ONGOING USE, JUST THE FACT THAT --

23               MR. SELIGMAN:  WE WOULD CONCEDE THAT

24   INHANCE WAS ENGAGED IN A USE OF -- IN USES IN LONG-CHAIN

25   PFAS AS A RESULT OF FLUORINATION PREDATING THE USE OF

1    THE RULE AND THAT THAT USE CONTINUED DURING THE DURATION

2    OF THE RULING PERIOD.

3                    THE COURT:  SO THE ONLY REASON THE EPA

4    DOES NOT CONSIDER IT AN ONGOING USE IS BECAUSE IT WAS

5    NOT FLAGGED BY THE EPA BETWEEN 2015 AND 2020?

6                    MR. SELIGMAN:  WASN'T FLAGGED BY THE EPA,

7    THEREFORE IT WAS ABLE TO BE VERIFIED BASED ON THE

8    REASONABLY AVAILABLE INFORMATION TO THE AGENCY THAT THAT

9    USE WAS, IN FACT, ONGOING.

10                    THE COURT:  IT HAS TO BE VERIFIED BEFORE

11   THAT FINAL RULE HITS.  IF IT'S NOT VERIFIED WHEN THE

12   FINAL RULE HITS, IT CAN'T BE ONGOING?

13                    MR. SELIGMAN:  IT WOULD NOT BE -- IT

14   WOULD BE NOT -- I WOULD NOT BE NEW TO THE AGENCY AT THE

15   POINT.  THE AGENCY HAS TO VERIFY TO DETERMINE WHETHER,

16   IN FACT, IT IS A NEW OR NOT.

17                    THE COURT:  BUT ONCE THE FINAL RULE GOES,

18   NOBODY GETS TO COME BACK AND SAY, WAIT, YOU MISSED ME, I

19   AM AN ONGOING USE.

20                    MR. SELIGMAN:  LIKE ALL OF THE RULES,

21   YOUR HONOR, IT IS FINAL AT THE TIME IT IS PROMULGATED.

22                    THE COURT:  I GUESS THAT'S THE QUESTION

23   INHANCE IS RAISING.  DOES EPA HAVE DISCRETION TO

24   PERMANENTLY BAR USES FROM HAVING ONGOING STATUS JUST

25   BECAUSE THEY MISSED THAT FINAL RULE WINDOW?

1              MR. SELIGMAN:  AND OUR ANSWER, AGAIN, IS

2    WHEN THE STATUTE IS READ AS A WHOLE, THE ANSWER IS YES.

3              THE COURT:  I GET IT.  OKAY.

4              MR. SELIGMAN:  YOUR HONOR, IF I MAY ADD

5    ONE POINT?

6              THE COURT:  GO AHEAD.

7              MR. SELIGMAN:  WITH RESPECT TO THE

8    MEANING OF THE WORD "NEW," THE WORD HAS TO BE READ IN

9    CONTEXT HERE.  AND IN SECTION 2604(A) -- OR I SHOULD

10   BACK UP.  I SHOULD SAY IN SECTION 2604 REFERS TO

11   SIGNIFICANT NEW USE RULES.  IT ALSO -- OR SIGNIFICANT

12   NEW USES OF CHEMICAL SUBSTANCES AND NEW CHEMICAL

13   SUBSTANCES.  THOSE TERMS, NEW CHEMICAL SUBSTANCE AND

14   SIGNIFICANT NEW USE RULE, BOTH APPEAR IN 2604(A).  AND

15   TSCA DEFINES A NEW CHEMICAL SUBSTANCE, NOT ONE AS

16   FACTUALLY NEW, BUT RATHER ANY CHEMICAL THAT IS A NEW

17   CHEMICAL SUBSTANCE UNLESS AND UNTIL IT IS INCLUDE ON

18   TSCA'S INVENTORY, WHICH IS A LIST OF CHEMICAL SUBSTANCES

19   THAT THE AGENCY COMPILES AND PUBLISHES.

20             THE COURT:  THAT'S FOR THE SUBSTANCE

21   PRONG.  THE USE PRONG WAS DIFFERENT, RIGHT?

22             MR. SELIGMAN:  THAT'S FOR NEW -- 2604(A)

23   GOVERNS MANUFACTURING OF NEW CHEMICAL SUBSTANCES AND --

24             THE COURT:  THAT'S NOT AT ISSUE HERE,

25   RIGHT?

1                    MR. SELIGMAN:  CORRECT, YOUR HONOR.  BUT

2       CONTEXTUALLY, THE STATUTE SHOULD, OF COURSE, BE READ IN

3       CONTEXT, AND THE WORD "NEW" IS USED WITH RESPECT TO NEW

4       CHEMICAL SUBSTANCES 2604(A) AND IT IS USED ALSO IN

5       2604(A) WITH RESPECT TO SIGNIFICANT NEW USES.  IT'S

6       EVIDENT FROM THE WAY THAT TERM IS USED WITH RESPECT TO

7       NEW CHEMICAL SUBSTANCES THAT NEW DOES NOT MEAN

8       PREEXISTING, WHICH IS INHANCE'S ARGUMENT.  IT IS INSTEAD

9       BASED ON INCLUSION IN THE INVENTORY WHICH IS BASED ON

10      EPA'S KNOWLEDGE OF THE NEW CHEMICAL SUBSTANCE.

11                   LIKEWISE, A SIGNIFICANT NEW USE IS NOT

12      ONE THAT IS FACTUALLY PREEXISTING BUT ONE THAT THE

13      AGENCY IS ABLE TO DETERMINE IS NOT ONGOING AT THE TIME

14      OF THE RULEMAKING.

15                    THE COURT:  I GOT IT.

16                    LET ME TALK TO MS. STETSON ABOUT THIS

17      ISSUE.

18                    MR. SELIGMAN:  THANK YOU, YOUR HONOR.

19                    THE COURT:  THANK YOU.

20                    ALL RIGHT, MS. STETSON, LET'S FOCUS ON

21      THIS ISSUE OF SUBSTANTIAL NEW USE VERSUS THE OPPOSITE OF

22      THAT.  AND THIS QUESTION OF KNOWLEDGE, WHICH -- THAT THE

23      LAST THING THAT MR. SELIGMAN SAID MADE A LOT OF SENSE TO

24      ME IN THAT -- RIGHT, ISN'T -- WHAT QUALIFIES AS NOT NEW,

25      THAT MUST ONLY BE BASED ON WHAT EPA KNOWS OR REASONABLY

1   COULD HAVE KNOWN.

2                    SO HOW DO YOU UNPACK THAT FOR OUR CASE?

3                    MS. STETSON:  SO I THINK THERE'S A COUPLE

4   OF DIFFERENT WAYS TO UNPACK IT, YOUR HONOR.  AND ONE OF

5   THE THINGS THAT I WOULD START WITH -- I THINK THERE'S

6   TWO MOVING PIECES HERE:  ONE IS NEW, AND ONE IS USE.

7                    YOU SPENT A LOT OF TIME TALKING WITH MR.

8   SELIGMAN ABOUT NEW, BUT I THINK USE HAS A SIGNIFICANT

9   ROLE TO PLAY HERE TOO.

10                   BRIEFLY ON NEW, WHAT YOU HEARD MR.

11  SELIGMAN SAY WAS THAT -- AND I WROTE IT DOWN -- THAT

12  SOMETHING IS NEW IF IT WAS NEW TO THE AGENCY, IF IT WAS

13  NOT KNOWN TO THE AGENCY AT THE TIME OF THE RULEMAKING.

14  THAT'S THEIR DEFINITION OF NEW.

15                   NEW MEANS NEW, AND A NEW USE IS A NEW

16  USE.  SO THE AGENCY --

17                   THE COURT:  I ACTUALLY HAD NOT FOCUSED ON

18  THE SECTION OF THE STATUTE THAT TALKS ABOUT REASONABLY

19  AVAILABLE INFORMATION, SO HOW AM I SUPPOSED -- HOW DO

20  YOU WANT ME TO TAKE THAT INTO ACCOUNT?

21                   MS. STETSON:  THAT I THINK IS WHERE USE

22  COMES FROM.  ONE OF THE THINGS THAT MR. SELIGMAN SAID

23  WAS THAT THE AGENCY -- OR INHANCE SHOULD HAVE BEEN AWARE

24  OF THE CHEMICALS IT'S USING.  AND WHAT YOU DIDN'T HEAR

25  MR. SELIGMAN RESPOND TO IS MY POINT THAT I MADE EARLIER

1    ABOUT THE FINAL RULES, LIST OF USES, LIST OF PROPANOIC

2    ACID IN A SEALANT, LIST OF X IN Y.  THOSE ARE USES OF

3    THESE PARTICULAR PFAS IN PARTICULAR MANUFACTURING

4    PROCESSES.

5                   HE ALSO DID NOT RESPOND TO MY POINT ABOUT

6    APPENDIX PAGE 246 OF THE GOVERNMENT'S APPENDIX IN

7    SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY MOTION, WHICH

8    IS THE POINT THAT TALKS ABOUT ALL OF THE USES OF ALL OF

9    THE CHEMICALS THAT HAD BEEN SUBMITTED TO THE AGENCY OVER

10   THE PAST MONTH, EXCEPT FOR THE SIGNIFICANT NEW USE

11   NOTICES SUBMITTED BY INHANCE WHICH JUST SAY, NO FUNCTION

12   OR APPLICATION.

13                  SO ONE WAY TO READ THIS IS THE WAY THAT

14   MR. SELIGMAN SAYS, WHICH IS SOME THINGS ARE SIGNIFICANT

15   NEW USE IF IT'S NOT KNOWN TO THE AGENCY.  AND EVEN IF IT

16   IS NOT KNOWN TO THE REGULATED ENTITY, WHICH WE HAVE ALL

17   AGREED HERE WASN'T, EVEN IF IT'S NOT KNOWN TO THE

18   REGULATED ENTITY, IT'S STILL A NEW USE FOR OUR PURPOSES,

19   THEREFORE GOTCHA.

20                  THE OTHER WAY TO READ THIS IS THAT THE

21   WORD "USE" DOES THE WORK HERE.  SOMETHING IS A

22   SIGNIFICANT NEW USE IF IT IS USED BY A REGULATED ENTITY.

23   THE REASON THAT THIS CAN BE RESOLVED DURING THE

24   RULEMAKING PROCESS IN THE WAY THAT IT IS IS BECAUSE, AS

25   I MENTIONED EARLIER, A MANUFACTURER WHO IS USING PFAS IN

1    ITS PROCESSES KNOWS THAT IT IS USING PFAS IN ITS

2    PROCESSES.

3                SO I THINK ONE OF THE MAJOR PROBLEMS HERE

4    IS -- IN ADDITION TO THE TIMING ISSUE, WHAT WE ARE

5    TALKING ABOUT IS EPA TRYING TO FIT THIS IMPURITY

6    PRODUCED BY A FLUORINATION PROCESS THAT DOES NOT ITSELF

7    USE OR APPLY PFAS IN ANY SENSE, IT HAS NO FUNCTION OR

8    APPLICATION, AND TRYING TO MAKE THAT INTO A SIGNIFICANT

9    NEW USE WHEN IT'S NEITHER NEW NOR A USE.  I WOULD AGREE

10   WITH MR. SELIGMAN, YOU HAVE TO READ THAT STATUTE IN

11   CONTEXT.  THE WHOLE PHRASE IS, SIGNIFICANT NEW USE.

12                I WOULD ALSO SAY -- I'M SORRY.

13                THE COURT:  YOU REALLY PUT MY HEAD IN A

14   PRETZEL WITH THIS ARGUMENT ABOUT NEW USE.  SO THE

15   STATUTE, IN 2604(A)(1)(A), LITTLE ROMAN NUMERAL II.

16   THOSE TWO LITTLE ROMAN NUMERALS, THE FIRST ONE IS

17   MANUFACTURING OF CHEMICAL SUBSTANCE, WHICH WE ARE NOT

18   TALKING ABOUT.

19                THE SECOND LITTLE ROMAN NUMERAL II IS

20   MANUFACTURER OR PROCESS ANY CHEMICAL SUBSTANCE FOR A USE

21   WHICH BLAH, BLAH, BLAH, HAS BEEN DETERMINED AS

22   SIGNIFICANT NEW USE.

23                SO I DON'T THINK I CAN JUST FOCUS ON THE

24   THREE-WORD PHRASE, SIGNIFICANT NEW USE, BECAUSE THE

25   FORMATIVE -- WHEN THE PHRASE -- WHEN THE STATUTE CREATES

1    THE PHRASE, SIGNIFICANT NEW USE, THIS IS THE SUBSECTION

2    THAT GIVES BIRTH TO THAT PHRASE, RIGHT.  IT SAYS,

3    MANUFACTURE OR PROCESS ANY CHEMICAL SUBSTANCE FOR A USE

4    WHICH THE ADMINISTRATOR HAS DETERMINED IN ACCORDANCE

5    WITH PARAGRAPH TWO IS A SIGNIFICANT NEW USE.  AND WHEN

6    YOU LOOK AT PARAGRAPH TWO, IT SAYS, A DETERMINATION BY

7    THE ADMINISTRATOR THAT A USE OF A CHEMICAL SUBSTANCE IS

8    A NEW USE.

9               MY POINT HERE IS, IT'S NOT JUST THE

10   PHRASE, SIGNIFICANT NEW USE.  IT'S MANUFACTURE OR

11   PROCESS THAT HAS BEEN DETERMINED TO BE A SIGNIFICANT NEW

12   USE.  AND WHEN YOU LOOK AT THE DEFINITION OF THE WORD

13   PROCESS IN 2603, IT SAYS, THE TERM PROCESS MEANS THE

14   PREPARATION OF A CHEMICAL SUBSTANCE OR MIXTURE AFTER

15   IT'S MANUFACTURED FOR DISTRIBUTION IN COMMERCE... THE

16   OTHER STUFF IN THE STATUTE, BUT IT'S -- THE PROCESS IS

17   PREPARATION OF A CHEMICAL SUBSTANCE OR MIXTURE, RIGHT?

18               MS. STETSON:  YES.

19               THE COURT:  AND THAT'S WHY -- I THINK,

20   THAT'S WHY THE EPA THEN HAS SOME FURTHER DEFINITIONS IN

21   ITS REGULATIONS ABOUT THINGS LIKE BYPRODUCTS AND

22   IMPURITIES BECAUSE PLENTY OF THINGS ARE -- COULD BE A

23   SIGNIFICANT NEW USE IF YOU ARE JUST TALKING ABOUT

24   SOMETHING THAT IS GETTING MADE AS PART OF A PROCESS.

25               MS. STETSON:  YES.

1              THE COURT:  THAT'S POSSIBLE.

2              SO YOU ARE TELLING ME TO FOCUS ON

3     SIGNIFICANT NEW USE AND SAY, WELL, WHAT INHANCE IS DOING

4     WITH PFAS IS NOT REALLY A USE BECAUSE WE ARE NOT USING

5     THEM, THEY JUST SHOW UP.  BUT I DON'T KNOW, THE STATUTE

6     IS A LITTLE BROADER THAN THAT, I THINK.

7              MS. STETSON:  WELL, I THINK -- IF YOU ARE

8     FOCUSING ON PROCESS, I THINK WHAT I WOULD SAY IS -- AND

9     IF YOU GET BACK INTO THAT PAGE 45119 OF THE FINAL RULE

10    AND LOOK AT THOSE USES THAT ARE IDENTIFIED, SOME OF THEM

11    ARE MANUFACTURING CHEMICALS.  THE COLLOQUY THAT YOU AND

12    I HAD EARLIER ABOUT DUPONT AND THE OTHER MANUFACTURERS

13    GETTING TOGETHER WITH EPA AND AGREEING NOT TO

14    MANUFACTURE CERTAIN CHEMICALS, THAT'S MANUFACTURING OF

15    PFAS.

16              USING A PFAS IN TERMS OF THE PROCESS

17    PRONG MEANS APPLYING OR ADDING THE PFAS TO A

18    PARTICULAR -- AS A SURFACTANT --

19              THE COURT:  WHERE DID YOU GET THAT FROM?

20    WHAT YOU JUST SAID, WHERE IS THAT FROM?

21              MS. STETSON:  I THINK IT'S A NATURAL

22    SPLIT BETWEEN MANUFACTURING AND PROCESSING.

23              THE COURT:  BUT THE STATUTE HAS GOT A

24    DEFINITION.

25              MS. STETSON:  RIGHT.

1                    THE COURT:  THE TERM "PROCESS" MEANS THE

2        PREPARATION OF A CHEMICAL SUBSTANTIAL OR MIXTURE.

3                    MS. STETSON:  RIGHT.  RIGHT, AND I THINK

4        WHAT I WAS JUST DOING IS PUTTING IT INTO PRACTICAL

5        TERMS.

6                    BUT IN ALL EVENTS, THE POINT THAT YOU

7        THEN MADE ABOUT IMPURITIES AND BYPRODUCTS.  IF IT WERE

8        ENOUGH JUST TO SAY A USE IS ANYTHING THAT SHOWS UP

9        DURING THE MANUFACTURING OR PROCESSING PROCESS, THEN YOU

10       WOULD NOT HAVE THESE EXCEPTIONS FOR CERTAIN BYPRODUCTS

11       AND FOR IMPURITIES.

12                   THE DEBATE THAT WE ARE HAVING WITH THE

13       GOVERNMENT ACTUALLY ABOUT BYPRODUCT VERSUS IMPURITY DOES

14       NOT HAVE TO DO WITH WHETHER THE CHEMICAL ITSELF IS BEING

15       USED.  DESPITE WHAT MR. SELIGMAN SAID EARLIER, EVERYONE

16       AGREES, I THINK, THAT THIS PFAS IS NOT BEING USED IN ANY

17       SENSE UNDER THE STATUTE.  THE ONLY QUESTION IS, IS IT

18       REGULABLE AS SOMETHING ELSE AS A BYPRODUCT.  OUR POINT

19       IS THAT IT IS NOT REGULABLE AS A BYPRODUCT, BECAUSE IT

20       IS CLEARLY, AND EPA SAID MULTIPLE TIMES, IT'S AN

21       IMPURITY.

22                   THE COURT:  THAT'S NEXT.

23                   MS. STETSON:  SURE.

24                   THE COURT:  ON THE ISSUE OF SIGNIFICANT

25       NEW USE VERSUS ONGOING USE, IT SEEMS TO ME THAT BOTH

1    SIDES YOU ARE TAKING SOMEWHAT MAXIMALIST POSITIONS.  THE

2    GOVERNMENT IS SAYING, WELL, IT DOESN'T MATTER WHETHER

3    THIS -- NO ONE HAD ANY IDEA ABOUT THIS.  AS SOON AS IT

4    BECOMES REASONABLY AVAILABLE INFORMATION OR IT BECOMES

5    KNOWN OR WHATEVER, AS SOON AS IT COMES TO SOMEONE'S

6    ATTENTION, THEN IT'S A SIGNIFICANT NEW USE, AND IT HAS

7    LOST ITS ONGOING -- POTENTIAL TO HAVE ONGOING USE STATUS

8    FOREVER BECAUSE NOBODY KNEW ABOUT IT, OKAY.

9              INHANCE SEEMS TO BE SAYING ON THE FAR

10   OPPOSITE SIDE OF THE SPECTRUM, WELL, COMPANIES WOULD BE

11   PERFECTLY ENTITLED TO SIT TIGHT DURING THE PROPOSED

12   RULEMAKING PROCESS AND THEN LATER POP UP AND SAY -- OR

13   ONCE THEY GET CAUGHT TO SAY, WELL, IT'S AN ONGOING USE,

14   WE HAVE BEEN DOING THIS THE WHOLE TIME.

15             BOTH OF THOSE SEEM LIKE FAIRLY MAXIMALIST

16   POSITIONS.  YOU ARE TELLING ME THERE IS NO MIDDLE

17   GROUND?

18             MS. STETSON:  I THINK THAT ONE OF THOSE

19   POSITIONS IS NOT THE POSITION, WHICH IS WE ARE NOT

20   TAKING THAT POSITION.  WE ARE NOT SAYING THAT INHANCE OR

21   ANY COMPANY THAT KNEW THAT IT WAS USING PFAS IN ITS

22   PROCESSES IN 2015 COULD HAVE COMFORTABLY SAT BACK AND

23   NOT REPORTED TO THE AGENCY THAT IT HAD AN ONGOING USE.

24   EVERYONE AGREES --

25             THE COURT:  UNDER YOUR THEORY, WHY NOT?

1       IT'S AN ONGOING USE UNDER THE STATUTE.  POOF, DONE.

2                       MS. STETSON:  I THINK TO YOUR POINT, IT

3       DEVOLVES VERY QUICKLY INTO A FACT QUESTION.

4                       FURTHER ON THAT, I THINK THAT IF A

5       COMPANY WERE TO BE USING PFAS IN ITS PROCESSES AND NOT

6       COME FORWARD, I THINK AT THAT POINT THE AGENCY WOULD

7       HAVE CAUSE TO SAY, TO ASK THE QUESTIONS THAT YOU ARE

8       ASKING:  WHEN DID YOU KNOW THIS; COULD YOU HAVE

9       REASONABLY HAVE KNOWN THIS; WERE YOU NEGLIGENT IN NOT

10      KNOWING THIS OR WILLFULLY BLIND IN NOT KNOWING THIS?

11                      AND IN THOSE CIRCUMSTANCES, MAYBE THE

12      AGENCY COULD START AN ENFORCEMENT PROCESS AND FIGURE OUT

13      WHAT THE COMPANY'S KNOWLEDGE AND INTENTIONS WERE AT THE

14      TIME.

15                      BUT HERE, YOU DON'T NEED TO TAKE OR REACH

16      THAT MAXIMALIST POSITION IN ORDER TO AGREE WITH US THAT

17      WHERE A COMPANY DID NOT KNOW THAT IT WAS PRODUCING PFAS

18      AS AN IMPURITY IN A FLUORINATION PROCESS THAT DOES

19      ITSELF NOT USE PFAS IN ANY FUNCTION OR APPLICATION, AS

20      THE AGENCY AGREES, THAT IN THOSE CIRCUMSTANCES, THAT IF

21      WE ARE GOING TO TALK ABOUT THIS AS AN ONGOING USE VERSUS

22      A NEW USE, THAT IS PLAINLY AN ONGOING USE.  THE USE HAS

23      BEEN ONGOING SINCE THE EARLY 1980.

24                      AND THE ONLY WAY THAT THE GOVERNMENT CAN

25      PRETZEL ITSELF OUT OF THAT IS TO SAY THAT BECAUSE THE

1    GOVERNMENT DIDN'T KNOW AT THE TIME OF THE AGENCY

2    RULEMAKING THAT THERE MIGHT HAVE BEEN A THING THAT WAS

3    PRODUCED DURING THE PROCESS OF FLUORINATION THAT LED TO

4    A DIFFERENT KIND OF PFAS, THEREFORE IT'S A SIGNIFICANT

5    NEW USE NOW.  THAT'S COMPLETELY BACKWARDS.

6                THERE IS A MAXUM THAT YOU HEAR ALL THE

7    TIME IN THE LAW, NO STATUTE PURSUES ITS PURPOSES AT ALL

8    COSTS, RIGHT?  SO WHAT YOU HEARD MR. SELIGMAN SAY WHEN

9    HE READ TO YOU FROM THE PURPOSE OF THE STATUTE, THAT IS

10   THE STATUTORY PURPOSE.

11               BUT HERE WHERE YOU HAVE A REGULATED

12   ENTITY THAT IS CAUGHT IN THIS RIDICULOUS CATCH-22 WHICH

13   COULD HAVE, IF IT HAD BEEN TOLD, THIS IS HOW WE ARE

14   INTERPRETING THE STATUTE, THIS IS HOW WE ARE

15   INTERPRETING THE REGULATIONS, YOU NEED TO GO OUT AND

16   TEST YOUR PRODUCTS AND SPEAK NOW OR FOREVER, HOLD YOUR

17   PEACE -- YOU HEARD NO RESPONSE TO THAT, BY THE WAY -- OR

18   YOU ARE GOING TO BE TAGGED WITH HAVING A SIGNATURE NEW

19   USE EVEN IF YOU HAVE BEEN DOING THIS SINCE THE 1980S,

20   THEN THE GOVERNMENT MIGHT HAVE A POINT.

21               BUT HERE, THIS IS CLEARLY AN ONGOING USE

22   TO THE EXTENT IT IS, AGAIN, A USE AT ALL.

23               THE COURT:  OKAY.  LET ME HEAR FROM MR.

24   SELIGMAN.

25               WE ARE GOING TO TALK ABOUT IMPURITIES AND

1    BYPRODUCTS.

2                    MR. SELIGMAN:  THANK YOU, YOUR HONOR.  IF

3    I MAY APPROACH.  WE HAVE A BINDER WITH THE STATUTES AND

4    REGULATIONS.

5                    THE COURT:  THIS IS IMPRESSIVE PAPERWORK.

6    I THINK I LIKE THE -- IT'S A LITTLE BIT -- I FEEL LIKE

7    YOU ARE -- IT'S LIKE YOU ARE THINKING THAT I HAVE NOT

8    LOOKED AT THESE BEFORE.

9                    MR. SELIGMAN:  IF I MAY ADDRESS A COUPLE

10   OF THE POINTS THAT MS. STETSON MADE?

11                   THE COURT:  BRIEFLY, YES.

12                   MR. SELIGMAN:  IF I UNDERSTOOD IN ITS

13   BRIEFING, INHANCE TOOK THE POSITION THAT "NEW" MEANS NOT

14   PREVIOUSLY NOT EXISTING.

15                   THE COURT:  YES, I AGREE WITH YOU.  I

16   THINK THAT WAS THEIR POSITION.

17                   MR. SELIGMAN:  RIGHT.  UNLESS THEY HAVE

18   CHANGED THEIR POSITION IN COURSE OF THIS HEARING, ARE

19   YOU MAKING NOW YOUR ARGUMENT THAT "NEW" MEANS AN ONGOING

20   USE THAT -- OR RATHER ANY USE IS EXEMPT IF IT WAS

21   ONGOING REGARDLESS OF WHETHER THE COMPANY HAD KNOWLEDGE,

22   THAT WOULD MAKE TSCA, WHICH IS A STRICT LIABILITY

23   STATUTE, IT WOULD TURN IT INTO A QUESTION -- A FACT

24   QUESTION OF AN ENTITY'S KNOWLEDGE IN THE ENFORCEMENT

25   ACTION.

1              THE COURT:  WELL, THE STATUTE -- AS YOU

2      POINTED OUT TO ME, THE STATUTE TALKS A LOT ABOUT WHAT IS

3      REASONABLY AVAILABLE INFORMATION.  IF WHAT IS AND IS NOT

4      REASONABLY AVAILABLE IS NOT A FACT QUESTION, I DON'T

5      KNOW WHAT IT IS.

6              LET'S TALK ABOUT THE IMPURITY AND

7      BYPRODUCT STUFF.  THE CONCEPT OF IMPURITY AND BYPRODUCT,

8      THIS IS A CREATURE ENTIRELY OF REGULATION; IS THAT

9      RIGHT?  IT'S NOT UNDER THE STATUTE?

10              MR. SELIGMAN:  THAT'S CORRECT, YOUR

11      HONOR.

12              THE COURT:  OKAY.  AND THE KEY FOCUS --

13      OR THERE IS DEFINITIONAL STUFF IN 720.  BUT IN 721, I

14      KIND OF THINK THE STARTING PLACE IS AT 21.45 WHICH

15      IDENTIFIES THESE EXCEPTIONS.  IS THAT A GOOD PLACE TO

16      START?

17              MR. SELIGMAN:  YES, YOUR HONOR.

18              THE COURT:  IT SAYS, THERE IS AN

19      EXEMPTION IN 721.45, THE PERSON MANUFACTURES OR

20      PROCESSES THE SUBSTANCE ONLY AS AN IMPURITY.

21              AND THEN FOR A DEFINITION, I'M SUPPOSED

22      TO LOOK AT 720.  I THINK EVERYONE AGREES ON THAT, RIGHT?

23              MR. SELIGMAN:  THAT'S CORRECT, YOUR

24      HONOR.

25              THE COURT:  AND 720 SAYS, IMPURITY MEANS

1   A CHEMICAL SUBSTANCE WHICH IS UNINTENTIONALLY PRESENT

2   WITH ANOTHER CHEMICAL SUBSTANCE.

3                   NOW, WE HAVE GOT SUMMARY JUDGMENT ISSUES

4   HERE POTENTIALLY, BUT LET'S JUST HAVE THE DISCUSSION.

5   PLEASE JUST ASSUME WITH ME THAT THE PFAS IN -- THE

6   PROCESS WAS UNINTENTIONALLY PRESENT WITH ANOTHER

7   CHEMICAL SUBSTANCE.  LET'S ASSUME FACTUALLY THAT THAT IS

8   TRUE.  I DON'T KNOW IF IT'S TRUE, BUT LET'S ASSUME IT'S

9   TRUE.  THEREFORE, THE PFAS IS PRESENT AS AN IMPURITY.

10  AND SO HOW DOES THE GOVERNMENT DERAIL THAT ARGUMENT?

11                  MR. SELIGMAN:  THAT ARGUMENT, YOUR HONOR,

12  READS OUT THE WORD "ONLY" IN THE EXCEPTION PORTION.

13                  THE COURT:  GOOD.  OKAY, SO IT SAYS, ONLY

14  AS AN IMPURITY.  AND IF I UNDERSTAND IT, THEN THE

15  GOVERNMENT'S ARGUMENT IS, WELL, IT COULD BE AN IMPURITY

16  AND A BYPRODUCT.

17                  MR. SELIGMAN:  THAT'S POSSIBLE AT THE

18  TIME OF MANUFACTURE.

19                  THE COURT:  OKAY.

20                  MR. SELIGMAN:  INHANCE MANUFACTURED OR

21  PRODUCES LONG-CHAIN PFAS AS A BYPRODUCT.  SUBSEQUENT TO

22  THE MANUFACTURE, THE LONG-CHAIN PFAS WHICH REMAINED WITH

23  THE PARTIALLY FORMED POLYETHYLENE COULD BE CONCEIVED OF

24  AS AN IMPURITY.

25                  THE COURT:  OKAY.  AND THAT ARGUMENT

1    IS -- AND JUST TO PRESENT AN ALTERNATIVE TO THAT, WHEN

2    IT SAYS, THE PERSON MANUFACTURES OR PROCESSES THE

3    SUBSTANCE ONLY AS AN IMPURITY, IF I TAKE THE DEFINITION

4    OF IMPURITY AND KIND OF PUT IT IN THERE, THEN IT SAYS,

5    THE PERSON MANUFACTURES OR PROCESSES THE SUBSTANCE ONLY

6    AS A CHEMICAL SUBSTANCE WHICH IS UNINTENTIONALLY PRESENT

7    WITH ANOTHER CHEMICAL SUBSTANCE.  IF I MAKE THAT OUT OF

8    THE TWO PARTS, IT SEEMS TO ME THE LOGICAL WORK -- THE

9    WORD "ONLY" IS DOING THERE IS SAYING THAT THAT CHEMICAL

10   IS ONE THAT IS ONLY -- TO ME, THE SENSIBLE WAY TO READ

11   IT IS THAT IT ONLY APPLIES TO UNINTENTIONALLY.  OKAY,

12   "ONLY UNINTENTIONALLY PRESENT," NOT ALSO "INTENTIONALLY

13   PRESENT."

14               SO THE WORD "ONLY" IN 721.45(E) I THINK

15   IS ACTING ON THE WORD "UNINTENTIONALLY."  I THINK THAT'S

16   THE MOST LOGICAL WAY TO READ THE STATUTE.  NOT THE

17   STATUTE, THE RULE.

18               WHAT IS YOUR TAKE ON THAT?

19               MR. SELIGMAN:  I WOULD DISAGREE, YOUR

20   HONOR.  IF YOU COMPARE THE EXCEPTIONS IN 721, WHICH

21   COVERS -- WHICH ARE THE RULES PROMULGATED -- OR THE

22   RULES IMPLEMENTING SECTION 5 OF THE STATUTE,

23   SPECIFICALLY WITH RESPECT TO SIGNIFICANT NEW USES, WITH

24   THE EXCEPTIONS IN PART 720, WHICH ARE THE EXEMPTIONS FOR

25   NEW CHEMICAL SUBSTANCES, THE EXCEPTIONS IN 720 ARE

1    SIGNIFICANTLY BROADER, PARTICULARLY WITH RESPECT TO

2    IMPURITIES.  WHEREAS THE EXCEPTION IN PART 721.45, HERE

3    THEY ARE REFERENCING -- REFERS TO ONLY IMPURITIES.  THE

4    EXCEPTION PART 720 FOR IMPURITIES GO --

5                THE COURT:  720, EXCEPTION H?

6                MR. SELIGMAN:  YES, YOUR HONOR.  THAT

7    REFERS TO ANY IMPURITY, THAT IS, THE SUBSTANCE COULD BE

8    AN IMPURITY AND A BYPRODUCT, ANY TYPE OF IMPURITY.

9                WHEN THE SUBSTANCE EXISTS ONLY AS AN

10   IMPURITY, AND WE ARE IN PART 721, BECAUSE THOSE ARE THE

11   EXCEPTIONS THAT APPLY --

12               THE COURT:  YES, I MEAN THE WHOLE

13   SENTENCE IS -- IF YOU PIECE TOGETHER THE ENTIRE SENTENCE

14   OF 720 AND YOU COMPARE IT TO 721, THE ENTIRE SENTENCE OF

15   720.30 IS THE FOLLOWING SUBSTANCES ARE NOT SUBJECT TO

16   THE NOTIFICATION REQUIREMENTS UNDER OF THIS PART...THE

17   CHEMICAL SUBSTANCES DESCRIBED BELOW...ANY IMPURITY.

18               IN 721.45 IT'S "THE PERSONS," RIGHT?  IT

19   STARTS OUT WITH "THE PERSONS," RIGHT?  AND THEN YOU

20   GET -- IT'S TALKING ABOUT THE PERSON MANUFACTURES OR

21   PROCESSES THE SUBSTANCE ONLY AS AN IMPURITY.  SO YOU

22   HAVE GOT THE VERB "PROCESSES" IN THERE, WHICH IS

23   NECESSARY BECAUSE WE ARE TALKING ABOUT WHAT PERSONS ARE

24   OR AREN'T DOING.  SO IT'S A DIFFERENT SETUP.  I DON'T

25   KNOW IF THEY MIX AND MATCH AND YOU MIX IT AND MATCH IT

```
1     LIKE YOU WANT IT TO.

2                  MR. SELIGMAN:  I THINK YOU NEEDED THAT --

3     IT'S THE KEY THAT THE WORD THAT EPA KNEW HOW -- THEY

4     KNEW HOW TO WRITE A REGULATION THAT BROADLY COVERS AN

5     IMPURITY, WHETHER IT EXISTS BY ITSELF OR WITH OTHER --

6     OR COULD ALSO BE CONSIDERED -- OR FALL UNDER OTHER

7     CATEGORIES LIKE BYPRODUCT, THAT WOULD BE ANY IMPURITY.

8     AND THE AGENCY KNOWS HOW TO WRITE A MORE LIMITED RULE.

9     AND THAT'S WHAT IT DID WITH THE NARROWER EXCEPTIONS IN

10    721.45.

11                 THE COURT:  IN YOUR READING OF 721.45(D),

12    WHAT IS AN EXAMPLE OF SOMETHING THAT WOULD QUALIFY AS AN

13    IMPURITY FOR THE EXCEPTION, BUT THEN NOT, NOT BE BOOTED

14    BACK OUT OF THE EXCEPTION BY VIRTUE OF BEING A

15    BYPRODUCT?

16                 MR. SELIGMAN:  YOUR HONOR, IF I MAY

17    RETURN TO MY TABLE TO GET THE GRAPH.

18                 THE COURT:  THE NATURE OF MY QUESTION IS,

19    ARE YOU READING 721.45(E) OUT OF THE RULE BY VIRTUE OF

20    YOUR CRAMPED READING OF THE RULE?

21                 MR. SELIGMAN:  YOUR HONOR, YOU ASKED FOR

22    AN EXAMPLE OF WHEN A CHEMICAL SUBSTANCE CAN EXIST ONLY

23    AS AN IMPURITY?

24                 THE COURT:  YES.  GIVE ME AN EXAMPLE OF

25    SOMETHING THAT FITS D, ONLY IF AN IMPURITY -- AN
```

1      IMPURITY THAT IS COVERED BY D THAT IS NOT THEN UNCOVERED

2      BY VIRTUE OF ALSO BEING A BYPRODUCT.

3                      MR. SELIGMAN:  NONREACTING STARTING

4      MATERIAL.  AND ANOTHER EXAMPLE, YOUR HONOR, WOULD BE A

5      CONTAMINANT SUCH AS LEAD IN DRINKING WATER BEFORE THE

6      LEAD IS REMOVED.  THERE IS NO BYPRODUCT PRODUCED.

7                      THE COURT:  IN OTHER WORDS, YOU ARE

8      TALKING ABOUT YOU BUY -- THIS COULD WORK, RIGHT.  YOU

9      BUY A STARTING MATERIAL.  IT COMES WITH THE IMPURITY IN

10     IT.  SO THAT -- SO UNDER 721.45, YOU ARE SAYING THAT

11     WOULD BE AN IMPURITY UNDER D.  BUT IT WOULD NOT ALSO BE

12     A -- IT WOULD NOT GET BOOTED OUT BY VIRTUE OF BEING A

13     BYPRODUCT?

14                     MR. SELIGMAN:  THAT'S CORRECT, YOUR

15     HONOR.

16                     THE COURT:  OKAY.  I GET IT.

17                     MR. GLADSTEIN:  CONVERSELY HERE, OF

18     COURSE, WE HAVE A BYPRODUCT, WHICH -- AFTER IT WAS

19     MANUFACTURED COULD BE DEEMED BY INHANCE OR TO DOWNSTREAM

20     USERS AS AN IMPURITY, BOTH A BYPRODUCT AND IMPURITY.

21                     THE COURT:  DO YOU HAVE ANYTHING ELSE TO

22     ADD TO THE BYPRODUCT AND IMPURITY ARGUMENT OR CAN I HEAR

23     FROM MS. STETSON?

24                     MR. SELIGMAN:  THAT'S ALL, YOUR HONOR.

25     THANK YOU.

1                      THE COURT:   WHAT'S GOING ON OVER THERE?

2      WHAT'S GOING ON OVER THERE?

3                      MR. SUSSMAN:   HE NEEDS TO PUT MONEY IN

4      THE PARKING METER, AND THEN HE IS GOING TO BE COMING

5      BACK.

6                      THE COURT:   OKAY.   BYPRODUCT AND

7      IMPURITY, THE ARGUMENT FROM THE GOVERNMENT IS THAT IT'S

8      APPROPRIATE AND ACTUALLY THE BETTER READING OF 721.45(D)

9      FOR THE WORD "ONLY" TO BE CONTRASTING WITH BYPRODUCTS

10     RATHER THAN TO BE CONTRASTING WITH SUBSTANCES THAT ARE

11     NOT UNINTENTIONALLY PRESENT.

12                     WHAT DO YOU THINK?

13                     MS. STETSON:   I THINK THAT DEPENDS FIRST

14     OF ALL ON THE IDEA THAT SOMETHING CAN BOTH BE A

15     BYPRODUCT AND AN IMPURITY.   I THINK THAT'S POSSIBLE IN

16     THEORY.   I THINK IN PRACTICE WHAT WE ARE TALKING ABOUT

17     HERE IS SOMETHING THAT IS FURTHER ELUCIDATED BY A

18     DIFFERENT DEFINITION.   IF YOU LOOK AT 40 CFR 720.3(R),

19     WHICH IS MANUFACTURE FOR COMMERCIAL PURPOSES, THIS SHEDS

20     LIGHT MORE THAN THE INDIVIDUAL DEFINITIONS ON WHAT

21     CONSTITUTES A BYPRODUCT AND WHAT CONSTITUTES AN

22     IMPURITY.

23                     AND I DO WANT TO OBSERVE --

24                     THE COURT:   WALK ME THROUGH THAT.

25                     MS. STETSON:   SURE.   730.3(R)(2), THE

1    TERM ALSO APPLIES TO SUBSTANCES THAT ARE PRODUCED

2    COINCIDENTALLY -- DO YOU SEE THAT --

3              HE COURT:  YES.

4              MS. STETSON:  -- DURING MANUFACTURE,

5    PROCESSING, OR THE USE, INCLUDING BYPRODUCTS THAT ARE

6    SEPARATED FROM THAT OTHER SUBSTANCE OR MIXTURE, AND

7    IMPURITIES THAT REMAIN IN THAT SUBSTANCE OR MIXTURE.

8    THAT'S THE DIFFERENCE.  BOTH CAN BE INTENTIONAL --

9    UNINTENTIONALLY PRODUCED DURING THE PROCESS, BUT THIS IS

10   THE ONLY THING THAT TELLS YOU WHAT THE DIFFERENCE IS

11   BETWEEN A BYPRODUCT AND AN IMPURITY.

12             THE COURT:  WELL, AN IMPURITY, I THINK

13   WHAT MR. SELIGMAN WOULD SAY IS SOMETIMES AN IMPURITY

14   MIGHT BE A BYPRODUCT, BUT IT MIGHT ALSO BE, TO USE HIS

15   EXAMPLE, A REACTING CONTAMINANT TO REACTANTS.

16             MS. STETSON:  SO I WAS INTERESTED TO HEAR

17   MR. SELIGMAN SAY THAT AN IMPURITY IS A CONTAMINANT.

18             THE COURT:  I DON'T KNOW THAT HE ACTUALLY

19   USED THAT WORD.

20             MS. STETSON:  HE DID.

21             THE COURT:  THE EXAMPLE WAS, YOU HAVE A

22   STARTING MATERIAL AND THEN THE IMPURITY COMES IN WITH

23   THE STARTING MATERIAL.

24             MS. STETSON:  RIGHT, RIGHT.

25             SO WHAT THE EPA HAS SAID ON THIS ISSUE UP

1    UNTIL ITS NOTICE OF VIOLATION TO INHANCE HAS BEEN

2    REMARKABLY CONSISTENT.  IT HAS ALWAYS CALLED PFAS

3    IMPURITIES, FOR WHAT WE CAN TELL, INCLUDING IN THE MARCH

4    LETTER TO INDUSTRY THAT CAME OUT A COUPLE OF WEEKS AFTER

5    INHANCE GOT ITS NOTICE OF VIOLATION, THE FIRST PARAGRAPH

6    TALKS PFAS AS A CONTAMINANT.

7              THE OTHER THING I POINT YOU TO IN YOUR

8    BRIEFING BOOK -- AND I KNOW YOU HAVE READ EVERYTHING,

9    BUT WE WERE TRYING TO CONSOLIDATE THE REAMS FOR YOU.

10              TAB FOUR OF THE BRIEFING BOOK, WHICH IS

11    OTHER EPA MATERIALS, CONTAINS THREE EXHIBITS THAT WERE

12    SUBMITTED BY VARIOUS PARTIES DURING THE COURSE OF THE

13    BRIEFING HERE.  IF YOU LOOK AT THAT FIRST EXHIBIT, WHICH

14    IS PEERS EXHIBIT 23, AND YOU TURN TO PAGE 702 AND YOU

15    LOOK AT QUESTION FOUR, WHAT SHOULD PESTICIDE REGISTRANTS

16    DO IF THEY FIND PFAS IN THEIR PRODUCTION LINES?

17              AND YOU READ FOUR LINES DOWN, REGISTRANTS

18    SHOULD REPORT TO EPA ADDITIONAL INFORMATION ON

19    IMPURITIES SUCH AS PFAS.

20              EXHIBIT 30, SAME THING.  AND THIS IS PAGE

21    772 OF THE APPENDIX, BUT IT'S JUST YOUR NEXT FEW PAGES

22    OF YOUR BRIEFING BOOK.

23              THE COURT:  I THINK MR. SELIGMAN WOULD

24    SAY THOSE ARE IMPURITIES WITH RESPECT TO PESTICIDE

25    REGISTRANTS, BUT NOT WITH RESPECT TO INHANCE.

1                    MS. STETSON:  SO THEY ARE IMPURITIES WITH

2      RESPECT TO FIFRA BUT NOT FOR WHAT WOULD BE --

3                    THE COURT:  BECAUSE THE DEFINITION OF THE

4      WORD "IMPURITY" HAS SOMETHING TO DO WITH WHERE THEY COME

5      FROM.

6                    MS. STETSON:  SO IF MR. SELIGMAN INTENDS

7      TO TAKE THAT POSITION, THAT'S FASCINATING, AND I WILL BE

8      PREPARED TO REBUT IT.  BECAUSE THEN SOMETHING IS AN

9      IMPURITY FOR ONE EPA ADMINISTERED PROGRAM BUT A

10     BYPRODUCT FOR ANOTHER?  HERE YOU HAVE AN IMPURITY THAT

11     IS IDENTIFIED AS PFAS IN THE VERY THING THAT WE ARE

12     TALKING ABOUT HAVING HAD THE PFAS IN IT, WHICH HAS LED

13     TO THIS PARTICULAR ACTION.

14                    SO ON PAGE 772 AGAIN, IMPURITIES SUCH AS

15     PFAS, THE LAST ITEM IN THAT PARTICULAR BRIEFING BOOK IS

16     AN EPA Q&A ABOUT WHAT CONSTITUTES A BYPRODUCT WHICH IS

17     AN IMPURITY.  AND IF YOU TURN TO PAGE EIGHT OF THAT Q&A,

18     YOU FIND THIS QUESTION:

19                    CHEMICAL SUBSTANCE X IS FORMED

20     UNINTENTIONALLY WITHOUT A NEW SEPARATE COMMERCIAL

21     PURPOSE DURING THE MANUFACTURE OF ANOTHER CHEMICAL

22     SUBSTANCE Y.  FURTHERMORE, IT IS NOT ISOLATED FROM

23     SUBSTANCE Y.  WOULD IT BE ACCURATE TO DESCRIBE SUBSTANCE

24     X AS AN IMPURITY?

25                    ANSWER SIX, YES.  CHEMICAL SUBSTANCE X IS

1    BOTH A BYPRODUCT AND AN IMPURITY.  THE UNINTENTIONAL

2    BYPRODUCT THAT REMAINS WITH THE INTENDED PRODUCT, I.E.,

3    IS NOT ISOLATED FROM THAT PRODUCT, IS AN IMPURITY.  THAT

4    WAS THE POINT THAT WE MADE IN OUR SURREPLY AT SIX.

5            THE LAST THING I WILL SAY ABOUT EPA'S

6    COMMENTS HERE, AND THIS GOES BACK TO KNOWLEDGE AS WELL,

7    IS IN THE FINAL RULE, THERE IS A QUESTION THAT WAS POSED

8    BY ONE COMMENTER.  AND THIS IS AT PAGE 45,116 OF THE

9    FINAL RULE.  THE COMMENTER TALKS ABOUT FLUORINATED

10    SUBSTANCES THAT DO NOT FALL INTO THE SCOPE OF THE

11    SIGNIFICANT NEW USE RULE THAT MAY DEGRADE INTO

12    LONG-CHAIN PFAS SUBSTANCES.  ONE COMMENTER, AND I AM

13    QUOTING NOW, STATED THAT THEIR IMPORTED ARTICLE

14    CONTAINED RESIDUAL LONG-CHAIN LCPFAC FROM THE USE OF A

15    PARTICULAR FLUOROALKYL PRODUCTION OUTSIDE THE U.S.

16            THE RESPONSE BY EPA ON THAT PAGE WAS, TO

17    THE EXTENT THE CHEMICAL SUBSTANCE SUBJECT TO THE SNUR IS

18    ONLY "UNINTENTIONALLY PRESENT" AT THE POINT OF FOREIGN

19    MANUFACTURE, IT IS ALREADY EXEMPT FROM REPORTING BY THE

20    IMPORTER AS AN IMPORTED IMPURITY...ADDITIONALLY, THE

21    IMPURITY EXEMPTION INCLUDES DOMESTIC MANUFACTURE AND

22    PROCESSING.

23            SO IF YOU ARE A FLUORINATOR AND YOU ARE

24    LOOKING AT THAT FINAL RULE, YOU UNDERSTAND ONE THING,

25    WHICH IS THE ONE MENTION OF FLUORINATION IN THIS FINAL

1      RULE IS IN THAT COMMENT.  AND THE COMMENT SAYS, DON'T

2      WORRY, UNINTENTIONAL MANUFACTURE OF PFAS IS AN IMPURITY.

3                        AN IMPURITY IS ALSO WHAT IT SAID IN

4      EXHIBIT 23 OF THE PEERS MOTION, EXHIBIT 30 OF THE PEERS

5      MOTION, AND IN THE Q&A ITSELF.

6                        THE COURT:  YOU DIDN'T CROSS-MOVE ON THIS

7      ISSUE OR ON THE ARTICLE ISSUE, YOU WANT DISCOVERY ON

8      THOSE ISSUES, RIGHT?

9                        MS. STETSON:  WE DO.  I THINK WE WANT

10     DISCOVERY ON A NUMBER OF ISSUES, NOT LEAST ON THE

11     KNOWLEDGE ISSUE THAT YOU AND I HAD THE EARLIER COLLOQUY

12     ABOUT.

13                       THE COURT:  YOU MOVED TO DISMISS ON,

14     RIGHT -- WASN'T NEW VERSUS OLD IN THE MOTION TO DISMISS?

15                       MS. STETSON:  NEW VERSUS OLD WAS IN THE

16     MOTION TO DISMISS, YES.

17                       THE COURT:  SO YOU THINK I CAN DECIDE

18     THAT AS A MATTER OF LAW?

19                       MS. STETSON:  I DO, YES.

20                       THE COURT:  MR. SELIGMAN, DO YOU HAVE

21     FINAL THOUGHTS ON IMPURITY VERSUS BYPRODUCT?

22                       MR. SELIGMAN:  BRIEFLY, YOUR HONOR.

23                       THE COURT:  OKAY.  LET ME JUST HEAR FROM

24     HIM.

25                       MR. SELIGMAN:  I THINK AS YOUR HONOR IS

1    AWARE, MS. STETSON IS QUOTING A DIFFERENT STATUTE, WHICH

2    I AM NOT SURE THE DEFINITION FIT FOR EITHER BYPRODUCT OR

3    IMPURITY.  BUT IT'S A DIFFERENT SECTION, IT'S A

4    DIFFERENT CONTEXT.

5              IN YOUR PACKET, YOUR HONOR, WE INCLUDED

6    THE ACTUAL GUIDANCE THAT INHANCE JUST REFERENCED, A

7    DRAFT GUIDANCE FROM THE EPA THAT WAS PUBLISHED IN 2010.

8    AND THAT'S IN THEIR BRIEFING, EXHIBIT 1 TO THEIR

9    SURREPLY IN YOUR BOOK.  WE HAVE INCLUDED THE ACTUAL

10   GUIDANCE, WHICH IS VERBATIM WHAT THE GUIDANCE SAYS.  AND

11   THE Q&A DESCRIBES PRECISELY THE SITUATION, CHEMICAL

12   SUBSTANCE X IS FORMED UNINTENTIONALLY WITHOUT ANY

13   SEPARATE COMMERCIAL PURPOSE DURING THE MANUFACTURE OF

14   ANOTHER CHEMICAL SUBSTANCE Y.  FURTHERMORE, IT IS NOT

15   ISOLATED FROM SUBSTANCE Y.  THAT'S WHAT WE HAVE THE PFAS

16   NOT -- WHICH IS NOT SEPARATED OR REMAINS WITH THE

17   FLUORINATED POLYETHYLENE.

18             WOULD IT BE ACCURATE TO DESCRIBE

19   SUBSTANCE X AS AN IMPURITY WITH NO REPORTING OBLIGATION?

20   YES, CHEMICAL SUBSTANCE X IS BOTH A BYPRODUCT AND AN

21   IMPURITY, AND THIS JUST PROVES OUR POINT.

22             THE COURT:  AND THEREFORE NOT EXEMPT.

23             MR. SELIGMAN:  AND THEREFORE NOT EXEMPT.

24             THE COURT:  OKAY.  ANYTHING ELSE ON THAT

25   ISSUE?

1                    MR. SELIGMAN:  THAT'S ALL, YOUR HONOR,

2      THANK YOU.

3                    THE COURT:  LET ME HEAR FROM MR. SUSSMAN.

4                    MS. STETSON:  YOUR HONOR, IF I CAN BE

5      HEARD JUST ON THAT LAST POINT FOR JUST TEN SECONDS?

6                    THE COURT:  SURE.  OKAY.

7                    MS. STETSON:  WHAT MR. SELIGMAN LEFT OUT

8      WAS THE NEXT PHRASE, THE UNINTENTIONAL BYPRODUCT THAT

9      REMAINS WITH THE INTENDED PRODUCT, I.E., IS NOT ISOLATED

10     FROM THAT INTENDED PRODUCED IS AN IMPURITY.

11                   THANK YOU.

12                   MR. SUSSMAN:  THANK YOU, YOUR HONOR.

13                   THE COURT:  GOOD MORNING.

14                   MR. SUSSMAN:  WE HAVE COVERED A LOT OF

15     GROUND THIS MORNING, AND I'M GOING TO TRY TO BE FAIRLY

16     TARGETED IN MY COMMENTS, ALTHOUGH THERE REALLY IS A LOT

17     ON THE TABLE HERE.

18                   THE COURT:  PLEASE START WITH STANDING.

19                   MR. SUSSMAN:  SO I DO WANT TO START WITH

20     THE IMPURITY AND BYPRODUCT --

21                   THE COURT:  SIR, PLEASE START WITH

22     STANDING?

23                   MR. SUSSMAN:  EXCUSE ME?

24                   THE COURT:  STANDING, COULD YOU PLEASE

25     START WITH THE STANDING ISSUE?

```
1                      MR. SUSSMAN:  YOU WANT ME TO DISCUSS
2      STANDING?
3                      THE COURT:  YES.
4                      MR. SUSSMAN:  OKAY.  WE CAN CERTAINLY
5      START WITH THAT.
6                      THE COURT:  IT'S A THRESHOLD
7      JURISDICTIONAL ISSUE UNDER THE CONSTITUTION, I HAVE TO
8      ADDRESS IT.
9                      MR. SUSSMAN:  WE UNDERSTAND THAT.  AND I
10     THINK THAT ISSUE IS EASILY RESOLVABLE, BECAUSE --
11                     THE COURT:  GIVE ME YOUR BEST FOR -- PICK
12     AN INDIVIDUAL OR PICK AN ORGANIZATION, BUT GIVE ME YOUR
13     BEST SINGLE EXAMPLE, YOUR BEST.
14                     MR. SUSSMAN:  OF WHAT?
15                     THE COURT:  STANDING.
16                     MR. SUSSMAN:  WELL, I DON'T THINK THERE
17     IS A STANDING ISSUE IN THIS CASE, YOUR HONOR, BECAUSE
18     THE SUPREME COURT HAS SAID THAT IF ONE OF THE PLAINTIFFS
19     HAS STANDING, THEN THERE IS NO NEED FOR A STANDING
20     DEMONSTRATION.
21                     THE COURT:  SKIP THAT ONE.  SKIP THAT
22     ARGUMENT.
23                     MR. SUSSMAN:  OKAY, BUT IT'S A GOOD
24     ARGUMENT.  IT'S PRETTY CLEAR.
25                     THE COURT:  MOVE ON.
```

1          MR. SUSSMAN:  I WILL ACCEPT THAT.

2          SO LET'S TAKE ONE OF OUR INTERVENOR

3     PLAINTIFFS HERE, JAY DE LA ROSA.  AND MR. DE LA ROSA HAS

4     A PART-TIME FURNITURE BUSINESS, AND HE ALSO SPENDS A LOT

5     OF TIME WORKING ON CARS AS A PART-TIME MECHANIC.  AND

6     ACCORDING TO HIS DECLARATION, HE USES A LOT OF

7     AUTOMOBILE AND FURNITURE TYPE LIQUIDS AND PRODUCTS,

8     PAPER MOVERS WOULD BE AN EXAMPLE, AND THEY COME IN

9     PLASTIC CONTAINERS.  IN HIS WORK ON A DAY-TO-DAY BASIS,

10    HE IS PROBABLY IN CONTACT WITH MULTIPLE PLASTIC

11    CONTAINERS.  AND HE NOT ONLY TOUCHES THOSE CONTAINERS,

12    BUT HE IS IN SOME CASES LIKELY TO SPILL THEM ON HIS

13    HANDS OR HE MAY INHALE THE VAPORS THAT ARE EMANATING

14    FROM THE CONTAINERS.

15          HE DOES NOT KNOW WHETHER THEY ARE

16    FLUORINATED FOR A VERY SIMPLE REASON, WHICH IS THERE IS

17    NO LABELING ON THE CONTAINER WHICH INDICATES WHETHER IT

18    HAS BEEN FLUORINATED OR NOT.  HOWEVER, WHAT WE KNOW IS

19    THAT POST-MOLD FLUORINATION IN THE UNITED STATES IS ONLY

20    PERFORMED BY INHANCE.  AND WE ALSO KNOW THAT ACCORDING

21    TO INHANCE ITSELF, THE TYPES OF PRODUCTS THAT

22    MR. DE LA ROSA USES ARE PRODUCTS WHICH ARE TYPICALLY

23    FLUORINATED.  INHANCE HAS PROVIDED MANY EXAMPLES OF

24    PRODUCTS THAT ARE SOLD IN FLUORINATED CONTAINERS, AND

25    CERTAINLY THE TYPE OF PAINT REMOVAL PRODUCTS, AUTOMOTIVE

1    PRODUCTS.  THOSE ARE TYPICALLY SOLD IN FLUORINATED

2    CONTAINERS.

3                         AND SO MR. DE LA ROSA IS --

4                         THE COURT:  FLUORINATED CONTAINERS THAT

5    ARE FLUORINATED BY INHANCE?

6                         MR. SUSSMAN:  I THINK THERE IS A HIGH

7    PROBABILITY OF THAT, BECAUSE I THINK THERE IS LITTLE, IF

8    ANY, NON-INHANCE FLUORINATION OCCURRING IN THE UNITED

9    STATES.

10                        THE COURT:  HOW DO YOU KNOW THAT?

11                        MR. SUSSMAN:  I THINK WE --

12                        THE COURT:  AND HOW DO YOU KNOW WE ARE

13   NOT DEALING WITH IMPORTS?

14                        MR. SUSSMAN:  EXCUSE ME?

15                        THE COURT:  HOW DO YOU KNOW WE ARE NOT

16   DEALING WITH IMPORTS?

17                        MR. SUSSMAN:  WELL, I MEAN, IMPORTS ARE

18   CERTAINLY POSSIBLE, BUT, YOU KNOW, I HAVE NEVER SEEN ANY

19   EVIDENCE, AND I DON'T KNOW THAT INHANCE HAS PROVIDED --

20                        THE COURT:  IT'S YOUR BURDEN, RIGHT?

21                        MR. SUSSMAN:  EXCUSE ME?

22                        THE COURT:  IT'S YOUR BURDEN?

23                        MR. SUSSMAN:  I'M SORRY, I DIDN'T HEAR

24   YOU.

25                        THE COURT:  IT'S YOUR BURDEN.

1          MR. SUSSMAN:  I'M SORRY, YOUR HONOR.

2          THE COURT:  IT IS YOUR BURDEN, STANDING.

3          MR. SUSSMAN:  WELL, I DON'T THINK IT'S

4   OUR BURDEN TO ESTABLISH TO A 100 PERCENT PROBABILITY

5   THAT THE CONTAINERS THAT MR. DE LA ROSA IS EXPOSED TO

6   COME FROM INHANCE.  THERE IS NO REALISTIC WAY HE CAN

7   ESTABLISH THAT.  IT'S NOT WITHIN HIS PURVIEW AND HIS

8   ABILITY TO ESTABLISH THAT.

9          I THINK WHAT WE CAN SAY IS THAT THERE IS

10  A HIGH PROBABILITY THAT THESE CONTAINERS ARE

11  FLUORINATED, AND GIVEN THE CENTRAL AND DOMINANT ROLE OF

12  INHANCE IN FLUORINATING CONTAINERS IN THE UNITED STATES,

13  THERE'S A HIGH PROBABILITY THAT THESE CONTAINERS COME

14  FROM INHANCE.  BUT MR. DE LA ROSA CAN'T GO BEYOND THAT.

15  IT'S PRACTICALLY IMPOSSIBLE FOR HIM TO BE ABLE TO SAY

16  CATEGORICALLY THAT THE CONTAINERS THAT HE USES ARE

17  FLUORINATED BY INHANCE.  AND I DON'T THINK THE STANDING

18  LAW REQUIRES HIM TO SHOW THAT.  IF HE WERE MERELY

19  SPECULATING THAT THESE CONTAINERS WERE COMING FROM

20  INHANCE, PERHAPS HE MIGHT NOT BE MEETING HIS BURDEN, BUT

21  I THINK --

22          THE COURT:  SO IS THE ONLY

23  NON-SPECULATIVE FACT THAT INHANCE IS THE ONLY -- MAY BE

24  THE ONLY COMPANY IN THE U.S. DOING SURFACE FLUORINATION,

25  IS THAT THE ONLY NON-SPECULATIVE FACT?

1          MR. SUSSMAN:  WELL, I DON'T KNOW WHAT YOU

2     MEAN BY THAT.  I THINK THE OTHER NON-SPECULATIVE FACT IS

3     THAT MR. DE LA ROSA IN HIS DAILY WORK USES QUITE A

4     NUMBER OF PLASTIC CONTAINERS, AND --

5          THE COURT:  WHICH MAY -- AND SOME OF

6     THOSE MIGHT BE FLUORINATED?

7          MR. SUSSMAN:  WELL, I THINK WE KNOW THAT

8     THOSE TYPES OF PRODUCTS ARE FLUORINATED.  WE KNOW THAT

9     FROM INHANCE ITSELF.

10          THE COURT:  IT'S POSSIBLE?

11          MR. SUSSMAN:  I THINK IT'S LIKELY.

12          THE COURT:  WHY DO YOU THINK THAT?

13          MR. SUSSMAN:  WHY DO I THINK IT'S LIKELY?

14     BECAUSE THE BARRIER PROPERTIES THAT FLUORINATION IMPARTS

15     ARE IMPORTANT FOR CERTAIN TYPES OF PRODUCTS, AND THAT'S

16     WHY A MARKET EXISTS FOR FLUORINATION IN THOSE SECTORS.

17     AND AGAIN, TAKE A CONTAINER OF PAINT REMOVAL AS AN

18     EXAMPLE.  BARRIER PROPERTIES ARE VERY IMPORTANT TO THAT

19     CONTAINER.  AND INHANCE SAYS, WE FLUORINATE CONTAINERS

20     WHICH ARE USED FOR THAT PURPOSE, SO I THINK THAT

21     THERE IS --

22          THE COURT:  YOU ARE TELLING ME INHANCE

23     FLUORINATES CONTAINERS FOR PAINT REMOVER?

24          MR. SUSSMAN:  YES.

25          THE COURT:  FOR CONSUMER USE?

```
1              MR. SUSSMAN:  YES.

2              THE COURT:  WHERE IS THAT IN THE RECORD?

3              MR. SUSSMAN:  IS IT RIPE?

4              THE COURT:  IN THE RECORD?

5              MR. SUSSMAN:  I THINK IT PROBABLY IS.

6              THE COURT:  NO, WHERE IN THE RECORD?

7              MR. SUSSMAN:  I THINK INHANCE IN THEIR

8    SNUNS, WHICH ARE IN THE RECORD, GIVES EXAMPLES OF

9    SEVERAL TYPES OF PRODUCTS THAT COME IN FLUORINATED

10   CONTAINERS.  THAT IS CERTAINLY ONE SOURCE FOR THAT

11   INFORMATION.  I BELIEVE, AND I WOULD NEED TO CHECK, YOUR

12   HONOR, THAT THERE IS EVIDENCE IN THE RECORD OF VARIOUS

13   USES AND APPLICATIONS WHICH INHANCE HAS PROMOTED AND

14   ADVERTISED AS REQUIRING BARRIER PROTECTION IN

15   FLUORINATION.  I BELIEVE THE CITES ARE THERE, YOUR

16   HONOR, BUT I CAN'T GIVE THEM TO YOU AT THIS POINT.

17              THE COURT:  SO MR. DE LA ROSA IS YOUR

18   BEST ARGUMENT?

19              MR. SUSSMAN:  I WOULD NOT SAY HE IS OUR

20   BEST CASE.  I THINK THAT HE ILLUSTRATES --

21              THE COURT:  YOU WILL OR WILL NOT SAY HE

22   IS THE BEST CASE?

23              MR. SUSSMAN:  HUM?

24              THE COURT:  YOU WILL OR WILL NOT SAY HE

25   IS THE BEST CASE?
```

```
1                         MR. SUSSMAN:  I THINK HE IS A VERY GOOD

2         CASE.

3                         THE COURT:  IS HE THE BEST THAT YOU HAVE?

4                         MR. SUSSMAN:  I DON'T WANT TO ATTACH A

5         LOT OF MEANING TO THAT.  I THINK HE IS A GOOD EXAMPLE OF

6         THE STANDING DEMONSTRATION THAT ALL OF OUR DECLARANTS

7         ARE MAKING.  I WOULD SAY THAT.

8                         THE COURT:  IS IT FAIR TO SAY HE IS A

9         REPRESENTATIVE EXAMPLE OF YOUR STANDING FACTS?

10                        MR. SUSSMAN:  HE IS A GOOD EXAMPLE.

11                        THE COURT:  REPRESENTATIVE?

12                        MR. SUSSMAN:  REPRESENTATIVE OF ALL OF

13        THE OTHERS?

14                        THE COURT:  YES.

15                        MR. SUSSMAN:  I THINK, BASICALLY.

16                        THE COURT:  OKAY.  LET ME ASK THE

17        GOVERNMENT A STANDING QUESTION NEXT, AND THEN I WILL

18        COME BACK TO YOU ON THE MERITS AFTER I AM DONE WITH

19        STANDING.

20                        MR. SUSSMAN:  OKAY.  YOU WANT ME TO SIT

21        DOWN?

22                        THE COURT:  PLEASE.

23                        MR. SUSSMAN:  I WILL DO THAT.

24                        THE COURT:  THANK YOU.

25                        WHAT IS THE GOVERNMENT'S POSITION ON THE
```

1    INTERVENING STANDING?

2                    MR. GLADSTEIN:  I DON'T KNOW THAT WE HAVE

3    A POSITION ON THAT, YOUR HONOR.

4                    THE COURT:  DOES THE UNITED STATES

5    GOVERNMENT ASCRIBE TO THIS ARGUMENT THAT INTERVENORS IN

6    CASES LIKE THIS HAVE STANDING AUTOMATICALLY?

7                    MR. GLADSTEIN:  NOT AUTOMATICALLY, NO.  I

8    MEAN, THEY HAVE A STATUTORY RIGHT TO INTERVENE.

9                    THE COURT:  BUT DOES THAT CONVEY STANDING

10   WHEN THE UNITED STATES HAS STANDING, WHICH, OF COURSE,

11   IT DOES?

12                   MR. GLADSTEIN:  DOES NOT CONVEY IT

13   AUTOMATICALLY.  IT HAS TO STAND ON ITS MERITS.

14                   THE COURT:  I AM REQUIRED TO DO AN

15   ARTICLE III STANDING EVALUATION UNDER SUPREME COURT CASE

16   LAW OF THE INTERVENORS, RIGHT?

17                   MR. GLADSTEIN:  CORRECT.

18                   THE COURT:  AS TO THOSE PARTICULAR

19   FACTUAL ALLEGATIONS THE INTERVENORS HAVE MADE, THE

20   GOVERNMENT DOES NOT HAVE A POSITION ON THE SIGNIFICANCE?

21                   MR. GLADSTEIN:  THAT IS CORRECT.

22                   THE COURT:  GOT IT.  OKAY.

23                   MS. STETSON.  ALL RIGHT, STANDING?

24                   MS. STETSON:  NONE.

25                   THE COURT:  AND GIVE ME THE --

1              MS. STETSON:  THE REASON IS -- AND TWO

2       POINTS.  THE FIRST IS WITH RESPECT TO THE INTERVENOR

3       PLAINTIFFS CLAIMING STANDING BY VIRTUE OF THE

4       GOVERNMENT, TRANSUNION MAKES CLEAR THAT STANDING CANNOT

5       BE DISPENSED IN GROSS.  I THINK THAT'S THE CITE.

6       PLAINTIFFS HAVE TO ESTABLISH THEIR STANDING FOR EACH

7       CLAIM THEY MAKE AND EACH FORM OF RELIEF THEY SEEK,

8       INCLUDING INJUNCTIVE RELIEF.  THAT'S WHAT TRANSUNION

9       SAYS.  THESE PLAINTIFFS ARE HERE SEEKING A FORM OF

10      RELIEF THAT THE GOVERNMENT IS NOT, SO THEY ABSOLUTELY

11      HAVE TO SHOW THEIR STANDING.

12              WITH RESPECT TO MR. DE LA ROSA, WHO MAY

13      OR MAY NOT BE THE BEST SINGLE EXAMPLE THAT THEY HAVE,

14      BUT HE IS THE ONE WE HEARD ABOUT.  YOUR HONOR POINTED

15      OUT SOME OF THE FLAWS IN THE REASONING.

16              I WOULD MAKE A COUPLE OF POINTS.  THE

17      FIRST IS THE CLAPPER CASE FROM THE SUPREME COURT

18      DISPENSES WITH THIS IDEA THAT YOU CAN SHOW SOME KIND OF

19      AN OBJECTIVE LIKELIHOOD IN THE AIR OF STANDING.  WHAT

20      MR. DE LA ROSA WOULD NEED TO SHOW IS THAT HE FACES

21      IMMINENT INJURY FAIRLY TRACEABLE TO INHANCE.

22              AND IF YOU LOOK AT MR. DE LA ROSA'S

23      DECLARATION, WHICH IS IN THE APPENDIX THAT PEER AND CEH

24      ATTACHED, AND ONE OF THE THINGS HE SAYS IN PARAGRAPH 6

25      IS, I DO NOT KNOW WHETHER THE PLASTIC CONTAINERS THAT

1  ARE USED FOR MY FURNITURE BUSINESS AND WORK ON CARS HAVE

2  BEEN FLUORINATED.  I UNDERSTAND THAT THE EPA HAS

3  CONCLUDED THAT PFAS HAS HEALTH EFFECTS.  I WOULD LIKE TO

4  BE PROTECTED FROM THE RISKS OF PFAS.  I JOINED THIS

5  LAWSUIT IN THE HOPE THAT IT WOULD RESULT IN A BAN ON

6  FLUORINATED CONTAINERS.

7  HE HAS A CONCERN THAT THE CONTAINERS THAT

8  HE WORKS WITH MAY OR MAY NOT BE FLUORINATED, MAY OR MAY

9  NOT BE FLUORINATED BY INHANCE, AND THEREFORE, MAY OR MAY

10  NOT CAUSE HIM IMMINENT HEALTH RISK.  ALL OF THOSE MAY OR

11  MAY NOTS AMOUNT TO A LONG CHAIN OF SPECULATION.

12  YOU HEARD MR. SUSSMAN MENTION ONE THING

13  ABOUT INHANCE'S ROLE IN FLUORINATING IN THE U.S.

14  EMPHASIS ON, IN THE U.S.  I THINK AS YOU POINTED OUT,

15  THERE ARE FLUORINATORS THAT COME FROM OVERSEAS, AND

16  THOSE PRODUCTS ARE IMPORTED IN THE U.S., AND THERE IS

17  SIMPLY NO TELLING.  EVEN IF YOU SAY INHANCE FLUORINATES

18  X MILLION CONTAINERS A YEAR, THERE IS NO TELLING FOR

19  ARTICLE III CONSTITUTIONAL STANDING PURPOSES WHETHER

20  MR. DE LA ROSA ACTUALLY IMMINENTLY IS ABOUT TO SUFFER OR

21  IS SUFFERING AN INJURY OR A RECOGNIZABLE RISK OF INJURY

22  FROM THE CONTAINER THAT INHANCE FLUORINATED.

23  THE COURT:  IT'S WORSE FOR THAT, RIGHT,

24  FOR THEM BECAUSE IT'S GOT TO BE -- WHAT IS AT ISSUE IN

25  THIS CASE IS AN INJUNCTION.  THAT'S THE ONLY RELIEF,

1    ULTIMATELY.  AND THAT INJUNCTION WOULD STOP INHANCE

2    FLUORINATING AT THE TIME THE INJUNCTION ISSUES, AND SO

3    THERE WOULD HAVE TO BE LIKE A CAN OF PAINT THINNER THAT

4    DOES NOT GET FLUORINATED LATER THAT DAY AFTER THE

5    INJUNCTION ISSUES, AND THEN -- IF THE INJUNCTION HAD NOT

6    ISSUED, THAT CAN OF PAINT THINNER WOULD HAVE WOUND ITS

7    WAY THROUGH THE CHANNELS OF COMMERCE AND INTO

8    MR. DE LA ROSA'S GARAGE, SO THERE'S A REDRESSABILITY

9    ISSUE --

10                   MS. STETSON:  THERE IS, YES.

11                   THE COURT:  -- IN THE FUTURE, RIGHT?

12                   MS. STETSON:  I WAS FOCUSING ON CAUSATION

13   AND TRACEABILITY, BUT THERE'S ABSOLUTELY A

14   REDRESSABILITY ISSUE AS WELL, YES.

15                   THE COURT:  OKAY.  LET ME HAVE MR.

16   SUSSMAN BACK.

17                   I HAVE SOME SERIOUS CONCERNS ABOUT

18   STANDING, WHICH IF YOU WOULD LIKE TO ADDRESS IT ANY

19   FURTHER, YOU MAY.  BUT I ALSO WANT TO GIVE YOU THE

20   OPPORTUNITY TO BE HEARD ON THE MERITS, SO I WILL GIVE

21   YOU A LITTLE TIME TO ADDRESS THE MERITS, IF YOU WOULD

22   LIKE.

23                   MR. SUSSMAN:  I JUST WANT TO SAY ONE

24   THING ON THE STANDING ISSUE.  I THINK THE ALIGNMENT

25   BETWEEN OUR CLAIMS AND REQUESTS FOR RELIEF AND THOSE OF

1    THE GOVERNMENT SHOULD BE DETERMINED BASED ON THE

2    COMPLAINTS THAT EACH OF US HAVE FILED.  AND I THINK YOU

3    WILL FIND THAT THERE IS A HIGH DEGREE OF IDENTITY

4    BETWEEN OUR COMPLAINT AND THEIR COMPLAINT.  AND THE

5    GOVERNMENT IN ITS COMPLAINT, IN FACT, REQUESTS

6    INJUNCTIVE RELIEF, AS WE DO.

7              SO I THINK WHAT INHANCE IS SAYING IS THAT

8    BECAUSE THE GOVERNMENT IS NOT NOW MAKING A MOTION FOR

9    INJUNCTIVE RELIEF AND SOMEHOW OUR CLAIMS AND PRAYER FOR

10   RELIEF ARE DIFFERENT FROM THEIRS, BUT I DON'T THINK

11   THAT'S THE RIGHT TEST.  I THINK YOU NEED TO LINE UP THE

12   COMPLAINTS AGAINST EACH OTHER, AND I THINK IN THAT CASE

13   THERE IS A HIGH DEGREE OF INTERCHANGEABILITY.

14             THE COURT:  OKAY.  I WILL GIVE YOU A FEW

15   MINUTES TO DISCUSS THE MERITS, IF THERE IS PARTICULAR

16   MERITS ISSUES YOU WOULD LIKE TO HIGHLIGHT.

17             MR. SUSSMAN:  YOU WILL --

18             THE COURT:  IF YOU WOULD LIKE TO ADDRESS

19   THE MERITS OF YOUR SUMMARY JUDGEMENT MOTION, I WILL GIVE

20   YOU A FEW MINUTES TO ADDRESS THE MERITS.

21             MR. SUSSMAN:  OKAY.  I WOULD LIKE TO --

22   ARE YOU SAYING THIS ARGUMENT IS GOING TO END, YOUR

23   HONOR, AT -- ONCE WE CONCLUDE HERE BEFORE LUNCH?

24             THE COURT:  YES.

25             MR. SUSSMAN:  SO THIS IS OUR ONE

1    OPPORTUNITY TO ADDRESS THE MERITS OF OUR MOTION?

2                    THE COURT:  WELL, YOU HAD THE OPPORTUNITY

3    ON PAPER.

4                    MR. SUSSMAN:  RIGHT, RIGHT.  NO, I JUST

5    WANT TO KNOW WHAT I SHOULD BE COVERING THAT WOULD BE

6    USEFUL TO YOU.

7                    THE COURT:  I WOULD SUGGEST COVERING --

8    IF THERE IS AN ARGUMENT THAT THE GOVERNMENT HAS NOT MADE

9    THAT YOU THINK IS VERY IMPORTANT AND YOU WANT TO TEE IT

10   UP FOR ME, YOU SHOULD ADDRESS THAT, OR IF THERE IS

11   SOMETHING UNIQUE TO THE INTERVENORS, THAT WAY WE DON'T

12   COVER THE SAME GROUND TWICE.

13                   MR. SUSSMAN:  LET ME TURN DIRECTLY TO THE

14   INJUNCTION ISSUE.

15                   THE COURT:  YOU KNOW WHAT, JUST FOR GOOD

16   USE OF OUR TIME, IF THERE IS GOING TO BE -- I WILL JUST

17   TELL YOU.  IF THERE IS GOING TO BE AN INJUNCTION IN THIS

18   CASE AT SOME POINT, THERE'S GOING TO BE A MORE

19   SUBSTANTIAL EVIDENTIARY SHOWING LEADING UP TO AN

20   INJUNCTION, THERE'S GOING TO BE A HEARING, THE

21   GOVERNMENT IS GOING TO PARTICIPATE.  SO THAT IS GOING TO

22   HAPPEN DOWN THE ROAD.

23                   SO LET'S FOCUS ON LIABILITY.

24                   MR. SUSSMAN:  OKAY.  WELL, I THINK ON THE

25   BYPRODUCT/IMPURITY ISSUE, WHAT WE REALLY HAVE TO DO IS

1    WE HAVE TO LINE UP THE FACTS OF THE FLUORINATION PROCESS

2    WITH THE DEFINITIONS OF IMPURITY AND BYPRODUCT.  AND I

3    THINK THAT IF YOU LOOK AT INHANCE'S OWN DESCRIPTION OF

4    THE CHEMISTRY, IT FITS THE DEFINITION OF BYPRODUCT VERY

5    CLOSELY.  INHANCE IS SAYING THAT THEY APPLY FLUORINE TO

6    MOLDED HDPE.

7               THE COURT:  I GOT IT.

8               MR. SUSSMAN:  AND FIRST THERE IS A

9    CHEMICAL REACTION BETWEEN --

10              THE COURT:  THIS IS THE PART OF THE CASE

11   THAT I ACTUALLY UNDERSTAND, SO YOU CAN SURPASS IT.

12              MR. SUSSMAN:  MY POINT ON THAT IS THAT IF

13   YOU LOOK AT THE DEFINITION OF IMPURITY -- OF BYPRODUCT,

14   THAT IS EXACTLY WHAT IS HAPPENING HERE, EXACTLY.  AND SO

15   I DON'T THINK WE NEED TO GO ANY FURTHER THAN LOOKING AT

16   THE UNDISPUTED FACTS FOR THE FLUORINATION PROCESS AND

17   THE DEFINITION OF BYPRODUCT AND CONCLUDE THAT THIS IS A

18   BYPRODUCT.

19              THE OTHER THING THAT I WOULD SAY IS THAT

20   THERE IS SOME DIFFERENCES BETWEEN PART 720 AND PART 721,

21   AND WE DON'T REALLY HAVE TIME TO PARSE THEM.  BUT ONE

22   THING WHICH IS VERY CLEAR ABOUT PART 721 IS THAT

23   BYPRODUCTS ARE NOT EXEMPT FROM SNUR REQUIREMENTS EXCEPT

24   UNDER CERTAIN LIMITED CIRCUMSTANCES WHICH DO NOT APPLY

25   HERE.  SO I THINK ON THE FACE OF THE REGULATION, IF THIS

1    IS A BYPRODUCT, YOU ARE NOT EXEMPT.  YOU NEED TO COMPLY

2    WITH THE REGULATION.

3                    YOU CAN ALSO BE AN IMPURITY.  YOU CAN BE

4    BOTH AN IMPURITY AND A BYPRODUCT, BUT I THINK IF YOU ARE

5    A BYPRODUCT, THEN YOU'RE COVERED.

6                    THE COURT:  OKAY.

7                    MR. SUSSMAN:  NOW, THE OTHER THING I

8    WANTED TO TALK ABOUT HERE IS WHERE WE STARTED THE

9    ARGUMENT THIS MORNING, AND THAT, I THINK, IS ON THE,

10   QUOTE, UNIQUENESS OF THE SITUATION AND THE RELATIONSHIP

11   BETWEEN THE ADMINISTRATIVE PROCESS AND THE ENFORCEMENT

12   ACTION.  AND I DID WANT TO MENTION THAT THE PROCESS IN

13   THE STATUTE FOR SNURS, SIGNIFICANT NEW USE RULES, IS

14   IDENTICAL TO THE PROCESS FOR NEW CHEMICALS IN SECTION

15   5A.  AND WITH NEW CHEMICALS, WE HAVE A TREMENDOUS AMOUNT

16   OF EXPERIENCE THAT WE DON'T HAVE WITH SNURS.  BECAUSE,

17   YOU KNOW, FRANKLY, THERE ARE A NUMBER OF SNURS, BUT

18   THERE ARE MANY MORE NEW CHEMICALS THAT HAVE GONE THROUGH

19   THE EPA REVIEW PROCESS.

20                    THE DEFINITION OF A NEW CHEMICAL IS A

21   CHEMICAL WHICH IS NOT LISTED ON THE TSCA INVENTORY.  AND

22   THERE ARE MANY, MANY SITUATIONS WHERE COMPANIES COME TO

23   THE CONCLUSION THAT, YES, THEY WERE MANUFACTURING A

24   CHEMICAL THAT WOULD HAVE BEEN ELIGIBLE FOR INCLUSION

25   UNDER TSCA INVENTORY, BUT IT JUST WASN'T REPORTED TO

```
 1    EPA.

 2                    SO HOW DOES EPA HANDLE THAT SITUATION?

 3    IT'S A VERY COMMON SITUATION, ACTUALLY.  AND IN THAT

 4    SITUATION, TYPICALLY THE COMPANY COMES FORWARD, THEY

 5    SAY, WELL, YOU KNOW, WE DIDN'T REPORT THIS FOR THE

 6    ORIGINAL NATURAL, AND WE NOW FIND IT'S NOT ON THE

 7    INVENTORY, WHAT DO WE DO?  AND EPA TYPICALLY SAYS, IF

 8    IT'S NOT ON THE INVENTORY, YOU HAVE TO SUBMIT A NOTICE,

 9    AND YOU ALSO NEED TO STOP PRODUCTION WHILE THAT NOTICE

10    IS GOING THROUGH THE 90-DAY PROCESS AND WE DECIDE

11    WHETHER THERE IS A RISK OR NOT.

12                    AND SO IN THAT SITUATION, MOST

13    COMPANIES -- AND I USED TO DO THIS WORK ALL THE TIME --

14    MOST COMPANIES, THEY SORT OF SAY, OKAY, THEY WANT US TO

15    STOP PRODUCTION.  WE WILL STOP PRODUCTION.  WE WILL

16    SUBMIT A PMM.  WHAT IS UNIQUE ABOUT THIS CASE IS THAT

17    INHANCE HAS ELECTED TO COMPLY WITH ONLY ONE PART OF THE

18    STATUTORY REQUIREMENTS AND NOT THE OTHER PARTS OF THE

19    STATUTORY REQUIREMENTS.

20                    IN OTHER WORDS, IT SAID, WE WILL SUBMIT

21    SIGNIFICANT NEW USE NOTICES, BUT WE ARE NOT GOING TO

22    STOP PRODUCTION, AND WE ARE NOT GOING TO WAIT FOR EPA TO

23    REVIEW THE NOTICE, WE ARE NOT GOING TO WAIT FOR EPA TO

24    DECIDE WHETHER THERE IS SOME REGULATORY ACTION THAT IS

25    NEEDED, WE ARE JUST GOING TO SUBMIT THE NOTICE.
```

1               AND THAT'S JUST NOT THE WAY THE STATUTE

2    WORKS, AND IT'S CERTAINLY NOT THE WAY THE STATUTE HAS

3    EVER WORKED FOR NEW CHEMICALS.  I MEAN, THERE IS A

4    STRICT STATUTORY PROHIBITION ON MANUFACTURING EITHER A

5    NEW CHEMICAL OR A CHEMICAL FOR SIGNIFICANT NEW USE IF

6    EPA HAS NOT COMPLETED THE REVIEW PROCESS.  AND IT IS

7    VERY CLEAR.  IT'S A CLEAR PROHIBITION IN THE STATUTE.

8               SO INHANCE DID NOT HAVE TO SUBMIT

9    SIGNIFICANT NEW USE NOTICES.  I THINK THAT IF THEY WERE

10   CONFIDENT THAT THEY WERE NOT A NEW USE OR IF THEY WERE

11   CONFIDENT THAT THEY WERE AN IMPURITY, THEY COULD HAVE

12   SAID, FINE, WE ARE JUST NOT COVERED, SO WE ARE NOT GOING

13   TO COMPLY WITH THE RULE.

14               INSTEAD THEY WANTED TO HAVE THEIR CAKE

15   AND EAT IT TOO.  SO THEY SUBMITTED SIGNIFICANT NEW USE

16   NOTICES, BUT THEY CONTINUED TO MANUFACTURE.  AND I THINK

17   THAT IS THE FUNDAMENTAL STATUTORY VIOLATION THAT IS AT

18   ISSUE IN THIS CASE.

19               I THINK IT'S ALSO VERY DIFFERENT FROM THE

20   PURPOSE OF THE ADMINISTRATIVE PROCEEDING.  THE

21   ADMINISTRATIVE PROCEEDING IS BASED ON THE ASSUMPTION

22   THAT THIS IS A SIGNIFICANT NEW USE FOR WHICH A NOTICE IS

23   REQUIRED.  AND THE QUESTION IS, WHAT IS THE RISK

24   ASSOCIATED WITH THESE CHEMICALS?  IT IS NOT FOCUSED ON

25   WHETHER THERE WAS A VIOLATION OR NOT.  THE SUBMISSION OF

1    THE NOTICE CERTAINLY TRIGGERS A REVIEW PROCESS, BUT IT'S

2    FOCUSED SOLELY ON THE RISK AND NOT ON WHETHER THE

3    COMPANY IS IN COMPLIANCE WITH TSCA REQUIREMENTS.  AND

4    THAT'S THE ISSUE WHICH I THINK IS RIPE HERE.  AND IT'S

5    NOT AN ISSUE THAT'S GOING TO BE RESOLVED IN AN

6    ADMINISTRATIVE PROCEEDING.

7              THE COURT:  IT COULD BE.

8              MR. SUSSMAN:  I DON'T THINK SO, BECAUSE

9    EPA HAS -- THEY HAVE TO PUT THEIR CARDS ON THE TABLE.

10             THE COURT:  YOU ARE SPECULATING AS TO

11   WHAT EPA IS GOING TO DO?

12             MR. SUSSMAN:  WELL, EPA HAS ISSUED, AS I

13   COUNT, THREE STATEMENTS OVER THE LAST YEAR-AND-A-HALF

14   WHICH SAY EXPLICITLY THAT FLUORINATION WHICH CREATES

15   LCPFACS IS SUBJECT TO DISCOVERY.  AND THEY HAVE SAID

16   EXPLICITLY THAT THE FORMATION OF THESE LCPFACS IS THE

17   FORMATION OF BYPRODUCTS.  I THINK EPA'S POSITION ON ALL

18   OF THIS IS CLEAR.  I MEAN, YOU CAN ASK EPA TO GO BACK

19   AND REVISIT THE ISSUE, BUT I WOULD BE VERY SURPRISED IF

20   EPA HAS ANY INTEREST IN DOING THAT WHEN THEIR REVIEWING

21   IS DONE.

22             SO I THINK YOU HAVE ONE PROCEEDING WHICH

23   IS BASED ON ENFORCEMENT AND AN ONGOING VIOLATION OF THE

24   SNURS, AND THEN YOU HAVE ANOTHER PROCEEDING WHICH

25   ASSUMES THAT THE SNUR APPLIES AND IS LOOKING AT THE

1       RISKS ASSOCIATED WITH THE CHEMICALS.  AND THERE'S REALLY

2       NO OVERLAP BETWEEN THOSE TWO PROCEEDINGS.

3                    SO I THINK -- AND THIS MAY ANTICIPATE ONE

4       OF OUR INJUNCTIVE ARGUMENTS.  IF THIS IS INDEED A

5       CLEAR-CUT VIOLATION OF THE SNUR AS WE SAY IT IS, THEN

6       WITH ALL DEFERENCE, YOUR HONOR, I DON'T KNOW THAT YOU

7       REALLY HAVE THE DISCRETION TO STAY THIS CASE.  I THINK

8       THAT --

9                    THE COURT:  NOBODY IS STAYING ANYTHING.

10                    MR. SUSSMAN:  RIGHT, RIGHT.  BUT I GUESS

11      WHAT I AM SAYING IS I THINK YOUR OBLIGATION IS TO MAKE A

12      DETERMINATION ON THE LIABILITY ISSUE.  AND WE DON'T SEE

13      ANY DISCOVERY OR FURTHER FACT DEVELOPMENT WHICH IS

14      RELEVANT TO THAT ISSUE IN --

15                    THE COURT:  YOUR MOTION FOR SUMMARY

16      JUDGMENT WAS HEAVY.

17                    MR. SUSSMAN:  EXCUSE ME?

18                    THE COURT:  YOUR MOTION FOR SUMMARY

19      JUDGMENT WAS HEAVY.  THERE WAS A LOT OF INFORMATION IN

20      THERE, THE VAST MAJORITY OF WHICH I DO NOT KNOW WHAT TO

21      DO WITH.  I DO NOT KNOW WHETHER IT'S TRUE OR NOT.

22                    MR. SUSSMAN:  WE APOLOGIZE FOR THAT, BUT

23      I THINK THE MAJORITY OF THE INFORMATION THAT YOU ARE

24      TALKING ABOUT IS ONLY -- ONLY RELEVANT IF YOUR HONOR

25      CONCLUDES THAT IRREPARABLE INJURY AND A BALANCING OF THE

 1    EQUITIES IS RELEVANT TO THE REMEDY IN THIS CASE.  WE

 2    ARGUED IT ISN'T.

 3                    THE COURT:  I HAVE CONCLUDED THAT.

 4                    MR. SUSSMAN:  EXCUSE ME?

 5                    THE COURT:  I HAVE CONCLUDED THAT.  I AM

 6    ALMOST -- I AM 95 PERCENT SURE THAT I NEED TO DO -- IF

 7    THERE IS GOING TO BE AN INJUNCTION, THE INJUNCTION IS

 8    NOT MANDATORY.

 9                    MR. SUSSMAN:  WELL, I THINK THE SUPREME

10    COURT CASE LAW SAYS THAT IF THERE IS A VIOLATION OF LAW,

11    THERE NEEDS TO BE A REMEDY.  THE COURT HAS SOME

12    DISCRETION OVER WHAT THE REMEDY IS, BUT THE COURT CANNOT

13    DECIDE THAT A REMEDY IS UNNECESSARY.

14                    SO, YOU KNOW, PERHAPS WE CAN COME BACK

15    AND WE CAN HAVE A HEARING ON THAT ISSUE, BUT I THINK

16    UNDER THE CASE LAW THE PATH IS VERY CLEAR, WHICH IS IF

17    THERE IS A VIOLATION OF A STATUTE, THE COURT --

18                    THE COURT:  TO BE CLEAR, YOU DID NOT GIVE

19    ME ANY CASE LAW THAT SAYS MANDATORIES IN TSCA ACTS --

20    ENFORCEMENT ACTIONS ARE MANDATORY.  THERE IS NO CASE

21    THAT SAYS THAT, RIGHT?  I DIDN'T MISS THAT?

22                    MR. SUSSMAN:  WHAT DO YOU MEAN MANDATORY?

23                    THE COURT:  THAT I HAVE TO ISSUE AN

24    INJUNCTION IF THERE IS LIABILITY?

25                    MR. SUSSMAN:  I THINK THAT THERE IS CASE

1    LAW THAT SAYS THAT --

2                    THE COURT:  NOT FOR THE TSCA, RIGHT?

3                    MR. SUSSMAN:  NO, NOT UNDER TSCA.

4                    THE COURT:  I JUST WANTED TO MAKE SURE I

5    WAS NOT MISSING THAT.  GOT IT.

6                    MR. SUSSMAN:  CERTAINLY UNDER ANALOGOUS

7    STATUTES.

8                    THE COURT:  OKAY.  I NEED TO MAKE SURE I

9    AM NOT MISSING A CASE.

10                    MR. SUSSMAN:  OKAY.

11                    THE ONE OTHER THING THAT I WANTED TO SAY

12    HERE IS THIS SNUR IN COMMON WITH MANY AGENCY RULES IS A

13    RULE OF GENERAL APPLICABILITY.  AND WHAT THAT MEANS IS

14    THAT THE RULE DESCRIBES IN GENERAL TERMS A COURSE OF

15    CONDUCT OR A SET OF ACTIVITIES WHICH ARE COVERED AND

16    IMPOSES A GENERAL PROHIBITION OR OTHER RESTRICTIVE --

17    RESTRICTION TARGETING AT THAT UNIVERSE OF ACTIVITIES.

18    IT IS NOT EPA'S JOB TO ANTICIPATE EVERY POSSIBLE FACT

19    SITUATION THAT MIGHT ARISE UNDER THE RULE AND DEAL WITH

20    THAT FACT SITUATION UPFRONT AT THE TIME THE RULE IS

21    PROMULGATED.

22                    NOW, THIS RULE, IT'S VERY CLEAR ON ITS

23    FACE.  IT ACTUALLY SAYS EXPLICITLY THAT THE RULE APPLIES

24    TO ANY MANUFACTURE OF THESE CHEMICALS FOR ANY USE OTHER

25    THAN THE SPECIFIC USES THAT HAVE BEEN EXEMPTED.  AND SO

1      THIS IS NOT ONE OF THE USES THAT HAS BEEN EXEMPTED.   WE

2      CAN TALK ABOUT WHY THAT'S THE CASE, BUT I THINK THE RULE

3      ON ITS FACE IS VERY CLEAR, THAT --

4                   THE COURT:   I THINK WE ALL AGREE ON THAT.

5                   MR. SUSSMAN:   OKAY.   OKAY.

6                   NOW, LET ME SPEAK TO A RELATED ISSUE,

7      WHICH IS WHETHER THERE SHOULD BE SOME INQUIRY BY THE

8      COURT INTO WHAT I WILL SAY, FOR A LACK OF A BETTER WORD,

9      INHANCE'S DILIGENCE, SOME EFFORT TO UNDERSTAND WHY

10     INHANCE MIGHT NOT HAVE UNDERSTOOD THAT THE RULE COULD

11     APPLY TO FLUORINATION.   AND I WANT TO COMMENT ON TWO

12     ASPECTS OF THAT.

13                  FIRST, I THINK THAT THIS IS A RULE THAT

14     IMPOSES STRICT LIABILITY.   AND WHY SOMEBODY DOES OR DOES

15     NOT COMPLY MAY BE AN EXTENUATING FACTOR AT SOME POINT,

16     BUT IT IS NOT A BASIS TO EITHER APPLY OR WITHHOLD THE

17     APPLICATION OF THE RULE.

18                  THE COURT:   BUT THE PROMULGATION OF THE

19     RULE WAS PREMISED ON THE INFORMATION THAT WAS REASONABLY

20     AVAILABLE UNDER THE STATUTE, RIGHT?

21                  MR. SUSSMAN:   WELL, THAT'S A COMMON

22     SITUATION.   AND EPA SAID, LOOK, YOU ARE OPEN FOR

23     BUSINESS HERE.   IF YOU CAN DEMONSTRATE AN ONGOING USE,

24     WE WILL EXEMPT THAT.   AND A LOT OF PEOPLE CAME IN AND

25     PROPOSED IT.

```
1                      THE COURT:  IF IT COULD BE SHOWN, AND I

2       DON'T KNOW, BUT IF IT COULD BE SHOWN THAT NO ONE COULD

3       POSSIBLY HAVE KNOWN THAT THE FLUORINATION PROCESS WAS

4       MAKING PFAS, THEN WHY SHOULD INHANCE BE FOREVER

5       FORECLOSED FROM HAVING ITS PROCESS CONSIDERED AN ONGOING

6       USE?

7                      MR. SUSSMAN:  LET ME TELL YOU WHAT IS IN

8       THE RECORD ON THIS ISSUE.

9                      THE COURT:  IT'S GOING TO BE A FACT

10      DISPUTE, SO I AM ASKING YOU TO ACCEPT MY HYPOTHETICAL.

11                     MR. SUSSMAN:  I THINK THAT -- FIRST OF

12      ALL, I WOULD SAY EVEN IF THEY COULD NOT HAVE DETERMINED

13      THAT THE RULE APPLIED, THE RULE ON ITS FACE IMPOSES

14      STRICT LIABILITY, SO I WOULD SAY IT'S JUST NOT RELEVANT.

15      AND I DON'T THINK THERE'S A BASIS TO INVESTIGATE THAT

16      ISSUE THROUGH DISCOVERY.

17                     THE COURT:  OKAY.  THAT'S THE ANSWER THAT

18      I THINK --

19                     MR. SUSSMAN:  AND I DON'T THINK THAT

20      THERE IS A FAIR NOTICE ISSUE BECAUSE ALL EPA CAN DO IS

21      SET OUT THE METES AND BOUNDS OF THE RULE AND HOPE THAT

22      PEOPLE RULE IT, READ IT AND UNDERSTAND THAT THEY ARE

23      COVERED.  I DON'T THINK THAT EPA HAS ANY OBLIGATION

24      ADMINISTRATIVELY OR CONSTITUTIONALLY TO AFFIRMATIVELY

25      INVESTIGATE EVERY POSSIBLE CIRCUMSTANCE.
```

1                    THE COURT:  SO WHEN THE STATUTE SAYS,

2    SIGNIFICANT NEW USE, I SHOULD READ THAT AS MEANING

3    SIGNIFICANT NEW TO THE EPA USE?

4                    MR. SUSSMAN:  YES.

5                    THE COURT:  OKAY.

6                    MR. SUSSMAN:  I THINK THAT'S RIGHT.  AND,

7    YOU KNOW, THE STATUTE ACTUALLY SAYS THAT A USE IS

8    COVERED BY A SNUR IF EPA DETERMINES THAT SIGNIFICANT NEW

9    USE.  AND IT THEN SAYS, EPA CAN CONSIDER A NUMBER OF

10   FACTORS IN MAKING THAT DETERMINATION.  THERE IS SOME

11   THAT ARE LISTED IN THE STATUTE, THERE ARE OTHERS THAT

12   ARE NOT, BUT EPA HAS THE DISCRETION TO LOOK AT THOSE

13   FACTORS.

14                   AND OBVIOUSLY, ONE OF THE FACTORS THAT IS

15   REASONABLE FOR EPA TO LOOK AT IS, WELL, YOU KNOW,

16   SITTING HERE TODAY WRITING THIS RULE, WHAT DO WE KNOW

17   AND WHAT CAN WE REASONABLY DISCOVER?  AND I THINK EPA

18   MET THAT OBLIGATION.  AND I WOULD SAY THAT THAT'S THE

19   END OF IT, AND WE CAN'T HAVE A VIOLATION OF THE RULE

20   NOTWITHSTANDING WHAT INHANCE KNEW OR DIDN'T KNOW.

21                   BUT I DID WANT TO SAY THAT IT IS NOT

22   UNREASONABLE FOR A COMPANY WHOSE BUSINESS IS BASED ON

23   THE CHEMISTRY OF FLUORINE TO KNOW THAT THERE IS A HUGE

24   CONTROVERSY ABOUT THE PRODUCTION OF PFAS, WHICH IS

25   FLUORINE BASED -- EVERY PFAS IS FLUORINE BASED.  AND SO

1      IF YOU UNDERSTAND FLUORINE CHEMISTRY, IT IS NOT A BIG

2      LEAP TO SAY, WELL, WHAT IF CARBOXYLIC ACID REACTS WITH

3      FLUORINE, WHAT WOULD THAT DO?

4                    THAT'S YOUR BUSINESS.  THAT'S THE SORT OF

5      THING YOU SHOULD KNOW.  AND NOT ONLY THAT, I WILL ADD

6      ONE OTHER THING, WHICH IS A PAPER WAS PUBLISHED IN 2011,

7      2011, REPORTING A SET OF EXPERIMENTS AT THE UNIVERSITY

8      OF TORONTO SHOWING THAT ALL OF THE SAME LCPFACS THAT WE

9      ARE TALKING ABOUT TODAY WERE FORMED DURING FLUORINATION.

10     AND THE RESEARCHERS ACTUALLY CARRIED THAT TEST OUT ON

11     FLUORINATED CONTAINERS OBTAINED FROM INHANCE.

12                    SO INHANCE IS BASICALLY SAYING, WE DIDN'T

13     KNOW ANYTHING ABOUT THAT.  WELL, MAYBE THEY DIDN'T KNOW

14     ANYTHING ABOUT IT, BUT THEY SURE SHOULD.  I MEAN, IT WAS

15     THEIR PRODUCTS THAT WERE TESTED.

16                    THE COURT: MAYBE.  MAYBE SO.  EVERYTHING

17     YOU JUST SAID SEEMS REASONABLE ENOUGH.  I DON'T KNOW HOW

18     TO DETERMINE THAT AT THIS STAGE.

19                    MR. SUSSMAN:  OKAY.  OKAY.  WELL, I THINK

20     I AM GOING TO STOP THERE, UNLESS THERE IS ANYTHING MORE?

21                    THE COURT:  THAT'S GREAT, VERY HELPFUL.

22                    LET ME HEAR FROM THE GOVERNMENT ON JUST

23     FINAL -- ANYTHING MAYBE IN RESPONSE TO WHAT CAME FROM

24     THE INTERVENORS, AND THEN I WILL GIVE MS. STETSON ONE

25     MORE SHOT, AND THEN WE WILL WRAP IT UP.

1                   MR. GLADSTEIN:  YES, THANK YOU, YOUR

2      HONOR.

3                   DID YOU HAVE ANY MORE QUESTIONS ON THE

4      RIPENESS QUESTION?

5                   THE COURT:  NO.

6                   MR. GLADSTEIN:  OKAY.  THANK YOU.

7                   AND I WILL SEE -- DID YOU HAVE ANYTHING

8      FOR MR. SELIGMAN ON HIS ISSUE?

9                   THE COURT:  NO, I JUST WANTED TO GIVE YOU

10     THE CHANCE TO RESPOND TO ANYTHING THAT WAS SAID.

11                  MR. GLADSTEIN:  NO.

12                  MS. STETSON:  THANK YOU, YOUR HONOR, JUST

13     A FEW QUICK POINTS IN RESPONSE TO MR. SUSSMAN.

14                  THE FIRST IS WITH RESPECT TO IMPURITY AND

15     BYPRODUCT.  WHAT YOU DIDN'T HEAR MR. SUSSMAN SAY WAS ANY

16     RESPONSE TO THE COMMENT IN THE FEDERAL REGISTER FINAL

17     RULE THAT I READ TO YOU TALKING ABOUT FLUORINATED

18     SUBSTANCES DEGRADING INTO LONG-CHAIN PFAS BEING TREATED

19     AS AN IMPURITY.

20                  YOU ALSO DID NOT HEAR MR. SUSSMAN RESPOND

21     TO THE STATEMENT IN HIS EXHIBIT 23 OR HIS EXHIBIT 30

22     THAT PFAS IS AN IMPURITY.

23                  MR. SUSSMAN TALKED FOR A WHILE ABOUT THE

24     NEW CHEMICAL TEST AND THE FACT THAT WHEN A NEW CHEMICAL

25     IS CREATED THAT IS NOT IN THE INVENTORY, THE MANUFACTURE

1     HAS TO GO TO EPA.   OKAY.   I AM NOT SURE THAT THAT IS

2     RELEVANT, BUT WE HAVE NO QUARREL WITH THAT.

3                    THE COURT:   I THINK HE IS DRAWING AN

4     ANALOGY THERE, HE IS SAYING IF A SIGNIFICANT NEW USE IS

5     REALLY SIGNIFICANT NEW TO THE EPA USE, WHICH HAS BEEN

6     SUGGESTED BY THE GOVERNMENT AND THE INTERVENORS, IN

7     ESSENCE.   WELL, THAT KIND OF MAKES SENSE, BECAUSE THAT'S

8     BASICALLY THE RULE ON THE NEW CHEMICAL SIDE.

9                    MS. STETSON:   I THINK THE NEW CHEMICAL

10    SIDE INCLUDES AN INVENTORY OF CHEMICALS THAT ARE KNOWN

11    TO EXIST AND CHEMICALS THAT ARE NOT YET IN EXISTENCE,

12    NOT YET KNOWN TO EXIST.   THIS PROCESS WAS IN EXISTENCE.

13    IT GETS YOU INTO THAT WHOLE QUESTION ABOUT KNOWLEDGE,

14    WHAT INHANCE KNEW, WHEN INHANCE KNEW IT.   AND I CAN TELL

15    YOU THAT INHANCE, AS I THINK THE GOVERNMENT HAS

16    CONCEDED, DID NOT KNOW IN 2015 THAT THIS PARTICULAR

17    PROCESS WAS COVERED.   SO I THINK THAT ANALOGY FALLS

18    DOWN.

19                    THE COURT:   EVEN IF FLUORINATION OF

20    SURFACES WAS KNOWN, ISN'T -- IF WE ARE GETTING TO THIS

21    QUESTION OF WHAT NEW IS, ISN'T THE NEWNESS, THE RELEVANT

22    NEWNESS IS THE EXIST- -- OR THE FIRST PART, OR THE

23    EXISTENCE OF A NEW CHEMICAL, NOT SOME PROCESS OR NOT

24    SOME WAY THE CHEMICAL MIGHT COME AROUND, BUT WITH THE

25    SIGNIFICANT NEW USE WHEN WE ARE TALKING ABOUT SOMETHING

1      THAT IS BEING PRODUCED INADVERTENTLY OR UNWITTINGLY, I

2      MEAN, IT'S NOT THE EXISTENCE OF THE PROCESS, IT'S THE

3      PRODUCTION OF THE CHEMICAL OF INTEREST.

4                  MS. STETSON:   IT IS THE PRODUCTION OF THE

5      CHEMICAL OF INTEREST AND EPA'S CONCLUSION THAT THAT

6      CONSTITUTES A USE THAT SUBJECTS THAT PARTICULAR

7      PRODUCTION OF THE CHEMICAL OF INTEREST TO THE

8      SIGNIFICANT NEW USE RULE.  SO THERE ARE A NUMBER OF

9      FAULTY INTERPRETIVE STEPS HERE THAT I THINK EPA IS

10     NECESSARILY WEDDED TO TO PURSUE THIS ARGUMENT, AND YOU

11     JUST IDENTIFY ONE OF THEM.

12                 TWO LAST POINTS.  MR. SUSSMAN TALKED

13     ABOUT HOW -- I THOUGHT I HEARD HIM SAY THAT IF INHANCE

14     WAS SO CONFIDENT THAT WHAT IT WAS MANUFACTURING WAS AN

15     IMPURITY AND THAT ITS USE WAS ONGOING, THAT IT SHOULD

16     NOT HAVE SUBMITTED A SNUN, THAT SEEMS TO BE UNDULY

17     PUNITIVE FOR A COMPANY THAT WAS TRYING ITS BEST TO

18     COOPERATE WITH EPA AFTER IT GOT A NOTICE OF VIOLATION

19     FOR A USE THAT HAD BEEN GOING FOR DECADES.

20                 THE LAST THING I WILL SAY IS MR. SUSSMAN

21     SAID ALSO THAT THE AGENCY PROCESS IS BASED ON THE

22     ASSUMPTION THAT THIS IS A SIGNIFICANT NEW USE.  THAT'S

23     CORRECT.  THAT'S ALSO WHY WE ARE HERE, BECAUSE THE

24     GOVERNMENT'S ENFORCEMENT ACTION IS BASED ON THAT SAME

25     ASSUMPTION.  THIS MAPS EXACTLY ONTO THE ADMINISTRATIVE

1    PROCESS.

2                        THERE WILL BE A POINT, AS MR. GLADSTEIN

3    SAID, WHERE THERE WILL BE A FINAL AGENCY ACTION, IS THE

4    PHRASE THAT HE USED, FROM THE AGENCY.  AT THAT POINT,

5    INHANCE -- IF IT IS AN ADVERSE AGENCY ACTION, INHANCE

6    WILL GO TO A COURT OF APPEALS AND IT WILL POSE THE

7    QUESTIONS, DOES NEW MEAN OLD; DOES EPA'S INTERPRETATION

8    OF PFAS'S IMPURITIES ACTUALLY MEAN THEY ARE BYPRODUCTS;

9    AND DOES AN AGENCY HAVE THE ABILITY TO CLAIM FAIR NOTICE

10   WHEN THIS PARTICULAR REGULATED ENTITY HAD NO NOTICE AT

11   THE TIME?

12                       IF THERE ARE ANY FURTHER QUESTIONS, I AM

13   HAPPY TO ANSWER THEM.

14                       THE COURT:  NO, THAT'S OKAY.  THANK YOU.

15                       MS. STETSON:  THANK YOU.

16                       MR. SUSSMAN:  YOUR HONOR, CAN I ADD TWO

17   VERY --

18                       THE COURT:  SURE, YOU CAN DO IT FROM

19   THERE.

20                       MR. SUSSMAN:  I CAN SIT HERE?

21                       THE COURT:  YES, GO AHEAD.

22                       MR. SUSSMAN:  TO TIE UP SOME LOOSE ENDS.

23                       ONE OF YOUR QUESTIONS WAS WHERE IN THE

24   RECORD CAN WE FIND A DESCRIPTION OF THE TYPICAL USES OF

25   FLUORINATED CONTAINERS.  AND IN THE APPENDIX TO OUR

1    SUMMARY JUDGMENT BRIEF, YOU WILL FIND THAT INFORMATION

2    AT APPENDIX PAGE 243 AND 257.

3                    THE COURT:  THANK YOU.

4                    MR. SUSSMAN:  THE OTHER THING THAT I

5    WANTED TO MENTION IS I MISSPOKE WHEN I SUGGESTED THAT

6    THERE ARE NO CASES INVOLVING INJUNCTIONS TO RESTRAIN

7    TSCA VIOLATIONS.  AND THERE ARE ACTUALLY ARE A NUMBER OF

8    THEM WHICH WE CITED IN OUR BRIEF, IN OUR SUMMARY

9    JUDGMENT BRIEF ON PAGE 28.  SO I THINK THAT THERE IS

10   CERTAINLY A HISTORY OF COURTS ENTERING INJUNCTIONS TO

11   RESTRAIN TSCA VIOLATIONS.

12                   THE COURT:  DID ANY OF THOSE COURTS ENTER

13   THOSE INJUNCTIONS AUTOMATICALLY?

14                   MR. SUSSMAN:  WELL, NOT AUTOMATICALLY.

15   BUT I THINK BASED ON THE PREMISE THAT IT WAS THE ONLY

16   EFFECTIVE RESPONSE TO THE VIOLATION.

17                   THE COURT:  RIGHT.  OKAY.  ANYTHING ELSE?

18   ANYTHING FURTHER?

19                   MR. SUSSMAN:  NO, THAT'S IT.

20                   THE COURT:  ALL RIGHT.  THANK YOU TO

21   EVERYONE FOR COMING TO THIS VERY PREPARED.  IT WAS

22   EXTREMELY HELPFUL, AND FOR EVERYONE TO HAVE ALL OF THAT

23   INFORMATION AT THEIR FINGERTIPS ALLOWED ME TO GET

24   EVERYTHING OUT OF THIS THAT I NEEDED, SO THANK ALL OF

25   YOU VERY MUCH FOR DOING THAT.  I KNOW IT'S A TON OF WORK

1    TO GET READY FOR SOMETHING LIKE THIS, BUT IT REALLY

2    HELPS.

3                    IT'S GOING TO TAKE ME A WHILE TO SORT

4    THIS OUT AND GET SOMETHING IN WRITING.  I'M NOT SITTING

5    HERE WITH A DRAFT OPINION LIKE I AM GOING TO GET IT OUT

6    TOMORROW OR SOMETHING.  IT'S GOING TO TAKE SOME TIME.

7                    IF THERE ARE ANY DEVELOPMENTS ON THE

8    REGULATORY FRONT, WHAT I WOULD ASK IS FOR THOSE TO BE --

9    YOU CAN WORK TOGETHER, HOWEVER YOU WANT TO DO IT.  I

10   WOULD ASK FOR THOSE TO BE FILED.  IF YOU FEEL THE NEED

11   TO SAY -- INCLUDE A LETTER WHERE YOU ARE EXPLAINING TO

12   ME THE SIGNIFICANCE OF WHATEVER THIS DEVELOPMENT IS,

13   THAT'S FINE, TOO.  BUT I LIKE TO BE KEPT AWARE OF WHAT

14   IS GOING ON, IF ANYTHING, ON THE REGULATORY FRONT IN THE

15   MEANTIME, OKAY?

16                 OKAY.  ANY CLOSING BUSINESS?

17                 MR. GLADSTEIN:  NO.

18                 THE COURT:  ALL RIGHT.  THANK YOU ALL

19   VERY MUCH AGAIN.

20                 (COURT ADJOURNED.)

21                 I CERTIFY THAT THE FOREGOING IS A CORRECT

22   TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

23   ABOVE-ENTITLED MATTER.

24   DATE                    OFFICIAL COURT REPORTER

25                           LYNN GLIGOR, RMR

## $

**$37,500** [1] - 23:3

## '

**'23** [1] - 39:14

## 1

**1** [1] - 83:8
**100** [1] - 88:4
**1250** [1] - 1:15
**15** [8] - 7:6, 28:9, 46:13, 47:7, 47:11, 47:14, 47:24, 48:19
**19063** [1] - 2:9
**19106** [3] - 1:9, 1:16, 1:20
**1969** [1] - 22:23
**1973** [1] - 22:22
**1976** [1] - 7:15
**1980** [1] - 68:23
**1980S** [4] - 30:19, 30:21, 39:8, 69:19
**1983** [1] - 36:11
**1ST** [1] - 19:9

## 2

**2** [1] - 48:16
**200** [2] - 12:7, 25:18
**20008** [1] - 2:13
**2003** [1] - 23:25
**20044-7611** [1] - 2:5
**2010** [1] - 83:7
**2011** [2] - 109:6, 109:7
**2015** [9] - 9:15, 33:21, 36:2, 41:13, 42:21, 57:20, 58:5, 67:22, 111:16
**2016** [11] - 7:14, 7:21, 8:12, 9:2, 9:12, 9:21, 14:22, 16:2, 22:19, 26:1, 26:6
**2020** [5] - 9:15, 24:25, 51:8, 57:20, 58:5
**2023** [1] - 1:8
**21.45** [1] - 71:14
**22-CV-5055** [2] - 1:5, 3:5
**23** [4] - 1:8, 79:14, 82:4, 110:21
**243** [1] - 114:2
**246** [3] - 39:11, 39:17, 62:6
**257** [1] - 114:2
**26(K** [1] - 47:7
**2601** [1] - 48:19
**2603** [1] - 64:13

**2604** [4] - 46:11, 47:13, 47:14, 59:10
**2604(A** [6] - 7:6, 46:13, 59:9, 59:22, 60:4, 60:5
**2604(A)** [2] - 56:23, 59:14
**2604(A)(1)(A** [1] - 63:15
**2604(B** [1] - 46:22
**2609** [1] - 1:19
**2615** [1] - 23:3
**2625(K** [2] - 47:8, 47:11
**2625(K)** [2] - 47:24, 48:16
**28** [1] - 114:9
**2ND** [1] - 2:8

## 3

**30** [3] - 79:20, 82:4, 110:21
**3101** [1] - 2:12
**333** [1] - 24:2
**37-1** [1] - 35:12
**3B** [1] - 1:8
**3RD** [3] - 23:21, 24:2, 24:15

## 4

**40** [1] - 77:18
**42** [1] - 2:8
**429** [1] - 24:2
**435** [1] - 24:2
**45,116** [1] - 81:8
**45119** [2] - 37:20, 65:9

## 5

**5** [5] - 10:17, 10:19, 47:12, 56:10, 73:22
**5)(B** [1] - 46:22
**555** [1] - 2:5
**56** [1] - 50:25
**5A** [7] - 45:15, 46:2, 46:5, 46:7, 47:6, 56:23, 99:15

## 6

**6** [4] - 10:18, 11:5, 93:24
**60-DAY** [3] - 17:16, 18:7, 29:3
**601** [1] - 1:20
**615** [1] - 1:15

## 7

**702** [1] - 79:14
**720** [9] - 71:13, 71:22, 71:25, 73:24, 73:25, 74:4, 74:5, 74:14, 98:20
**720.3(R** [1] - 77:18
**720.30** [1] - 74:15
**721** [6] - 71:13, 73:20, 74:10, 74:14, 98:20, 98:22
**721.45** [5] - 71:19, 74:2, 74:18, 75:10, 76:10
**721.45(D** [2] - 75:11, 77:8
**721.45(E** [2] - 73:14, 75:19
**730.3(R)(2** [1] - 77:25
**772** [2] - 79:21, 80:14

## 8

**856)649-4774** [1] - 1:21

## 9

**90** [1] - 19:10
**90-DAY** [1] - 100:10
**95** [1] - 104:6

## A

**ABILITY** [2] - 88:8, 113:9
**ABLE** [5] - 54:24, 57:19, 58:7, 60:13, 88:15
**ABOUT** [96] - 5:13, 14:3, 14:21, 15:8, 15:10, 16:3, 16:16, 16:19, 16:25, 18:10, 18:19, 25:9, 25:21, 26:8, 26:20, 27:17, 29:1, 29:10, 30:3, 31:20, 33:13, 34:1, 36:4, 36:14, 40:13, 41:3, 41:22, 41:23, 42:3, 42:9, 42:19, 42:22, 42:23, 43:15, 43:20, 43:22, 50:15, 52:6, 52:7, 52:24, 52:25, 55:6, 55:7, 55:24, 56:2, 56:7, 57:2, 57:4, 60:16, 61:8, 61:18, 62:1, 62:5, 62:8, 63:5, 63:14, 63:18, 64:21,

64:23, 65:12, 66:7, 66:13, 67:3, 67:8, 68:21, 69:25, 71:2, 71:6, 74:20, 74:23, 76:8, 77:16, 80:12, 80:16, 81:5, 81:9, 82:12, 93:14, 94:13, 94:20, 95:17, 98:22, 99:8, 100:16, 103:24, 106:2, 108:24, 109:9, 109:13, 109:14, 110:17, 110:23, 111:13, 111:25, 112:13
**ABOVE** [1] - 115:23
**ABOVE-ENTITLED** [1] - 115:23
**ABSOLUTELY** [6] - 30:9, 33:4, 38:20, 38:24, 93:10, 95:13
**ACCEPT** [2] - 86:1, 107:10
**ACCEPTED** [1] - 52:2
**ACCORDANCE** [1] - 64:4
**ACCORDING** [3] - 7:20, 86:6, 86:20
**ACCOUNT** [2] - 10:8, 61:20
**ACCURATE** [2] - 80:23, 83:18
**ACID** [6] - 37:24, 38:1, 38:2, 39:19, 62:2, 109:2
**ACKNOWLEDGED** [1] - 41:4
**ACRES** [1] - 13:4
**ACT** [10] - 14:14, 20:11, 22:21, 29:4, 39:4, 42:7, 46:10, 48:23
**ACTING** [1] - 73:15
**ACTION** [23] - 8:12, 9:11, 10:24, 14:17, 15:22, 18:6, 21:4, 23:16, 24:10, 24:13, 24:16, 24:18, 25:4, 27:24, 33:7, 40:10, 70:25, 80:13, 99:12, 100:24, 112:24, 113:3, 113:5
**ACTIONS** [6] - 7:10, 8:9, 12:12, 24:5, 56:13, 104:20
**ACTIVITIES** [2] - 105:15, 105:17
**ACTS** [1] - 104:19
**ACTUAL** [4] - 24:18, 25:3, 83:6, 83:9

**ACTUALLY** [28] - 6:6, 16:18, 28:10, 28:13, 32:10, 32:19, 35:15, 37:6, 37:10, 38:2, 40:19, 41:3, 41:25, 42:5, 54:6, 55:22, 61:17, 66:13, 77:8, 78:18, 94:20, 98:11, 100:3, 105:23, 108:7, 109:10, 113:8, 114:7
**ADAM** [2] - 2:2, 4:4
**ADD** [6] - 37:10, 55:4, 59:4, 76:22, 109:5, 113:16
**ADDED** [1] - 54:2
**ADDING** [1] - 65:17
**ADDITION** [1] - 63:4
**ADDITIONAL** [1] - 79:18
**ADDITIONALLY** [1] - 47:25
**ADDRESS** [11] - 5:12, 24:4, 24:18, 70:9, 85:8, 95:18, 95:21, 96:18, 96:20, 97:1, 97:10
**ADDRESSED** [1] - 55:6
**ADDRESSES** [1] - 25:2
**ADEQUATE** [1] - 49:6
**ADJOURNED** [1] - 115:20
**ADMINISTERED** [1] - 80:9
**ADMINISTRATIVE** [15] - 15:5, 21:4, 23:5, 23:11, 23:13, 31:22, 51:5, 51:10, 53:24, 55:12, 99:11, 101:20, 101:21, 102:6, 112:25
**ADMINISTRATIVELY** [2] - 10:16, 107:24
**ADMINISTRATOR** [5] - 11:25, 46:14, 57:10, 64:4, 64:7
**ADMITTED** [1] - 12:6
**ADVERSE** [2] - 21:8, 113:5
**ADVERSITY** [1] - 25:14
**ADVERTISED** [1] - 90:14
**ADVISORY** [1] - 28:5
**AFFIRMATIVE** [3] - 22:12, 22:17, 50:21
**AFFIRMATIVELY** [1] - 107:24

**AFTER** [13] - 38:17, 38:18, 39:14, 40:24, 54:15, 55:21, 56:15, 64:14, 76:18, 79:4, 91:18, 95:4, 112:18

**AGAIN** [20] - 8:7, 9:21, 20:6, 20:21, 22:19, 22:20, 24:22, 25:25, 34:6, 37:5, 44:15, 44:21, 47:13, 53:8, 55:20, 59:1, 69:22, 80:14, 89:17, 115:19

**AGAINST** [2] - 44:12, 96:12

**AGENCIES** [1] - 7:19

**AGENCY** [64] - 7:18, 11:4, 11:9, 11:12, 12:2, 19:13, 20:18, 20:19, 24:9, 24:13, 24:16, 28:7, 30:16, 31:7, 31:21, 32:2, 34:4, 39:14, 39:15, 45:12, 46:18, 46:25, 47:1, 47:20, 47:21, 48:8, 48:13, 49:11, 49:15, 50:2, 50:12, 51:13, 52:10, 53:5, 55:2, 55:19, 56:22, 57:7, 58:8, 58:14, 58:15, 59:19, 60:13, 61:12, 61:13, 61:16, 61:23, 62:9, 62:15, 67:23, 68:6, 68:12, 68:20, 69:1, 75:8, 105:12, 112:21, 113:3, 113:4, 113:5, 113:9

**AGENCY'S** [1] - 46:1

**AGO** [3] - 13:10, 14:22, 18:17

**AGREE** [10] - 21:25, 27:1, 27:12, 32:11, 33:1, 40:9, 63:9, 68:16, 70:15, 106:4

**AGREED** [2] - 33:19, 62:17

**AGREEING** [1] - 65:13

**AGREES** [4] - 66:16, 67:24, 68:20, 71:22

**AHEAD** [3] - 29:7, 59:6, 113:21

**AIDED** [1] - 1:23

**AIDS** [1] - 4:17

**AIR** [2] - 39:4, 93:19

**ALEX** [2] - 3:16, 3:20

**ALIGNMENT** [1] - 95:24

**ALL** [63] - 5:1, 5:6, 5:16, 5:20, 6:10, 6:12, 7:19, 8:24,

12:14, 15:1, 16:24, 17:14, 21:7, 22:14, 25:8, 26:2, 26:4, 27:13, 27:20, 28:24, 29:1, 31:23, 33:12, 33:14, 34:25, 38:2, 39:3, 41:12, 41:17, 42:2, 46:22, 47:15, 50:3, 53:2, 56:20, 58:20, 60:20, 62:8, 62:13, 66:6, 69:6, 69:7, 69:22, 76:24, 77:14, 84:1, 91:6, 91:12, 92:23, 94:10, 100:13, 102:17, 103:6, 106:4, 107:12, 107:20, 109:8, 114:20, 114:22, 114:24, 115:18

**ALLEGATIONS** [1] - 92:19

**ALLEGEDLY** [1] - 56:3

**ALLOCATED** [1] - 49:12

**ALLOW** [1] - 23:18

**ALLOWED** [2] - 18:6, 114:23

**ALLOWS** [1] - 15:5

**ALLUDED** [2] - 30:13, 41:10

**ALMOST** [3] - 8:24, 15:1, 104:6

**ALREADY** [1] - 81:19

**ALSO** [27] - 3:25, 4:2, 21:6, 27:3, 32:23, 39:11, 48:16, 59:11, 60:4, 62:5, 63:12, 73:12, 75:6, 76:2, 76:11, 78:1, 78:14, 82:3, 86:4, 86:20, 95:19, 99:3, 100:9, 101:19, 110:20, 112:21, 112:23

**ALTERNATIVE** [1] - 73:1

**ALTHOUGH** [1] - 84:16

**ALWAYS** [1] - 79:2

**AM** [38] - 4:11, 4:14, 4:20, 9:9, 11:6, 11:11, 13:20, 15:7, 15:16, 16:19, 16:25, 17:2, 23:20, 32:8, 32:14, 34:11, 34:24, 35:3, 50:7, 51:18, 52:5, 58:19, 61:19, 81:12, 83:2, 91:18, 92:14, 103:11,

104:5, 104:6, 105:9, 107:10, 109:20, 111:1, 113:12, 115:9

**AMEND** [1] - 55:9

**AMENDED** [3] - 10:15, 22:22, 55:19

**AMENDMENTS** [7] - 7:22, 8:13, 9:3, 9:12, 9:21, 16:5, 22:20

**AMERICA** [2] - 1:3, 3:4

**AMONG** [2] - 37:23, 43:10

**AMOUNT** [4] - 43:19, 43:22, 94:11, 99:15

**AMOUNTS** [2] - 33:23, 36:3

**AN** [151] - 4:15, 4:20, 5:25, 6:23, 8:3, 10:14, 10:15, 14:16, 15:12, 15:20, 15:21, 16:4, 16:9, 16:12, 17:9, 18:6, 20:15, 20:16, 20:18, 20:19, 20:21, 23:5, 23:13, 23:16, 27:18, 28:1, 28:5, 28:6, 29:21, 30:24, 31:22, 32:19, 33:7, 34:4, 34:7, 34:21, 35:24, 36:3, 36:20, 36:23, 37:20, 38:11, 40:2, 40:22, 41:8, 41:18, 43:6, 43:7, 45:13, 45:16, 45:18, 45:20, 48:13, 50:5, 50:18, 52:18, 52:24, 53:14, 53:17, 54:14, 54:16, 54:21, 55:6, 55:14, 55:21, 55:23, 57:3, 57:5, 57:22, 58:4, 58:19, 66:20, 67:13, 67:23, 68:1, 68:12, 68:18, 68:21, 68:22, 69:21, 70:19, 70:24, 71:18, 71:20, 72:9, 72:14, 72:15, 72:24, 73:1, 73:3, 74:8, 74:9, 74:21, 75:4, 75:12, 75:22, 75:23, 75:24, 75:25, 76:11, 76:20, 77:15, 77:21, 78:11, 78:12, 78:13, 78:17, 80:8, 80:10, 80:16, 80:17, 80:24, 81:1, 81:3, 81:20, 82:2, 82:3, 83:19, 83:20, 84:10, 85:12, 86:8, 89:17, 92:14, 93:19, 94:21, 94:25, 97:8,

97:17, 97:19, 99:3, 99:4, 101:11, 102:5, 102:23, 104:7, 104:23, 106:15, 106:23, 107:5, 110:19, 110:22, 111:3, 111:10, 112:14, 113:5, 113:9

**ANALOGOUS** [1] - 105:6

**ANALOGY** [2] - 111:4, 111:17

**ANALYSIS** [2] - 19:21, 24:4

**AND** [483] - 3:6, 4:8, 4:11, 4:12, 4:13, 4:15, 5:6, 5:12, 5:17, 5:21, 6:2, 6:3, 6:10, 6:13, 6:17, 6:22, 7:4, 7:7, 7:15, 7:16, 7:21, 7:23, 8:1, 8:14, 8:16, 8:22, 9:2, 9:3, 9:4, 9:8, 9:9, 9:17, 10:2, 10:3, 10:4, 10:6, 10:7, 10:15, 10:18, 10:20, 11:3, 11:17, 11:19, 11:20, 12:6, 12:14, 13:12, 14:2, 14:3, 14:4, 14:7, 14:8, 14:13, 14:16, 14:23, 15:1, 15:5, 15:8, 15:9, 15:21, 15:25, 16:1, 16:2, 16:9, 16:10, 17:2, 17:12, 17:13, 17:20, 17:25, 18:2, 18:3, 18:10, 18:11, 18:14, 18:18, 18:19, 18:20, 18:22, 18:24, 19:1, 19:5, 19:6, 19:7, 19:8, 19:9, 19:12, 19:16, 19:19, 20:11, 20:19, 21:12, 21:14, 22:2, 22:20, 22:24, 23:6, 24:3, 24:5, 24:7, 24:14, 24:17, 25:4, 25:8, 25:19, 26:2, 26:5, 26:6, 26:10, 26:16, 27:7, 27:20, 28:13, 29:2, 29:7, 29:19, 29:22, 29:24, 30:8, 31:8, 31:9, 31:14, 31:21, 32:10, 32:14, 32:18, 32:25, 33:7, 33:8, 33:12, 34:1, 34:6, 34:15, 34:23, 35:1, 35:2, 35:14, 35:17, 36:3, 36:7, 36:8, 36:14, 36:15, 36:20, 36:22, 37:1, 37:4,

37:5, 37:15, 37:17, 37:18, 38:6, 38:12, 38:22, 38:25, 39:1, 39:9, 39:19, 39:21, 39:22, 40:3, 40:5, 40:8, 40:13, 40:21, 40:24, 41:3, 41:6, 41:14, 41:18, 41:21, 41:24, 42:4, 42:7, 42:13, 42:18, 42:25, 43:1, 43:10, 43:16, 43:18, 43:21, 43:25, 44:8, 44:14, 44:16, 45:6, 45:8, 45:13, 45:19, 45:22, 45:23, 46:10, 46:19, 47:6, 47:25, 48:25, 49:3, 49:5, 49:7, 49:11, 49:14, 49:25, 50:1, 50:23, 51:6, 52:8, 52:11, 52:13, 52:21, 53:7, 53:15, 53:20, 53:21, 53:22, 53:23, 54:2, 54:14, 54:20, 54:23, 55:10, 55:15, 55:22, 56:8, 56:14, 56:15, 56:19, 57:8, 57:12, 58:1, 58:5, 58:18, 59:1, 59:9, 59:12, 59:13, 59:14, 59:17, 59:19, 59:23, 60:3, 60:4, 60:22, 61:4, 61:6, 61:11, 61:15, 61:24, 62:15, 63:8, 64:5, 64:12, 64:19, 64:21, 65:3, 65:8, 65:10, 65:11, 65:12, 65:13, 65:22, 66:3, 66:7, 66:11, 66:20, 67:6, 67:12, 67:22, 68:5, 68:11, 68:12, 68:13, 68:24, 69:15, 69:16, 69:25, 70:3, 71:3, 71:6, 71:7, 71:12, 71:21, 71:25, 72:10, 72:14, 72:16, 72:25, 73:1, 73:4, 74:8, 74:10, 74:14, 74:19, 74:25, 75:8, 75:9, 76:4, 76:20, 76:22, 77:4, 77:6, 77:8, 77:15, 77:21, 77:23, 78:6, 78:11, 78:22, 79:8, 79:14, 79:17, 79:20, 80:7, 80:17, 81:1, 81:6, 81:8, 81:12, 81:21, 81:23, 82:1, 82:5, 82:11, 83:8, 83:10, 83:20, 83:21, 83:22, 83:23, 84:15,

84:20, 85:9, 86:3,
86:4, 86:5, 86:7,
86:8, 86:11, 86:20,
86:24, 87:3, 87:12,
87:19, 88:7, 88:11,
88:17, 89:4, 89:5,
89:15, 89:17, 89:19,
90:11, 90:13, 91:17,
92:25, 93:1, 93:7,
93:22, 93:23, 93:24,
94:1, 94:9, 94:15,
94:16, 95:1, 95:2,
95:5, 95:7, 95:13,
95:25, 96:2, 96:4,
96:9, 96:12, 97:9,
98:2, 98:8, 98:14,
98:16, 98:17, 98:20,
98:21, 99:4, 99:9,
99:10, 99:11, 99:12,
99:15, 99:21, 100:3,
100:6, 100:7, 100:9,
100:10, 100:12,
100:13, 100:18,
100:22, 101:1,
101:2, 101:6,
101:15, 101:16,
101:23, 102:2,
102:3, 102:4,
102:13, 102:15,
102:19, 102:23,
102:24, 102:25,
103:1, 103:3,
103:12, 103:25,
104:15, 105:13,
105:15, 105:19,
105:25, 106:11,
106:14, 106:22,
106:24, 107:1,
107:15, 107:19,
107:21, 107:22,
108:6, 108:9,
108:14, 108:17,
108:18, 108:19,
108:25, 109:5,
109:10, 109:24,
109:25, 110:7,
110:14, 110:24,
111:6, 111:11,
111:14, 112:5,
112:10, 112:15,
113:6, 113:9,
113:25, 114:2,
114:7, 114:22, 115:4
**ANNOUNCED** [1] -
54:20
**ANNOUNCES** [2] -
49:3, 53:20
**ANOTHER** [10] -
15:12, 33:9, 72:2,
72:6, 73:7, 76:4,
80:10, 80:21, 83:14,

102:24
**ANSWER** [12] - 8:5,
9:10, 27:4, 27:11,
35:9, 35:10, 38:23,
59:1, 59:2, 80:25,
107:17, 113:13
**ANSWERED** [1] - 22:9
**ANTICIPATE** [2] -
103:3, 105:18
**ANY** [41] - 12:16,
15:11, 19:21, 22:1,
31:12, 31:17, 34:19,
39:2, 39:22, 53:1,
57:12, 57:13, 59:16,
63:7, 63:20, 64:3,
66:16, 67:3, 67:21,
68:19, 70:20, 74:7,
74:8, 75:7, 83:12,
87:8, 87:18, 95:18,
98:15, 102:20,
103:13, 104:19,
105:24, 107:23,
110:3, 110:15,
113:12, 114:12,
115:7, 115:16
**ANYBODY** [1] - 5:5
**ANYTHING** [14] - 55:4,
66:8, 76:21, 83:24,
103:9, 109:13,
109:14, 109:20,
109:23, 110:7,
110:10, 114:17,
114:18, 115:14
**ANYWAYS** [1] - 19:21
**APART** [1] - 52:16
**APOLOGIZE** [2] - 8:8,
103:22
**APPARATUS** [1] -
42:10
**APPAREL** [1] - 37:10
**APPARENTLY** [3] -
29:18, 36:8, 41:8
**APPEAL** [1] - 33:2
**APPEALS** [2] - 33:11,
113:6
**APPEAR** [2] - 32:15,
59:14
**APPEARANCES** [2] -
1:13, 2:1
**APPENDIX** [11] -
35:11, 35:13, 39:11,
39:12, 44:1, 62:6,
79:21, 93:23,
113:25, 114:2
**APPLICABILITY** [1] -
105:13
**APPLICATION** [7] -
7:3, 39:24, 39:25,
62:12, 63:8, 68:19,
106:17

**APPLICATIONS** [3] -
7:16, 26:2, 90:13
**APPLIED** [4] - 7:4,
18:20, 50:18, 107:13
**APPLIES** [8] - 8:23,
10:19, 25:8, 25:10,
73:11, 78:1, 102:25,
105:23
**APPLY** [13] - 8:20,
8:21, 30:18, 37:11,
37:14, 44:17, 63:7,
74:11, 98:5, 98:24,
106:11, 106:16
**APPLYING** [1] - 65:17
**APPRECIATE** [1] -
35:18
**APPROACH** [10] -
6:19, 6:23, 6:24,
11:12, 11:13, 11:21,
12:4, 27:8, 56:5,
70:3
**APPROPRIATE** [4] -
17:19, 29:20, 33:11,
77:8
**ARE** [206] - 3:3, 5:8,
5:10, 6:10, 6:22,
8:17, 8:21, 8:24,
9:20, 12:6, 12:7,
13:14, 13:15, 13:22,
14:24, 15:2, 16:14,
16:23, 17:14, 17:17,
17:20, 18:6, 18:18,
18:24, 19:2, 19:16,
21:8, 21:11, 23:22,
24:7, 25:1, 26:7,
26:17, 27:13, 27:17,
27:18, 27:22, 27:25,
28:7, 29:17, 30:6,
30:12, 30:25, 31:7,
31:10, 31:12, 31:13,
31:19, 32:1, 33:12,
33:13, 33:14, 34:5,
34:9, 34:24, 35:24,
35:25, 36:10, 36:25,
37:7, 37:13, 37:14,
37:15, 37:22, 38:2,
39:1, 39:3, 39:6,
40:2, 40:10, 40:14,
40:25, 41:18, 41:25,
42:2, 42:3, 42:7,
43:18, 43:20, 43:22,
44:1, 44:11, 46:10,
46:21, 51:9, 52:25,
53:2, 53:20, 53:22,
54:19, 54:24, 62:2,
62:14, 63:4, 63:17,
64:22, 64:23, 65:2,
65:4, 65:7, 65:10,
65:11, 66:12, 67:1,
67:16, 67:19, 67:20,

68:7, 68:21, 69:13,
69:14, 69:18, 69:25,
70:7, 70:18, 73:21,
73:24, 73:25, 74:3,
74:10, 74:15, 74:23,
75:19, 76:7, 76:10,
77:10, 77:16, 78:1,
78:5, 79:24, 80:1,
80:11, 81:23, 86:13,
86:15, 86:22, 86:24,
87:1, 87:5, 87:12,
87:15, 87:17, 88:10,
88:16, 89:8, 89:15,
89:18, 89:20, 89:22,
90:8, 90:15, 91:7,
93:9, 94:1, 94:15,
94:16, 96:10, 96:22,
98:23, 99:1, 99:4,
99:17, 99:18, 99:22,
100:21, 100:22,
100:23, 100:25,
101:12, 102:10,
103:23, 104:20,
105:15, 106:22,
107:22, 108:11,
108:12, 109:9,
111:10, 111:11,
111:20, 111:25,
112:8, 112:23,
113:8, 113:12,
114:6, 114:7, 115:7,
115:11
**AREN'T** [1] - 74:24
**ARGUED** [1] - 104:2
**ARGUING** [2] - 5:11,
50:17
**ARGUMENT** [29] -
1:12, 5:11, 5:15,
5:19, 5:23, 6:3,
26:10, 28:9, 46:4,
49:20, 52:9, 52:16,
60:8, 63:14, 70:19,
72:10, 72:11, 72:15,
72:25, 76:22, 77:7,
85:22, 85:24, 90:18,
92:5, 96:22, 97:8,
99:9, 112:10
**ARGUMENTS** [4] -
18:13, 27:22, 30:6,
103:4
**ARISE** [1] - 105:19
**AROUND** [8] - 12:11,
16:7, 36:5, 36:10,
36:13, 39:7, 48:24,
111:24
**ARTICLE** [4] - 81:13,
82:7, 92:15, 94:19
**AS** [122] - 6:2, 7:18,
7:22, 9:10, 9:14,
9:15, 11:4, 12:6,

17:4, 17:20, 18:3,
18:17, 21:12, 22:14,
22:15, 23:15, 25:4,
26:12, 27:5, 29:6,
29:12, 30:4, 30:16,
31:6, 31:15, 32:21,
33:23, 33:25, 34:2,
34:19, 36:3, 36:4,
37:23, 37:24, 38:1,
38:11, 39:20, 40:4,
41:5, 41:10, 41:14,
42:8, 42:13, 42:18,
44:1, 44:12, 46:1,
47:6, 47:15, 48:23,
49:11, 50:8, 50:10,
50:18, 50:19, 51:4,
51:10, 54:2, 55:11,
56:22, 57:7, 57:20,
57:25, 59:2, 59:15,
60:24, 62:24, 63:21,
64:24, 65:18, 66:18,
66:19, 67:3, 67:5,
68:18, 68:19, 68:21,
71:1, 71:20, 72:9,
72:14, 72:21, 72:24,
73:3, 73:6, 74:9,
74:21, 75:12, 75:23,
76:5, 76:20, 79:6,
79:19, 80:11, 80:14,
80:24, 81:6, 81:20,
82:18, 82:25, 83:19,
86:5, 89:17, 90:14,
92:18, 94:14, 95:14,
96:6, 102:10,
102:12, 103:5,
108:2, 110:19,
111:15, 113:2
**ASCRIBE** [1] - 92:5
**ASK** [9] - 5:13, 6:8,
8:7, 16:6, 68:7,
91:16, 102:18,
115:8, 115:10
**ASKED** [4] - 17:4,
19:8, 31:25, 75:21
**ASKING** [7] - 11:6,
11:11, 19:2, 22:6,
24:11, 68:8, 107:10
**ASKS** [1] - 35:15
**ASPECTS** [2] - 5:24,
106:12
**ASSESS** [1] - 23:12
**ASSESSES** [1] - 11:10
**ASSESSMENT** [2] -
9:7, 54:6
**ASSISTED** [1] - 4:15
**ASSOCIATED** [3] -
40:1, 101:24, 103:1
**ASSOCIATES** [2] -
2:12, 4:11
**ASSUME** [5] - 22:13,

35:3, 72:5, 72:7,
72:8

**ASSUMES** [1] -
102:25

**ASSUMPTION** [3] -
101:21, 112:22,
112:25

**AT** [96] - 5:13, 6:4, 6:5,
6:6, 6:13, 9:7, 9:19,
10:3, 10:12, 13:11,
16:10, 19:17, 19:18,
20:7, 20:12, 20:13,
21:7, 22:9, 23:23,
24:2, 27:20, 29:17,
30:5, 31:23, 32:9,
32:10, 32:19, 33:13,
33:15, 33:21, 35:19,
36:15, 37:15, 37:18,
37:21, 39:11, 40:2,
40:6, 42:21, 44:17,
46:13, 47:1, 47:13,
47:20, 48:5, 48:7,
51:6, 53:8, 56:16,
58:14, 58:21, 59:24,
60:13, 61:13, 64:6,
64:12, 65:10, 68:6,
68:13, 69:1, 69:7,
69:22, 70:8, 71:14,
71:22, 72:17, 77:18,
79:13, 79:15, 81:4,
81:8, 81:18, 81:24,
90:16, 93:22, 94:24,
95:2, 96:23, 97:18,
98:3, 98:13, 98:15,
101:17, 102:25,
105:17, 105:20,
106:15, 108:12,
108:15, 109:7,
109:18, 113:4,
113:10, 114:2,
114:23

**ATTACH** [1] - 91:4

**ATTACHED** [1] - 93:24

**ATTACHMENTS** [1] -
41:22

**ATTENTION** [1] - 67:6

**ATTORNEY** [5] - 3:14,
3:17, 4:20, 5:3, 18:5

**ATTORNEYS** [1] -
1:15

**AUGUST** [1] - 1:8

**AUTHORITY** [2] -
46:7, 57:13

**AUTOMATICALLY** [5]
- 92:6, 92:7, 92:13,
114:13, 114:14

**AUTOMOBILE** [1] -
86:7

**AUTOMOTIVE** [1] -
86:25

**AVAILABLE** [17] -
12:2, 47:2, 47:15,
48:3, 48:6, 48:14,
50:7, 51:4, 51:7,
51:11, 52:8, 58:8,
61:19, 67:4, 71:3,
71:4, 106:20

**AVOIDED** [2] - 41:13,
41:17

**AWARE** [15] - 14:25,
15:16, 48:9, 48:13,
49:17, 49:24, 49:25,
50:2, 52:4, 53:6,
54:22, 61:23, 83:1,
115:13

**AWARENESS** [1] -
52:7

# B

**BACK** [18] - 10:20,
22:19, 26:1, 40:8,
45:13, 48:11, 48:25,
58:18, 59:10, 65:9,
67:22, 75:14, 77:5,
81:6, 91:18, 95:16,
102:18, 104:14

**BACKFILL** [1] - 31:22

**BACKGROUND** [2] -
13:13, 32:15

**BACKWARDS** [1] -
69:5

**BAD** [2] - 36:23, 42:15

**BALANCING** [2] -
44:11, 103:25

**BAN** [2] - 42:3, 94:5

**BANKRUPTS** [1] -
41:4

**BAR** [1] - 58:24

**BARRED** [1] - 54:16

**BARRIER** [4] - 37:25,
89:14, 89:18, 90:14

**BASED** [20] - 12:1,
45:25, 47:2, 47:6,
48:9, 48:13, 52:18,
58:7, 60:9, 60:25,
96:1, 101:21,
102:23, 108:22,
108:25, 112:21,
112:24, 114:15

**BASICALLY** [7] - 9:11,
18:14, 19:12, 24:3,
91:15, 109:12, 111:8

**BASIS** [4] - 52:1, 86:9,
106:16, 107:15

**BE** [135] - 3:10, 4:17,
5:8, 5:11, 5:14, 5:18,
5:22, 9:5, 9:16,
19:18, 20:17, 22:9,
25:23, 27:20, 28:2,

29:15, 29:21, 32:11,
33:2, 36:18, 36:22,
37:8, 38:8, 40:14,
42:10, 43:8, 44:23,
45:14, 45:19, 45:20,
46:25, 47:20, 48:4,
49:6, 49:8, 49:12,
49:17, 49:25, 50:2,
50:11, 51:23, 52:22,
53:12, 53:13, 53:14,
53:15, 53:22, 54:1,
54:14, 55:25, 57:9,
57:12, 57:14, 58:7,
58:10, 58:12, 58:13,
58:14, 59:8, 60:2,
60:25, 62:23, 64:11,
64:22, 67:9, 67:10,
68:5, 69:18, 72:15,
72:23, 74:7, 75:6,
75:7, 75:13, 76:4,
76:11, 76:19, 77:4,
77:9, 77:10, 77:14,
78:8, 78:14, 80:2,
80:7, 80:23, 83:18,
84:4, 84:15, 86:8,
88:15, 88:20, 88:23,
89:6, 93:5, 93:13,
94:4, 94:8, 94:9,
94:24, 95:3, 95:20,
96:1, 97:5, 97:16,
97:17, 97:18, 97:20,
99:3, 102:5, 102:7,
102:19, 104:7,
104:11, 104:18,
106:7, 106:15,
107:1, 107:2, 107:4,
107:9, 112:16,
113:2, 113:3, 115:8,
115:10, 115:13

**BEARS** [1] - 28:6

**BECAUSE** [67] - 4:16,
7:18, 10:11, 11:13,
13:1, 14:1, 14:9,
15:13, 15:20, 17:3,
18:3, 18:9, 22:7,
22:13, 23:10, 24:24,
29:1, 29:6, 29:18,
30:2, 31:19, 32:11,
32:15, 33:20, 34:5,
35:5, 35:19, 36:7,
36:21, 37:8, 38:4,
39:1, 39:18, 40:16,
40:18, 42:6, 47:19,
50:18, 55:1, 56:7,
56:21, 57:19, 58:4,
58:25, 62:24, 63:24,
64:22, 65:4, 66:19,
67:8, 68:25, 74:10,
74:23, 80:3, 80:8,
85:10, 85:17, 87:7,
89:14, 94:24, 96:8,

99:16, 102:8,
107:20, 111:7,
112:23

**BECOME** [2] - 19:12,
53:17

**BECOMES** [5] - 48:5,
48:7, 48:8, 67:4

**BEEN** [40] - 7:11, 8:10,
13:6, 15:12, 15:22,
16:3, 17:5, 22:22,
29:11, 30:18, 30:20,
35:23, 36:5, 39:7,
39:16, 41:12, 41:17,
42:12, 43:9, 49:24,
51:7, 61:23, 62:9,
63:21, 64:11, 67:14,
68:23, 69:2, 69:13,
69:19, 79:1, 86:18,
94:2, 99:24, 105:25,
106:1, 111:5, 112:19

**BEFORE** [15] - 1:10,
11:9, 14:10, 14:15,
18:6, 20:14, 27:4,
28:15, 32:2, 32:17,
36:21, 58:10, 70:8,
76:5, 96:23

**BEHALF** [1] - 45:3

**BEING** [24] - 7:20,
7:25, 13:4, 16:22,
16:23, 17:4, 18:25,
22:24, 29:19, 30:2,
30:6, 36:10, 44:18,
46:7, 54:16, 55:6,
56:9, 66:14, 66:16,
75:14, 76:2, 76:12,
110:18, 112:1

**BELIEVE** [10] - 11:3,
20:8, 20:9, 20:20,
23:1, 45:25, 50:10,
51:23, 90:11, 90:15

**BELOW...ANY** [1] -
74:17

**BEST** [12] - 23:22,
49:17, 85:11, 85:13,
90:18, 90:20, 90:22,
90:25, 91:3, 93:13,
112:17

**BETTER** [3] - 42:19,
77:8, 106:8

**BETWEEN** [11] -
18:11, 49:11, 58:5,
65:22, 78:11, 95:25,
96:4, 98:9, 98:20,
99:11, 103:2

**BEYOND** [2] - 5:15,
88:14

**BIG** [1] - 109:1

**BINDER** [1] - 70:3

**BIRTH** [1] - 64:2

**BIT** [4] - 16:7, 32:15,

44:20, 70:6

**BIZARRE** [1] - 35:25

**BLAH** [6] - 34:19,
63:21

**BLIND** [1] - 68:10

**BLINDNESS** [2] -
52:23, 53:1

**BLOW** [1] - 36:22

**BLUNTLY** [1] - 41:5

**BOB** [1] - 4:11

**BOOK** [9] - 27:7,
30:19, 37:19, 42:22,
79:8, 79:10, 79:22,
80:15, 83:9

**BOOTED** [2] - 75:13,
76:12

**BOTH** [13] - 15:19,
29:21, 30:3, 41:13,
59:14, 66:25, 67:15,
76:20, 77:14, 78:8,
81:1, 83:20, 99:4

**BOTTOM** [1] - 40:2

**BOUNDS** [1] - 107:21

**BRAND** [1] - 42:25

**BREATHE** [1] - 46:10

**BRIEF** [4] - 34:15,
114:1, 114:8, 114:9

**BRIEFING** [12] - 27:7,
30:2, 30:19, 37:19,
42:22, 70:13, 79:8,
79:10, 79:13, 79:22,
80:15, 83:8

**BRIEFLY** [3] - 61:10,
70:11, 82:22

**BRIEFS** [1] - 41:21

**BRING** [3] - 17:23,
18:6, 56:20

**BROAD** [1] - 15:10

**BROADER** [2] - 65:6,
74:1

**BROADLY** [1] - 75:4

**BROUGHT** [3] - 17:25,
18:1, 55:16

**BULK** [1] - 5:23

**BURDEN** [15] - 7:22,
7:24, 9:21, 9:22,
16:2, 26:2, 49:11,
49:15, 50:19, 87:20,
87:22, 87:25, 88:2,
88:4, 88:20

**BUSINESS** [7] - 41:6,
86:4, 94:1, 106:23,
108:22, 109:4,
115:16

**BUT** [107] - 5:14, 6:13,
7:5, 9:10, 9:13, 9:19,
10:10, 11:8, 11:11,
11:16, 11:24, 13:25,
15:17, 16:17, 17:1,
19:20, 20:7, 20:18,

21:6, 22:8, 22:19,
25:1, 25:25, 26:12,
29:9, 29:14, 30:5,
30:25, 34:12, 35:3,
35:23, 36:7, 36:12,
38:8, 38:11, 38:25,
40:22, 42:1, 42:20,
44:20, 50:22, 51:21,
52:7, 53:11, 55:19,
57:15, 58:17, 59:16,
60:1, 60:12, 61:8,
64:16, 65:5, 65:23,
66:6, 68:15, 69:11,
69:21, 71:13, 72:4,
72:8, 75:13, 76:11,
78:9, 78:14, 79:9,
79:21, 79:25, 80:2,
80:9, 83:3, 85:12,
85:23, 86:12, 87:18,
88:14, 88:20, 90:16,
92:9, 93:14, 95:13,
95:19, 96:10, 98:21,
99:4, 99:17, 99:25,
100:21, 101:16,
102:1, 102:19,
103:10, 103:22,
104:12, 104:15,
106:2, 106:16,
106:18, 107:2,
108:12, 108:21,
109:14, 111:2,
111:24, 114:15,
115:1, 115:13
**BUY** [2] - 76:8, 76:9
**BY** [48] - 1:22, 1:23,
8:18, 9:8, 9:16, 13:7,
16:21, 24:8, 26:3,
29:16, 31:17, 37:8,
39:20, 39:22, 41:17,
46:14, 46:20, 54:14,
57:12, 58:5, 58:6,
62:11, 62:22, 63:6,
64:6, 69:17, 75:5,
75:14, 75:19, 76:1,
76:2, 76:12, 76:19,
77:17, 79:12, 81:8,
81:16, 81:19, 86:20,
87:5, 88:17, 89:2,
93:3, 94:9, 106:7,
108:8, 111:6
**BYPRODUCT** [40] -
38:11, 66:13, 66:18,
66:19, 71:7, 72:16,
72:21, 74:8, 75:7,
75:15, 76:2, 76:6,
76:13, 76:18, 76:20,
76:22, 77:6, 77:15,
77:21, 78:11, 78:14,
80:10, 80:16, 81:1,
81:2, 82:21, 83:2,
83:20, 84:8, 84:20,

98:2, 98:4, 98:13,
98:17, 98:18, 99:1,
99:4, 99:5, 110:15
**BYPRODUCT/
IMPURITY** [1] - 97:25
**BYPRODUCTS** [10] -
41:16, 64:21, 66:7,
66:10, 70:1, 77:9,
78:5, 98:23, 102:17,
113:8

# C

**CAKE** [1] - 101:14
**CALL** [1] - 21:20
**CALLED** [7] - 21:20,
28:10, 28:13, 30:25,
37:6, 79:2
**CAME** [8] - 13:23,
14:15, 17:15, 39:13,
40:23, 79:4, 106:24,
109:23
**CAN** [62] - 6:12, 10:6,
10:21, 11:7, 17:14,
19:10, 20:18, 21:9,
21:15, 23:5, 23:7,
25:9, 25:10, 26:9,
26:25, 27:12, 28:24,
36:4, 36:21, 41:5,
43:20, 43:25, 44:23,
45:14, 47:21, 53:22,
54:7, 55:11, 62:23,
63:23, 68:24, 75:22,
76:22, 77:14, 78:8,
79:3, 82:17, 84:4,
85:4, 88:6, 88:9,
93:18, 95:3, 95:6,
98:11, 99:3, 102:18,
104:14, 104:15,
106:2, 106:23,
107:20, 108:9,
108:17, 111:14,
113:16, 113:18,
113:20, 113:24,
115:9
**CAN'T** [8] - 13:22,
32:11, 42:17, 58:12,
88:14, 90:16, 108:19
**CANNOT** [4] - 34:6,
48:4, 93:4, 104:12
**CAPABLE** [1] - 55:1
**CARBOXYLIC** [1] -
109:2
**CARDS** [1] - 102:9
**CARE** [2] - 10:16,
40:13
**CAREFULLY** [1] -
40:18
**CARPET** [1] - 37:9
**CARRIED** [1] - 109:10

**CARRYING** [2] -
47:12, 47:14
**CARS** [2] - 86:5, 94:1
**CARVE** [2] - 52:18,
54:23
**CARVE-OUT** [2] -
52:18, 54:23
**CARVING** [1] - 53:23
**CASE** [60] - 1:3, 6:14,
7:13, 11:17, 11:18,
14:6, 14:7, 14:8,
14:24, 15:11, 15:12,
16:8, 16:20, 16:21,
17:8, 18:23, 19:20,
20:10, 20:25, 21:5,
21:15, 21:16, 21:17,
24:8, 24:17, 24:19,
26:18, 27:3, 27:6,
27:12, 28:1, 28:2,
29:11, 30:12, 31:5,
42:8, 61:2, 85:17,
90:20, 90:22, 90:25,
91:2, 92:15, 93:17,
94:25, 96:12, 97:18,
98:10, 100:16,
101:18, 103:7,
104:1, 104:10,
104:16, 104:19,
104:20, 104:25,
105:9, 106:2
**CASES** [8] - 23:22,
24:5, 24:14, 24:15,
24:22, 86:12, 92:6,
114:6
**CATCH** [2] - 3:18,
36:23
**CATCH-22** [2] - 36:1,
69:12
**CATEGORICALLY** [1]
- 88:16
**CATEGORIES** [1] -
75:7
**CATHERINE** [1] - 2:2
**CAUGHT** [3] - 35:25,
67:13, 69:12
**CAUSATION** [1] -
95:12
**CAUSE** [3] - 44:8,
68:7, 94:10
**CAUSING** [1] - 12:8
**CEH** [3] - 4:13, 29:3,
93:23
**CENTER** [1] - 4:7
**CENTRAL** [4] - 26:8,
27:2, 49:19, 88:11
**CERTAIN** [8] - 35:2,
41:10, 41:11, 42:4,
65:14, 66:10, 89:15,
98:24
**CERTAINLY** [12] -

29:20, 41:21, 43:12,
55:18, 85:4, 86:25,
87:18, 90:10, 101:2,
102:1, 105:6, 114:10
**CERTIFY** [1] - 115:21
**CETERA** [3] - 23:13,
23:14
**CFR** [1] - 77:18
**CHAIN** [11] - 8:19,
21:13, 24:13, 28:10,
57:24, 72:21, 72:22,
81:12, 81:14, 94:11,
110:18
**CHALLENGE** [2] -
50:10, 50:11
**CHALLENGED** [1] -
16:21
**CHANCE** [1] - 110:10
**CHANGE** [2] - 7:14,
7:24
**CHANGED** [4] - 14:21,
16:2, 28:13, 70:18
**CHANNELS** [1] - 95:7
**CHARTS** [1] - 31:8
**CHECK** [2] - 37:15,
90:11
**CHEMICAL** [59] - 31:9,
37:9, 37:12, 40:20,
46:15, 49:7, 49:9,
49:13, 49:18, 59:12,
59:13, 59:15, 59:16,
59:17, 59:18, 59:23,
60:4, 60:7, 60:10,
63:17, 63:20, 64:3,
64:7, 64:14, 64:17,
66:2, 66:14, 72:1,
72:2, 72:7, 73:6,
73:7, 73:9, 73:25,
74:17, 75:22, 80:19,
80:21, 80:25, 81:17,
83:11, 83:14, 83:20,
98:9, 99:20, 99:21,
99:24, 101:5,
110:24, 111:8,
111:9, 111:23,
111:24, 112:3,
112:5, 112:7
**CHEMICALS** [21] -
7:16, 7:17, 26:4,
31:10, 37:17, 39:15,
39:19, 49:25, 61:24,
62:9, 65:11, 65:14,
99:14, 99:15, 99:18,
101:3, 101:24,
103:1, 105:24,
111:10, 111:11
**CHEMISTRY** [3] -
98:4, 108:23, 109:1
**CHESTNUT** [1] - 1:15
**CHOSEN** [1] - 40:17

**CIRCUIT** [3] - 23:21,
24:2, 24:15
**CIRCUMSTANCE** [2] -
29:12, 107:25
**CIRCUMSTANCES** [4]
- 31:23, 68:11,
68:20, 98:24
**CITE** [3] - 24:6, 24:14,
93:5
**CITED** [1] - 114:8
**CITES** [1] - 90:15
**CITIZENS** [5] - 13:3,
17:16, 18:1, 18:6,
29:7
**CIVIL** [2] - 1:3, 23:18
**CLAIM** [4] - 50:19,
51:14, 93:7, 113:9
**CLAIMING** [1] - 93:3
**CLAIMS** [4] - 95:25,
96:9
**CLAPPER** [1] - 93:17
**CLARK** [1] - 14:2
**CLEAN** [2] - 39:4
**CLEAR** [19] - 7:1,
13:16, 16:1, 19:1,
35:23, 46:17, 49:4,
54:18, 85:24, 93:4,
98:22, 101:7,
102:18, 103:5,
104:16, 104:18,
105:22, 106:3
**CLEAR-CUT** [1] -
103:5
**CLEAREST** [1] - 25:18
**CLEARLY** [3] - 7:6,
66:20, 69:21
**CLERK** [2] - 3:1, 27:7
**CLOSELY** [1] - 98:5
**CLOSEST** [1] - 34:21
**CLOSING** [1] - 115:16
**COATING** [3] - 37:24,
37:25, 39:20
**CODE** [2] - 37:6, 37:7
**CODIFIED** [1] - 47:13
**COINCIDENTALLY** [1]
- 78:2
**COLLEAGUE** [1] -
5:23
**COLLEEN** [1] - 5:2
**COLLOQUY** [2] -
65:11, 82:11
**COLUMBIA** [2] - 2:4,
18:1
**COLUMN** [1] - 37:21
**COME** [22] - 6:9,
11:20, 12:14, 18:24,
28:8, 31:14, 36:20,
40:8, 45:7, 55:22,
58:18, 68:6, 80:4,
86:8, 88:6, 88:13,

90:9, 91:18, 94:15, 99:22, 104:14, 111:24

**COMES** [10] - 8:14, 10:3, 15:9, 35:23, 48:6, 61:22, 67:5, 76:9, 78:22, 100:4

**COMFORTABLE** [1] - 6:12

**COMFORTABLY** [1] - 67:22

**COMING** [3] - 77:4, 88:19, 114:21

**COMMENT** [7] - 4:14, 35:11, 35:17, 82:1, 106:11, 110:16

**COMMENTER** [3] - 81:8, 81:9, 81:12

**COMMENTS** [8] - 30:2, 35:14, 47:18, 52:12, 52:13, 81:6, 84:16

**COMMERCE** [1] - 95:7

**COMMERCE..** [1] - 64:15

**COMMERCIAL** [3] - 77:19, 80:20, 83:13

**COMMITMENT** [1] - 43:10

**COMMITTED** [1] - 43:1

**COMMON** [3] - 100:3, 105:12, 106:21

**COMPANIES** [10] - 14:25, 15:3, 42:24, 43:1, 43:9, 43:10, 67:10, 99:22, 100:13, 100:14

**COMPANY** [20] - 8:14, 9:8, 14:1, 14:7, 15:9, 16:4, 41:6, 41:11, 49:25, 50:1, 52:20, 67:21, 68:5, 68:17, 70:21, 88:24, 100:4, 102:3, 108:22, 112:17

**COMPANY'S** [1] - 68:13

**COMPARE** [2] - 73:20, 74:14

**COMPILED** [1] - 51:6

**COMPILES** [1] - 59:19

**COMPLAINT** [5] - 19:16, 23:9, 96:4, 96:5

**COMPLAINTS** [2] - 96:2, 96:12

**COMPLETED** [1] - 101:6

**COMPLETELY** [2] -

24:17, 69:5

**COMPLIANCE** [1] - 102:3

**COMPLY** [6] - 16:5, 20:20, 99:1, 100:17, 101:13, 106:15

**COMPONENT** [2] - 28:1, 37:24

**COMPUTER** [2] - 1:22, 1:23

**COMPUTER-AIDED** [1] - 1:23

**CONCEDE** [1] - 57:23

**CONCEDED** [4] - 29:12, 36:1, 57:21, 111:16

**CONCEDEDLY** [1] - 30:18

**CONCEDING** [2] - 30:20, 38:6

**CONCEIVED** [1] - 72:23

**CONCEPT** [2] - 34:21, 71:7

**CONCEPTS** [1] - 53:2

**CONCERN** [5] - 16:16, 16:19, 26:3, 56:7, 94:7

**CONCERNED** [2] - 16:25, 25:21

**CONCERNS** [1] - 95:17

**CONCLUDE** [3] - 19:9, 96:23, 98:17

**CONCLUDED** [3] - 94:3, 104:3, 104:5

**CONCLUDES** [2] - 30:16, 103:25

**CONCLUSION** [3] - 18:24, 99:23, 112:5

**CONCLUSIVELY** [1] - 21:9

**CONDUCT** [1] - 105:15

**CONFIDENT** [3] - 101:10, 101:11, 112:14

**CONFIRM** [1] - 47:21

**CONFRONT** [1] - 17:18

**CONGRESS** [8] - 7:20, 7:21, 16:2, 22:20, 22:25, 26:4, 49:10

**CONGRESSIONAL** [2] - 9:5, 26:1

**CONNECT** [1] - 4:17

**CONSENSUALLY** [1] - 8:25

**CONSENT** [3] - 8:14,

15:2, 15:9

**CONSIDER** [6] - 18:17, 41:16, 47:14, 56:11, 58:4, 108:9

**CONSIDERATION** [2] - 32:3, 33:19

**CONSIDERED** [3] - 54:16, 75:6, 107:5

**CONSIDERING** [2] - 46:20, 46:22

**CONSIDERS** [1] - 37:21

**CONSISTENT** [12] - 9:4, 9:21, 21:13, 34:17, 47:23, 48:15, 48:16, 49:14, 49:15, 49:16, 79:2

**CONSISTENTLY** [2] - 30:16, 43:18

**CONSOLIDATE** [1] - 79:9

**CONSORTIUM** [1] - 42:23

**CONSTITUTES** [4] - 77:21, 80:16, 112:6

**CONSTITUTION** [1] - 85:7

**CONSTITUTIONAL** [1] - 94:19

**CONSTITUTIONALL Y** [1] - 107:24

**CONSULTING** [1] - 31:7

**CONSUMER** [1] - 89:25

**CONTACT** [1] - 86:10

**CONTAINED** [1] - 81:14

**CONTAINER** [5] - 44:10, 86:17, 89:17, 89:19, 94:22

**CONTAINERS** [29] - 12:7, 13:16, 13:24, 14:2, 25:19, 44:13, 86:9, 86:11, 86:14, 86:24, 87:2, 87:4, 88:5, 88:10, 88:12, 88:13, 88:16, 88:19, 89:4, 89:19, 89:23, 90:10, 93:25, 94:6, 94:7, 94:18, 109:11, 113:25

**CONTAINS** [1] - 79:11

**CONTAMINANT** [4] - 76:5, 78:15, 78:17, 79:6

**CONTEST** [1] - 8:19

**CONTESTING** [2] - 8:16, 8:21

**CONTEXT** [6] - 17:2,

17:13, 59:9, 60:3, 63:11, 83:4

**CONTEXTUALLY** [1] - 60:2

**CONTINUED** [3] - 2:1, 58:1, 101:16

**CONTINUING** [1] - 45:22

**CONTRARY** [1] - 50:4

**CONTRASTING** [2] - 77:9, 77:10

**CONTROL** [4] - 14:14, 42:7, 46:9, 48:23

**CONTROLLING** [1] - 29:8

**CONTROVERSY** [1] - 108:24

**CONVERSATION** [1] - 38:8

**CONVERSELY** [1] - 76:17

**CONVEY** [2] - 92:9, 92:12

**COOK** [3] - 2:3, 3:24, 3:25

**COOPERATE** [1] - 112:18

**CORE** [1] - 53:8

**CORRECT** [16] - 9:17, 27:13, 49:22, 49:23, 50:24, 51:1, 54:24, 57:9, 60:1, 71:10, 71:23, 76:14, 92:17, 92:21, 112:23, 115:21

**COSTS** [1] - 69:8

**COULD** [61] - 3:6, 4:18, 8:1, 8:2, 9:16, 10:24, 23:6, 24:22, 26:3, 27:8, 28:2, 30:1, 30:7, 30:10, 30:15, 32:18, 32:21, 32:25, 33:2, 34:3, 34:13, 34:21, 36:18, 38:16, 38:19, 38:22, 38:24, 39:10, 40:6, 40:14, 40:16, 41:12, 41:17, 51:17, 51:19, 53:17, 54:1, 55:19, 55:21, 56:5, 57:14, 61:1, 64:22, 67:22, 68:8, 68:12, 69:13, 72:15, 72:23, 74:7, 75:6, 76:8, 76:19, 84:24, 101:11, 102:7, 106:10, 107:1, 107:2, 107:12

**COUNSEL** [7] - 1:17, 2:6, 2:10, 2:14, 4:6, 4:12, 4:24

**COUNT** [3] - 16:9, 16:10, 102:13

**COUPLE** [10] - 13:10, 13:12, 24:14, 28:13, 36:25, 48:25, 61:3, 70:9, 79:4, 93:16

**COURSE** [10] - 6:20, 7:18, 8:17, 49:17, 60:2, 70:18, 76:18, 79:12, 92:10, 105:14

**COURT** [285] - 1:1, 1:19, 3:1, 3:2, 3:18, 3:21, 5:1, 5:5, 5:16, 5:20, 6:1, 6:20, 7:10, 8:6, 8:9, 9:13, 10:1, 10:6, 10:10, 10:14, 10:21, 10:23, 11:6, 11:11, 11:16, 12:3, 12:10, 12:21, 12:25, 13:6, 13:9, 13:19, 14:10, 14:22, 15:3, 15:11, 15:18, 16:6, 16:18, 17:22, 18:8, 18:15, 18:18, 19:5, 19:17, 19:24, 20:2, 20:4, 20:24, 21:3, 21:16, 21:19, 22:4, 22:13, 23:2, 23:8, 23:15, 23:20, 23:25, 24:11, 24:16, 24:23, 25:10, 25:13, 25:22, 26:7, 26:19, 26:25, 27:9, 27:15, 28:15, 28:18, 29:5, 29:25, 30:23, 32:6, 32:18, 32:25, 33:11, 34:11, 36:12, 38:16, 38:21, 40:7, 41:7, 41:24, 42:5, 43:4, 43:13, 44:5, 44:19, 44:25, 45:5, 45:16, 45:23, 46:3, 46:9, 47:3, 47:9, 48:2, 48:10, 48:18, 48:21, 48:24, 49:19, 50:5, 50:14, 50:22, 51:3, 51:9, 51:16, 51:20, 51:25, 52:5, 52:14, 52:22, 53:9, 53:17, 53:24, 54:4, 54:10, 55:4, 55:24, 56:6, 56:11, 56:18, 56:24, 57:2, 57:17, 58:3, 58:10, 58:17, 58:22, 59:3, 59:6, 59:20, 59:24, 60:15, 60:19, 61:17, 63:13, 64:19, 65:1, 65:19, 65:23, 66:1, 66:22, 66:24, 67:25, 69:23, 70:5, 70:11, 70:15, 71:1, 71:12,

71:18, 71:25, 72:13,
72:19, 72:25, 74:5,
74:12, 75:11, 75:18,
75:24, 76:7, 76:16,
76:21, 77:1, 77:6,
77:24, 78:3, 78:12,
78:18, 78:21, 79:23,
80:3, 82:6, 82:13,
82:17, 82:20, 82:23,
83:22, 83:24, 84:3,
84:6, 84:13, 84:18,
84:21, 84:24, 85:3,
85:6, 85:11, 85:15,
85:18, 85:21, 85:25,
87:4, 87:10, 87:12,
87:15, 87:20, 87:22,
87:25, 88:2, 88:22,
89:5, 89:10, 89:12,
89:22, 89:25, 90:2,
90:4, 90:6, 90:17,
90:21, 90:24, 91:3,
91:8, 91:11, 91:14,
91:16, 91:22, 91:24,
92:4, 92:9, 92:14,
92:15, 92:18, 92:22,
92:25, 93:17, 94:23,
95:11, 95:15, 96:14,
96:18, 96:24, 97:2,
97:7, 97:15, 98:7,
98:10, 99:6, 102:7,
102:10, 103:9,
103:15, 103:18,
104:3, 104:5,
104:10, 104:11,
104:12, 104:17,
104:18, 104:23,
105:2, 105:4, 105:8,
106:4, 106:8,
106:18, 107:1,
107:9, 107:17,
108:1, 108:5,
109:16, 109:21,
110:5, 110:9, 111:3,
111:19, 113:6,
113:14, 113:18,
113:21, 114:3,
114:12, 114:17,
114:20, 115:18,
115:20, 115:24

**COURTHOUSE** [1] -
1:19

**COURTROOM** [2] -
1:8, 6:6

**COURTS** [2] - 114:10,
114:12

**COVER** [1] - 97:12

**COVERED** [14] - 8:18,
9:16, 29:15, 31:17,
53:15, 54:14, 76:1,
84:14, 99:5, 101:12,

105:15, 107:23,
108:8, 111:17

**COVERING** [2] - 97:5,
97:7

**COVERS** [2] - 73:21,
75:4

**CRAMPED** [1] - 75:20

**CREATE** [1] - 21:25

**CREATED** [1] - 110:25

**CREATES** [2] - 63:25,
102:14

**CREATURE** [1] - 71:8

**CROSS** [1] - 82:6

**CROSS-MOVE** [1] -
82:6

**CURRENT** [2] - 11:8,
30:5

**CURRENTLY** [2] -
23:6, 24:12

**CUT** [2] - 26:9, 103:5

# D

**D.C** [1] - 4:12

**DAILY** [1] - 89:3

**DATA** [3] - 13:6, 31:8,
37:15

**DATE** [2] - 45:21,
115:24

**DAY** [4] - 23:3, 86:9,
95:4

**DAY-TO-DAY** [1] -
86:9

**DAYS** [2] - 17:25,
19:10

**DC** [2] - 2:5, 2:13

**DE** [14] - 4:8, 86:3,
86:22, 87:3, 88:5,
88:14, 89:3, 90:17,
93:12, 93:20, 93:22,
94:20, 95:8

**DEAL** [4] - 26:3, 35:1,
54:8, 105:19

**DEALING** [8] - 11:14,
13:22, 14:18, 25:1,
25:3, 43:15, 87:13,
87:16

**DEALS** [1] - 10:18

**DEBATE** [1] - 66:12

**DECADES** [4] - 36:6,
40:24, 45:13, 112:19

**DECIDE** [5] - 21:9,
82:17, 100:10,
100:24, 104:13

**DECIDED** [2] - 17:23,
54:8

**DECISION** [5] - 6:12,
7:3, 7:5, 19:11,
23:24

**DECLARANTS** [1] -

91:6

**DECLARATION** [2] -
86:6, 93:23

**DECLARATORY** [7] -
16:9, 16:11, 19:3,
21:21, 23:21, 26:8,
27:24

**DEEMED** [1] - 76:19

**DEEP** [1] - 53:2

**DEFECT** [1] - 51:15

**DEFENDANT** [5] - 2:6,
3:23, 4:2, 7:4, 7:8

**DEFENDANT'S** [1] -
7:3

**DEFENDANTS** [1] -
1:6

**DEFENSE** [1] - 50:21

**DEFENSES** [5] - 17:5,
21:23, 22:12, 22:17,
27:14

**DEFERENCE** [1] -
103:6

**DEFINES** [1] - 59:15

**DEFINITION** [14] -
35:15, 47:4, 61:14,
64:12, 65:24, 71:21,
73:3, 77:18, 80:3,
83:2, 98:4, 98:13,
98:17, 99:20

**DEFINITIONAL** [1] -
71:13

**DEFINITIONS** [3] -
64:20, 77:20, 98:2

**DEGRADE** [1] - 81:11

**DEGRADING** [1] -
110:18

**DEGREE** [2] - 96:3,
96:13

**DEMONSTRATE** [2] -
8:2, 106:23

**DEMONSTRATION** [2]
- 85:20, 91:6

**DENY** [1] - 51:25

**DEPARTMENT** [1] -
3:11

**DEPENDING** [1] - 33:8

**DEPENDS** [2] - 50:6,
77:13

**DERAIL** [1] - 72:10

**DERGARABEDIAN** [4]
- 3:16, 3:20

**DESCRIBE** [2] -
80:23, 83:18

**DESCRIBED** [1] -
74:17

**DESCRIBES** [2] -
83:11, 105:14

**DESCRIPTION** [2] -
98:3, 113:24

**DESIGNATE** [2] -

34:18, 35:2

**DESIGNATED** [1] -
54:2

**DESPITE** [3] - 34:10,
36:10, 66:15

**DETERMINATION** [9]
- 7:25, 9:8, 12:1,
19:13, 46:14, 57:11,
64:6, 103:12, 108:10

**DETERMINE** [8] -
27:12, 31:9, 46:18,
50:7, 57:14, 58:15,
60:13, 109:18

**DETERMINED** [8] -
13:3, 49:10, 57:10,
63:21, 64:4, 64:11,
96:1, 107:12

**DETERMINES** [4] -
20:19, 45:13, 47:18,
108:8

**DEVELOP** [2] - 49:9,
49:16

**DEVELOPED** [1] -
49:7

**DEVELOPING** [3] -
46:21, 49:12, 53:7

**DEVELOPMENT** [2] -
103:13, 115:12

**DEVELOPMENTS** [1]
- 115:7

**DEVICE** [1] - 4:15

**DEVOLVES** [1] - 68:3

**DID** [36] - 8:5, 13:12,
17:24, 18:3, 21:2,
26:6, 28:8, 33:17,
37:4, 38:9, 38:17,
40:5, 40:12, 45:7,
47:3, 50:12, 51:13,
55:2, 55:14, 57:9,
57:19, 62:5, 65:19,
68:8, 68:17, 75:9,
78:20, 99:12, 101:8,
104:18, 108:21,
110:3, 110:7,
110:20, 111:16,
114:12

**DIDN'T** [33] - 3:18,
8:20, 10:10, 11:12,
18:9, 19:14, 23:2,
33:5, 36:2, 36:7,
38:7, 38:25, 39:1,
41:15, 49:21, 51:10,
54:23, 56:6, 57:2,
57:4, 57:20, 61:24,
69:1, 82:6, 87:23,
100:5, 104:21,
108:20, 109:12,
109:13, 110:15

**DIFFERENCE** [2] -
78:8, 78:10

**DIFFERENCES** [1] -
98:20

**DIFFERENT** [21] -
13:11, 13:12, 14:7,
14:14, 14:16, 14:19,
27:22, 37:1, 42:24,
43:18, 52:23, 59:21,
61:4, 69:4, 74:24,
77:18, 83:1, 83:3,
83:4, 96:10, 101:19

**DIFFICULT** [2] -
26:17, 31:3

**DILIGENCE** [1] -
106:9

**DILIGENTLY** [1] - 18:5

**DINERSTEIN** [3] -
4:19, 4:20, 5:24

**DIRECTLY** [2] - 24:6,
97:13

**DISAGREE** [3] -
19:24, 20:4, 73:19

**DISCOVER** [1] -
108:17

**DISCOVERED** [2] -
42:13, 42:14

**DISCOVERY** [5] -
82:7, 82:10, 102:15,
103:13, 107:16

**DISCRETION** [6] -
35:1, 57:13, 58:23,
103:7, 104:12,
108:12

**DISCUSS** [3] - 11:20,
85:1, 96:15

**DISCUSSED** [1] -
45:12

**DISCUSSES** [1] - 10:4

**DISCUSSING** [3] -
13:21, 41:25

**DISCUSSION** [3] -
12:17, 15:5, 72:4

**DISINCENTIVIZE** [2] -
53:7, 55:20

**DISMISS** [4] - 39:12,
82:13, 82:14, 82:16

**DISPENSED** [1] - 93:5

**DISPENSES** [1] -
93:18

**DISPUTE** [6] - 9:1,
21:10, 21:14, 50:23,
51:22, 107:10

**DISPUTES** [1] - 34:24

**DISTRIBUTION** [1] -
64:15

**DISTRICT** [3] - 1:1,
1:2, 18:1

**DIVE** [1] - 28:15

**DIVERSIONS** [1] -
26:13

**DIVIDING** [1] - 5:11

**DO** [62] - 7:19, 8:17, 11:4, 11:7, 11:23, 17:10, 19:7, 20:7, 20:9, 22:9, 27:23, 28:18, 28:21, 28:24, 31:21, 40:4, 42:20, 43:12, 51:3, 55:4, 55:13, 56:20, 61:2, 61:19, 66:14, 76:21, 77:12, 77:23, 78:2, 79:16, 80:4, 81:10, 82:9, 82:19, 82:20, 84:19, 87:10, 87:12, 87:15, 89:12, 89:13, 91:23, 92:14, 93:25, 96:6, 97:25, 98:24, 100:7, 100:13, 102:11, 103:20, 103:21, 104:6, 104:22, 107:20, 108:16, 109:3, 113:18, 115:9

**DOCKET** [1] - 35:12

**DOES** [48] - 18:7, 20:20, 25:15, 29:19, 29:20, 30:17, 31:23, 33:1, 35:22, 36:17, 36:24, 38:7, 41:8, 42:18, 44:17, 45:7, 45:9, 45:23, 46:19, 46:20, 47:20, 49:20, 52:3, 52:15, 53:5, 54:7, 57:8, 58:4, 58:23, 60:7, 62:21, 63:6, 66:13, 68:18, 72:10, 86:15, 92:4, 92:9, 92:11, 92:12, 92:20, 95:4, 100:2, 106:14, 113:7, 113:9

**DOESN'T** [1] - 67:2

**DOING** [14] - 5:22, 11:24, 17:14, 40:12, 56:11, 65:3, 66:4, 67:14, 69:19, 73:9, 74:24, 88:24, 102:20, 114:25

**DOJ** [1] - 29:7

**DOJ'S** [1] - 35:11

**DOMESTIC** [1] - 81:21

**DOMINANT** [1] - 88:11

**DON'T** [54] - 6:11, 8:23, 9:18, 12:23, 14:12, 16:18, 17:3, 17:17, 19:20, 20:16, 23:15, 24:6, 25:7, 27:3, 30:24, 36:19, 40:13, 42:9, 42:19, 44:4, 46:10, 50:10, 51:20, 52:17, 52:19, 53:10, 63:23, 65:5,

68:15, 71:4, 72:8, 74:24, 78:18, 82:1, 85:16, 87:19, 88:3, 88:17, 89:1, 91:4, 92:2, 96:10, 97:11, 98:15, 98:21, 99:16, 102:8, 103:6, 103:12, 107:2, 107:15, 107:19, 107:23, 109:17

**DONE** [6] - 38:16, 38:24, 43:9, 68:1, 91:18, 102:21

**DOWN** [8] - 32:6, 39:21, 45:8, 61:11, 79:17, 91:21, 97:22, 111:18

**DOWNSIDE** [2] - 12:4, 12:5

**DOWNSTREAM** [1] - 76:19

**DRAFT** [2] - 83:7, 115:5

**DRAWING** [1] - 111:3

**DRILL** [1] - 32:6

**DRINKING** [1] - 76:5

**DUE** [2] - 13:2, 23:12

**DUPONT** [2] - 42:24, 65:12

**DURATION** [1] - 58:1

**DURING** [18] - 11:2, 18:25, 29:15, 30:15, 45:22, 52:13, 54:9, 58:1, 62:23, 66:9, 67:11, 69:3, 78:4, 78:9, 79:12, 80:21, 83:13, 109:9

**DUST** [1] - 56:14

---

# E

**EACH** [4] - 93:6, 93:7, 96:2, 96:12

**EARLIER** [10] - 30:14, 34:2, 37:16, 38:24, 44:13, 61:25, 62:25, 65:12, 66:15, 82:11

**EARLY** [2] - 27:19, 68:23

**EASILY** [1] - 85:10

**EAST** [1] - 2:8

**EASTERN** [1] - 1:2

**EAT** [1] - 101:15

**ECONOMIC** [1] - 25:20

**EDUCATE** [1] - 45:6

**EFFECT** [1] - 21:5

**EFFECTED** [1] - 37:8

**EFFECTIVE** [1] - 114:16

**EFFECTS** [2] - 41:11, 94:3

**EFFORT** [1] - 106:9

**EFFORTS** [1] - 24:8

**EIGHT** [3] - 17:25, 42:23, 80:17

**EITHER** [7] - 6:8, 44:7, 51:20, 57:18, 83:2, 101:4, 106:16

**ELECTED** [1] - 100:17

**ELIGIBLE** [1] - 99:24

**ELIMINATE** [2] - 43:11, 57:12

**ELIMINATED** [1] - 22:24

**ELIMINATING** [1] - 43:2

**ELSE** [5] - 5:5, 66:18, 76:21, 83:24, 114:17

**ELUCIDATED** [1] - 77:17

**EMANATING** [1] - 86:13

**EMISSION** [1] - 44:9

**EMPHASIS** [2] - 31:11, 94:14

**EMPHASIZE** [1] - 33:18

**EMPLOYEES** [4] - 4:8, 4:21, 4:24, 5:3

**ENACTED** [2] - 7:14, 22:22

**ENCOUNTERED** [1] - 32:16

**END** [8] - 5:14, 18:22, 31:20, 32:9, 35:13, 53:21, 96:22, 108:19

**ENDANGERED** [3] - 20:11, 22:21

**ENDED** [1] - 53:22

**ENDS** [1] - 113:22

**ENFORCE** [1] - 12:15

**ENFORCEMENT** [28] - 6:23, 7:10, 8:9, 8:12, 10:24, 12:12, 14:17, 15:21, 23:16, 24:5, 24:8, 24:18, 24:20, 24:24, 24:25, 25:5, 26:10, 40:10, 40:11, 55:6, 56:13, 68:12, 70:24, 99:11, 102:23, 104:20, 112:24

**ENFORCING** [1] - 56:19

**ENGAGED** [4] - 14:4, 54:22, 55:23, 57:24

**ENGAGES** [1] - 47:17

**ENGAGING** [2] - 14:8, 40:25

**ENORMOUS** [1] - 17:9

**ENORMOUSLY** [1] - 4:16

**ENOUGH** [2] - 66:8, 109:17

**ENSURE** [1] - 44:3

**ENTER** [1] - 114:12

**ENTERING** [1] - 114:10

**ENTIRE** [2] - 74:13, 74:14

**ENTIRELY** [1] - 71:8

**ENTITIES** [1] - 31:14

**ENTITLED** [2] - 67:11, 115:23

**ENTITY** [1] - 29:13, 39:20, 54:21, 55:21, 62:16, 62:18, 62:22, 69:12, 113:10

**ENTITY'S** [1] - 70:24

**ENVIRONMENT** [3] - 12:9, 26:5, 54:7

**ENVIRONMENTAL** [5] - 4:7, 4:9, 4:21, 4:25, 5:4

**EPA** [122] - 3:11, 3:15, 3:17, 7:2, 7:25, 8:3, 8:20, 8:25, 9:3, 9:6, 9:15, 9:22, 9:24, 11:24, 13:7, 13:11, 14:3, 14:4, 15:1, 15:4, 15:8, 15:14, 17:16, 17:18, 18:4, 18:20, 18:23, 19:6, 19:9, 19:11, 21:25, 23:12, 25:22, 26:3, 28:22, 29:4, 29:6, 29:13, 30:24, 30:25, 32:9, 32:15, 32:18, 33:1, 33:7, 33:20, 34:6, 34:18, 35:19, 35:23, 36:1, 37:4, 37:20, 38:6, 38:8, 40:4, 40:14, 40:21, 40:23, 42:23, 43:1, 43:8, 43:14, 44:9, 45:13, 45:23, 46:14, 46:19, 46:20, 47:12, 47:14, 47:17, 48:3, 55:7, 55:14, 56:4, 56:12, 57:13, 58:3, 58:5, 58:6, 58:23, 60:25, 63:5, 64:20, 65:13, 66:20, 75:3, 78:25, 79:11, 79:18, 80:9, 80:16, 81:16, 83:7, 94:2, 99:19, 100:1, 100:2, 100:7, 100:22, 100:23, 101:6, 102:9,

102:11, 102:12, 102:18, 102:20, 106:22, 107:20, 107:23, 108:3, 108:8, 108:9, 108:12, 108:15, 108:17, 111:1, 111:5, 112:9, 112:18

**EPA'S** [12] - 29:18, 32:9, 35:1, 36:9, 36:12, 46:7, 60:10, 81:5, 102:17, 105:18, 112:5, 113:7

**EQUITIES** [1] - 104:1

**ERROR** [1] - 17:12

**ESCAPE** [1] - 44:8

**ESPECIALLY** [1] - 25:13

**ESQUIRE** [8] - 1:14, 1:14, 2:2, 2:2, 2:3, 2:3, 2:8, 2:11

**ESSENCE** [1] - 111:7

**ESSENTIALLY** [3] - 16:22, 27:25, 31:22

**ESTABLISH** [4] - 88:4, 88:7, 88:8, 93:6

**ESTABLISHES** [1] - 19:4

**ET** [3] - 23:13

**EVALUATE** [1] - 36:15

**EVALUATION** [1] - 92:15

**EVEN** [11] - 19:15, 22:22, 24:6, 33:1, 38:10, 62:15, 62:17, 69:19, 94:17, 107:12, 111:19

**EVENTS** [1] - 66:6

**EVENTUALLY** [1] - 10:7, 43:1

**EVER** [5] - 7:11, 15:12, 29:10, 29:11, 101:3

**EVERY** [7] - 11:17, 11:18, 14:6, 14:14, 105:18, 107:25, 108:25

**EVERYBODY** [2] - 12:15, 56:13

**EVERYONE** [12] - 3:2, 3:6, 10:2, 17:5, 36:13, 36:16, 56:14, 66:15, 67:24, 71:22, 114:21, 114:22

**EVERYTHING** [4] - 44:10, 79:8, 109:16, 114:24

**EVIDENCE** [2] - 87:19, 90:12

**EVIDENT** [1] - 60:6

EVIDENTIARY [1] - 97:19
EXACT [1] - 13:21
EXACTLY [5] - 28:6, 43:5, 98:14, 112:25
EXAMINED [1] - 13:17
EXAMPLE [14] - 37:20, 75:12, 75:22, 75:24, 76:4, 78:15, 78:21, 85:13, 86:8, 89:18, 91:5, 91:9, 91:10, 93:13
EXAMPLES [3] - 30:10, 86:23, 90:8
EXCEPT [3] - 11:16, 62:10, 98:23
EXCEPTION [8] - 32:20, 57:3, 72:12, 74:2, 74:4, 74:5, 75:13, 75:14
EXCEPTIONS [7] - 66:10, 71:15, 73:20, 73:24, 73:25, 74:11, 75:9
EXCUSE [6] - 47:22, 84:23, 87:14, 87:21, 103:17, 104:4
EXECUTING [1] - 47:16
EXEMPT [10] - 34:5, 45:20, 47:23, 70:20, 81:19, 83:22, 83:23, 98:23, 99:1, 106:24
EXEMPTED [5] - 53:14, 53:21, 55:2, 105:25, 106:1
EXEMPTING [1] - 56:8
EXEMPTION [2] - 71:19, 81:21
EXEMPTIONS [2] - 53:23, 73:24
EXHIBIT [8] - 79:13, 79:14, 79:20, 82:4, 83:8, 110:21
EXHIBITS [1] - 79:11
EXIST [5] - 15:17, 75:22, 111:11, 111:12, 111:22
EXISTENCE [5] - 48:6, 111:11, 111:12, 111:23, 112:2
EXISTING [3] - 47:1, 47:20, 70:14
EXISTS [6] - 40:11, 43:25, 44:2, 74:9, 75:5, 89:16
EXIT [1] - 27:18
EXPECT [1] - 49:24
EXPECTATION [1] - 30:23

EXPECTATIONS [1] - 5:7
EXPECTED [1] - 31:2
EXPERIENCE [1] - 99:16
EXPERIMENTS [1] - 109:7
EXPLAIN [1] - 25:13
EXPLAINED [1] - 21:3
EXPLAINING [2] - 32:14, 115:11
EXPLICITLY [3] - 102:14, 102:16, 105:23
EXPOSED [1] - 88:5
EXTEND [1] - 19:10
EXTENT [4] - 7:16, 51:12, 69:22, 81:17
EXTENUATING [1] - 106:15
EXTREMELY [1] - 114:22

# F

F.3D [1] - 24:2
FACE [4] - 98:25, 105:23, 106:3, 107:13
FACES [1] - 93:20
FACIALLY [1] - 25:2
FACT [24] - 9:15, 14:24, 16:22, 42:1, 47:21, 50:24, 51:24, 55:21, 57:18, 57:22, 58:9, 58:16, 68:3, 70:23, 71:4, 88:23, 88:25, 89:2, 96:5, 103:13, 105:18, 105:20, 107:9, 110:24
FACTOR [1] - 106:15
FACTORS [5] - 46:21, 46:23, 108:10, 108:13, 108:14
FACTS [7] - 24:18, 25:3, 53:2, 53:3, 91:9, 98:1, 98:16
FACTUAL [5] - 25:1, 51:21, 57:8, 57:15, 92:19
FACTUALLY [3] - 59:16, 60:12, 72:7
FAIR [3] - 91:8, 107:20, 113:9
FAIRLY [3] - 67:15, 84:15, 93:21
FAIRNESS [2] - 16:19, 17:1
FALL [3] - 52:16, 75:6,

81:10
FALLS [2] - 32:20, 111:17
FAR [4] - 9:10, 17:4, 44:12, 67:9
FARE [1] - 25:15
FASCINATING [1] - 80:7
FAULTY [1] - 112:9
FEBRUARY [1] - 39:13
FEDERAL [1] - 110:16
FEEL [3] - 25:17, 70:6, 115:10
FEW [4] - 43:18, 79:21, 96:14, 96:20, 110:13
FIFRA [1] - 80:2
FIGURE [4] - 30:1, 34:13, 56:15, 68:12
FILE [3] - 17:17, 17:18, 33:10
FILED [2] - 96:2, 115:10
FINAL [27] - 10:7, 19:13, 24:9, 24:13, 24:16, 37:5, 37:18, 37:19, 38:15, 53:16, 53:19, 54:21, 58:11, 58:12, 58:17, 58:21, 58:25, 62:1, 65:9, 81:7, 81:9, 81:24, 81:25, 82:21, 109:23, 110:16, 113:3
FINALIZATION [1] - 54:15
FINALIZED [1] - 56:19
FIND [13] - 13:13, 19:22, 34:16, 34:21, 38:13, 43:20, 43:25, 79:16, 80:18, 96:3, 100:6, 113:24, 114:1
FINDING [2] - 19:18, 21:18
FINDS [1] - 43:10
FINE [3] - 6:10, 101:12, 115:13
FINGERTIPS [1] - 114:23
FIORENTINO [3] - 2:8, 4:5, 4:6
FIRST [28] - 5:11, 8:12, 9:11, 15:19, 15:20, 15:21, 16:3, 19:21, 22:22, 28:8, 31:25, 37:1, 40:21, 42:8, 42:16, 46:20, 63:16, 77:13, 79:5, 79:13, 93:2, 93:17,

98:8, 106:13, 107:11, 110:14, 111:22
FIRST-TIME [1] - 15:19
FIT [3] - 31:23, 63:5, 83:2
FITS [2] - 75:25, 98:4
FIVE [1] - 30:19
FLAGGED [2] - 58:5, 58:6
FLAWS [1] - 93:15
FLIP [1] - 12:11
FLUORINATE [1] - 89:19
FLUORINATED [27] - 13:17, 13:18, 13:23, 44:13, 81:9, 83:17, 86:16, 86:18, 86:23, 86:24, 87:1, 87:4, 87:5, 88:11, 88:17, 89:6, 89:8, 90:9, 94:2, 94:6, 94:8, 94:9, 94:22, 95:4, 109:11, 110:17, 113:25
FLUORINATES [2] - 89:23, 94:17
FLUORINATING [3] - 88:12, 94:13, 95:2
FLUORINATION [34] - 10:11, 11:2, 11:22, 14:13, 29:15, 30:20, 30:21, 33:22, 33:23, 36:5, 43:25, 44:2, 44:5, 54:1, 55:10, 57:21, 57:25, 63:6, 68:18, 69:3, 81:25, 86:19, 87:8, 88:24, 89:14, 89:16, 90:15, 98:1, 98:16, 102:14, 106:11, 107:3, 109:9, 111:19
FLUORINATOR [1] - 81:23
FLUORINATORS [1] - 94:15
FLUORINE [6] - 98:5, 108:23, 108:25, 109:1, 109:3
FLUOROALKYL [1] - 81:15
FOCUS [5] - 60:20, 63:23, 65:2, 71:12, 97:23
FOCUSED [3] - 61:17, 101:24, 102:2
FOCUSING [2] - 65:8, 95:12
FOLLOWING [1] -

74:15
FOR [151] - 1:2, 1:17, 2:6, 2:10, 2:14, 3:3, 3:13, 4:6, 4:7, 4:8, 4:12, 4:21, 4:22, 4:24, 5:3, 5:8, 5:25, 6:12, 6:14, 7:4, 7:16, 7:17, 11:17, 15:5, 16:12, 19:8, 19:10, 19:15, 20:8, 20:25, 21:7, 23:3, 23:18, 24:12, 24:22, 26:8, 26:10, 27:7, 27:21, 28:1, 28:5, 28:8, 33:6, 33:11, 34:12, 35:2, 35:12, 36:6, 36:16, 38:5, 39:7, 39:20, 40:15, 40:20, 42:6, 42:8, 42:12, 42:15, 42:20, 44:17, 46:6, 46:18, 49:14, 49:22, 50:23, 52:2, 52:3, 52:14, 53:9, 54:5, 54:12, 54:23, 55:25, 59:20, 59:22, 61:2, 62:7, 62:10, 62:18, 63:20, 64:3, 64:15, 66:10, 66:11, 71:21, 73:24, 74:4, 75:13, 75:21, 77:9, 77:19, 79:3, 79:9, 80:2, 80:9, 80:10, 83:2, 84:5, 85:11, 85:19, 86:16, 88:15, 89:15, 89:16, 89:20, 89:23, 89:25, 90:10, 93:6, 94:1, 94:18, 94:23, 94:24, 95:25, 96:8, 96:9, 97:10, 97:15, 98:16, 99:13, 99:14, 99:24, 100:5, 100:22, 100:23, 101:3, 101:5, 101:22, 103:15, 103:18, 103:22, 105:2, 105:24, 106:8, 106:22, 108:15, 108:22, 110:8, 110:23, 112:17, 112:19, 114:21, 114:22, 114:25, 115:1, 115:8, 115:10
FORCED [3] - 17:18, 29:4, 29:19
FORECLOSED [1] - 107:5
FOREGOING [1] - 115:21
FOREIGN [1] - 81:18

**FORESTALL** [1] - 50:24

**FOREVER** [5] - 38:13, 54:16, 67:8, 69:16, 107:4

**FORGET** [1] - 8:5

**FORM** [3] - 52:12, 93:7, 93:9

**FORMAT** [1] - 6:2

**FORMATION** [2] - 102:16, 102:17

**FORMATIVE** [1] - 63:25

**FORMED** [5] - 42:23, 72:23, 80:19, 83:12, 109:9

**FORTH** [1] - 37:17

**FORWARD** [3] - 55:22, 68:6, 100:4

**FOUND** [5] - 34:16, 43:8, 46:13, 55:7

**FOUR** [3] - 79:10, 79:15, 79:17

**FRANKLY** [1] - 99:17

**FRIENDS** [1] - 6:10

**FROM** [80] - 4:11, 5:21, 5:24, 7:25, 8:22, 9:22, 13:10, 13:16, 16:1, 19:1, 20:12, 20:13, 21:11, 21:24, 22:24, 26:13, 28:19, 30:1, 33:3, 33:9, 34:5, 34:14, 34:25, 35:3, 35:4, 35:19, 35:23, 35:24, 36:16, 38:17, 42:2, 45:7, 47:4, 49:13, 53:14, 53:21, 54:16, 54:18, 55:2, 56:9, 58:24, 60:6, 61:22, 65:19, 65:20, 69:9, 69:23, 76:23, 77:7, 78:6, 80:5, 80:22, 81:3, 81:14, 81:19, 82:23, 83:7, 83:15, 84:3, 84:10, 86:14, 88:6, 88:14, 88:19, 89:9, 93:17, 94:4, 94:15, 94:22, 96:10, 98:23, 101:19, 107:5, 109:11, 109:22, 109:23, 113:4, 113:18, 115:22

**FRONT** [7] - 6:13, 23:20, 28:7, 28:22, 43:16, 115:8, 115:14

**FRONTS** [1] - 15:19

**FULFILL** [1] - 9:11

**FUNCTION** [5] -
39:24, 62:11, 63:7, 68:19

**FUNDAMENTAL** [1] - 101:17

**FURNISHES** [1] - 52:12

**FURNITURE** [3] - 86:4, 86:7, 94:1

**FURTHER** [10] - 53:23, 64:20, 68:4, 77:17, 95:19, 98:15, 103:13, 113:12, 114:18

**FURTHERMORE** [2] - 80:22, 83:14

**FUTURE** [2] - 23:6, 95:11

## G

**GARAGE** [1] - 95:8

**GARFIELD** [1] - 2:12

**GAS** [1] - 44:3

**GENERAL** [4] - 18:5, 50:23, 105:13, 105:14, 105:16

**GENERALLY** [3] - 5:9, 10:19, 40:10

**GENERATED** [1] - 44:18

**GENERATING** [1] - 36:2

**GET** [27] - 12:15, 20:7, 26:10, 29:7, 33:13, 33:14, 35:22, 39:21, 41:2, 47:3, 52:6, 52:7, 56:14, 56:19, 65:9, 65:19, 65:19, 67:13, 74:20, 75:17, 76:12, 76:16, 95:4, 114:23, 115:1, 115:4, 115:5

**GETS** [5] - 10:2, 10:3, 43:9, 58:18, 111:13

**GETTING** [5] - 26:4, 36:13, 64:24, 65:13, 111:20

**GIBSON** [3] - 2:3, 4:1, 4:2

**GIVE** [14] - 30:8, 31:1, 75:24, 85:11, 85:12, 90:16, 92:25, 95:19, 95:20, 96:14, 96:19, 104:18, 109:24, 110:9

**GIVEN** [2] - 51:19, 88:11

**GIVES** [3] - 37:20, 64:2, 90:8

**GLADSTEIN** [88] -
1:14, 3:9, 5:7, 5:10, 6:16, 6:19, 6:25, 7:12, 8:7, 8:11, 9:17, 10:5, 10:9, 10:13, 10:17, 10:22, 11:3, 11:7, 11:13, 11:23, 12:5, 12:19, 12:23, 13:1, 13:8, 13:14, 13:25, 14:20, 14:23, 15:7, 15:16, 15:24, 16:14, 17:15, 17:24, 18:14, 19:6, 20:1, 20:3, 20:6, 21:2, 21:6, 21:17, 22:3, 22:11, 22:16, 23:4, 23:10, 23:17, 23:23, 24:1, 24:21, 25:7, 25:12, 25:17, 25:24, 26:16, 26:22, 27:25, 28:12, 29:1, 29:2, 29:4, 29:10, 29:12, 31:24, 33:5, 33:16, 38:24, 40:17, 41:3, 41:10, 46:5, 48:10, 48:22, 55:5, 76:17, 92:2, 92:7, 92:12, 92:17, 92:21, 110:1, 110:6, 110:11, 113:2, 115:17

**GLIGOR** [2] - 1:18, 115:25

**GO** [14] - 22:19, 23:2, 23:5, 26:11, 55:12, 59:6, 69:15, 74:4, 88:14, 98:15, 102:18, 111:1, 113:6, 113:21

**GOES** [4] - 10:20, 51:14, 58:17, 81:6

**GOING** [58] - 5:8, 5:10, 16:24, 17:13, 17:18, 19:11, 20:17, 21:4, 21:11, 22:1, 25:23, 26:1, 29:15, 30:3, 30:18, 33:13, 33:14, 34:12, 34:24, 35:3, 37:14, 37:15, 41:16, 42:12, 45:12, 53:25, 55:25, 68:21, 69:18, 69:25, 77:1, 77:2, 77:4, 84:15, 96:22, 97:16, 97:17, 97:18, 97:20, 97:21, 100:10, 100:21, 100:22, 100:23, 100:25, 101:12, 102:5, 102:11, 104:7, 107:9, 109:20, 112:19, 115:3, 115:5, 115:6, 115:14

**GIVEN** [2] - 51:19, 88:11

**GONE** [2] - 40:21, 99:18

**GOOD** [29] - 3:3, 3:12, 3:21, 3:22, 3:24, 4:1, 4:3, 4:5, 4:10, 4:19, 4:23, 5:2, 5:6, 6:4, 10:6, 13:2, 14:25, 26:24, 36:16, 36:24, 45:2, 71:15, 72:13, 84:13, 85:23, 91:1, 91:5, 91:10, 97:15

**GOODS** [1] - 37:17

**GOT** [3] - 17:10, 38:17, 38:18, 60:15, 65:23, 72:3, 74:22, 79:5, 92:22, 94:24, 98:7, 105:5, 112:18

**GOTCHA** [1] - 62:19

**GOVERNMENT** [42] - 1:17, 3:8, 6:23, 16:10, 18:12, 21:19, 22:6, 22:7, 23:2, 25:15, 27:13, 27:19, 27:21, 28:20, 28:21, 34:15, 34:17, 41:7, 41:13, 42:20, 44:21, 50:22, 66:13, 67:2, 68:24, 69:1, 69:20, 72:10, 77:7, 91:17, 92:5, 92:20, 93:4, 93:10, 96:1, 96:5, 96:8, 97:8, 97:21, 109:22, 111:6, 111:15

**GOVERNMENT'S** [10] - 17:6, 27:1, 39:12, 49:20, 54:10, 54:17, 62:6, 72:15, 91:25, 112:24

**GOVERNMENTAL** [1] - 24:9

**GOVERNS** [1] - 59:23

**GRAPH** [1] - 75:17

**GRATEFUL** [1] - 4:18

**GREAT** [3] - 6:7, 36:18, 109:21

**GREATER** [1] - 44:12

**GROSS** [2] - 53:1, 93:5

**GROUND** [4] - 21:20, 67:17, 84:15, 97:12

**GROUP** [1] - 18:12

**GROUPS** [3] - 13:3, 29:7, 38:17

**GUARANTEE** [1] - 19:20

**GUESS** [4] - 26:7, 55:15, 58:22, 103:10

**GUIDANCE** [4] - 83:6, 83:7, 83:10

**GUN** [1] - 29:22

## H

**HAD** [25] - 8:21, 17:23, 22:22, 26:2, 28:18, 31:21, 33:25, 34:3, 39:15, 41:13, 41:14, 50:18, 61:17, 62:9, 65:12, 67:3, 67:23, 69:13, 70:21, 80:12, 82:11, 95:5, 97:2, 112:19, 113:10

**HALF** [1] - 102:13

**HAND** [6] - 26:11, 27:5, 29:19, 36:8, 40:6

**HANDLE** [1] - 100:2

**HANDLING** [2] - 5:14, 5:18

**HANDS** [1] - 86:13

**HAPPEN** [17] - 8:13, 10:1, 10:7, 10:10, 17:25, 18:11, 23:6, 30:3, 30:7, 30:11, 30:15, 32:9, 42:11, 42:15, 42:17, 42:18, 97:22

**HAPPENED** [1] - 17:22

**HAPPENING** [8] - 6:22, 9:14, 12:18, 12:21, 17:14, 24:19, 25:4, 98:14

**HAPPENS** [1] - 42:13

**HAPPY** [1] - 113:13

**HARM** [1] - 17:10

**HARMFUL** [1] - 25:23

**HARMING** [1] - 26:5

**HAS** [81] - 7:2, 7:4, 7:18, 9:6, 11:4, 12:6, 13:6, 15:12, 15:22, 16:3, 16:11, 17:10, 18:20, 21:19, 21:22, 23:11, 24:5, 27:23, 29:10, 29:11, 30:18, 30:20, 30:24, 31:21, 35:23, 36:1, 39:7, 39:15, 41:10, 41:11, 42:11, 42:12, 43:8, 43:9, 43:17, 45:12, 50:22, 51:6, 58:10, 58:15, 59:8, 61:8, 63:7, 63:21, 64:4, 64:11, 64:20, 65:23, 67:6, 68:22, 78:25, 79:1, 79:2, 80:4, 80:12, 85:18, 85:19, 86:3, 86:18, 86:23, 87:19, 90:13, 92:10,

92:13, 94:2, 94:3,
94:7, 97:8, 100:17,
101:2, 101:6, 102:9,
102:12, 102:20,
104:11, 106:1,
107:23, 108:12,
111:1, 111:5, 111:15
**HAT** [1] - 13:9
**HAVE** [158] - 3:6, 5:7,
6:3, 6:4, 6:11, 7:11,
7:23, 8:10, 8:17,
10:24, 12:17, 13:20,
15:6, 16:15, 16:16,
16:18, 17:5, 17:22,
18:20, 19:15, 19:20,
19:22, 20:2, 20:4,
20:7, 21:4, 21:14,
21:23, 21:24, 26:14,
27:7, 27:14, 30:16,
32:10, 32:16, 33:10,
34:3, 34:4, 34:12,
36:5, 36:19, 36:20,
37:21, 38:5, 38:6,
38:7, 38:8, 38:16,
38:19, 38:22, 38:24,
39:23, 39:24, 40:6,
40:17, 40:18, 40:22,
41:12, 41:15, 41:17,
41:22, 42:6, 49:24,
50:11, 50:13, 51:17,
51:19, 51:25, 52:2,
52:25, 55:4, 55:10,
55:19, 56:5, 57:13,
58:23, 61:1, 61:23,
62:16, 63:10, 66:10,
66:14, 67:7, 67:14,
67:22, 68:7, 68:8,
68:9, 69:2, 69:11,
69:13, 69:19, 69:20,
70:3, 70:7, 70:17,
72:3, 72:4, 74:22,
76:18, 76:21, 78:21,
79:8, 80:10, 82:20,
83:9, 83:15, 84:14,
85:7, 87:18, 91:3,
92:2, 92:6, 92:8,
92:19, 92:20, 93:6,
93:11, 93:13, 94:1,
95:3, 95:6, 95:15,
95:17, 96:2, 97:25,
98:1, 98:21, 99:15,
99:16, 99:18, 99:24,
100:8, 101:8,
101:11, 101:14,
102:9, 102:15,
102:22, 102:24,
103:7, 104:3, 104:5,
104:15, 104:23,
105:25, 106:10,
107:3, 107:12,
108:19, 110:3,

110:7, 111:2,
112:16, 113:9,
114:22
**HAVING** [8] - 31:21,
34:24, 40:21, 58:24,
66:12, 69:18, 80:12,
107:5
**HDPE** [3] - 11:2,
55:11, 98:6
**HE** [41] - 28:3, 28:5,
32:1, 33:19, 48:11,
48:12, 62:5, 69:9,
77:3, 77:4, 78:3,
78:18, 78:20, 86:4,
86:6, 86:10, 86:11,
86:12, 86:13, 86:15,
88:6, 88:16, 88:18,
88:20, 90:19, 90:20,
90:21, 90:24, 91:1,
91:3, 91:5, 91:8,
91:10, 93:14, 93:20,
93:24, 94:7, 94:8,
111:3, 111:4, 113:4
**HEAD** [4] - 12:20,
48:25, 52:20, 63:13
**HEALTH** [3] - 4:8,
94:3, 94:10
**HEALTHY** [1] - 36:15
**HEAR** [19] - 8:22,
21:11, 28:25, 33:5,
33:17, 34:25, 35:3,
41:20, 61:24, 69:6,
69:23, 76:22, 78:16,
82:23, 84:3, 87:23,
109:22, 110:15,
110:20
**HEARD** [15] - 27:25,
29:2, 32:23, 33:15,
41:21, 44:23, 48:25,
61:10, 69:8, 69:17,
84:5, 93:14, 94:12,
95:20, 112:13
**HEARING** [5] - 4:15,
4:17, 70:18, 97:20,
104:15
**HEAVY** [2] - 103:16,
103:19
**HEDGING** [1] - 32:14
**HELP** [4] - 4:15,
19:19, 21:15, 54:7
**HELPFUL** [3] - 6:1,
109:21, 114:22
**HELPING** [1] - 28:2
**HELPS** [1] - 115:2
**HERE** [78] - 3:3, 3:10,
6:11, 6:22, 6:23,
8:16, 9:1, 10:10,
12:18, 12:22, 16:7,
16:15, 16:23, 17:3,
17:4, 22:25, 24:11,

25:2, 26:17, 27:19,
27:20, 29:17, 29:21,
31:4, 32:1, 33:19,
34:9, 34:24, 37:7,
37:22, 39:1, 39:19,
40:4, 40:10, 40:15,
40:22, 41:25, 42:2,
43:19, 44:11, 44:16,
49:20, 51:4, 52:6,
56:1, 59:9, 59:24,
61:6, 61:9, 62:17,
62:21, 63:3, 64:9,
68:15, 69:11, 69:21,
72:4, 74:2, 76:17,
77:17, 79:13, 80:10,
81:6, 84:17, 86:3,
93:9, 96:23, 98:14,
98:25, 99:8, 102:4,
105:12, 106:23,
108:16, 112:9,
112:23, 113:20,
115:5
**HIGH** [6] - 44:3, 87:6,
88:10, 88:13, 96:3,
96:13
**HIGHLIGHT** [1] -
96:16
**HIGHLY** [1] - 31:4
**HILL** [2] - 20:9, 20:10
**HIM** [6] - 33:17, 82:24,
88:15, 88:18, 94:10,
112:13
**HIS** [13] - 28:14, 40:17,
78:14, 86:6, 86:9,
86:12, 88:7, 88:20,
89:3, 110:8, 110:21
**HISTORY** [1] - 114:10
**HIT** [1] - 56:13
**HITS** [2] - 58:11, 58:12
**HOGAN** [1] - 2:4
**HOLD** [4] - 14:10,
24:12, 38:13, 69:16
**HONING** [1] - 37:2
**HONOR** [97] - 3:10,
3:12, 3:22, 3:24, 4:1,
4:3, 4:6, 4:10, 4:20,
5:10, 5:19, 5:22,
6:25, 7:1, 7:8, 7:13,
7:15, 9:18, 11:8,
12:24, 13:18, 14:7,
15:10, 15:17, 15:25,
16:14, 18:16, 19:3,
20:1, 20:6, 20:23,
22:3, 22:18, 24:1,
24:22, 25:18, 25:19,
25:25, 26:18, 26:23,
26:24, 28:25, 30:14,
44:23, 45:2, 46:6,
46:12, 47:5, 47:16,
47:25, 48:20, 49:5,

50:4, 51:2, 52:17,
54:3, 54:19, 54:25,
56:5, 56:17, 57:6,
57:16, 58:21, 59:4,
60:1, 60:18, 61:4,
70:2, 71:11, 71:17,
71:24, 72:11, 73:20,
74:6, 75:16, 75:21,
76:4, 76:15, 76:24,
82:22, 82:25, 83:5,
84:1, 84:4, 84:12,
85:17, 88:1, 90:12,
90:16, 92:3, 93:14,
96:23, 103:6,
103:24, 110:2,
110:12, 113:16
**HONORABLE** [1] -
1:10
**HOPE** [2] - 94:5,
107:21
**HOPING** [1] - 19:16
**HOUSEHOLD** [2] -
31:8, 37:16
**HOW** [30] - 7:10, 8:9,
11:16, 14:3, 25:15,
27:2, 31:9, 35:5,
42:4, 43:15, 45:8,
50:7, 51:3, 56:21,
61:2, 61:19, 69:13,
69:14, 72:10, 75:3,
75:4, 75:8, 87:10,
87:12, 87:15, 100:2,
109:17, 112:13
**HOWEVER** [2] -
86:18, 115:9
**HUGE** [3] - 39:18,
44:8, 108:23
**HUM** [1] - 90:23
**HYDROPHOBIC** [1] -
37:25
**HYPOTHETICAL** [4] -
22:4, 51:21, 54:13,
107:10

---

**I**

**I'D** [1] - 45:4
**I'M** [15] - 7:5, 10:22,
15:10, 20:3, 24:21,
44:5, 48:12, 52:23,
57:6, 63:12, 71:21,
84:15, 87:23, 88:1,
115:4
**I.E** [3] - 47:19, 81:2,
84:9
**IDEA** [4] - 49:16, 67:3,
77:14, 93:18
**IDENTICAL** [1] - 99:14
**IDENTIFIED** [4] -
39:16, 44:1, 65:10,

80:11
**IDENTIFIES** [1] -
71:15
**IDENTIFY** [3] - 12:13,
37:22, 112:11
**IDENTITY** [1] - 96:3
**IF** [154] - 4:16, 4:18,
5:13, 6:3, 6:6, 6:9,
6:11, 8:13, 13:15,
13:22, 17:17, 17:22,
19:16, 20:7, 20:13,
20:18, 20:23, 21:25,
23:23, 25:10, 25:22,
26:7, 26:12, 26:13,
26:14, 27:1, 27:7,
27:12, 27:17, 31:12,
33:1, 33:6, 33:25,
34:2, 35:11, 35:23,
36:20, 36:23, 37:18,
37:21, 38:10, 39:10,
39:11, 39:21, 41:13,
42:20, 44:12, 46:25,
47:6, 47:21, 48:2,
48:13, 50:5, 50:9,
50:12, 50:17, 51:9,
51:12, 51:16, 52:14,
52:25, 53:4, 53:9,
53:10, 53:11, 55:24,
56:1, 57:8, 57:9,
58:11, 59:4, 61:12,
62:15, 62:17, 62:22,
64:23, 65:7, 65:9,
66:7, 68:4, 68:20,
69:13, 69:19, 70:2,
70:9, 70:12, 70:20,
71:3, 72:8, 72:14,
73:3, 73:7, 73:20,
74:13, 74:25, 75:16,
75:25, 77:18, 79:13,
79:16, 80:6, 80:17,
81:23, 84:4, 85:18,
87:7, 88:18, 93:22,
94:17, 95:5, 95:18,
95:21, 96:15, 96:18,
97:8, 97:10, 97:16,
97:17, 98:3, 98:12,
98:25, 99:4, 100:7,
101:5, 101:9,
101:10, 102:19,
103:4, 103:24,
104:6, 104:10,
104:16, 104:24,
106:23, 107:1,
107:2, 107:12,
108:8, 109:1, 109:2,
111:4, 111:19,
111:20, 112:13,
113:5, 113:12,
115:7, 115:10,
115:14

IGNORANCE [1] -
52:19
II [2] - 63:15, 63:19
III [2] - 92:15, 94:19
ILLUSTRATES [1] -
90:20
IMAGINE [1] - 21:23
IMMEDIATELY [2] -
55:8, 56:13
IMMINENT [2] - 93:21,
94:10
IMMINENTLY [1] -
94:20
IMPARTS [1] - 89:14
IMPLEMENT [2] - 9:2,
11:24
IMPLEMENTING [1] -
73:22
IMPORT [1] - 43:2
IMPORTANT [6] -
18:13, 23:1, 33:18,
89:15, 89:18, 97:9
IMPORTED [3] -
81:13, 81:20, 94:16
IMPORTER [1] - 81:20
IMPORTS [3] - 87:13,
87:16, 87:17
IMPOSES [2] - 105:16,
106:14, 107:13
IMPOSSIBLE [4] -
53:9, 54:12, 54:13,
88:15
IMPRESSIVE [1] -
70:5
IMPURITIES [15] -
36:4, 64:22, 66:7,
66:11, 69:25, 74:2,
74:3, 74:4, 78:7,
79:3, 79:19, 79:24,
80:1, 80:14, 113:8
IMPURITY [71] -
32:19, 32:20, 36:3,
36:8, 38:11, 40:3,
44:18, 63:5, 66:13,
66:21, 68:18, 71:6,
71:7, 71:20, 71:25,
72:9, 72:14, 72:15,
72:24, 73:3, 73:4,
74:7, 74:8, 74:10,
74:17, 74:21, 75:5,
75:7, 75:13, 75:23,
75:25, 76:1, 76:9,
76:11, 76:20, 76:22,
77:7, 77:15, 77:22,
78:11, 78:12, 78:13,
78:17, 78:22, 80:4,
80:9, 80:10, 80:17,
80:24, 81:1, 81:3,
81:21, 82:2, 82:3,
82:21, 83:3, 83:19,

83:21, 84:10, 84:20,
98:2, 98:13, 99:3,
99:4, 101:11,
110:14, 110:19,
110:22, 112:15
IMPURITY...
ADDITIONALLY [1] -
81:20
IN [308] - 1:1, 4:11,
4:18, 6:5, 6:23, 7:14,
7:21, 7:22, 7:23,
7:24, 8:14, 8:23,
8:24, 9:2, 9:15, 10:3,
11:18, 12:8, 13:4,
13:11, 13:13, 13:25,
14:7, 14:8, 15:1,
15:9, 16:2, 16:8,
16:21, 17:2, 17:3,
17:9, 17:11, 18:1,
18:13, 18:24, 18:25,
19:15, 19:19, 19:21,
20:21, 21:15, 22:17,
22:22, 22:23, 23:6,
24:17, 24:25, 25:2,
26:11, 27:6, 27:17,
27:21, 27:24, 28:2,
28:7, 28:22, 29:8,
29:17, 29:21, 29:23,
30:3, 30:5, 30:11,
30:12, 30:25, 31:11,
31:13, 31:14, 31:16,
31:25, 32:3, 33:9,
33:11, 34:14, 34:15,
35:1, 35:11, 35:25,
36:2, 36:12, 36:19,
37:2, 37:4, 37:5,
37:11, 38:5, 38:9,
38:13, 38:14, 39:2,
39:12, 39:13, 40:10,
40:25, 41:13, 41:16,
41:21, 41:22, 42:1,
43:6, 43:21, 43:25,
44:10, 44:13, 45:12,
46:2, 46:4, 46:21,
46:22, 47:7, 47:12,
47:14, 47:16, 47:17,
47:21, 48:24, 49:10,
49:17, 49:18, 51:8,
52:12, 52:18, 52:20,
53:2, 53:3, 54:11,
54:20, 54:22, 55:5,
55:8, 55:23, 56:2,
56:20, 56:23, 57:20,
57:24, 58:9, 58:16,
59:8, 59:9, 59:10,
59:14, 60:2, 60:4,
60:9, 60:24, 62:2,
62:3, 62:6, 62:24,
62:25, 63:1, 63:4,
63:7, 63:10, 63:13,
63:15, 64:4, 64:13,

64:15, 64:16, 64:20,
65:16, 66:6, 66:16,
67:21, 67:22, 68:5,
68:9, 68:10, 68:11,
68:16, 68:18, 68:19,
68:20, 69:7, 69:12,
70:12, 70:18, 70:24,
71:13, 71:19, 72:5,
72:12, 73:4, 73:14,
73:20, 73:24, 73:25,
74:2, 74:10, 74:18,
74:22, 75:9, 75:11,
76:5, 76:7, 76:9,
77:3, 77:15, 77:16,
78:7, 78:22, 79:3,
79:7, 79:16, 80:11,
80:12, 80:15, 81:4,
81:7, 81:25, 82:1,
82:3, 82:5, 82:14,
82:15, 83:5, 83:7,
83:8, 83:9, 84:16,
85:17, 86:8, 86:9,
86:10, 86:12, 86:19,
86:24, 87:1, 87:8,
88:12, 88:24, 89:3,
89:16, 90:2, 90:4,
90:6, 90:7, 90:8,
90:9, 90:12, 90:14,
92:5, 93:5, 93:15,
93:19, 93:23, 93:24,
94:5, 94:13, 94:14,
94:16, 94:24, 95:11,
96:5, 96:12, 97:17,
99:12, 99:14, 100:3,
100:12, 100:20,
101:7, 101:18,
102:3, 102:5,
102:20, 103:14,
103:19, 104:1,
104:19, 105:12,
105:14, 106:24,
107:7, 108:10,
108:11, 109:6,
109:23, 110:13,
110:16, 110:21,
110:25, 111:6,
111:11, 111:12,
111:16, 113:23,
113:25, 114:8,
115:4, 115:14,
115:22
INADVERTENTLY [1]
- 112:1
INAPPROPRIATE [1] -
18:2
INC [1] - 1:6
INCENTIVIZES [1] -
52:20
INCLUDE [2] - 59:17,
115:11

INCLUDED [3] - 13:5,
83:5, 83:9
INCLUDES [2] - 81:21,
111:10
INCLUDING [7] - 28:8,
42:24, 44:8, 78:5,
79:3, 93:8
INCLUSION [2] - 60:9,
99:24
INDEED [1] - 103:4
INDICATES [1] - 86:17
INDICATION [1] -
14:25
INDIVIDUAL [3] -
34:14, 77:20, 85:12
INDUSTRIES [2] -
37:7, 37:8
INDUSTRY [11] - 8:2,
9:22, 9:24, 15:13,
16:4, 49:11, 49:17,
52:11, 52:15, 55:15,
79:4
INDUSTRY'S [1] -
52:19
INFORM [3] - 50:1,
53:5, 55:2
INFORMATION [27] -
12:1, 47:2, 47:15,
48:3, 48:6, 48:14,
49:6, 49:9, 49:12,
49:16, 50:6, 50:13,
51:13, 52:15, 53:7,
55:21, 58:8, 61:19,
67:4, 71:3, 79:18,
90:11, 103:19,
103:23, 106:19,
114:1, 114:23
INHALE [1] - 86:13
INHANCE [106] - 1:6,
3:4, 3:23, 3:25, 4:2,
4:4, 8:16, 9:15, 12:6,
14:2, 14:4, 14:13,
18:3, 18:20, 19:7,
20:20, 21:22, 22:5,
22:8, 22:13, 24:5,
24:12, 25:3, 25:18,
25:20, 30:20, 33:10,
33:21, 34:3, 35:4,
38:5, 38:7, 39:14,
39:22, 40:5, 41:5,
41:14, 41:17, 43:13,
43:14, 43:17, 46:3,
49:21, 49:23, 50:9,
50:17, 50:19, 53:4,
53:10, 54:25, 57:9,
57:18, 57:24, 58:23,
61:23, 62:11, 65:3,
67:9, 67:20, 70:13,
72:20, 76:19, 79:1,
79:5, 79:25, 83:6,

86:20, 86:21, 86:23,
87:5, 87:8, 87:19,
88:6, 88:12, 88:14,
88:17, 88:20, 88:23,
89:9, 89:19, 89:22,
90:7, 90:13, 93:21,
94:9, 94:17, 94:22,
95:1, 96:7, 98:5,
100:17, 101:8,
106:10, 107:4,
108:20, 109:11,
109:12, 111:14,
111:15, 112:13,
113:5
INHANCE'S [10] -
10:11, 26:13, 33:22,
39:3, 54:1, 57:21,
60:8, 94:13, 98:3,
106:9
INITIALLY [1] - 49:15
INJUNCTION [18] -
5:25, 16:10, 16:12,
19:25, 20:14, 20:21,
41:8, 44:25, 95:1,
95:2, 95:5, 97:14,
97:17, 97:20, 104:7,
104:24
INJUNCTIONS [3] -
114:6, 114:10,
114:13
INJUNCTIVE [8] -
5:13, 19:15, 19:21,
20:8, 93:8, 96:6,
96:9, 103:4
INJURY [5] - 12:8,
93:21, 94:21, 103:25
INQUIRY [1] - 106:7
INSTANCE [3] - 13:2,
14:1, 25:18
INSTANCES [1] - 15:2
INSTEAD [6] - 10:23,
12:12, 14:17, 55:14,
60:8, 101:14
INTENDED [3] - 81:2,
84:9, 84:10
INTENDS [1] - 80:6
INTENT [4] - 9:2, 9:5,
9:12, 26:1
INTENTIONAL [1] -
78:8
INTENTIONALLY [1] -
73:12
INTENTIONS [1] -
68:13
INTERCHANGEABIL
ITY [1] - 96:13
INTEREST [6] - 25:14,
25:21, 102:20,
112:3, 112:5, 112:7
INTERESTED [2] -

22:17, 78:16

**INTERESTING** [2] - 13:19, 28:25

**INTERLOCK** [1] - 45:9

**INTERPRET** [1] - 27:2

**INTERPRETATION** [5] - 18:10, 36:9, 46:1, 54:11, 113:7

**INTERPRETED** [1] - 41:13

**INTERPRETING** [2] - 69:14, 69:15

**INTERPRETIVE** [2] - 55:15, 112:9

**INTERPRETS** [1] - 56:22

**INTERRUPT** [1] - 32:24

**INTERVENE** [1] - 92:8

**INTERVENING** [1] - 92:1

**INTERVENOR** [4] - 2:10, 2:14, 86:2, 93:2

**INTERVENOR'S** [1] - 17:6

**INTERVENORS** [12] - 4:7, 4:13, 4:22, 5:21, 13:21, 19:25, 92:5, 92:16, 92:19, 97:11, 109:24, 111:6

**INTO** [20] - 4:16, 14:10, 26:4, 28:15, 31:22, 48:6, 51:10, 52:6, 61:20, 63:8, 65:9, 66:4, 68:3, 70:23, 81:10, 81:11, 95:7, 106:8, 110:18, 111:13

**INTRODUCE** [1] - 3:6

**INTRODUCTION** [1] - 20:25

**INVALID** [2] - 50:18, 50:20

**INVENTORY** [8] - 59:18, 60:9, 99:21, 99:25, 100:7, 100:8, 110:25, 111:10

**INVESTIGATE** [2] - 107:15, 107:25

**INVOLVED** [1] - 24:8

**INVOLVING** [1] - 114:6

**INWARD** [1] - 30:24

**IRONY** [1] - 41:6

**IRRELEVANT** [2] - 15:15, 41:24

**IRREPARABLE** [1] - 103:25

**IS** [663] - 6:7, 6:14,

6:18, 6:21, 6:22, 7:1, 7:4, 7:8, 7:11, 7:13, 7:22, 7:23, 8:11, 8:13, 8:14, 8:16, 9:1, 9:3, 9:4, 9:7, 9:11, 9:14, 10:1, 10:2, 10:17, 11:1, 11:9, 11:13, 11:14, 11:19, 12:1, 12:4, 12:5, 12:17, 12:18, 13:1, 14:6, 14:8, 14:9, 14:16, 14:17, 14:18, 14:19, 14:24, 14:25, 15:4, 15:8, 15:9, 15:11, 15:14, 15:18, 15:22, 16:1, 16:2, 16:8, 16:10, 16:13, 16:17, 16:24, 17:1, 17:4, 17:9, 17:13, 17:14, 17:16, 18:5, 18:9, 18:19, 18:20, 18:23, 18:25, 19:1, 19:3, 19:6, 19:11, 19:14, 19:16, 19:18, 19:22, 19:25, 20:8, 20:10, 20:14, 20:15, 20:16, 20:17, 20:19, 20:21, 20:25, 21:4, 21:13, 22:5, 22:6, 22:7, 22:8, 22:14, 22:17, 22:20, 22:24, 22:25, 23:1, 23:17, 23:24, 24:3, 24:4, 24:11, 24:13, 24:19, 24:23, 24:24, 25:2, 25:3, 25:4, 25:20, 26:6, 26:11, 26:12, 26:13, 26:17, 27:3, 27:11, 27:12, 27:19, 27:20, 28:1, 28:4, 28:5, 28:6, 28:9, 28:10, 28:13, 28:14, 28:24, 29:18, 29:21, 30:5, 30:15, 30:19, 31:1, 31:4, 31:6, 31:7, 31:17, 31:19, 31:20, 31:21, 32:9, 32:12, 32:15, 33:6, 33:7, 33:8, 33:9, 33:11, 33:18, 33:19, 33:20, 34:9, 34:11, 34:14, 34:24, 35:4, 35:7, 35:9, 35:10, 35:12, 35:13, 35:15, 35:19, 35:24, 35:25, 36:4, 36:8, 37:1, 37:2, 37:6, 37:14, 37:19, 38:3, 38:4, 38:10, 38:24, 39:1, 39:2, 39:6, 39:13, 39:17, 39:18, 39:19,

39:23, 40:1, 40:2, 40:4, 41:14, 42:1, 42:2, 42:6, 42:7, 42:8, 42:11, 42:14, 42:15, 42:17, 42:22, 43:6, 43:8, 43:9, 43:13, 43:14, 43:19, 43:20, 43:24, 44:3, 44:6, 44:11, 44:15, 44:18, 45:8, 45:11, 45:13, 45:16, 45:18, 45:19, 45:21, 45:22, 46:1, 46:3, 46:6, 46:11, 46:13, 46:14, 46:15, 46:18, 46:19, 46:24, 46:25, 47:13, 47:18, 47:19, 47:22, 47:23, 48:2, 48:4, 48:11, 48:12, 48:13, 48:14, 48:15, 49:4, 49:5, 49:17, 49:25, 50:1, 50:2, 50:5, 50:12, 50:17, 50:19, 50:20, 51:3, 51:13, 51:14, 51:16, 51:21, 52:7, 52:18, 53:2, 53:8, 53:19, 53:21, 53:25, 54:6, 54:12, 54:14, 54:16, 54:18, 54:22, 54:23, 54:25, 55:1, 55:2, 55:6, 55:14, 56:1, 56:15, 56:16, 56:22, 56:25, 57:1, 57:6, 57:7, 57:10, 57:11, 57:14, 57:21, 57:22, 58:4, 58:16, 58:21, 58:23, 59:1, 59:2, 59:16, 59:17, 59:18, 60:3, 60:4, 60:6, 60:8, 60:9, 60:11, 60:12, 60:13, 61:6, 61:12, 61:15, 61:21, 61:25, 62:8, 62:13, 62:14, 62:16, 62:20, 62:21, 62:22, 62:24, 62:25, 63:1, 63:4, 63:5, 63:11, 63:16, 63:19, 64:1, 64:5, 64:7, 64:9, 64:16, 64:24, 65:3, 65:4, 65:6, 65:8, 65:20, 66:4, 66:8, 66:14, 66:16, 66:17, 66:19, 66:20, 67:2, 67:16, 67:19, 68:22, 68:25, 69:6, 69:9, 69:12, 69:13, 69:14, 69:21, 69:22, 70:5, 70:20, 70:22, 71:2, 71:3, 71:4, 71:5, 71:8, 71:13,

71:14, 71:15, 71:18, 72:1, 72:7, 72:9, 72:15, 73:1, 73:6, 73:9, 73:10, 73:11, 73:15, 73:18, 74:7, 74:13, 74:15, 74:22, 75:12, 75:18, 76:1, 76:6, 77:4, 77:7, 77:17, 77:19, 78:9, 78:10, 78:13, 78:17, 79:10, 79:14, 79:20, 80:8, 80:11, 80:15, 80:16, 80:19, 80:22, 80:25, 81:3, 81:7, 81:8, 81:17, 81:19, 81:25, 82:1, 82:2, 82:3, 82:25, 83:1, 83:10, 83:12, 83:14, 83:16, 83:20, 84:9, 84:10, 84:16, 85:10, 85:17, 85:19, 86:10, 86:12, 86:16, 86:18, 86:19, 87:3, 87:6, 87:7, 88:2, 88:5, 88:6, 88:9, 88:22, 88:23, 88:25, 89:2, 89:21, 90:2, 90:3, 90:5, 90:10, 90:12, 90:17, 90:19, 90:22, 90:25, 91:1, 91:3, 91:5, 91:8, 91:10, 91:25, 92:21, 93:1, 93:2, 93:10, 93:14, 93:17, 93:20, 93:23, 93:25, 94:16, 94:18, 94:20, 94:21, 94:24, 94:25, 95:10, 96:3, 96:7, 96:8, 96:13, 96:15, 96:22, 96:25, 97:8, 97:9, 97:10, 97:16, 97:17, 97:21, 97:25, 98:5, 98:8, 98:10, 98:12, 98:14, 98:17, 98:19, 98:20, 98:22, 99:1, 99:8, 99:9, 99:13, 99:20, 99:21, 100:10, 100:11, 100:16, 100:24, 101:3, 101:6, 101:17, 101:21, 101:22, 101:23, 101:24, 102:3, 102:4, 102:11, 102:15, 102:16, 102:18, 102:21, 102:23, 102:25, 103:4, 103:5, 103:9, 103:11, 103:13, 103:24, 104:1, 104:7, 104:10,

104:12, 104:13, 104:16, 104:17, 104:20, 104:24, 104:25, 105:12, 105:13, 105:18, 105:20, 106:1, 106:3, 106:7, 106:13, 106:16, 107:7, 107:20, 108:7, 108:10, 108:14, 108:15, 108:21, 108:22, 108:23, 108:24, 108:25, 109:1, 109:6, 109:12, 109:20, 110:14, 110:22, 110:25, 111:1, 111:3, 111:4, 111:21, 111:22, 112:1, 112:4, 112:9, 112:20, 112:21, 112:22, 112:24, 113:3, 113:5, 114:5, 114:9, 115:8, 115:12, 115:14, 115:21

**ISN'T** [9] - 9:13, 12:21, 25:5, 30:23, 49:19, 60:24, 104:2, 111:20, 111:21

**ISOLATED** [4] - 80:22, 81:3, 83:15, 84:9

**ISSUE** [50] - 5:15, 6:16, 10:7, 10:12, 10:14, 14:20, 15:4, 19:3, 19:10, 19:11, 19:16, 21:9, 24:17, 29:25, 31:4, 52:24, 56:1, 59:24, 60:17, 60:21, 63:4, 66:24, 78:25, 82:7, 82:11, 83:25, 84:25, 85:7, 85:10, 85:17, 94:24, 95:9, 95:14, 95:24, 97:14, 97:25, 101:18, 102:4, 102:5, 102:19, 103:12, 103:14, 104:15, 104:23, 106:6, 107:8, 107:16, 107:20, 110:8

**ISSUED** [11] - 8:15, 14:5, 15:2, 15:10, 19:19, 20:15, 20:16, 38:19, 55:14, 95:6, 102:12

**ISSUES** [20] - 5:12, 8:24, 15:1, 16:23, 18:10, 19:17, 22:14,

28:7, 28:22, 31:6,
33:7, 33:12, 44:8,
44:24, 72:3, 82:8,
82:10, 95:2, 95:5,
96:16

**IT** [280] - 4:15, 8:7,
8:23, 9:4, 10:20,
10:23, 13:3, 13:16,
14:3, 14:15, 14:18,
15:8, 15:14, 15:17,
16:11, 17:1, 17:2,
17:8, 19:15, 19:18,
20:11, 20:13, 20:19,
21:6, 21:14, 21:15,
22:1, 22:2, 22:4,
22:22, 23:11, 23:15,
26:6, 26:13, 26:14,
28:25, 29:4, 29:19,
29:20, 30:8, 32:7,
32:10, 32:12, 32:20,
34:4, 34:14, 34:16,
34:18, 34:23, 35:22,
35:25, 36:17, 36:18,
36:21, 37:5, 38:3,
38:4, 38:6, 38:9,
39:5, 39:18, 39:19,
40:5, 40:6, 41:5,
41:14, 41:15, 41:20,
42:1, 42:22, 43:9,
43:10, 43:12, 45:7,
45:8, 45:9, 45:19,
45:22, 46:1, 46:11,
46:12, 46:18, 46:19,
46:25, 47:13, 47:15,
47:17, 47:19, 48:3,
48:4, 48:5, 48:6,
48:24, 49:4, 49:8,
49:20, 49:25, 50:18,
51:6, 51:9, 51:10,
51:11, 52:3, 52:12,
53:6, 53:9, 53:10,
53:12, 53:13, 53:14,
53:15, 53:17, 54:1,
54:7, 54:12, 54:25,
55:1, 55:24, 56:2,
56:8, 56:9, 56:19,
56:22, 57:3, 57:4,
57:8, 57:9, 57:14,
57:19, 57:21, 58:4,
58:7, 58:10, 58:12,
58:13, 58:16, 58:21,
59:3, 59:11, 59:17,
60:4, 60:8, 60:15,
61:4, 61:11, 61:12,
62:15, 62:22, 62:24,
63:1, 63:7, 64:2,
64:6, 64:13, 66:4,
66:7, 66:17, 66:19,
66:25, 67:2, 67:3,
67:4, 67:5, 67:6,
67:8, 67:21, 67:23,

68:2, 68:17, 69:13,
69:22, 70:20, 70:23,
71:5, 71:18, 72:13,
72:14, 72:15, 73:2,
73:4, 73:8, 73:11,
74:14, 74:18, 74:25,
75:1, 75:5, 75:9,
76:9, 76:10, 76:11,
76:12, 76:16, 76:18,
78:14, 79:2, 80:8,
80:12, 80:22, 80:23,
81:19, 82:3, 83:14,
83:18, 85:8, 86:17,
88:2, 90:3, 90:5,
91:8, 92:11, 92:12,
92:13, 92:22, 94:5,
95:18, 97:9, 98:4,
98:7, 98:11, 99:25,
100:20, 101:6,
101:15, 101:24,
102:7, 103:5, 104:2,
105:5, 105:18,
105:23, 106:16,
106:25, 107:1,
107:2, 107:22,
108:9, 108:19,
108:21, 109:1,
109:14, 109:25,
111:13, 111:14,
112:4, 112:14,
112:15, 112:18,
113:5, 113:6,
113:18, 114:15,
114:19, 114:21,
115:1, 115:5, 115:9

**IT'S** [113] - 3:5, 7:7,
9:23, 11:23, 14:22,
15:19, 15:20, 16:1,
17:11, 18:8, 19:1,
20:12, 20:17, 20:18,
21:6, 23:8, 23:10,
24:1, 24:16, 24:25,
25:23, 28:5, 29:22,
31:3, 32:13, 32:19,
34:25, 36:15, 36:16,
42:13, 42:19, 43:14,
43:15, 44:7, 45:25,
48:15, 48:16, 48:23,
49:1, 49:24, 50:14,
50:15, 52:5, 52:6,
52:7, 54:6, 54:13,
54:23, 57:3, 58:11,
60:5, 61:24, 62:15,
62:17, 62:18, 63:9,
64:9, 64:10, 64:15,
64:16, 65:21, 66:20,
67:6, 67:13, 68:1,
69:4, 70:6, 70:7,
71:9, 72:8, 74:18,
74:20, 74:24, 75:3,
77:7, 79:21, 83:3,

85:6, 85:23, 85:24,
87:20, 87:22, 87:25,
88:3, 88:7, 88:15,
89:10, 89:11, 89:13,
94:23, 94:24, 100:3,
100:6, 100:8, 101:2,
101:7, 101:19,
102:1, 102:4,
103:21, 105:22,
107:9, 107:14,
112:2, 114:25,
115:3, 115:6

**ITEM** [1] - 80:15

**ITS** [47] - 9:8, 12:20,
18:24, 19:7, 31:1,
31:22, 33:10, 34:3,
34:17, 35:11, 36:5,
37:4, 37:5, 39:12,
39:14, 40:6, 41:16,
46:4, 49:18, 49:23,
52:11, 52:12, 52:20,
53:5, 53:10, 55:2,
62:7, 63:1, 64:21,
67:7, 67:21, 68:5,
69:7, 70:12, 79:1,
79:5, 92:13, 95:6,
96:5, 105:22, 106:3,
107:5, 107:13,
112:15, 112:17

**ITSELF** [9] - 27:24,
63:6, 66:14, 68:19,
68:25, 75:5, 82:5,
86:21, 89:9

# J

**JARGON** [1] - 49:1
**JAY** [2] - 4:8, 86:3
**JOB** [1] - 105:18
**JOHN** [1] - 1:10
**JOINED** [1] - 94:4
**JONAH** [3] - 1:14,
3:13, 45:3
**JUDGEMENT** [2] -
50:24, 96:19
**JUDGMENT** [17] -
16:9, 16:11, 19:3,
21:21, 23:21, 26:8,
27:24, 35:12, 50:15,
50:23, 52:1, 72:3,
103:16, 103:19,
114:1, 114:9
**JULY** [1] - 51:8
**JUMP** [1] - 14:10
**JUMPING** [2] - 29:22,
40:14
**JURISDICTION** [1] -
18:15
**JURISDICTIONAL** [1]
- 85:7

**JUST** [60] - 4:14, 9:3,
10:14, 11:11, 12:15,
12:16, 13:10, 16:19,
17:2, 18:23, 19:7,
20:24, 21:1, 21:3,
26:9, 27:23, 27:24,
32:6, 33:25, 36:22,
39:10, 41:2, 41:17,
42:6, 47:4, 57:14,
57:22, 58:24, 62:11,
63:23, 64:9, 64:23,
65:5, 65:20, 66:4,
66:8, 72:4, 72:5,
73:1, 79:21, 82:23,
83:6, 83:21, 84:5,
95:23, 97:4, 97:15,
97:16, 99:25,
100:25, 101:1,
101:12, 105:4,
107:14, 109:17,
109:22, 110:9,
110:12, 112:11
**JUSTICE** [1] - 3:11

# K

**KATE** [1] - 3:23
**KEEP** [2] - 4:18, 22:1
**KEPT** [2] - 7:17,
115:13
**KEY** [4] - 7:12, 18:11,
71:12, 75:3
**KIND** [11] - 17:8,
18:13, 26:11, 28:4,
33:7, 36:1, 69:4,
71:14, 73:4, 93:18,
111:7
**KNEW** [16] - 9:16,
10:11, 15:14, 29:13,
33:21, 33:24, 49:21,
54:21, 55:24, 67:8,
67:21, 75:3, 75:4,
108:20, 111:14
**KNOW** [87] - 7:6, 8:18,
8:20, 9:10, 9:23,
12:16, 13:22, 13:25,
16:16, 17:11, 18:17,
20:16, 22:2, 28:18,
28:21, 30:24, 31:3,
31:13, 32:19, 36:2,
36:7, 36:20, 38:7,
39:19, 40:5, 42:7,
42:9, 42:19, 42:20,
47:20, 49:21, 50:1,
51:3, 52:24, 53:10,
54:12, 54:13, 54:24,
56:1, 56:3, 56:18,
57:2, 57:4, 57:20,
65:5, 68:8, 68:17,
69:1, 71:5, 72:8,

74:25, 78:18, 79:8,
86:15, 86:18, 86:20,
87:10, 87:12, 87:15,
87:18, 87:19, 89:1,
89:7, 89:8, 92:2,
93:25, 97:5, 97:15,
99:17, 100:5, 103:6,
103:20, 103:21,
104:14, 107:2,
108:7, 108:15,
108:16, 108:20,
108:23, 109:5,
109:13, 109:17,
111:16, 114:25
**KNOWING** [3] - 55:1,
68:10
**KNOWLEDGE** [10] -
52:11, 60:10, 60:22,
68:13, 70:21, 70:24,
81:6, 82:11, 111:13
**KNOWN** [20] - 7:22,
33:25, 34:3, 38:5,
46:25, 51:17, 51:19,
52:25, 61:1, 61:13,
62:15, 62:16, 62:17,
67:5, 68:9, 107:3,
111:10, 111:12,
111:20
**KNOWS** [4] - 38:3,
60:25, 63:1, 75:8
**KUSHNER** [3] - 2:2,
4:3, 4:4

# L

**LA** [14] - 4:8, 86:3,
86:22, 87:3, 88:5,
88:14, 89:3, 90:17,
93:12, 93:20, 93:22,
94:20, 95:8
**LABELING** [1] - 86:17
**LACK** [1] - 106:8
**LARGELY** [2] - 41:24,
42:8
**LAST** [8] - 26:25,
60:23, 80:15, 81:5,
84:5, 102:13,
112:12, 112:20
**LATELY** [1] - 41:23
**LATER** [5] - 12:17,
17:25, 36:23, 67:12,
95:4
**LATEX** [1] - 31:16
**LAUTENBERG** [1] -
7:22
**LAW** [14] - 23:22,
50:8, 51:4, 51:11,
54:11, 69:7, 82:18,
88:18, 92:16,
104:10, 104:16,

104:19, 105:1
**LAWSUIT** [3] - 6:22, 55:16, 94:5
**LAWYERS** [1] - 6:10
**LCPFAC** [1] - 81:14
**LCPFACS** [3] - 102:15, 102:16, 109:8
**LEAD** [6] - 4:12, 18:9, 18:13, 19:19, 76:5, 76:6
**LEADING** [1] - 97:19
**LEAP** [1] - 109:2
**LEARNED** [1] - 14:3
**LEAST** [2] - 20:12, 82:10
**LED** [2] - 69:3, 80:12
**LEFT** [2] - 53:22, 84:7
**LEGAL** [3] - 28:22, 31:1, 33:14
**LESS** [1] - 26:15
**LESSER** [1] - 7:16
**LET** [18] - 12:11, 16:6, 18:23, 26:20, 30:8, 31:13, 56:14, 60:16, 69:23, 82:23, 84:3, 91:16, 95:15, 97:13, 106:6, 107:7, 109:22
**LET'S** [12] - 6:15, 6:16, 18:23, 40:11, 45:5, 60:20, 71:6, 72:4, 72:7, 72:8, 86:2, 97:23
**LETTER** [4] - 17:16, 55:15, 79:4, 115:11
**LETTERS** [1] - 29:3
**LEVELS** [2] - 13:11, 13:13
**LEVERAGE** [1] - 41:11
**LIABILITY** [12] - 19:18, 21:10, 21:17, 22:12, 28:6, 49:23, 70:22, 97:23, 103:12, 104:24, 106:14, 107:14
**LIABLE** [1] - 24:12
**LIFE** [1] - 34:12
**LIGHT** [1] - 77:20
**LIKE** [39] - 6:9, 7:11, 11:17, 15:17, 15:22, 17:8, 22:20, 23:16, 24:20, 27:5, 29:11, 36:24, 40:11, 40:13, 41:11, 44:3, 45:4, 57:3, 58:20, 64:21, 67:15, 70:6, 70:7, 75:1, 75:7, 92:6, 94:3, 95:3, 95:18, 95:22, 96:16, 96:18,

96:21, 115:1, 115:5, 115:13
**LIKELIHOOD** [2] - 19:22, 93:19
**LIKELY** [4] - 37:7, 86:12, 89:11, 89:13
**LIKEWISE** [1] - 60:11
**LIMITED** [3] - 7:19, 75:8, 98:24
**LINDSAY** [1] - 3:14
**LINE** [4] - 34:16, 34:17, 96:11, 98:1
**LINES** [2] - 79:16, 79:17
**LIQUIDS** [1] - 86:7
**LIST** [7] - 37:22, 39:15, 39:18, 59:18, 62:1, 62:2
**LISTED** [2] - 99:21, 108:11
**LISTS** [2] - 37:16
**LITIGATED** [5] - 8:12, 9:11, 14:24, 33:13, 33:14
**LITIGATION** [1] - 29:8
**LITTLE** [12] - 16:7, 30:4, 32:14, 40:8, 44:20, 63:15, 63:16, 63:19, 65:6, 70:6, 87:7, 95:21
**LIVE** [1] - 46:10
**LIVING** [1] - 36:19
**LLC** [1] - 3:5
**LLP** [1] - 2:4
**LOCAL** [2] - 2:10, 4:6
**LODGE** [1] - 50:10
**LOGIC** [1] - 16:13
**LOGICAL** [2] - 73:8, 73:16
**LONG** [13] - 8:19, 9:9, 21:13, 24:13, 28:10, 42:12, 57:24, 72:21, 72:22, 81:12, 81:14, 94:11, 110:18
**LONG-CHAIN** [10] - 8:19, 21:13, 24:13, 28:10, 57:24, 72:21, 72:22, 81:12, 81:14, 110:18
**LONGER** [1] - 35:10
**LONGSTANDING** [2] - 34:18, 34:20
**LOOK** [26] - 9:7, 9:19, 20:13, 23:23, 26:14, 35:11, 35:19, 37:15, 37:18, 37:21, 39:11, 39:21, 42:20, 64:6, 64:12, 65:10, 71:22, 77:18, 79:13, 79:15, 93:22, 98:3, 98:13,

106:22, 108:12, 108:15
**LOOKED** [3] - 32:10, 32:19, 70:8
**LOOKING** [9] - 13:11, 19:18, 21:7, 24:21, 28:1, 28:5, 81:24, 98:15, 102:25
**LOOKS** [1] - 19:17
**LOOSE** [2] - 28:19, 113:22
**LOST** [1] - 67:7
**LOT** [18] - 16:20, 21:25, 26:15, 27:6, 36:18, 41:20, 41:21, 41:22, 60:23, 61:7, 71:2, 84:14, 84:16, 86:4, 86:6, 91:5, 103:19, 106:24
**LOVELLS** [1] - 2:4
**LUNCH** [1] - 96:23
**LYNN** [2] - 1:18, 115:25

---

## M

**MADE** [15] - 7:14, 14:12, 30:3, 30:6, 34:2, 49:4, 57:12, 60:23, 61:25, 64:24, 66:7, 70:10, 81:4, 92:19, 97:8
**MAINTAINED** [2] - 30:16, 43:18
**MAJOR** [4] - 7:24, 16:23, 18:10, 63:3
**MAJORITY** [2] - 103:20, 103:23
**MAKE** [15] - 6:12, 7:25, 9:8, 29:19, 29:20, 41:15, 51:10, 63:8, 70:22, 73:7, 93:7, 93:16, 103:11, 105:4, 105:8
**MAKES** [4] - 11:25, 46:17, 93:4, 111:7
**MAKING** [7] - 17:9, 24:19, 70:19, 91:7, 96:8, 107:4, 108:10
**MANDATE** [1] - 47:16
**MANDATES** [1] - 47:13
**MANDATORIES** [1] - 104:19
**MANDATORY** [4] - 19:25, 104:8, 104:20, 104:22
**MANNER** [1] - 39:4
**MANUFACTURE** [15] - 64:3, 64:10, 65:14,

72:18, 72:22, 77:19, 78:4, 80:21, 81:19, 81:21, 82:2, 83:13, 101:16, 105:24, 110:25
**MANUFACTURED** [3] - 64:15, 72:20, 76:19
**MANUFACTURER** [7] - 37:10, 38:3, 40:19, 43:2, 43:7, 62:25, 63:20
**MANUFACTURERS** [5] - 37:5, 37:9, 37:13, 49:8, 65:12
**MANUFACTURES** [4] - 71:19, 73:2, 73:5, 74:20
**MANUFACTURING** [23] - 7:2, 7:7, 7:9, 8:1, 9:6, 11:9, 12:7, 20:14, 32:2, 37:9, 40:20, 40:23, 49:13, 59:23, 62:3, 63:17, 65:11, 65:14, 65:22, 66:9, 99:23, 101:4, 112:14
**MANY** [8] - 7:10, 8:9, 18:16, 86:23, 99:18, 99:22, 105:12
**MAPS** [1] - 112:25
**MARCH** [1] - 79:3
**MARKET** [6] - 1:20, 12:16, 26:5, 40:14, 56:14, 89:16
**MASSACHUSETTS** [1] - 13:4
**MATCH** [1] - 74:25
**MATERIAL** [6] - 21:5, 50:23, 76:4, 76:9, 78:22, 78:23
**MATERIALS** [4] - 44:2, 44:3, 44:4, 79:11
**MATTER** [10] - 34:1, 49:20, 50:8, 51:4, 51:11, 52:3, 57:8, 67:2, 82:18, 115:23
**MAXIMALIST** [3] - 67:1, 67:15, 68:16
**MAXUM** [1] - 69:6
**MAY** [31] - 6:19, 6:20, 7:2, 7:7, 15:17, 32:2, 32:4, 33:8, 38:10, 42:10, 59:4, 70:3, 70:9, 75:16, 81:11, 86:13, 88:23, 89:5, 93:12, 93:13, 94:8, 94:9, 94:10, 94:11, 95:19, 103:3, 106:15
**MAYBE** [7] - 38:7,

40:8, 88:11, 109:13, 109:16, 109:23
**ME** [64] - 4:15, 10:23, 12:11, 16:6, 17:4, 17:5, 17:8, 17:9, 21:4, 22:2, 26:20, 28:22, 28:23, 30:4, 30:8, 30:9, 34:13, 34:16, 34:23, 36:17, 36:18, 45:6, 47:23, 49:1, 51:9, 58:18, 60:16, 60:24, 61:20, 65:2, 66:25, 67:16, 69:23, 71:2, 72:5, 73:8, 73:10, 75:24, 77:24, 82:23, 84:3, 84:23, 85:1, 85:11, 85:12, 87:14, 87:21, 89:22, 91:16, 91:20, 92:25, 95:15, 97:10, 97:13, 103:17, 104:4, 104:19, 106:6, 107:7, 109:22, 114:23, 115:3, 115:12
**MEAN** [21] - 16:20, 17:24, 21:14, 22:11, 23:17, 25:8, 25:18, 45:8, 56:1, 60:7, 74:12, 87:17, 89:2, 92:8, 101:3, 102:18, 104:22, 109:14, 112:2, 113:7, 113:8
**MEANING** [3] - 59:8, 91:5, 108:2
**MEANS** [10] - 45:8, 57:4, 61:15, 64:13, 65:17, 66:1, 70:13, 70:19, 71:25, 105:13
**MEANTIME** [1] - 115:15
**MECHANIC** [1] - 86:5
**MEDIA** [1] - 2:9
**MEETING** [1] - 88:20
**MENTION** [4] - 81:25, 94:12, 99:12, 114:5
**MENTIONED** [3] - 37:16, 44:12, 62:25
**MERCOLA** [2] - 4:23, 4:24
**MERELY** [1] - 88:18
**MERIT** [1] - 26:14
**MERITS** [11] - 19:23, 44:20, 91:18, 92:13, 95:20, 95:21, 96:15, 96:16, 96:19, 96:20, 97:1
**MET** [1] - 108:18
**METAL** [1] - 44:10
**METER** [1] - 77:4

**METES** [1] - 107:21
**METHODOLOGIES**
[1] - 13:12
**MIC** [1] - 4:16
**MICHAEL** [2] - 2:8, 4:6
**MICROPHONE** [2] -
6:3, 6:7
**MICROPHONES** [2] -
6:2, 6:14
**MIDDLE** [7] - 16:15,
17:21, 18:19, 18:25,
21:20, 67:16
**MIGHT** [11] - 32:9,
32:10, 69:2, 69:20,
78:14, 88:20, 89:6,
105:19, 106:10,
111:24
**MILLION** [3] - 12:7,
25:19, 94:18
**MIND** [1] - 4:18
**MINISCULE** [2] -
43:20, 43:22
**MINUTE** [4] - 33:22,
36:3, 38:17, 38:18
**MINUTES** [3] - 28:9,
96:15, 96:20
**MISS** [1] - 104:21
**MISSED** [6] - 15:13,
15:20, 24:17, 31:12,
58:18, 58:25
**MISSING** [2] - 105:5,
105:9
**MISSPOKE** [1] - 114:5
**MISTAKE** [1] - 15:21
**MIX** [2] - 74:25
**MIXTURE** [5] - 64:14,
64:17, 66:2, 78:6,
78:7
**MOLD** [1] - 86:19
**MOLDED** [1] - 98:6
**MOMENT** [3] - 48:5,
48:7, 55:7
**MONEY** [1] - 77:3
**MONICA** [1] - 4:23
**MONTH** [1] - 62:10
**MONTHS** [3] - 13:10,
19:11, 33:9
**MORE** [9] - 39:10,
44:20, 75:8, 77:20,
97:18, 99:18,
109:20, 109:25,
110:3
**MORNING** [19] - 3:3,
3:12, 3:21, 3:22,
3:24, 4:1, 4:3, 4:5,
4:10, 4:19, 4:23, 5:2,
5:6, 26:24, 33:6,
45:2, 84:13, 84:15,
99:9
**MOST** [8] - 5:14, 8:23,

16:23, 23:18, 30:9,
73:16, 100:12,
100:14
**MOTION** [15] - 5:25,
35:12, 39:12, 52:3,
62:7, 82:4, 82:5,
82:14, 82:16, 96:8,
96:19, 97:1, 103:15,
103:18
**MOVE** [4] - 19:15,
44:19, 82:6, 85:25
**MOVED** [4] - 16:11,
20:7, 50:22, 82:13
**MOVERS** [1] - 86:8
**MOVING** [5] - 16:20,
17:3, 20:8, 27:6,
61:6
**MR** [281] - 3:9, 3:12,
3:16, 3:20, 4:3, 4:5,
4:10, 5:7, 5:10, 5:14,
5:22, 6:16, 6:19,
6:25, 7:12, 8:7, 8:11,
9:17, 9:18, 10:5,
10:9, 10:13, 10:17,
10:22, 11:3, 11:7,
11:13, 11:23, 12:5,
12:19, 12:23, 13:1,
13:8, 13:14, 13:25,
14:20, 14:23, 15:7,
15:16, 15:24, 16:14,
17:15, 17:24, 18:14,
19:6, 20:1, 20:3,
20:6, 21:2, 21:6,
21:12, 21:17, 22:3,
22:11, 22:16, 22:17,
23:4, 23:10, 23:17,
23:23, 24:1, 24:21,
25:7, 25:9, 25:12,
25:17, 25:24, 26:16,
26:22, 27:25, 28:12,
28:25, 29:2, 29:3,
29:10, 29:12, 31:24,
33:5, 33:16, 34:12,
34:25, 38:23, 40:17,
41:3, 41:10, 44:23,
45:1, 45:2, 45:11,
45:18, 45:25, 46:5,
46:12, 47:5, 47:10,
48:8, 48:10, 48:12,
48:19, 48:22, 49:2,
49:22, 50:9, 50:16,
51:1, 51:5, 51:12,
51:18, 51:23, 52:2,
52:10, 52:17, 53:4,
53:12, 53:19, 54:3,
54:5, 54:18, 55:5,
55:18, 56:4, 56:7,
56:16, 56:21, 56:25,
57:5, 57:23, 58:6,
58:13, 58:20, 59:1,

59:4, 59:7, 59:22,
60:1, 60:18, 60:23,
61:7, 61:10, 61:22,
61:25, 62:14, 63:10,
66:15, 69:8, 69:23,
70:2, 70:9, 70:12,
70:17, 71:10, 71:17,
71:23, 72:11, 72:17,
72:20, 73:19, 74:6,
75:2, 75:16, 75:21,
76:3, 76:14, 76:17,
76:24, 77:3, 78:13,
78:17, 79:23, 80:6,
82:20, 82:22, 82:25,
83:23, 84:1, 84:3,
84:7, 84:12, 84:14,
84:19, 84:23, 85:1,
85:4, 85:9, 85:14,
85:16, 85:23, 86:1,
86:3, 86:22, 87:3,
87:6, 87:11, 87:14,
87:17, 87:21, 87:23,
88:1, 88:3, 88:5,
88:14, 89:1, 89:3,
89:7, 89:11, 89:13,
89:24, 90:1, 90:3,
90:5, 90:7, 90:17,
90:19, 90:23, 91:1,
91:4, 91:10, 91:12,
91:15, 91:20, 91:23,
92:2, 92:7, 92:12,
92:17, 92:21, 93:12,
93:20, 93:22, 94:12,
94:20, 95:8, 95:15,
95:23, 96:17, 96:21,
96:25, 97:4, 97:13,
97:24, 98:8, 98:12,
99:7, 102:8, 102:12,
103:10, 103:17,
103:22, 104:4,
104:9, 104:22,
104:25, 105:3,
105:6, 105:10,
106:5, 106:21,
107:7, 107:11,
107:19, 108:4,
108:6, 109:19,
110:1, 110:6, 110:8,
110:11, 110:13,
110:15, 110:20,
110:23, 112:12,
112:20, 113:2,
113:16, 113:20,
113:22, 114:4,
114:14, 114:19,
115:17
**MS** [75] - 3:14, 3:22,
3:24, 4:1, 4:19, 4:23,
5:2, 5:17, 5:18, 8:22,
21:11, 26:20, 26:24,
27:4, 27:10, 27:16,

28:17, 28:24, 29:6,
30:13, 31:3, 32:13,
32:21, 33:4, 35:8,
36:25, 38:20, 38:22,
40:16, 41:9, 42:1,
42:16, 43:5, 43:17,
44:7, 44:22, 60:16,
60:20, 61:3, 61:21,
64:18, 64:25, 65:7,
65:21, 65:25, 66:3,
66:23, 67:18, 68:2,
70:10, 76:23, 77:13,
77:25, 78:4, 78:16,
78:20, 78:24, 80:1,
80:6, 82:9, 82:15,
82:19, 83:1, 84:4,
84:7, 92:23, 92:24,
93:1, 95:10, 95:12,
109:24, 110:12,
111:9, 112:4, 113:15
**MUCH** [6] - 16:18,
17:4, 22:6, 26:22,
114:25, 115:19
**MULTIPLE** [2] - 66:20,
86:10
**MURPHY** [1] - 1:10
**MUST** [1] - 60:25
**MUTUAL** [1] - 15:21
**MY** [17] - 4:17, 5:23,
10:21, 20:25, 48:25,
51:16, 55:5, 61:25,
62:5, 63:13, 64:9,
75:17, 75:18, 84:16,
94:1, 98:12, 107:10

## N

**N.W** [1] - 2:5
**NAICS** [1] - 37:6
**NAME** [3] - 3:18,
31:17, 39:5
**NAMES** [1] - 42:25
**NARROWER** [1] - 75:9
**NATURAL** [2] - 65:21,
100:6
**NATURE** [3] - 13:9,
27:23, 75:18
**NECESSARILY** [3] -
48:4, 52:5, 112:10
**NECESSARY** [1] -
74:23
**NEED** [23] - 17:12,
22:9, 30:5, 38:12,
41:1, 49:14, 53:5,
55:9, 55:10, 68:15,
69:15, 85:19, 90:11,
93:20, 96:11, 98:15,
99:1, 100:9, 104:6,
105:8, 115:10
**NEEDED** [5] - 38:9,

41:15, 75:2, 100:25,
114:24
**NEEDS** [2] - 77:3,
104:11
**NEGLIGENCE** [1] -
53:1
**NEGLIGENT** [1] - 68:9
**NEITHER** [8] - 9:15,
15:13, 29:13, 31:20,
32:15, 33:20, 33:24,
63:9
**NEVER** [2] - 38:9,
87:18
**NEW** [152] - 7:16, 7:17,
10:15, 10:19, 11:1,
14:15, 15:4, 15:8,
28:14, 29:16, 30:17,
31:6, 31:18, 31:20,
32:4, 32:11, 34:7,
34:19, 35:5, 35:20,
36:9, 36:10, 37:13,
39:7, 40:12, 40:20,
40:25, 42:18, 45:6,
45:10, 45:14, 45:17,
45:19, 45:20, 46:1,
46:6, 46:8, 46:15,
46:19, 46:24, 46:25,
47:19, 47:22, 48:5,
48:7, 48:14, 49:1,
55:9, 56:8, 56:22,
56:24, 57:1, 57:3,
57:4, 57:6, 57:7,
57:10, 57:11, 57:14,
58:14, 58:16, 59:8,
59:11, 59:12, 59:13,
59:14, 59:15, 59:16,
59:22, 59:23, 60:3,
60:5, 60:7, 60:10,
60:11, 60:21, 60:24,
61:6, 61:8, 61:10,
61:12, 61:14, 61:15,
62:10, 62:15, 62:18,
62:22, 63:9, 63:11,
63:14, 63:22, 63:24,
64:1, 64:5, 64:8,
64:10, 64:11, 64:23,
65:3, 66:25, 67:6,
68:22, 69:5, 69:18,
70:13, 70:19, 73:23,
73:25, 80:20, 81:11,
82:14, 82:15, 99:13,
99:14, 99:15, 99:18,
99:20, 100:21,
101:3, 101:5, 101:9,
101:10, 101:15,
101:22, 108:2,
108:3, 108:8,
110:24, 111:4,
111:5, 111:8, 111:9,
111:21, 111:23,

111:25, 112:8, 112:22, 113:7

**NEWNESS** [2] - 111:21, 111:22

**NEWS** [1] - 41:22

**NEXT** [5] - 19:11, 66:22, 79:21, 84:8, 91:17

**NICKNAME** [1] - 7:4

**NO** [48] - 7:2, 7:6, 8:6, 16:22, 20:14, 23:17, 25:2, 32:1, 32:4, 39:23, 39:24, 40:1, 51:16, 52:14, 52:17, 54:3, 54:11, 54:23, 56:1, 62:11, 63:7, 67:3, 67:16, 69:7, 69:17, 76:6, 83:19, 85:19, 86:17, 88:6, 90:6, 92:7, 94:17, 94:18, 97:4, 103:2, 104:20, 105:3, 107:2, 110:5, 110:9, 110:11, 111:2, 113:10, 113:14, 114:6, 114:19, 115:17

**NOBODY** [5] - 10:11, 51:18, 58:18, 67:8, 103:9

**NODDING** [1] - 48:11

**NON** [7] - 24:9, 44:13, 87:8, 88:23, 88:25, 89:2

**NON-FINAL** [1] - 24:9

**NON-FLUORINATED** [1] - 44:13

**NON-GOVERNMENTAL** [1] - 24:9

**NON-INHANCE** [1] - 87:8

**NON-SPECULATIVE** [3] - 88:23, 88:25, 89:2

**NONE** [2] - 38:13, 92:24

**NONETHELESS** [1] - 22:1

**NONREACTING** [1] - 76:3

**NOR** [6] - 9:15, 15:14, 29:13, 32:15, 33:20, 63:9

**NORMAL** [1] - 33:6

**NORMALLY** [1] - 8:13

**NOT** [259] - 6:7, 7:20, 8:1, 8:2, 8:3, 8:6, 9:5, 10:14, 11:6, 11:8, 11:14, 11:21,

12:3, 12:12, 12:15, 12:25, 13:12, 13:16, 13:17, 14:6, 15:10, 15:16, 16:11, 16:16, 16:25, 17:23, 18:5, 18:6, 18:23, 18:25, 20:7, 20:18, 20:20, 20:25, 21:14, 22:6, 23:4, 23:8, 24:23, 25:23, 26:3, 26:12, 27:20, 28:8, 28:10, 29:14, 29:19, 29:20, 30:1, 30:12, 30:17, 31:23, 33:1, 33:15, 34:9, 34:13, 34:18, 35:22, 36:17, 36:24, 38:7, 38:10, 39:6, 40:5, 40:17, 41:8, 41:18, 42:2, 44:17, 44:25, 45:14, 45:19, 46:10, 46:25, 47:19, 47:20, 47:22, 48:4, 48:14, 49:20, 50:2, 50:6, 51:11, 51:18, 51:21, 52:3, 52:4, 52:5, 52:6, 52:21, 53:5, 53:12, 53:13, 53:14, 54:4, 54:8, 54:24, 54:25, 55:1, 55:2, 55:8, 55:13, 56:11, 56:13, 56:15, 57:1, 57:8, 57:15, 57:19, 58:4, 58:5, 58:11, 58:13, 58:14, 58:16, 59:15, 59:24, 60:7, 60:11, 60:13, 60:24, 61:13, 61:17, 62:5, 62:15, 62:16, 62:17, 63:6, 63:17, 64:9, 65:4, 65:13, 66:10, 66:14, 66:16, 66:19, 67:19, 67:20, 67:23, 67:25, 68:5, 68:9, 68:10, 68:17, 68:19, 70:7, 70:13, 70:14, 71:3, 71:4, 71:9, 73:12, 73:16, 74:15, 75:13, 76:1, 76:11, 76:12, 77:11, 79:25, 80:2, 80:22, 81:3, 81:10, 82:10, 83:2, 83:14, 83:16, 83:22, 83:23, 84:9, 86:11, 86:15, 86:18, 87:13, 87:15, 88:7, 88:20, 90:19, 90:21, 90:24, 92:7, 92:12, 92:20, 93:10, 93:13, 93:25, 94:8, 94:9, 94:10, 95:4, 95:5, 96:8, 97:8, 98:23,

98:24, 99:1, 99:21, 100:6, 100:8, 100:11, 100:18, 100:21, 100:22, 100:23, 101:1, 101:2, 101:6, 101:8, 101:10, 101:12, 101:24, 101:25, 102:2, 102:5, 103:20, 103:21, 104:8, 104:18, 105:2, 105:3, 105:5, 105:9, 105:18, 106:1, 106:10, 106:15, 106:16, 107:12, 107:14, 108:12, 108:21, 109:1, 109:5, 110:20, 110:25, 111:1, 111:11, 111:12, 111:16, 111:23, 112:2, 112:16, 114:14, 115:4

**NOTICE** [19] - 14:5, 29:3, 34:3, 37:13, 40:21, 40:23, 41:18, 79:1, 79:5, 100:8, 100:9, 100:23, 100:25, 101:22, 102:1, 107:20, 112:18, 113:9, 113:10

**NOTICED** [1] - 6:5

**NOTICES** [4] - 62:11, 100:21, 101:9, 101:16

**NOTIFICATION** [1] - 74:16

**NOTIFY** [1] - 9:24

**NOTION** [1] - 41:12

**NOTS** [1] - 94:11

**NOTWITHSTANDING** [1] - 108:20

**NOW** [26] - 19:14, 20:23, 21:1, 21:8, 21:10, 25:4, 28:7, 30:12, 33:9, 36:1, 36:10, 38:6, 38:13, 41:14, 53:3, 53:25, 69:5, 69:16, 70:19, 72:3, 81:13, 96:8, 99:7, 100:6, 105:22, 106:6

**NUMBER** [14] - 1:3, 3:5, 17:10, 29:9, 39:3, 44:14, 44:15, 53:1, 82:10, 89:4, 99:17, 108:9, 112:8, 114:7

**NUMERAL** [2] - 63:15, 63:19

**NUMERALS** [1] - 63:16

**NW** [1] - 2:12

---

## O

**OBJECTIVE** [1] - 93:19

**OBLIGATION** [4] - 83:19, 103:11, 107:23, 108:18

**OBSERVE** [1] - 77:23

**OBTAINED** [1] - 109:11

**OBVIOUSLY** [3] - 52:24, 56:9, 108:14

**OCCUR** [7] - 7:2, 7:7, 8:1, 8:2, 32:2, 32:4, 33:8

**OCCURRING** [3] - 11:9, 11:14, 87:8

**OCTANOIC** [1] - 38:1

**ODD** [1] - 28:23

**OF** [498] - 1:2, 1:3, 3:4, 3:11, 4:22, 5:12, 5:14, 5:23, 5:24, 6:2, 6:20, 7:15, 7:18, 8:16, 9:2, 9:12, 9:13, 9:14, 9:15, 9:24, 10:8, 10:16, 10:23, 10:25, 11:1, 11:2, 11:9, 11:18, 12:12, 12:14, 12:15, 13:2, 13:3, 13:9, 13:10, 13:12, 13:15, 13:23, 14:5, 14:17, 14:25, 15:17, 15:19, 15:21, 16:5, 16:20, 16:23, 17:4, 17:8, 17:10, 17:12, 17:13, 18:1, 18:10, 18:12, 18:13, 18:17, 18:18, 18:22, 18:25, 19:18, 19:19, 19:20, 19:21, 19:22, 20:25, 21:7, 21:9, 21:24, 21:25, 22:1, 22:14, 22:25, 23:8, 23:15, 23:18, 24:15, 24:18, 25:14, 26:11, 26:13, 27:1, 27:2, 27:6, 27:13, 27:18, 27:19, 27:23, 28:1, 28:4, 28:7, 28:9, 28:13, 28:19, 28:22, 29:1, 29:7, 29:8, 29:10, 29:14, 29:18, 29:21, 29:23, 29:25, 30:2, 30:10, 30:14,

30:19, 31:4, 31:7, 31:24, 32:9, 32:15, 32:16, 33:2, 33:7, 33:11, 33:12, 33:14, 33:21, 33:23, 33:24, 34:1, 34:12, 34:21, 34:23, 34:25, 35:5, 35:13, 35:14, 35:15, 35:18, 36:1, 36:3, 36:5, 36:9, 36:12, 36:16, 36:18, 37:1, 37:2, 37:10, 37:16, 37:3, 37:20, 37:22, 37:23, 37:24, 37:25, 38:1, 38:2, 38:8, 38:13, 38:18, 39:3, 39:4, 39:9, 39:11, 39:14, 39:15, 39:17, 39:18, 40:23, 41:6, 42:2, 42:4, 42:8, 42:9, 42:16, 42:21, 42:22, 43:2, 43:7, 43:11, 43:19, 43:21, 43:22, 43:24, 43:25, 44:2, 44:5, 45:3, 45:15, 45:17, 45:21, 46:1, 46:6, 46:7, 46:15, 47:1, 47:6, 47:7, 47:12, 47:20, 48:1, 48:3, 48:9, 48:13, 48:16, 48:25, 49:1, 49:3, 49:4, 49:8, 49:11, 49:16, 49:18, 49:19, 49:23, 49:25, 50:2, 50:8, 50:14, 50:19, 50:23, 51:4, 51:6, 51:8, 51:11, 51:15, 51:24, 52:3, 52:8, 52:12, 53:1, 53:5, 53:8, 53:25, 54:11, 54:15, 55:1, 55:8, 55:10, 55:11, 55:12, 55:19, 55:20, 55:21, 56:8, 56:12, 56:20, 56:23, 57:1, 57:3, 57:7, 57:20, 57:24, 57:25, 58:2, 58:20, 59:8, 59:12, 59:18, 59:23, 60:2, 60:10, 60:14, 60:21, 60:22, 60:23, 61:4, 61:7, 61:13, 61:14, 61:18, 61:22, 61:24, 62:1, 62:2, 62:6, 62:7, 62:8, 63:3, 63:17, 64:7, 64:12, 64:14, 64:17, 64:22, 64:24, 65:9, 65:10, 65:14, 65:16, 66:2, 66:24, 67:10, 67:15, 67:18, 68:25,

69:1, 69:3, 69:4,
69:9, 70:10, 70:18,
70:21, 70:24, 71:7,
71:8, 71:14, 72:18,
72:23, 73:4, 73:7,
73:22, 74:8, 74:14,
74:16, 75:11, 75:12,
75:14, 75:18, 75:19,
75:20, 75:22, 75:24,
76:2, 76:12, 76:17,
77:8, 77:14, 79:1,
79:4, 79:5, 79:10,
79:12, 79:21, 79:22,
80:3, 80:17, 80:21,
81:8, 81:10, 81:14,
81:18, 81:25, 82:2,
82:4, 82:10, 82:18,
83:13, 84:14, 85:14,
85:18, 86:2, 86:5,
86:6, 86:21, 86:23,
86:25, 87:7, 88:11,
89:4, 89:5, 89:8,
89:15, 89:17, 90:8,
90:9, 90:12, 91:5,
91:6, 91:9, 91:12,
92:10, 92:16, 93:3,
93:7, 93:9, 93:15,
93:16, 93:18, 93:19,
93:24, 94:4, 94:10,
94:11, 94:21, 95:3,
95:6, 95:7, 95:25,
96:2, 96:3, 96:13,
96:19, 97:1, 97:16,
98:1, 98:2, 98:3,
98:4, 98:10, 98:13,
98:17, 98:25, 99:10,
99:16, 99:17, 99:20,
100:14, 100:17,
100:18, 101:20,
101:25, 102:16,
102:17, 102:18,
102:23, 103:4,
103:5, 103:19,
103:20, 103:23,
103:25, 104:10,
104:17, 105:13,
105:14, 105:15,
105:17, 105:24,
106:1, 106:8,
106:12, 106:17,
106:18, 106:24,
107:11, 107:21,
108:9, 108:14,
108:19, 108:23,
108:24, 109:4,
109:7, 109:8, 111:7,
111:10, 111:19,
111:21, 111:23,
112:2, 112:3, 112:4,
112:5, 112:7, 112:8,
112:11, 112:18,

113:6, 113:8,
113:23, 113:24,
114:7, 114:10,
114:12, 114:22,
114:24, 114:25,
115:12, 115:13,
115:22

**OFF** [3] - 12:16, 36:22,
56:14

**OFFERED** [2] - 16:22,
21:19

**OFFERING** [1] - 22:7

**OFFICE** [1] - 1:15

**OFFICER** [1] - 18:18

**OFFICIAL** [2] - 1:19,
115:24

**OFTEN** [2] - 42:13,
42:18

**OH** [1] - 48:21

**OKAY** [45] - 5:5, 6:1,
6:15, 10:25, 18:22,
44:19, 44:22, 59:3,
67:8, 69:23, 71:12,
72:13, 72:19, 72:25,
73:11, 76:16, 77:6,
82:23, 83:24, 84:6,
85:4, 85:23, 91:16,
91:20, 92:22, 95:15,
96:14, 96:21, 97:24,
99:6, 100:14, 105:8,
105:10, 106:5,
107:17, 108:5,
109:19, 110:6,
111:1, 113:14,
114:17, 115:15,
115:16

**OLD** [3] - 82:14,
82:15, 113:7

**OLEOPHOBIC** [1] -
37:25

**ON** [166] - 5:12, 5:17,
6:13, 6:15, 7:3, 7:17,
7:25, 9:19, 10:21,
12:20, 13:20, 14:10,
15:19, 15:25, 16:22,
16:24, 17:13, 19:12,
19:13, 19:22, 20:5,
21:5, 22:16, 23:6,
23:20, 24:6, 24:7,
25:15, 26:25, 27:13,
28:1, 28:6, 28:22,
29:22, 29:25, 30:3,
30:18, 31:1, 31:11,
31:15, 32:6, 33:8,
37:2, 37:13, 37:20,
39:10, 40:8, 40:14,
41:11, 42:3, 42:12,
43:15, 44:19, 44:24,
45:3, 45:6, 45:25,
47:2, 47:6, 48:9,

48:11, 48:13, 49:15,
50:1, 50:2, 50:6,
50:19, 50:20, 52:1,
52:18, 53:25, 58:7,
59:17, 60:9, 60:20,
60:25, 61:10, 61:17,
63:23, 65:2, 65:8,
66:24, 67:9, 68:4,
71:22, 73:15, 73:18,
77:1, 77:2, 77:14,
77:20, 78:25, 79:18,
80:14, 81:16, 82:6,
82:7, 82:10, 82:13,
82:21, 83:24, 84:5,
84:17, 85:25, 86:5,
86:9, 86:12, 86:17,
91:18, 91:25, 92:3,
92:13, 92:20, 94:1,
94:5, 94:14, 95:12,
95:20, 95:24, 96:1,
97:3, 97:23, 97:24,
98:12, 98:25, 99:9,
99:21, 100:6, 100:8,
101:4, 101:21,
101:24, 102:2,
102:9, 102:17,
102:23, 103:12,
104:15, 105:22,
106:3, 106:4,
106:11, 106:19,
107:8, 107:13,
108:22, 109:10,
109:22, 110:3,
110:8, 111:8,
112:21, 112:24,
114:9, 114:15,
115:7, 115:14

**ONCE** [5] - 20:16,
53:19, 58:17, 67:13,
96:23

**ONE** [93] - 4:22, 9:23,
11:1, 14:16, 14:18,
15:25, 27:19, 27:20,
27:23, 29:25, 30:9,
30:14, 30:22, 31:7,
31:24, 32:8, 33:17,
33:25, 34:1, 34:16,
34:17, 34:23, 35:14,
35:18, 37:21, 39:9,
39:10, 42:2, 42:22,
43:12, 43:19, 43:23,
43:24, 44:2, 44:15,
45:14, 45:18, 45:21,
46:25, 47:19, 48:11,
51:16, 53:25, 54:11,
54:21, 54:23, 56:12,
57:1, 57:6, 57:10,
57:11, 59:5, 59:15,
60:12, 61:4, 61:6,
61:22, 62:13, 63:3,
63:16, 67:3, 67:18,

73:10, 80:9, 81:8,
81:12, 81:24, 81:25,
85:18, 85:21, 86:2,
90:10, 93:14, 93:24,
94:12, 95:23, 96:25,
98:21, 100:17,
102:22, 103:3,
105:11, 106:1,
107:2, 108:14,
109:6, 109:24,
112:11, 113:23

**ONGOING** [77] - 10:4,
10:8, 11:20, 12:14,
15:12, 15:20, 32:12,
34:4, 34:7, 34:13,
34:20, 34:22, 35:1,
35:4, 35:15, 35:19,
35:20, 35:24, 36:14,
36:21, 36:24, 37:23,
40:22, 41:18, 43:7,
44:17, 45:6, 45:7,
45:11, 45:13, 45:16,
45:18, 45:20, 45:24,
47:18, 47:22, 48:4,
48:15, 50:3, 50:6,
50:18, 53:5, 53:10,
53:14, 53:17, 53:20,
54:2, 54:8, 54:16,
55:23, 56:20, 56:25,
57:5, 57:22, 58:4,
58:9, 58:12, 58:19,
58:24, 60:13, 66:25,
67:7, 67:13, 67:23,
68:1, 68:21, 68:22,
68:23, 69:21, 70:19,
70:21, 102:23,
106:23, 107:5,
112:15

**ONLY** [40] - 14:24,
27:12, 29:18, 32:14,
53:22, 54:14, 58:3,
60:25, 66:17, 68:24,
71:20, 72:12, 72:13,
73:3, 73:5, 73:9,
73:10, 73:11, 73:12,
73:14, 74:3, 74:9,
74:21, 75:22, 75:25,
77:9, 78:10, 81:18,
86:11, 86:19, 88:22,
88:23, 88:24, 88:25,
94:25, 100:17,
103:24, 109:5,
114:15

**ONTO** [1] - 112:25

**ONUS** [2] - 50:1, 50:2

**OPEN** [2] - 53:22,
106:22

**OPEN-ENDED** [1] -
53:22

**OPENS** [1] - 3:1

**OPINION** [5] - 20:25,
28:1, 28:5, 28:6,
115:5

**OPPORTUNITY** [4] -
9:6, 95:20, 97:1,
97:2

**OPPOSITE** [5] - 35:4,
45:17, 57:1, 60:21,
67:10

**OPTION** [1] - 11:4

**OR** [120] - 4:22, 6:9,
10:15, 11:2, 13:17,
13:23, 18:4, 18:15,
21:13, 30:9, 30:10,
31:16, 31:17, 31:20,
37:11, 37:12, 37:22,
37:24, 37:25, 38:11,
38:13, 38:14, 39:24,
43:7, 43:14, 44:9,
48:4, 49:21, 50:6,
52:4, 53:6, 54:8,
54:24, 54:25, 55:9,
57:1, 57:4, 57:13,
57:19, 58:16, 59:9,
59:11, 60:25, 61:23,
62:12, 63:7, 63:20,
64:3, 64:10, 64:14,
64:17, 65:17, 66:2,
66:9, 67:4, 67:5,
67:12, 67:20, 68:10,
68:15, 68:19, 69:16,
69:17, 70:20, 71:13,
71:19, 72:20, 73:2,
73:5, 73:21, 74:20,
74:24, 75:5, 75:6,
76:19, 76:22, 78:5,
78:6, 78:7, 82:7,
83:2, 83:16, 85:12,
86:13, 86:18, 90:21,
90:24, 93:13, 94:8,
94:9, 94:10, 94:20,
94:21, 97:10,
100:11, 101:5,
101:10, 101:25,
103:13, 103:21,
105:15, 105:16,
106:14, 106:16,
107:24, 108:20,
110:21, 111:22,
111:23, 112:1, 115:6

**ORAL** [1] - 1:12

**ORDER** [13] - 8:14,
9:2, 15:9, 20:15,
20:16, 20:17, 20:20,
27:21, 33:7, 37:11,
38:5, 42:16, 68:16

**ORDERS** [1] - 15:2

**ORGANIZATION** [1] -
85:12

**ORIGINAL** [1] - 100:6

**OSHA** [1] - 39:5
**OTHER** [40] - 11:2, 11:17, 11:18, 12:11, 14:14, 15:11, 18:12, 24:14, 27:20, 28:4, 33:5, 39:23, 42:9, 42:25, 43:21, 44:3, 46:22, 49:10, 51:13, 57:18, 62:20, 64:16, 65:12, 75:5, 75:6, 76:7, 78:6, 79:7, 79:11, 89:2, 96:12, 98:19, 99:7, 100:18, 100:20, 105:11, 105:16, 105:24, 109:6, 114:4
**OTHERS** [2] - 91:13, 108:11
**OTHERWISE** [2] - 53:21, 57:21
**OUR** [33] - 5:11, 7:23, 15:25, 18:16, 19:15, 20:10, 27:13, 32:3, 36:8, 37:15, 52:3, 54:25, 56:2, 59:1, 61:2, 62:18, 66:18, 81:4, 83:21, 86:2, 88:4, 90:19, 91:6, 95:25, 96:4, 96:9, 96:25, 97:1, 97:16, 103:4, 113:25, 114:8
**OUT** [41] - 8:25, 12:15, 13:23, 15:1, 15:4, 19:22, 29:7, 30:1, 31:12, 34:13, 36:15, 39:10, 39:13, 41:6, 46:21, 47:12, 47:14, 52:18, 53:23, 54:23, 55:7, 56:15, 68:12, 68:25, 69:15, 71:2, 72:12, 73:7, 74:19, 75:14, 75:19, 76:12, 79:4, 84:7, 93:15, 94:14, 107:21, 109:10, 114:24, 115:4, 115:5
**OUTCOME** [2] - 21:5, 33:2
**OUTSIDE** [2] - 48:2, 81:15
**OVER** [7] - 34:6, 62:9, 77:1, 77:2, 102:13, 104:12
**OVERCOME** [1] - 27:21
**OVERLAP** [1] - 103:2
**OVERREACH** [2] - 29:21, 29:23
**OVERSEAS** [1] - 94:15

**OWN** [5] - 6:12, 9:8, 33:10, 52:11, 98:3

---

# P

**PA** [4] - 1:9, 1:16, 1:20, 2:9
**PACKET** [1] - 83:5
**PAGE** [16] - 24:2, 37:20, 39:11, 39:17, 39:21, 39:23, 62:6, 65:9, 79:14, 79:20, 80:14, 80:17, 81:8, 81:16, 114:2, 114:9
**PAGES** [2] - 35:13, 79:21
**PAINT** [6] - 31:16, 86:25, 89:17, 89:23, 95:3, 95:6
**PAPER** [3] - 86:8, 97:3, 109:6
**PAPERS** [2] - 7:23, 16:21
**PAPERWORK** [1] - 70:5
**PARAGRAPH** [6] - 49:5, 49:6, 64:5, 64:6, 79:5, 93:24
**PARALLEL** [1] - 6:24
**PARKING** [1] - 77:4
**PARSE** [1] - 98:21
**PART** [26] - 7:15, 9:13, 10:25, 17:3, 22:14, 23:8, 23:15, 31:4, 33:23, 36:5, 38:8, 42:8, 52:8, 64:24, 73:24, 74:2, 74:4, 74:10, 86:4, 86:5, 98:10, 98:20, 98:22, 100:17, 111:22
**PART-TIME** [2] - 86:4, 86:5
**PART...THE** [1] - 74:16
**PARTIAL** [1] - 62:7
**PARTIALLY** [1] - 72:23
**PARTICIPANTS** [1] - 11:19
**PARTICIPATE** [1] - 97:21
**PARTICULAR** [29] - 10:19, 13:2, 13:22, 16:4, 29:14, 31:10, 31:15, 31:16, 31:17, 32:16, 37:12, 37:17, 43:3, 43:11, 44:16, 44:18, 47:7, 62:3, 65:18, 80:13, 80:15, 81:15, 92:18, 96:15,

111:16, 112:6, 113:10
**PARTICULARLY** [2] - 16:25, 74:1
**PARTIES** [3] - 18:12, 21:8, 79:12
**PARTS** [3] - 42:9, 73:8, 100:18
**PARTY** [1] - 18:11
**PARTY'S** [1] - 25:14
**PAST** [1] - 62:10
**PATH** [8] - 16:15, 17:19, 21:21, 22:8, 26:9, 26:12, 26:14, 104:16
**PAULA** [2] - 4:20, 5:23
**PEACE** [2] - 38:13, 69:17
**PEACHLUM** [3] - 23:24, 24:3
**PEER** [5] - 4:13, 4:22, 5:24, 29:2, 93:23
**PEERS** [3] - 79:14, 82:4
**PENALTIES** [1] - 23:19
**PENALTY** [2] - 23:5, 23:13
**PENDING** [5] - 7:5, 7:11, 14:17, 15:23, 18:25
**PENNSYLVANIA** [1] - 1:2
**PEOPLE** [6] - 4:16, 12:8, 17:11, 26:5, 106:24, 107:22
**PERCENT** [2] - 88:4, 104:6
**PERFECTLY** [1] - 67:11
**PERFORMED** [1] - 86:20
**PERHAPS** [1] - 88:20, 104:14
**PERIOD** [5] - 18:7, 19:1, 45:22, 54:9, 58:2
**PERMANENTLY** [1] - 58:24
**PERSON** [4] - 71:19, 73:2, 73:5, 74:20
**PERSONS** [3] - 74:18, 74:19, 74:23
**PERSUASION** [1] - 50:20
**PESTICIDE** [4] - 13:5, 38:18, 79:15, 79:24
**PESTICIDES** [3] - 13:11, 13:23, 55:8
**PETITION** [2] - 33:10,

33:12
**PFAS** [67] - 8:19, 11:1, 13:5, 13:11, 13:13, 21:13, 24:13, 28:11, 29:14, 31:15, 31:16, 33:23, 34:5, 36:3, 37:10, 37:11, 38:4, 38:6, 38:11, 39:23, 39:24, 40:13, 41:15, 41:22, 41:23, 42:3, 42:4, 43:19, 43:23, 55:8, 57:25, 62:3, 62:25, 63:1, 63:7, 65:4, 65:15, 65:16, 65:17, 66:16, 67:21, 68:5, 68:17, 68:19, 69:4, 72:5, 72:9, 72:21, 72:22, 79:2, 79:6, 79:16, 79:19, 80:11, 80:12, 80:15, 81:12, 82:2, 83:15, 94:3, 94:4, 107:4, 108:24, 108:25, 110:18, 110:22
**PFAS'S** [1] - 113:8
**PFASES** [1] - 40:2
**PFOA** [1] - 42:25
**PHILADELPHIA** [3] - 1:9, 1:16, 1:20
**PHRASE** [13] - 28:3, 28:4, 34:13, 45:7, 45:9, 63:11, 63:24, 63:25, 64:1, 64:2, 64:10, 84:8, 113:4
**PHRASING** [1] - 28:14
**PICK** [2] - 85:11, 85:12
**PIECE** [1] - 74:13
**PIECES** [3] - 17:3, 27:6, 61:6
**PILED** [1] - 26:2
**PILING** [1] - 7:17
**PLACE** [3] - 33:9, 71:14, 71:15
**PLAINLY** [1] - 68:22
**PLAINTIFF** [5] - 1:4, 3:7, 4:7, 4:12, 4:22
**PLAINTIFFS** [8] - 2:10, 2:14, 24:9, 85:18, 86:3, 93:3, 93:6, 93:9
**PLANNING** [1] - 13:20
**PLASTIC** [6] - 11:2, 44:6, 86:9, 86:10, 89:4, 93:25
**PLAY** [1] - 61:9
**PLAYERS** [1] - 15:13
**PLEASE** [8] - 3:2, 3:7, 31:13, 72:5, 84:18, 84:21, 84:24, 91:22

**PLEASURE** [1] - 3:10
**PLENTY** [1] - 64:22
**PMM** [1] - 100:16
**PODIUM** [3] - 6:3, 6:4, 6:9
**POINT** [38] - 20:7, 20:8, 21:24, 27:1, 32:3, 33:13, 33:15, 36:16, 39:10, 40:6, 43:23, 43:24, 44:14, 44:15, 51:16, 58:15, 59:5, 61:25, 62:5, 62:8, 64:9, 66:6, 66:18, 68:2, 68:6, 69:20, 79:7, 81:4, 81:18, 83:21, 84:5, 90:16, 97:18, 98:12, 106:15, 113:2, 113:4
**POINTED** [3] - 71:2, 93:14, 94:14
**POINTS** [6] - 43:19, 70:10, 93:2, 93:16, 110:13, 112:12
**POLICY** [5] - 9:23, 48:17, 49:3, 49:4, 53:8
**POLYETHYLENE** [2] - 72:23, 83:17
**POOF** [1] - 68:1
**POP** [1] - 67:12
**POPS** [1] - 34:14
**PORTION** [1] - 72:12
**POSE** [1] - 113:6
**POSED** [1] - 81:7
**POSITION** [19] - 9:3, 16:1, 17:6, 17:7, 18:2, 49:17, 54:17, 54:25, 67:19, 67:20, 68:16, 70:13, 70:16, 70:18, 80:7, 91:25, 92:3, 92:20, 102:17
**POSITIONS** [3] - 67:1, 67:16, 67:19
**POSSESS** [1] - 51:13
**POSSIBILITY** [5] - 25:25, 30:22, 32:12, 32:13, 54:14
**POSSIBLE** [9] - 11:23, 20:17, 65:1, 72:17, 77:15, 87:18, 89:10, 105:18, 107:25
**POSSIBLY** [3] - 51:17, 51:19, 107:3
**POST** [2] - 24:25, 86:19
**POST-MOLD** [1] - 86:19
**POSTURE** [1] - 29:17
**POTENTIAL** [9] - 10:4, 12:14, 12:17, 17:10,

21:23, 21:24, 33:2, 53:25, 67:7
**POTENTIALLY** [5] - 9:16, 12:8, 44:6, 55:25, 72:4
**POWER** [1] - 40:11
**POWERFUL** [1] - 30:9
**PRACTICAL** [3] - 34:1, 41:3, 66:4
**PRACTICALLY** [1] - 88:15
**PRACTICE** [3] - 34:18, 34:20, 77:16
**PRAYER** [1] - 96:9
**PRE** [5] - 24:5, 24:8, 24:20, 24:24, 25:5
**PRE-ENFORCEMENT** [4] - 24:5, 24:8, 24:20, 25:5
**PRECEDENCE** [1] - 18:15
**PRECEDENT** [1] - 16:22
**PRECISELY** [1] - 83:11
**PRECLUDED** [1] - 23:5
**PREDATES** [1] - 45:21
**PREDATING** [1] - 57:25
**PREDICATES** [1] - 33:14
**PREEXISTING** [2] - 60:8, 60:12
**PRELIMINARY** [2] - 20:13, 20:14
**PREMISE** [1] - 114:15
**PREMISED** [1] - 106:19
**PREPARATION** [3] - 64:14, 64:17, 66:2
**PREPARED** [2] - 80:8, 114:21
**PRESENCE** [1] - 55:8
**PRESENT** [11] - 11:14, 21:8, 72:1, 72:6, 72:9, 73:1, 73:6, 73:12, 73:13, 77:11, 81:18
**PRESENTED** [4] - 7:23, 9:8, 16:21, 16:23
**PRESSING** [1] - 16:10
**PRESUMPTION** [1] - 50:17
**PRETTY** [2] - 23:18, 85:24
**PRETZEL** [2] - 63:14, 68:25

**PREVENT** [3] - 12:16, 22:23, 56:9
**PREVIOUS** [1] - 55:10
**PREVIOUSLY** [1] - 70:14
**PRIVATE** [2] - 18:11, 18:12
**PROBABILITY** [4] - 87:7, 88:4, 88:10, 88:13
**PROBABLY** [6] - 6:14, 27:3, 41:20, 42:19, 86:10, 90:5
**PROBLEM** [4] - 6:11, 7:15, 8:14, 55:25
**PROBLEMS** [4] - 21:25, 36:19, 44:9, 63:3
**PROCEDURAL** [2] - 23:12, 50:11
**PROCEEDING** [7] - 19:7, 32:16, 101:20, 101:21, 102:6, 102:22, 102:24
**PROCEEDINGS** [3] - 1:22, 103:2, 115:22
**PROCESS** [64] - 11:15, 12:13, 12:20, 14:8, 15:6, 16:24, 18:21, 22:15, 23:12, 29:15, 30:4, 30:6, 30:11, 30:15, 31:23, 32:9, 33:6, 33:23, 36:12, 42:12, 42:14, 47:17, 53:24, 54:1, 54:5, 55:12, 55:20, 57:22, 62:24, 63:6, 63:20, 64:3, 64:11, 64:13, 64:16, 64:24, 65:8, 65:16, 66:1, 66:9, 67:12, 68:12, 68:18, 69:3, 72:6, 78:9, 98:1, 98:16, 99:11, 99:12, 99:14, 99:19, 100:10, 101:6, 102:1, 107:3, 107:5, 111:12, 111:17, 111:23, 112:2, 112:21, 113:1
**PROCESSES** [21] - 30:21, 33:22, 36:5, 37:11, 38:12, 39:3, 41:1, 41:2, 41:4, 41:10, 49:18, 62:4, 63:1, 63:2, 67:22, 68:5, 71:20, 73:2, 73:5, 74:21, 74:22
**PROCESSING** [4] - 65:22, 66:9, 78:5, 81:22

**PRODUCE** [3] - 37:11, 38:10, 38:11
**PRODUCED** [9] - 1:23, 11:1, 63:6, 69:3, 76:6, 78:1, 78:9, 84:10, 112:1
**PRODUCES** [2] - 34:4, 72:21
**PRODUCING** [5] - 33:22, 38:6, 42:14, 42:25, 68:17
**PRODUCT** [4] - 37:12, 81:2, 81:3, 84:9
**PRODUCTION** [17] - 29:14, 31:11, 31:13, 42:4, 43:2, 43:11, 79:16, 81:15, 100:9, 100:15, 100:22, 108:24, 112:3, 112:4, 112:7
**PRODUCTS** [13] - 41:16, 69:16, 86:7, 86:21, 86:22, 86:24, 86:25, 87:1, 89:8, 89:15, 90:9, 94:16, 109:15
**PROFIT** [1] - 49:13
**PROGRAM** [1] - 80:9
**PROHIBITED** [2] - 35:19, 35:24
**PROHIBITION** [3] - 101:4, 101:7, 105:16
**PROMOTED** [1] - 90:13
**PROMULGATE** [1] - 46:8
**PROMULGATED** [4] - 51:7, 58:21, 73:21, 105:21
**PROMULGATION** [1] - 106:18
**PRONG** [3] - 59:21, 65:17
**PRONGS** [2] - 9:20, 21:7
**PROPANOIC** [3] - 38:2, 39:19, 62:1
**PROPERTIES** [2] - 89:14, 89:18
**PROPIONIC** [1] - 37:24
**PROPONENT** [1] - 50:19
**PROPOSAL** [1] - 45:21
**PROPOSE** [1] - 56:18
**PROPOSED** [13] - 10:2, 11:18, 15:4, 33:21, 36:13, 37:4, 38:14, 38:19, 42:21,

54:20, 56:17, 67:11, 106:25
**PROPOSES** [1] - 56:12
**PROSECUTING** [1] - 18:5
**PROTECTED** [2] - 7:20, 94:4
**PROTECTION** [1] - 90:14
**PROVES** [1] - 83:21
**PROVIDED** [2] - 86:23, 87:19
**PROVIDING** [1] - 14:1
**PROVISION** [1] - 49:2
**PUBLIC** [7] - 4:8, 4:21, 4:24, 5:3, 7:19, 8:4, 43:14
**PUBLICATION** [1] - 39:13
**PUBLICLY** [1] - 51:7
**PUBLISH** [1] - 39:15
**PUBLISHED** [4] - 10:2, 11:19, 83:7, 109:6
**PUBLISHES** [1] - 59:19
**PUBLISHING** [1] - 36:13
**PUNITIVE** [1] - 112:17
**PURPOSE** [8] - 47:25, 49:3, 69:9, 69:10, 80:21, 83:13, 89:20, 101:20
**PURPOSES** [6] - 49:22, 52:3, 62:18, 69:7, 77:19, 94:19
**PURSUANT** [1] - 24:24
**PURSUE** [1] - 112:10
**PURSUES** [1] - 69:7
**PURVIEW** [1] - 88:7
**PUT** [11] - 17:2, 26:6, 30:8, 41:5, 44:9, 44:13, 63:13, 73:4, 77:3, 102:9
**PUTTING** [3] - 52:20, 66:4

**Q**

**Q&A** [4] - 80:16, 80:17, 82:5, 83:11
**QUALIFIES** [1] - 60:24
**QUALIFY** [1] - 75:12
**QUARREL** [1] - 111:2
**QUASI** [1] - 18:18
**QUESTION** [46] - 6:17, 6:21, 8:5, 9:10, 10:21, 12:11, 13:21,

16:3, 19:14, 27:5, 27:11, 29:9, 31:1, 31:25, 34:11, 35:18, 35:22, 37:2, 38:23, 42:5, 42:20, 50:12, 50:14, 50:15, 51:13, 51:21, 51:24, 54:22, 55:5, 57:15, 58:22, 60:22, 66:17, 68:3, 70:23, 70:24, 71:4, 75:18, 79:15, 80:18, 81:7, 91:17, 101:23, 110:4, 111:13, 111:21
**QUESTIONS** [12] - 15:8, 19:13, 22:5, 22:6, 22:8, 34:2, 68:7, 110:3, 113:7, 113:12, 113:23
**QUICK** [1] - 110:13
**QUICKLY** [1] - 68:3
**QUITE** [2] - 30:1, 89:3
**QUOTE** [1] - 99:10
**QUOTING** [2] - 81:13, 83:1

**R**

**RAISE** [2] - 23:15, 36:8
**RAISED** [6] - 14:20, 17:6, 21:22, 27:14, 29:9, 40:6
**RAISING** [4] - 22:5, 22:9, 22:14, 58:23
**RATHER** [4] - 55:7, 59:16, 70:20, 77:10
**RATTLING** [1] - 48:24
**REACH** [2] - 39:1, 68:15
**REACTANTS** [1] - 78:15
**REACTING** [1] - 78:15
**REACTION** [1] - 98:9
**REACTS** [1] - 109:2
**READ** [19] - 41:22, 47:6, 57:8, 57:9, 59:2, 59:8, 60:2, 62:13, 62:20, 63:10, 69:9, 73:10, 73:16, 79:8, 79:17, 107:22, 108:2, 110:17
**READING** [5] - 42:7, 75:11, 75:19, 75:20, 77:8
**READS** [1] - 72:12
**READY** [1] - 115:1
**REAL** [3] - 21:10, 21:14, 56:1
**REALISTIC** [1] - 88:6

**REALLY** [14] - 7:12, 22:9, 39:17, 40:12, 42:12, 63:13, 65:4, 84:16, 97:25, 98:21, 103:1, 103:7, 111:5, 115:1

**REALM** [1] - 48:3

**REAMS** [1] - 79:9

**REASON** [13] - 9:13, 15:3, 18:8, 26:17, 32:14, 35:2, 38:3, 38:25, 54:12, 58:3, 62:23, 86:16, 93:1

**REASONABLE** [3] - 49:24, 108:15, 109:17

**REASONABLY** [20] - 12:1, 47:2, 47:15, 48:3, 48:5, 48:9, 48:14, 50:7, 51:4, 51:11, 52:8, 58:8, 60:25, 61:18, 67:4, 68:9, 71:3, 71:4, 106:19, 108:17

**REASONED** [1] - 15:5

**REASONING** [1] - 93:15

**REASONS** [3] - 30:10, 43:24, 44:2

**REBUT** [1] - 80:8

**RECENTLY** [1] - 40:3

**RECEPTION** [2] - 6:5, 6:7

**RECOGNIZABLE** [1] - 94:21

**RECOGNIZE** [2] - 37:23, 45:24

**RECORD** [11] - 43:22, 51:5, 51:10, 90:2, 90:4, 90:6, 90:8, 90:12, 107:8, 113:24, 115:22

**RECORDED** [1] - 1:22

**REDRESSABILITY** [2] - 95:8, 95:14

**REDUCING** [1] - 43:1

**REFERENCE** [1] - 34:2

**REFERENCED** [1] - 83:6

**REFERENCING** [1] - 74:3

**REFERRED** [1] - 48:23

**REFERRING** [1] - 13:14

**REFERS** [4] - 46:13, 59:10, 74:3, 74:7

**REFUSED** [1] - 14:4

**REGARD** [2] - 40:9,

46:24

**REGARDING** [1] - 9:25

**REGARDLESS** [2] - 57:7, 70:21

**REGIME** [1] - 36:19

**REGISTER** [1] - 110:16

**REGISTRANTS** [3] - 79:15, 79:17, 79:25

**REGISTRIES** [1] - 31:9

**REGULABLE** [2] - 66:18, 66:19

**REGULAR** [1] - 55:12

**REGULATE** [5] - 34:7, 39:2, 40:4, 42:4, 42:17

**REGULATED** [8] - 29:13, 31:14, 56:10, 62:16, 62:18, 62:22, 69:11, 113:10

**REGULATING** [2] - 35:20, 35:25

**REGULATION** [13] - 10:6, 14:15, 14:18, 21:12, 39:2, 39:4, 50:20, 55:9, 55:10, 71:8, 75:4, 98:25, 99:2

**REGULATIONS** [6] - 18:11, 29:24, 45:12, 64:21, 69:15, 70:4

**REGULATORY** [15] - 6:24, 12:3, 12:13, 16:24, 22:14, 25:4, 30:4, 30:6, 30:11, 30:15, 36:16, 42:9, 100:24, 115:8, 115:14

**RELATED** [2] - 25:21, 106:6

**RELATIONSHIP** [1] - 99:10

**RELATIVELY** [2] - 21:21, 22:7

**RELEVANT** [10] - 11:19, 15:13, 42:10, 46:23, 103:14, 103:24, 104:1, 107:14, 111:2, 111:21

**RELIED** [1] - 24:6

**RELIEF** [12] - 5:13, 16:8, 19:15, 20:8, 93:7, 93:8, 93:10, 94:25, 95:25, 96:6, 96:9, 96:10

**RELIES** [1] - 52:10

**RELYING** [1] - 24:7

**REMAIN** [1] - 78:7

**REMAINED** [1] - 72:22

**REMAINS** [3] - 81:2, 83:16, 84:9

**REMARKABLY** [1] - 79:2

**REMEDY** [4] - 104:1, 104:11, 104:12, 104:13

**REMOVAL** [2] - 86:25, 89:17

**REMOVED** [1] - 76:6

**REMOVER** [1] - 89:23

**RENDERED** [1] - 7:3

**REPORT** [4] - 38:17, 38:19, 79:18, 100:5

**REPORTED** [2] - 67:23, 99:25

**REPORTER** [2] - 1:19, 115:24

**REPORTING** [3] - 81:19, 83:19, 109:7

**REPRESENTATIVE** [3] - 91:9, 91:11, 91:12

**REPRESENTING** [5] - 3:11, 3:23, 3:25, 4:2, 4:4

**REQUESTS** [2] - 95:25, 96:5

**REQUIRED** [3] - 20:12, 92:14, 101:23

**REQUIREMENTS** [8] - 16:5, 22:23, 48:15, 74:16, 98:23, 100:18, 100:19, 102:3

**REQUIRES** [3] - 14:16, 47:11, 88:18

**REQUIRING** [1] - 90:14

**RESEARCHERS** [1] - 109:10

**RESIDUAL** [1] - 81:14

**RESOLUTION** [1] - 19:19

**RESOLVABLE** [1] - 85:10

**RESOLVE** [3] - 21:15, 28:2, 31:5

**RESOLVED** [2] - 62:23, 102:5

**RESOURCES** [1] - 7:19

**RESPECT** [14] - 25:14, 49:7, 59:7, 60:3, 60:5, 60:6, 73:23, 74:1, 79:24, 79:25, 80:2, 93:2, 93:12, 110:14

**RESPOND** [4] - 61:25, 62:5, 110:10, 110:20

**RESPONSE** [12] - 30:25, 31:25, 35:10, 35:17, 42:17, 55:5, 69:17, 81:16, 109:23, 110:13, 110:16, 114:16

**RESPONSES** [2] - 35:14, 37:1

**RESPONSIBILITIES** [1] - 4:21

**RESPONSIBILITY** [5] - 4:9, 4:25, 5:4, 9:24, 49:8

**RESTRAIN** [2] - 114:6, 114:11

**RESTRICTION** [1] - 105:17

**RESTRICTIVE** [1] - 105:16

**RESULT** [3] - 53:25, 57:25, 94:5

**RESULTS** [1] - 13:10

**RETURN** [1] - 75:17

**REVIEW** [10] - 9:6, 19:7, 24:9, 33:11, 54:5, 54:6, 99:19, 100:23, 101:6, 102:1

**REVIEWING** [2] - 18:21, 102:20

**REVISIT** [1] - 102:19

**RICHARD** [2] - 1:14, 3:9

**RIDICULOUS** [1] - 69:12

**RIGHT** [88] - 5:1, 5:6, 5:16, 5:20, 8:11, 8:17, 10:4, 10:5, 10:8, 10:9, 10:12, 10:13, 10:25, 11:11, 12:16, 14:21, 15:24, 20:2, 20:5, 20:9, 21:1, 23:4, 23:10, 24:20, 25:4, 25:24, 26:8, 26:11, 26:16, 27:15, 27:16, 28:7, 30:12, 33:10, 34:15, 34:20, 35:7, 35:8, 35:9, 36:4, 38:21, 40:15, 48:11, 48:12, 52:9, 52:10, 53:2, 53:25, 56:2, 56:4, 59:21, 59:25, 60:20, 60:24, 64:2, 64:17, 65:25, 66:3, 69:8, 70:17, 71:9, 71:22, 74:18, 74:19, 76:8, 78:24, 82:8, 82:14, 87:20, 92:8, 92:16,

92:23, 94:23, 95:11, 96:11, 97:4, 103:10, 104:21, 105:2, 106:20, 108:6, 114:17, 114:20, 115:18

**RIPE** [10] - 14:9, 18:23, 20:25, 26:15, 27:3, 27:12, 29:19, 30:12, 90:3, 102:4

**RIPENESS** [12] - 5:12, 5:15, 6:15, 14:11, 21:8, 23:20, 23:21, 26:10, 26:21, 27:23, 29:25, 110:4

**RISK** [16] - 8:3, 9:7, 11:10, 11:14, 12:17, 17:9, 20:18, 20:19, 44:11, 44:12, 54:6, 94:10, 94:21, 100:11, 101:23, 102:2

**RISKS** [4] - 54:7, 56:8, 94:4, 103:1

**RMR** [2] - 1:18, 115:25

**ROAD** [4] - 17:21, 18:19, 97:22

**ROBERT** [1] - 2:11

**ROLE** [3] - 61:9, 88:11, 94:13

**ROMAN** [3] - 63:15, 63:16, 63:19

**ROOM** [3] - 1:19, 17:11, 56:2

**ROSA** [12] - 4:8, 86:3, 86:22, 87:3, 88:5, 88:14, 89:3, 90:17, 93:12, 93:20, 94:20

**ROSA'S** [2] - 93:22, 95:8

**ROUTES** [2] - 27:18

**RULE** [110] - 8:19, 9:16, 10:2, 10:3, 10:7, 10:15, 10:25, 11:19, 15:4, 15:10, 17:5, 21:13, 24:13, 24:25, 25:2, 25:8, 28:9, 28:10, 28:11, 28:12, 28:14, 29:16, 30:17, 31:6, 31:18, 33:21, 34:5, 34:8, 35:21, 36:13, 37:4, 37:5, 37:14, 37:18, 37:19, 38:9, 38:14, 38:15, 38:19, 39:7, 41:14, 41:19, 42:21, 44:16, 45:20, 45:22, 47:22, 50:4, 50:11, 50:17, 50:25, 51:7, 52:19, 53:14, 53:16,

53:19, 53:20, 53:21,
54:2, 54:15, 54:21,
55:3, 55:19, 55:21,
56:9, 56:16, 56:19,
57:12, 58:1, 58:11,
58:12, 58:17, 58:25,
59:14, 65:9, 73:17,
75:8, 75:19, 75:20,
81:7, 81:9, 81:11,
81:24, 82:1, 101:13,
105:13, 105:14,
105:19, 105:20,
105:22, 105:23,
106:2, 106:10,
106:13, 106:17,
106:19, 107:13,
107:21, 107:22,
108:16, 108:19,
110:17, 111:8, 112:8
**RULEMAKING** [4] -
11:15, 45:22, 47:1,
47:17, 47:21, 51:6,
52:13, 54:9, 54:20,
60:14, 61:13, 62:24,
67:12, 69:2
**RULEMAKINGS** [1] -
34:15
**RULES** [12] - 10:18,
11:18, 46:8, 53:22,
56:12, 58:20, 59:11,
62:1, 73:21, 73:22,
99:13, 105:12
**RULING** [2] - 17:9,
21:22, 58:2

# S

**SAFE** [2] - 56:15
**SAID** [29] - 8:21,
16:16, 17:17, 17:20,
27:6, 29:6, 31:6,
31:24, 32:1, 34:17,
40:24, 47:4, 55:5,
60:23, 61:22, 65:20,
66:15, 66:20, 78:25,
82:3, 85:18, 100:20,
101:12, 102:15,
106:22, 109:17,
110:10, 112:21,
113:3
**SALINE** [1] - 38:1
**SAME** [6] - 13:15,
28:7, 79:20, 97:12,
109:8, 112:24
**SAND** [1] - 52:21
**SAT** [1] - 67:22
**SAVER** [8] - 24:4,
24:7, 24:20, 25:6,
25:10, 25:15
**SAY** [66] - 8:19, 10:25,

18:22, 20:18, 24:22,
24:23, 26:13, 27:25,
29:2, 31:14, 32:10,
32:18, 32:21, 33:5,
33:16, 33:17, 36:8,
36:23, 38:9, 48:25,
51:24, 54:19, 55:8,
55:22, 58:18, 59:10,
61:11, 62:11, 63:12,
65:3, 65:8, 66:8,
67:12, 67:13, 68:7,
68:25, 69:8, 78:13,
78:17, 79:24, 81:5,
88:9, 88:15, 90:19,
90:21, 90:24, 91:7,
91:8, 94:17, 95:23,
98:19, 100:5,
100:14, 102:14,
103:5, 105:11,
106:8, 107:12,
107:14, 108:18,
108:21, 109:2,
110:15, 112:13,
112:20, 115:11
**SAYING** [15] - 18:24,
19:2, 41:18, 43:14,
67:2, 67:9, 67:20,
73:9, 76:10, 96:7,
96:22, 98:5, 103:11,
109:12, 111:6, 114:4
**SAYS** [39] - 11:25,
18:4, 20:21, 24:3,
25:22, 31:7, 32:1,
32:4, 34:6, 35:17,
37:5, 37:7, 39:18,
39:19, 39:23, 57:15,
62:14, 64:2, 64:6,
64:13, 71:18, 71:25,
72:13, 73:2, 73:4,
82:1, 83:10, 89:19,
93:9, 93:24, 100:7,
104:10, 104:19,
104:21, 105:1,
105:23, 108:1,
108:7, 108:9
**SCENARIO** [1] - 6:14
**SCOPE** [1] - 81:10
**SEALANT** [1] - 62:2
**SEAT** [1] - 10:3
**SECOND** [3] - 15:25,
55:22, 63:19
**SECONDS** [1] - 84:5
**SECTION** [28] - 7:5,
9:23, 10:17, 10:18,
10:19, 11:5, 18:16,
46:2, 46:5, 46:7,
46:13, 46:22, 47:7,
47:11, 47:12, 47:13,
47:14, 47:24, 48:16,
56:10, 56:23, 59:9,

59:10, 61:18, 73:22,
83:3, 99:14
**SECTIONS** [1] - 46:10
**SECTORS** [1] - 89:16
**SEE** [6] - 26:19, 39:13,
52:18, 78:2, 103:12,
110:7
**SEEK** [1] - 93:7
**SEEKING** [1] - 93:9
**SEEM** [3] - 36:17,
36:24, 67:15
**SEEMS** [11] - 10:23,
17:8, 22:2, 22:4,
34:23, 36:18, 66:25,
67:9, 73:8, 109:17,
112:16
**SEEN** [1] - 87:18
**SELIGMAN** [94] - 1:14,
3:12, 3:13, 5:14,
21:12, 22:17, 25:9,
34:12, 34:25, 45:2,
45:3, 45:11, 45:18,
45:25, 46:12, 47:5,
47:10, 48:8, 48:12,
48:19, 49:2, 49:22,
50:9, 50:16, 51:1,
51:5, 51:12, 51:18,
51:23, 52:2, 52:10,
52:17, 53:4, 53:12,
53:19, 54:3, 54:5,
54:18, 55:18, 56:4,
56:7, 56:16, 56:21,
56:25, 57:5, 57:23,
58:6, 58:13, 58:20,
59:1, 59:4, 59:7,
59:22, 60:1, 60:18,
60:23, 61:8, 61:11,
61:22, 61:25, 62:14,
63:10, 66:15, 69:8,
69:24, 70:2, 70:9,
70:12, 70:17, 71:10,
71:17, 71:23, 72:11,
72:17, 72:20, 73:19,
74:6, 75:2, 75:16,
75:21, 76:3, 76:14,
76:24, 78:13, 78:17,
79:23, 80:6, 82:20,
82:22, 82:25, 83:23,
84:1, 84:7, 110:8
**SELIGMAN'S** [1] -
9:18
**SEMICONDUCTORS**
[1] - 31:15
**SENSE** [5] - 24:25,
60:23, 63:7, 66:17,
111:7
**SENSIBLE** [1] - 73:10
**SENT** [2] - 17:16, 29:3
**SENTENCE** [4] -
46:17, 74:13, 74:14

**SEPARATE** [4] -
23:11, 54:22, 80:20,
83:13
**SEPARATED** [2] -
78:6, 83:16
**SEPTEMBER** [1] -
19:9
**SERIOUS** [1] - 95:17
**SET** [4] - 18:16,
105:15, 107:21,
109:7
**SETTLE** [1] - 56:14
**SETUP** [1] - 74:24
**SEVEN** [1] - 14:22
**SEVERAL** [3] - 21:22,
35:13, 90:9
**SHAKING** [1] - 28:19
**SHALL** [1] - 57:12
**SHARE** [1] - 53:10
**SHARING** [2] - 53:7,
55:20
**SHEDS** [1] - 77:19
**SHEETS** [1] - 31:8
**SHIFT** [1] - 16:6
**SHIFTED** [4] - 7:21,
7:24, 9:22, 26:1
**SHORT** [4] - 4:22,
27:11, 35:8, 38:23
**SHOT** [1] - 109:25
**SHOULD** [24] - 9:5,
27:20, 49:6, 49:8,
49:12, 49:23, 49:24,
52:24, 52:25, 59:9,
59:10, 60:2, 61:23,
79:15, 79:18, 96:1,
97:5, 97:10, 106:7,
107:4, 108:2, 109:5,
109:14, 112:15
**SHOW** [5] - 65:5,
88:18, 93:11, 93:18,
93:20
**SHOWING** [2] - 97:19,
109:8
**SHOWN** [3] - 43:8,
107:1, 107:2
**SHOWS** [2] - 30:11,
66:8
**SIDE** [4] - 5:17, 67:10,
111:8, 111:10
**SIDES** [2] - 30:3, 67:1
**SIGNATURE** [1] -
69:18
**SIGNIFICANCE** [3] -
46:20, 92:20, 115:12
**SIGNIFICANT** [73] -
7:13, 7:17, 8:18,
10:25, 11:1, 12:8,
14:15, 25:20, 28:14,
29:16, 29:23, 30:17,
31:6, 31:18, 32:4,

32:11, 34:7, 34:19,
35:20, 36:9, 37:13,
39:7, 40:20, 40:25,
42:18, 45:5, 45:9,
45:14, 45:17, 45:20,
46:8, 46:15, 46:19,
56:8, 57:11, 59:11,
59:14, 60:5, 60:11,
61:8, 62:10, 62:14,
62:22, 63:8, 63:11,
63:22, 63:24, 64:1,
64:5, 64:10, 64:11,
64:23, 65:3, 66:24,
67:6, 69:4, 73:23,
81:11, 99:13,
100:21, 101:5,
101:9, 101:15,
101:22, 108:2,
108:3, 108:8, 111:4,
111:5, 111:25,
112:8, 112:22
**SIGNIFICANTLY** [1] -
74:1
**SIMILAR** [4] - 5:24,
20:11, 22:24, 25:6
**SIMMONS** [2] - 3:14
**SIMPLE** [2] - 21:21,
86:16
**SIMPLY** [4] - 10:24,
11:21, 44:16, 94:17
**SINCE** [7] - 30:18,
30:21, 36:10, 39:8,
51:7, 68:23, 69:19
**SINGLE** [2] - 85:13,
93:13
**SIR** [2] - 46:12, 84:21
**SIT** [5] - 3:2, 6:9,
67:11, 91:20, 113:20
**SITTING** [3] - 51:4,
108:16, 115:4
**SITUATION** [24] -
9:14, 14:13, 15:17,
20:22, 24:20, 25:1,
25:3, 25:5, 25:20,
33:20, 40:19, 43:15,
45:15, 54:11, 56:2,
83:11, 99:10, 100:2,
100:3, 100:4,
100:12, 105:19,
105:20, 106:22
**SITUATIONS** [4] -
8:24, 43:6, 99:22
**SIX** [2] - 80:25, 81:4
**SKIP** [2] - 85:21
**SLOWER** [1] - 47:9
**SNU** [6] - 11:18,
12:13, 15:15, 54:14,
55:11, 56:12
**SNUN** [6] - 7:5, 7:11,
9:7, 14:17, 15:22,

112:16

**SNUNS** [7] - 19:12,
30:25, 39:14, 39:22,
44:1, 54:6, 90:8

**SNUR** [7] - 47:17,
81:17, 98:23,
102:25, 103:5,
105:12, 108:8

**SNURS** [4] - 99:13,
99:16, 99:17, 102:24

**SO** [137] - 4:17, 5:7,
6:8, 6:11, 7:19, 7:21,
8:11, 8:13, 8:21,
8:23, 9:2, 9:9, 10:1,
10:14, 11:21, 12:23,
14:4, 14:20, 15:16,
15:18, 16:14, 17:4,
17:12, 17:14, 17:15,
17:18, 17:20, 18:8,
18:22, 19:10, 19:14,
21:19, 22:6, 22:16,
23:4, 23:23, 23:24,
24:14, 24:25, 25:5,
25:7, 25:13, 26:3,
27:11, 31:20, 32:20,
34:9, 35:22, 35:25,
37:12, 37:17, 38:7,
40:2, 40:18, 42:8,
43:6, 43:12, 45:11,
45:16, 46:5, 47:13,
48:2, 49:2, 50:1,
51:9, 51:25, 54:10,
55:11, 55:17, 56:11,
56:24, 56:25, 57:7,
58:3, 61:2, 61:3,
61:16, 61:19, 62:13,
63:3, 63:14, 63:23,
65:2, 69:8, 72:10,
72:13, 73:14, 74:21,
74:24, 76:10, 78:16,
78:25, 80:1, 80:6,
80:14, 81:23, 82:17,
84:19, 86:2, 87:3,
88:22, 89:20, 90:17,
93:10, 95:2, 95:8,
95:20, 96:7, 96:25,
97:21, 97:23, 98:11,
98:14, 98:25, 100:2,
100:12, 101:8,
101:12, 101:15,
102:8, 102:22,
103:3, 104:14,
105:25, 107:10,
107:14, 108:1,
108:25, 109:12,
109:16, 111:17,
112:8, 112:14,
114:9, 114:24

**SOLD** [2] - 86:24, 87:1

**SOLELY** [1] - 102:2

**SOLICITS** [1] - 47:18

**SOME** [35] - 5:7,
16:17, 17:10, 24:14,
26:13, 28:19, 30:2,
30:13, 33:9, 34:25,
37:9, 42:24, 43:21,
43:25, 51:15, 62:14,
64:20, 65:10, 86:12,
89:5, 93:15, 93:18,
95:17, 97:18, 98:20,
100:24, 104:11,
106:7, 106:9,
106:15, 108:10,
111:23, 111:24,
113:22, 115:6

**SOMEBODY** [2] -
40:12, 106:14

**SOMEHOW** [1] - 96:9

**SOMEONE'S** [1] -
67:5

**SOMETHING** [28] -
13:20, 23:1, 27:5,
28:8, 30:10, 33:15,
38:9, 39:2, 40:5,
40:12, 42:14, 44:13,
50:5, 61:12, 62:21,
64:24, 66:18, 75:12,
75:25, 77:14, 77:17,
80:4, 80:8, 97:11,
111:25, 115:1,
115:4, 115:6

**SOMETIMES** [1] -
78:13

**SOMEWHAT** [1] - 67:1

**SOON** [2] - 67:3, 67:5

**SORRY** [15] - 3:19,
7:5, 9:9, 10:22, 20:3,
24:21, 32:6, 32:23,
47:9, 48:18, 48:22,
57:6, 63:12, 87:23,
88:1

**SORT** [8] - 18:17,
36:14, 51:15, 55:19,
57:3, 100:14, 109:4,
115:3

**SORTS** [1] - 37:9

**SOUGHT** [1] - 16:8

**SOURCE** [3] - 34:21,
46:7, 90:10

**SPEAK** [4] - 4:16,
5:24, 6:9, 6:10, 25:5,
38:12, 57:19, 69:16,
106:6

**SPEAKING** [4] - 5:8,
6:13, 22:18, 40:11

**SPECIES** [4] - 20:11,
22:21, 22:24

**SPECIFIC** [1] - 105:25

**SPECIFICALLY** [3] -
34:6, 56:23, 73:23

**SPECTRUM** [1] -
67:10

**SPECULATE** [1] -
28:24

**SPECULATING** [2] -
88:19, 102:10

**SPECULATION** [1] -
94:11

**SPECULATIVE** [4] -
30:4, 88:23, 88:25,
89:2

**SPEND** [1] - 40:8

**SPENDS** [1] - 86:4

**SPENT** [1] - 61:7

**SPILL** [1] - 86:12

**SPLIT** [1] - 65:22

**SPRAYED** [1] - 13:4

**SQUARE** [1] - 2:4

**STAFF** [2] - 4:24, 5:3

**STAGE** [4] - 16:11,
22:10, 29:18, 109:18

**STAKE** [2] - 10:3, 30:5

**STAND** [4] - 6:4, 6:5,
6:6, 92:13

**STANDARD** [1] -
35:15

**STANDING** [30] - 6:13,
84:18, 84:22, 84:24,
84:25, 85:2, 85:15,
85:17, 85:19, 88:2,
88:17, 91:6, 91:9,
91:17, 91:19, 92:1,
92:6, 92:9, 92:10,
92:15, 92:23, 93:3,
93:4, 93:6, 93:11,
93:19, 94:19, 95:18,
95:24

**STANDPOINT** [1] -
20:13

**START** [17] - 6:15,
6:16, 6:17, 6:21,
26:25, 37:2, 40:12,
45:5, 56:19, 61:5,
68:12, 71:16, 84:18,
84:19, 84:21, 84:25,
85:5

**STARTED** [2] - 40:24,
99:8

**STARTING** [6] - 3:7,
71:14, 76:3, 76:9,
78:22, 78:23

**STARTS** [2] - 26:14,
74:19

**STATED** [3] - 12:6,
34:18, 81:13

**STATEMENT** [1] -
110:21

**STATEMENTS** [1] -
102:13

**STATES** [18] - 1:1, 1:3,

1:15, 3:4, 3:10, 3:13,
5:8, 7:6, 18:4, 18:7,
19:17, 45:3, 49:5,
86:19, 87:9, 88:12,
92:4, 92:10

**STATUS** [2] - 58:24,
67:7

**STATUTE** [61] - 7:1,
7:14, 7:24, 9:4, 9:20,
11:25, 14:21, 16:1,
17:17, 18:4, 19:2,
19:9, 21:13, 23:18,
26:10, 27:2, 29:24,
32:1, 32:3, 35:5,
45:15, 46:6, 47:6,
47:12, 48:17, 49:3,
56:23, 57:8, 57:15,
59:2, 60:2, 61:18,
63:10, 63:15, 63:25,
64:16, 65:5, 65:23,
66:17, 68:1, 69:7,
69:9, 69:14, 70:23,
71:1, 71:2, 71:9,
73:16, 73:17, 73:22,
83:1, 99:13, 101:1,
101:2, 101:7,
104:17, 106:20,
108:1, 108:7, 108:11

**STATUTES** [2] - 70:3,
105:7

**STATUTORY** [8] -
45:9, 46:21, 69:10,
92:8, 100:18,
100:19, 101:4,
101:17

**STAY** [2] - 10:21,
103:7

**STAYING** [1] - 103:9

**STEAL** [1] - 9:18

**STENOTYPE** [1] -
1:22

**STENOTYPE-
COMPUTER** [1] -
1:22

**STEP** [10] - 19:21,
24:4, 24:7, 24:20,
25:6, 25:10, 25:15,
28:22

**STEP-SAVER** [8] -
24:4, 24:7, 24:20,
25:6, 25:10, 25:15

**STEPS** [1] - 112:9

**STETSON** [71] - 2:2,
3:22, 3:23, 5:17,
5:18, 8:22, 21:11,
26:20, 26:24, 27:4,
27:10, 27:16, 28:17,
28:24, 29:6, 30:13,
31:3, 32:13, 32:21,
33:4, 35:8, 36:25,

38:20, 38:22, 40:16,
41:9, 42:1, 42:16,
43:5, 43:17, 44:7,
44:22, 60:16, 60:20,
61:3, 61:21, 64:18,
64:25, 65:7, 65:21,
65:25, 66:3, 66:23,
67:18, 68:2, 70:10,
76:23, 77:13, 77:25,
78:4, 78:16, 78:20,
78:24, 80:1, 80:6,
82:9, 82:15, 82:19,
83:1, 84:4, 84:7,
92:23, 92:24, 93:1,
95:10, 95:12,
109:24, 110:12,
111:9, 112:4, 113:15

**STICKERS** [1] - 31:17

**STILL** [3] - 14:12,
25:11, 62:18

**STOP** [10] - 11:8, 14:4,
26:6, 41:1, 95:1,
100:9, 100:15,
100:22, 109:20

**STOPPING** [3] - 41:2,
41:4, 41:9

**STORY** [2] - 18:23,
52:23

**STRAIGHT** [2] - 26:9,
26:12

**STRAIGHTFORWAR
D** [1] - 22:8

**STREET** [5] - 1:15,
1:20, 2:5, 2:8, 2:12

**STRENGTHEN** [1] -
22:23

**STRICT** [4] - 70:22,
101:4, 106:14,
107:14

**STRONG** [1] - 26:11

**STRUCK** [1] - 30:4

**STRUCTURE** [1] -
46:17

**STUCK** [1] - 23:21

**STUDY** [2] - 13:10,
13:15

**STUFF** [3] - 64:16,
71:7, 71:13

**SUBJECT** [12] - 39:2,
39:3, 39:6, 41:19,
45:19, 53:12, 53:16,
53:22, 54:20, 74:15,
81:17, 102:15

**SUBJECTS** [1] - 112:6

**SUBMISSION** [1] -
101:25

**SUBMISSIONS** [2] -
43:21, 44:1

**SUBMIT** [5] - 100:8,
100:16, 100:20,

100:25, 101:8
**SUBMITTED** [10] -
34:3, 39:14, 39:20,
39:22, 40:21, 62:9,
62:11, 79:12,
101:15, 112:16
**SUBMITTING** [1] -
41:17
**SUBSECTION** [1] -
64:1
**SUBSEQUENT** [1] -
72:21
**SUBSTANCE** [44] -
42:6, 43:7, 43:12,
43:16, 44:16, 46:9,
46:15, 48:23, 59:13,
59:15, 59:17, 59:20,
60:10, 63:17, 63:20,
64:3, 64:7, 64:14,
64:17, 71:20, 72:1,
72:2, 72:7, 73:3,
73:5, 73:6, 73:7,
74:7, 74:9, 74:21,
75:22, 78:6, 78:7,
80:19, 80:22, 80:23,
80:25, 81:17, 83:12,
83:14, 83:15, 83:19,
83:20
**SUBSTANCES** [20] -
14:14, 44:8, 49:7,
49:9, 49:13, 49:18,
59:12, 59:13, 59:18,
59:23, 60:4, 60:7,
73:25, 74:15, 74:17,
77:10, 78:1, 81:10,
81:12, 110:18
**SUBSTANTIAL** [4] -
35:5, 60:21, 66:2,
97:19
**SUBSTANTIVE** [1] -
29:23
**SUBSTANTIVELY** [1]
- 29:20
**SUCCESS** [1] - 19:22
**SUCH** [4] - 49:9, 76:5,
79:19, 80:14
**SUED** [1] - 14:2
**SUFFER** [1] - 94:20
**SUFFERING** [1] -
94:21
**SUGGEST** [1] - 97:7
**SUGGESTED** [2] -
111:6, 114:5
**SUIT** [5] - 17:17,
17:18, 17:23, 17:25,
18:1
**SUITE** [1] - 1:15
**SUMMARY** [13] -
35:12, 50:14, 50:15,
50:23, 50:24, 52:1,

62:7, 72:3, 96:19,
103:15, 103:18,
114:1, 114:8
**SUPPLEMENTAL** [1] -
38:14
**SUPPLIES** [1] - 52:12
**SUPPLY** [1] - 52:15
**SUPPORT** [1] - 62:7
**SUPPORTS** [1] -
18:15
**SUPPOSE** [3] - 6:8,
40:12, 56:4
**SUPPOSED** [7] - 10:1,
42:11, 42:15, 42:19,
50:7, 61:19, 71:21
**SUPREME** [5] - 18:15,
85:18, 92:15, 93:17,
104:9
**SURE** [18] - 27:9,
28:17, 29:5, 41:15,
44:5, 47:10, 48:12,
51:18, 66:23, 77:25,
83:2, 84:6, 104:6,
105:4, 105:8,
109:14, 111:1,
113:18
**SURFACE** [5] - 10:11,
11:22, 14:13, 38:1,
88:24
**SURFACES** [5] - 11:2,
44:6, 55:11, 111:20
**SURFACTANT** [3] -
31:15, 39:20, 65:18
**SURPASS** [1] - 98:11
**SURPRISED** [1] -
102:19
**SURPRISES** [1] - 22:2
**SURREPLY** [2] - 81:4,
83:9
**SUSAN** [2] - 2:3, 3:25
**SUSPENSION** [3] -
19:8, 33:9
**SUSSMAN** [91] - 2:11,
2:12, 4:10, 4:11,
5:22, 44:23, 45:1,
77:3, 84:3, 84:12,
84:14, 84:19, 84:23,
85:1, 85:4, 85:9,
85:14, 85:16, 85:23,
86:1, 87:6, 87:11,
87:14, 87:17, 87:21,
87:23, 88:1, 88:3,
89:1, 89:7, 89:11,
89:13, 89:24, 90:1,
90:3, 90:5, 90:7,
90:19, 90:23, 91:1,
91:4, 91:10, 91:12,
91:15, 91:20, 91:23,
94:12, 95:16, 95:23,
96:17, 96:21, 96:25,

97:4, 97:13, 97:24,
98:8, 98:12, 99:7,
102:8, 102:12,
103:10, 103:17,
103:22, 104:4,
104:9, 104:22,
104:25, 105:3,
105:6, 105:10,
106:5, 106:21,
107:7, 107:11,
107:19, 108:4,
108:6, 109:19,
110:13, 110:15,
110:20, 110:23,
112:12, 112:20,
113:16, 113:20,
113:22, 114:4,
114:14, 114:19

## T

**TAB** [4] - 30:19, 37:19,
42:21, 79:10
**TABLE** [11] - 6:5, 6:6,
6:13, 10:3, 11:20,
12:15, 36:14, 36:20,
75:17, 84:17, 102:9
**TAG** [1] - 40:5
**TAGGED** [1] - 69:18
**TAILORED** [1] - 24:4
**TAKE** [16] - 10:15,
11:12, 11:21, 12:3,
16:15, 17:20, 18:9,
61:20, 68:15, 73:3,
73:18, 80:7, 86:2,
89:17, 115:3, 115:6
**TAKEAWAY** [1] - 42:2
**TAKEN** [1] - 56:5
**TAKES** [1] - 10:8
**TAKING** [6] - 6:23,
9:3, 18:13, 46:19,
67:1, 67:20
**TALK** [12] - 25:9,
26:20, 29:1, 36:4,
36:14, 44:20, 60:16,
68:21, 69:25, 71:6,
99:8, 106:2
**TALKED** [3] - 16:15,
110:23, 112:12
**TALKING** [24] - 15:7,
15:10, 18:19, 31:20,
33:13, 42:3, 43:20,
43:22, 52:23, 52:25,
61:7, 63:5, 63:18,
64:23, 74:20, 74:23,
76:8, 77:16, 80:12,
103:24, 109:9,
110:17, 111:25
**TALKS** [6] - 42:22,
61:18, 62:8, 71:2,

79:6, 81:9
**TARGETED** [1] -
84:16
**TARGETING** [2] -
31:10, 105:17
**TECHNICAL** [1] -
43:15
**TECHNOLOGIES** [2] -
1:6, 3:4
**TECHNOLOGY** [1] -
10:12
**TEE** [1] - 97:9
**TELL** [4] - 79:3, 97:17,
107:7, 111:14
**TELLING** [8] - 39:17,
43:13, 51:9, 65:2,
67:16, 89:22, 94:17,
94:18
**TELLS** [1] - 78:10
**TEMPORAL** [1] - 36:1
**TEN** [1] - 84:5
**TERM** [5] - 45:12,
60:6, 64:13, 66:1,
78:1
**TERMS** [10] - 18:24,
19:21, 27:17, 29:8,
29:21, 29:23, 59:13,
65:16, 66:5, 105:14
**TEST** [6] - 38:12,
41:15, 69:16, 96:11,
109:10, 110:24
**TESTED** [1] - 109:15
**TESTING** [2] - 38:18,
43:21
**TEUBNER** [2] - 5:2,
5:3
**TEXT** [2] - 46:6, 47:6
**THAN** [8] - 14:14,
55:7, 57:18, 65:6,
77:10, 77:20, 98:15,
105:25
**THANK** [22] - 4:18,
6:25, 26:22, 27:10,
45:1, 60:18, 60:19,
70:2, 76:25, 84:2,
84:11, 84:12, 91:24,
110:1, 110:6,
110:12, 113:14,
113:15, 114:3,
114:20, 114:24,
115:18
**THAT** [749] - 4:14,
4:17, 4:18, 5:13, 6:7,
6:8, 6:11, 6:13, 7:2,
7:4, 7:5, 7:6, 7:8,
7:15, 7:23, 8:1, 8:3,
8:17, 8:22, 9:5, 9:7,
9:14, 9:16, 9:19,
10:7, 10:10, 10:11,
11:3, 11:4, 11:7,

11:8, 11:9, 11:12,
11:13, 11:14, 11:21,
11:24, 11:25, 12:1,
12:6, 12:7, 12:19,
12:21, 13:3, 13:5,
13:6, 13:16, 13:21,
14:1, 14:15, 14:16,
14:19, 14:21, 14:24,
14:25, 15:5, 15:14,
15:17, 15:20, 15:21,
16:2, 16:3, 16:8,
16:13, 16:22, 16:23,
17:1, 17:5, 17:10,
17:17, 17:18, 18:2,
18:5, 18:7, 18:8,
18:15, 18:16, 18:21,
18:25, 19:3, 19:4,
19:8, 19:12, 19:16,
19:18, 19:19, 19:20,
19:25, 20:5, 20:9,
20:10, 20:11, 20:17,
20:20, 20:21, 20:22,
21:7, 21:15, 21:22,
21:23, 22:5, 22:20,
22:25, 23:5, 24:3,
24:5, 24:8, 24:17,
24:18, 24:22, 24:23,
24:25, 25:2, 25:4,
25:9, 25:16, 25:20,
25:21, 25:22, 25:23,
26:1, 26:2, 26:4,
26:5, 26:6, 26:9,
26:13, 26:17, 26:25,
27:4, 27:13, 27:14,
27:19, 27:20, 28:2,
28:3, 28:4, 28:5,
28:6, 28:7, 28:8,
28:16, 29:4, 29:9,
29:13, 29:19, 30:2,
30:10, 30:11, 30:14,
30:15, 30:17, 30:18,
30:20, 30:23, 30:25,
31:1, 31:4, 31:5,
31:10, 31:12, 31:13,
31:17, 31:23, 31:24,
32:8, 32:11, 32:12,
32:21, 33:2, 33:3,
33:6, 33:9, 33:11,
33:12, 33:13, 33:15,
33:17, 33:19, 33:20,
33:21, 33:23, 34:14,
34:19, 34:20, 34:23,
35:7, 35:13, 35:18,
35:23, 36:2, 36:5,
36:8, 36:11, 36:15,
36:17, 36:20, 36:23,
36:24, 37:6, 37:7,
37:13, 37:16, 37:17,
37:22, 38:3, 38:5,
38:7, 38:9, 38:10,
38:14, 38:16, 38:19,

38:25, 39:2, 39:7,
39:9, 39:10, 39:13,
39:15, 39:17, 39:21,
39:22, 39:23, 40:3,
40:5, 40:7, 40:8,
40:10, 40:11, 40:23,
40:25, 41:12, 41:14,
41:15, 41:16, 42:2,
42:10, 42:12, 42:14,
42:17, 42:23, 42:25,
43:2, 43:8, 43:9,
43:11, 43:19, 43:24,
44:1, 44:2, 44:3,
44:7, 44:11, 44:18,
45:12, 45:13, 45:14,
45:18, 45:21, 46:14,
46:15, 46:17, 46:25,
47:3, 47:16, 47:19,
47:21, 47:22, 47:23,
48:5, 48:6, 48:7,
48:11, 48:14, 48:25,
49:2, 49:4, 49:6,
49:7, 49:10, 49:14,
49:16, 49:20, 50:8,
50:10, 50:11, 50:12,
50:17, 50:20, 50:21,
51:10, 51:14, 51:18,
51:20, 51:21, 51:23,
52:1, 52:7, 52:11,
52:12, 52:18, 52:19,
52:22, 53:2, 53:6,
53:21, 53:25, 54:1,
54:7, 54:13, 54:14,
54:15, 54:19, 54:23,
54:25, 55:11, 55:13,
55:19, 56:5, 56:12,
56:15, 56:20, 57:1,
57:6, 57:10, 57:11,
57:12, 57:18, 57:20,
57:21, 57:22, 57:23,
58:1, 58:8, 58:11,
58:25, 59:16, 59:19,
60:6, 60:7, 60:12,
60:22, 60:23, 60:24,
60:25, 61:2, 61:5,
61:11, 61:18, 61:20,
61:21, 61:22, 61:23,
61:25, 62:8, 62:9,
62:13, 62:20, 62:23,
62:24, 63:1, 63:6,
63:8, 63:10, 64:2,
64:7, 64:11, 64:24,
65:6, 65:9, 65:10,
65:11, 65:19, 65:20,
66:6, 66:8, 66:12,
66:16, 66:19, 66:25,
67:18, 67:20, 67:21,
67:23, 68:4, 68:6,
68:7, 68:16, 68:17,
68:18, 68:20, 68:22,
68:24, 68:25, 69:2,

69:3, 69:6, 69:9,
69:12, 69:17, 70:7,
70:10, 70:13, 70:16,
70:19, 70:20, 70:22,
71:8, 71:15, 71:22,
72:5, 72:7, 72:10,
72:11, 72:25, 73:1,
73:7, 73:9, 73:10,
73:11, 73:18, 74:6,
74:7, 74:11, 75:2,
75:3, 75:4, 75:7,
75:12, 75:25, 76:1,
76:10, 77:7, 77:10,
77:13, 77:14, 77:17,
77:24, 78:1, 78:2,
78:5, 78:6, 78:7,
78:10, 78:17, 78:18,
78:19, 79:4, 79:11,
79:13, 80:7, 80:10,
80:11, 80:15, 80:17,
81:2, 81:3, 81:4,
81:7, 81:10, 81:11,
81:13, 81:16, 81:24,
82:1, 82:11, 82:18,
83:6, 83:7, 83:24,
84:5, 84:8, 84:10,
85:5, 85:9, 85:10,
85:18, 85:21, 86:1,
86:13, 86:19, 86:20,
86:21, 86:24, 87:4,
87:7, 87:10, 87:19,
88:5, 88:7, 88:8,
88:9, 88:10, 88:13,
88:14, 88:16, 88:18,
88:19, 88:23, 88:25,
89:2, 89:3, 89:7,
89:8, 89:12, 89:14,
89:18, 89:20, 90:2,
90:9, 90:10, 90:12,
90:20, 91:3, 91:5,
91:6, 91:7, 91:23,
92:2, 92:3, 92:5,
92:9, 92:21, 93:4,
93:10, 93:13, 93:18,
93:20, 93:23, 93:25,
94:2, 94:3, 94:5,
94:7, 94:15, 94:22,
94:23, 95:1, 95:3,
95:4, 95:6, 96:2,
96:3, 96:7, 96:12,
97:5, 97:8, 97:9,
97:10, 97:11, 97:21,
98:3, 98:5, 98:11,
98:12, 98:14, 98:17,
98:19, 98:22, 99:9,
99:12, 99:16, 99:18,
99:23, 99:24, 100:2,
100:3, 100:9,
100:12, 100:16,
100:24, 101:9,
101:10, 101:11,

101:17, 101:22,
102:14, 102:16,
102:20, 102:25,
103:6, 103:8,
103:14, 103:22,
103:23, 103:25,
104:3, 104:5, 104:6,
104:10, 104:13,
104:15, 104:19,
104:21, 104:23,
104:25, 105:1,
105:5, 105:11,
105:13, 105:14,
105:17, 105:19,
105:20, 105:23,
105:25, 106:1,
106:3, 106:4,
106:10, 106:12,
106:13, 106:19,
106:24, 107:2,
107:3, 107:11,
107:13, 107:15,
107:17, 107:19,
107:21, 107:22,
107:23, 108:2,
108:7, 108:8,
108:10, 108:11,
108:14, 108:18,
108:21, 108:23,
109:3, 109:5, 109:8,
109:10, 109:13,
109:15, 109:18,
110:10, 110:17,
110:22, 110:24,
110:25, 111:1,
111:2, 111:7,
111:10, 111:11,
111:13, 111:15,
111:16, 111:17,
112:1, 112:5, 112:6,
112:9, 112:13,
112:14, 112:15,
112:16, 112:17,
112:19, 112:21,
112:22, 112:24,
113:4, 114:1, 114:4,
114:5, 114:9,
114:15, 114:22,
114:24, 114:25,
115:21

**THAT'S** [94] - 6:1,
6:10, 6:11, 7:7, 7:12,
9:17, 10:13, 11:16,
13:19, 13:20, 14:3,
14:8, 18:18, 19:20,
21:10, 21:14, 23:4,
23:5, 25:17, 25:21,
25:24, 25:25, 26:16,
27:15, 28:23, 30:21,
32:3, 33:4, 33:15,
35:5, 35:8, 35:9,

38:23, 41:24, 43:12,
43:23, 44:14, 47:5,
51:1, 52:8, 52:23,
52:24, 53:15, 54:17,
55:25, 56:2, 56:21,
57:15, 58:22, 59:20,
59:22, 59:24, 61:14,
64:19, 64:20, 65:1,
65:14, 66:22, 69:5,
71:10, 71:23, 72:17,
73:15, 75:9, 76:14,
76:24, 77:15, 78:8,
80:7, 83:8, 83:15,
84:1, 89:15, 93:5,
93:8, 94:25, 96:11,
101:1, 102:4, 102:5,
106:2, 106:21,
107:17, 108:6,
108:18, 109:4,
109:21, 111:7,
112:22, 112:23,
113:14, 114:19,
115:13

**THE** [1458] - 1:1, 1:2,
1:10, 1:17, 2:6, 3:2,
3:7, 3:10, 3:11, 3:13,
3:17, 3:18, 3:21,
3:23, 4:6, 4:7, 4:8,
4:12, 4:16, 4:21,
4:22, 4:24, 5:1, 5:5,
5:8, 5:12, 5:14, 5:15,
5:16, 5:18, 5:20,
5:21, 5:23, 5:25, 6:1,
6:2, 6:4, 6:5, 6:6,
6:9, 6:13, 6:14, 6:15,
6:17, 6:20, 6:21,
6:23, 6:24, 7:1, 7:2,
7:3, 7:4, 7:8, 7:10,
7:12, 7:14, 7:15,
7:18, 7:19, 7:21,
7:22, 7:24, 7:25, 8:1,
8:2, 8:3, 8:6, 8:9,
8:11, 8:12, 8:14,
8:18, 8:25, 9:2, 9:3,
9:4, 9:5, 9:6, 9:7,
9:8, 9:10, 9:11, 9:13,
9:15, 9:16, 9:19,
9:20, 9:21, 9:22,
9:23, 9:24, 10:1,
10:3, 10:6, 10:10,
10:14, 10:20, 10:21,
10:23, 10:25, 11:1,
11:3, 11:4, 11:6,
11:8, 11:9, 11:10,
11:11, 11:12, 11:14,
11:15, 11:16, 11:18,
11:19, 11:20, 11:24,
11:25, 12:2, 12:3,
12:4, 12:5, 12:8,
12:10, 12:11, 12:12,
12:13, 12:14, 12:15,

12:16, 12:17, 12:20,
12:21, 12:25, 13:2,
13:5, 13:6, 13:9,
13:10, 13:13, 13:15,
13:16, 13:19, 13:21,
14:1, 14:10, 14:12,
14:16, 14:18, 14:20,
14:21, 14:22, 14:23,
14:24, 15:1, 15:3,
15:4, 15:9, 15:11,
15:13, 15:14, 15:15,
15:18, 15:22, 15:25,
16:1, 16:2, 16:3,
16:5, 16:6, 16:8,
16:10, 16:11, 16:13,
16:18, 16:20, 16:22,
16:23, 16:24, 17:2,
17:5, 17:6, 17:8,
17:12, 17:13, 17:15,
17:16, 17:17, 17:18,
17:19, 17:22, 18:1,
18:2, 18:3, 18:4,
18:5, 18:6, 18:8,
18:9, 18:10, 18:12,
18:13, 18:14, 18:18,
18:19, 18:20, 18:23,
18:25, 19:1, 19:5,
19:7, 19:9, 19:11,
19:12, 19:16, 19:17,
19:19, 19:20, 19:23,
19:24, 19:25, 20:2,
20:4, 20:7, 20:9,
20:11, 20:17, 20:19,
20:24, 21:3, 21:4,
21:5, 21:7, 21:8,
21:9, 21:12, 21:13,
21:15, 21:16, 21:17,
21:19, 21:21, 21:23,
21:24, 21:25, 22:4,
22:5, 22:6, 22:7,
22:8, 22:13, 22:14,
22:19, 22:20, 22:21,
22:23, 22:25, 23:2,
23:3, 23:6, 23:8,
23:12, 23:15, 23:20,
23:21, 23:24, 23:25,
24:4, 24:5, 24:11,
24:12, 24:16, 24:17,
24:18, 24:23, 24:25,
25:1, 25:2, 25:3,
25:8, 25:10, 25:13,
25:14, 25:15, 25:17,
25:22, 25:25, 26:1,
26:2, 26:4, 26:5,
26:7, 26:9, 26:12,
26:16, 26:19, 26:25,
27:1, 27:2, 27:9,
27:11, 27:13, 27:15,
27:19, 27:20, 27:21,
27:23, 28:3, 28:4,
28:6, 28:7, 28:8,

28:10, 28:12, 28:15,
28:18, 28:19, 28:21,
28:22, 29:1, 29:3,
29:5, 29:7, 29:8,
29:9, 29:13, 29:15,
29:22, 29:23, 29:25,
30:1, 30:2, 30:3,
30:5, 30:11, 30:14,
30:15, 30:17, 30:19,
30:21, 30:23, 30:24,
30:25, 31:4, 31:5,
31:7, 31:14, 31:18,
31:21, 31:23, 31:24,
32:1, 32:2, 32:3,
32:6, 32:9, 32:14,
32:18, 32:20, 32:25,
33:1, 33:2, 33:4,
33:6, 33:10, 33:21,
34:4, 34:7, 34:11,
34:12, 34:13, 34:14,
34:15, 34:17, 34:21,
34:23, 35:1, 35:4,
35:5, 35:8, 35:10,
35:11, 35:13, 35:14,
35:17, 35:18, 36:4,
36:12, 36:13, 36:14,
36:20, 36:22, 37:1,
37:2, 37:6, 37:7,
37:16, 37:18, 37:19,
37:22, 38:3, 38:8,
38:14, 38:16, 38:17,
38:18, 38:21, 38:23,
38:25, 39:8, 39:9,
39:11, 39:13, 39:14,
39:15, 39:21, 40:2,
40:6, 40:7, 40:13,
40:14, 40:19, 41:6,
41:7, 41:9, 41:12,
41:13, 41:14, 41:19,
41:21, 41:22, 41:24,
42:1, 42:5, 42:6,
42:8, 42:9, 42:16,
42:20, 42:21, 42:22,
42:23, 43:4, 43:11,
43:13, 43:14, 43:15,
43:19, 43:21, 43:24,
44:1, 44:2, 44:5,
44:11, 44:19, 44:20,
44:25, 45:3, 45:5,
45:9, 45:12, 45:15,
45:16, 45:17, 45:21,
45:22, 45:23, 46:1,
46:3, 46:6, 46:7,
46:9, 46:14, 46:17,
46:18, 46:20, 46:24,
46:25, 47:1, 47:2,
47:3, 47:6, 47:9,
47:11, 47:12, 47:13,
47:17, 47:19, 47:20,
47:21, 47:22, 47:25,
48:2, 48:3, 48:5,

48:8, 48:10, 48:15,
48:17, 48:18, 48:21,
48:24, 49:3, 49:4,
49:8, 49:11, 49:14,
49:15, 49:16, 49:17,
49:19, 49:20, 49:22,
49:25, 50:1, 50:2,
50:5, 50:11, 50:12,
50:14, 50:16, 50:17,
50:19, 50:20, 50:22,
50:24, 51:3, 51:5,
51:6, 51:7, 51:9,
51:10, 51:12, 51:13,
51:16, 51:19, 51:20,
51:25, 52:2, 52:5,
52:10, 52:11, 52:12,
52:13, 52:14, 52:21,
52:22, 53:2, 53:3,
53:5, 53:8, 53:9,
53:14, 53:17, 53:19,
53:20, 53:21, 53:24,
54:2, 54:4, 54:5,
54:7, 54:9, 54:10,
54:11, 54:15, 54:17,
54:18, 54:19, 54:20,
55:2, 55:3, 55:4,
55:7, 55:9, 55:12,
55:15, 55:18, 55:19,
55:21, 55:24, 56:1,
56:4, 56:6, 56:7,
56:8, 56:9, 56:11,
56:12, 56:14, 56:16,
56:18, 56:20, 56:21,
56:22, 56:23, 56:24,
56:25, 57:1, 57:2,
57:7, 57:8, 57:10,
57:13, 57:15, 57:17,
57:18, 57:22, 57:25,
58:1, 58:2, 58:3,
58:5, 58:6, 58:7,
58:8, 58:10, 58:11,
58:14, 58:15, 58:17,
58:20, 58:21, 58:22,
59:2, 59:3, 59:6,
59:7, 59:8, 59:19,
59:20, 59:21, 59:24,
60:2, 60:3, 60:6,
60:9, 60:10, 60:12,
60:13, 60:14, 60:15,
60:19, 60:21, 60:22,
61:5, 61:12, 61:13,
61:16, 61:17, 61:18,
61:22, 61:23, 61:24,
62:1, 62:6, 62:8,
62:9, 62:10, 62:13,
62:15, 62:16, 62:17,
62:20, 62:21, 62:23,
62:24, 63:3, 63:4,
63:11, 63:13, 63:14,
63:16, 63:19, 63:23,
63:24, 63:25, 64:1,

64:4, 64:7, 64:9,
64:12, 64:13, 64:15,
64:16, 64:19, 64:20,
65:1, 65:5, 65:9,
65:11, 65:12, 65:16,
65:17, 65:19, 65:23,
66:1, 66:6, 66:9,
66:12, 66:14, 66:17,
66:22, 66:24, 67:1,
67:9, 67:10, 67:11,
67:14, 67:19, 67:23,
67:25, 68:1, 68:6,
68:7, 68:11, 68:13,
68:20, 68:22, 68:23,
68:24, 68:25, 69:1,
69:3, 69:6, 69:7,
69:9, 69:10, 69:14,
69:15, 69:17, 69:19,
69:20, 69:22, 69:23,
70:3, 70:5, 70:6,
70:10, 70:11, 70:13,
70:15, 70:21, 70:24,
71:1, 71:2, 71:6,
71:7, 71:9, 71:12,
71:14, 71:18, 71:19,
71:20, 71:25, 72:4,
72:5, 72:9, 72:10,
72:12, 72:13, 72:14,
72:17, 72:19, 72:22,
72:23, 72:25, 73:2,
73:3, 73:5, 73:8,
73:10, 73:14, 73:15,
73:16, 73:17, 73:20,
73:21, 73:22, 73:24,
73:25, 74:2, 74:3,
74:5, 74:7, 74:9,
74:10, 74:12, 74:13,
74:14, 74:15, 74:16,
74:18, 74:19, 74:20,
74:21, 74:22, 75:3,
75:8, 75:9, 75:11,
75:13, 75:14, 75:17,
75:18, 75:19, 75:20,
75:24, 76:5, 76:7,
76:9, 76:16, 76:21,
76:22, 77:1, 77:4,
77:6, 77:7, 77:8,
77:9, 77:14, 77:20,
77:24, 77:25, 78:5,
78:8, 78:9, 78:10,
78:12, 78:18, 78:21,
78:22, 78:23, 78:25,
79:3, 79:5, 79:7,
79:9, 79:10, 79:12,
79:21, 79:23, 80:3,
80:11, 80:12, 80:15,
80:21, 81:1, 81:2,
81:4, 81:5, 81:7,
81:8, 81:9, 81:10,
81:14, 81:15, 81:16,
81:17, 81:18, 81:19,

81:20, 81:25, 82:1,
82:4, 82:5, 82:6,
82:7, 82:10, 82:11,
82:13, 82:14, 82:15,
82:17, 82:20, 82:23,
83:2, 83:6, 83:7,
83:9, 83:10, 83:11,
83:13, 83:15, 83:16,
83:22, 83:24, 84:3,
84:6, 84:8, 84:9,
84:13, 84:17, 84:18,
84:20, 84:21, 84:24,
84:25, 85:3, 85:6,
85:7, 85:11, 85:15,
85:18, 85:21, 85:25,
86:13, 86:14, 86:17,
86:19, 86:21, 86:25,
87:4, 87:8, 87:10,
87:12, 87:15, 87:20,
87:22, 87:25, 88:2,
88:5, 88:11, 88:12,
88:16, 88:17, 88:22,
88:23, 88:24, 88:25,
89:2, 89:5, 89:10,
89:12, 89:14, 89:22,
89:25, 90:2, 90:4,
90:6, 90:8, 90:12,
90:15, 90:17, 90:21,
90:22, 90:24, 90:25,
91:3, 91:6, 91:8,
91:11, 91:13, 91:14,
91:16, 91:18, 91:22,
91:24, 91:25, 92:4,
92:9, 92:10, 92:14,
92:16, 92:18, 92:19,
92:20, 92:22, 92:25,
93:1, 93:2, 93:3,
93:5, 93:10, 93:13,
93:14, 93:15, 93:16,
93:17, 93:19, 93:23,
93:24, 93:25, 94:2,
94:4, 94:5, 94:7,
94:13, 94:14, 94:16,
94:22, 94:23, 94:25,
95:2, 95:4, 95:5,
95:7, 95:11, 95:15,
95:19, 95:20, 95:21,
95:24, 96:1, 96:4,
96:8, 96:11, 96:14,
96:15, 96:18, 96:19,
96:20, 96:24, 97:1,
97:2, 97:7, 97:8,
97:11, 97:12, 97:13,
97:15, 97:20, 97:22,
97:24, 98:1, 98:2,
98:4, 98:7, 98:10,
98:13, 98:16, 98:17,
98:19, 98:25, 99:2,
99:6, 99:7, 99:8,
99:9, 99:10, 99:11,
99:12, 99:13, 99:14,

99:19, 99:20, 99:21,
99:23, 100:4, 100:5,
100:6, 100:8,
100:10, 100:13,
100:17, 100:18,
100:23, 100:25,
101:1, 101:2, 101:6,
101:7, 101:13,
101:17, 101:19,
101:20, 101:21,
101:23, 101:25,
102:1, 102:2, 102:4,
102:7, 102:9,
102:10, 102:13,
102:16, 102:19,
102:23, 102:25,
103:1, 103:5, 103:7,
103:9, 103:12,
103:15, 103:18,
103:20, 103:23,
103:25, 104:1,
104:3, 104:5, 104:7,
104:9, 104:11,
104:12, 104:16,
104:17, 104:18,
104:23, 105:2,
105:4, 105:8,
105:11, 105:14,
105:19, 105:20,
105:23, 105:25,
106:1, 106:2, 106:4,
106:7, 106:10,
106:16, 106:17,
106:18, 106:19,
106:20, 107:1,
107:3, 107:8, 107:9,
107:10, 107:17,
107:21, 108:1,
108:3, 108:5, 108:7,
108:11, 108:12,
108:14, 108:18,
108:19, 108:23,
108:24, 109:4,
109:7, 109:8,
109:10, 109:16,
109:21, 109:22,
109:24, 110:3,
110:5, 110:9,
110:10, 110:14,
110:16, 110:21,
110:23, 110:24,
110:25, 111:3,
111:5, 111:6, 111:8,
111:9, 111:15,
111:19, 111:21,
111:22, 111:24,
112:2, 112:3, 112:4,
112:7, 112:20,
112:21, 112:23,
112:25, 113:3,
113:4, 113:6, 113:9,

113:11, 113:14,
113:18, 113:21,
113:23, 113:24,
113:25, 114:3,
114:4, 114:12,
114:15, 114:16,
114:17, 114:20,
115:7, 115:10,
115:12, 115:14,
115:18, 115:21,
115:22

**THEIR** [23] - 21:7,
22:11, 25:21, 29:3,
29:13, 43:2, 53:13,
61:14, 70:16, 70:18,
79:16, 81:13, 83:8,
90:7, 93:6, 93:11,
96:4, 101:14, 102:9,
102:20, 109:15,
114:23

**THEIRS** [1] - 96:10

**THEM** [22] - 8:23,
20:5, 22:1, 23:18,
26:3, 27:19, 27:23,
30:14, 33:24, 35:2,
37:23, 43:19, 55:25,
65:5, 65:10, 86:12,
90:16, 94:24, 98:21,
112:11, 113:13,
114:8

**THEME** [1] - 49:19

**THEMSELVES** [1] -
3:7

**THEN** [63] - 4:16, 5:12,
6:15, 10:2, 10:6,
11:19, 12:14, 12:17,
14:2, 14:3, 15:9,
17:25, 19:5, 19:6,
19:9, 19:12, 20:9,
20:20, 23:6, 24:14,
26:14, 27:2, 28:13,
32:25, 39:21, 40:14,
40:17, 40:18, 42:13,
43:8, 46:3, 48:6,
48:12, 52:15, 54:15,
55:11, 56:19, 64:20,
66:7, 66:9, 67:6,
67:12, 69:20, 71:21,
72:14, 73:4, 74:19,
75:13, 76:1, 77:4,
78:22, 80:8, 85:19,
91:17, 95:5, 99:5,
102:24, 103:5,
107:4, 108:9,
109:24, 109:25

**THEORY** [4] - 26:8,
27:2, 67:25, 77:16

**THERE** [120] - 6:16,
7:11, 7:13, 7:23, 8:3,
8:10, 8:13, 9:1, 9:5,

9:20, 10:17, 13:1,
13:15, 15:8, 15:11,
15:12, 15:18, 16:3,
16:17, 16:24, 17:4,
17:9, 19:1, 19:22,
20:14, 23:12, 26:3,
27:18, 27:22, 29:10,
29:11, 31:12, 33:7,
33:8, 35:13, 35:15,
36:18, 36:25, 40:1,
42:11, 43:6, 43:18,
48:11, 51:14, 52:14,
52:18, 54:23, 56:1,
67:16, 69:2, 69:6,
71:13, 71:18, 73:4,
73:9, 74:22, 76:6,
77:1, 77:2, 81:7,
84:16, 85:16, 85:19,
86:16, 87:6, 87:7,
88:6, 88:9, 89:21,
90:12, 90:15, 94:15,
94:16, 94:18, 95:3,
95:10, 96:3, 96:13,
96:15, 97:8, 97:10,
97:16, 97:17, 98:8,
98:20, 99:17, 99:18,
99:22, 100:11,
100:24, 101:3,
101:25, 103:19,
103:20, 104:7,
104:10, 104:11,
104:17, 104:20,
104:24, 104:25,
106:7, 107:20,
108:10, 108:11,
108:23, 109:20,
111:4, 112:8, 113:2,
113:3, 113:12,
113:19, 114:6,
114:7, 114:9, 115:7

**THERE'S** [20] - 10:18,
11:17, 16:9, 23:11,
25:19, 27:6, 35:10,
37:6, 39:18, 42:5,
61:3, 61:5, 88:13,
95:8, 95:13, 97:18,
97:20, 103:1, 107:15

**THEREFORE** [13] -
24:19, 32:5, 34:5,
41:1, 45:19, 53:15,
58:7, 62:19, 69:4,
72:9, 83:22, 83:23,
94:9

**THESE** [41] - 8:24,
11:18, 15:1, 18:9,
19:13, 22:5, 26:4,
28:19, 28:22, 30:21,
31:5, 31:8, 31:9,
33:12, 33:14, 35:1,
36:3, 37:8, 38:2,
38:4, 39:23, 39:24,

40:1, 40:2, 41:2,
41:4, 44:17, 44:24,
56:12, 62:3, 66:10,
70:8, 71:15, 88:10,
88:13, 88:19, 93:9,
101:24, 102:16,
105:24

**THEY** [86] - 8:17, 8:19,
8:20, 8:21, 8:23,
9:16, 11:7, 12:6,
13:17, 13:23, 14:4,
18:20, 18:22, 23:7,
24:6, 24:14, 26:11,
27:13, 27:25, 31:14,
32:21, 33:25, 34:3,
35:24, 36:23, 37:21,
38:16, 38:17, 38:18,
38:19, 38:22, 38:24,
38:25, 39:1, 39:6,
40:13, 50:10, 52:4,
53:20, 53:22, 54:22,
55:14, 55:24, 56:6,
58:25, 65:5, 67:13,
70:17, 74:3, 74:25,
75:3, 79:16, 80:1,
80:4, 86:8, 86:15,
92:8, 93:7, 93:10,
93:13, 98:5, 99:23,
100:4, 100:14,
101:9, 101:10,
101:11, 101:14,
101:15, 101:16,
102:9, 102:15,
107:12, 107:22,
109:13, 109:14,
113:8

**THING** [27] - 20:9,
32:8, 33:5, 33:17,
33:25, 36:15, 36:22,
36:24, 49:1, 60:23,
69:2, 78:10, 79:7,
79:20, 80:11, 81:5,
81:24, 94:12, 95:24,
98:19, 98:22, 99:7,
105:11, 109:5,
109:6, 112:20, 114:4

**THINGS** [18] - 30:1,
30:14, 30:24, 31:5,
31:7, 31:24, 33:1,
33:2, 35:18, 36:14,
39:9, 42:22, 61:5,
61:22, 62:14, 64:21,
64:22, 93:24

**THINK** [142] - 8:23,
9:3, 12:19, 12:23,
13:14, 14:23, 16:1,
25:7, 25:8, 27:3,
27:15, 27:18, 27:22,
28:3, 28:25, 29:18,
29:21, 29:22, 30:13,
31:4, 32:13, 33:18,

34:1, 34:15, 34:24,
36:25, 37:6, 38:10,
38:25, 40:16, 40:24,
41:10, 42:16, 43:17,
47:5, 50:16, 51:14,
52:8, 52:19, 55:18,
61:3, 61:5, 61:8,
61:21, 63:3, 63:23,
64:19, 65:6, 65:7,
65:8, 65:21, 66:3,
66:16, 67:18, 68:2,
68:4, 68:6, 70:6,
70:16, 71:14, 71:22,
73:14, 73:15, 75:2,
77:12, 77:13, 77:15,
77:16, 78:12, 79:23,
82:9, 82:17, 82:25,
85:10, 85:16, 87:6,
87:7, 87:11, 88:3,
88:9, 88:17, 88:21,
89:2, 89:7, 89:11,
89:12, 89:13, 89:20,
90:5, 90:7, 90:20,
91:1, 91:5, 91:15,
93:5, 94:14, 95:24,
96:2, 96:7, 96:10,
96:11, 96:12, 97:9,
97:24, 98:3, 98:15,
98:25, 99:4, 99:9,
101:9, 101:16,
101:19, 102:4,
102:8, 102:17,
102:22, 103:3,
103:7, 103:11,
103:23, 104:9,
104:15, 104:25,
106:2, 106:4,
106:13, 107:11,
107:15, 107:18,
107:19, 107:23,
108:6, 108:17,
109:19, 111:3,
111:9, 111:15,
111:17, 112:9,
114:9, 114:15

**THINKING** [3] - 13:15,
27:17, 70:7

**THINNER** [2] - 95:3,
95:6

**THIRTEENTH** [1] - 2:5

**THIS** [206] - 6:6, 6:17,
6:22, 7:11, 7:13,
8:11, 9:10, 9:14,
10:16, 10:24, 11:1,
11:17, 13:25, 14:7,
14:8, 14:16, 14:17,
14:18, 14:24, 15:4,
15:18, 15:22, 16:2,
16:4, 16:8, 16:11,
16:20, 16:21, 17:11,
17:13, 17:15, 17:23,

18:25, 20:7, 20:25,
21:5, 21:17, 22:9,
22:20, 22:24, 23:16,
23:17, 24:17, 24:19,
24:23, 24:24, 25:5,
26:17, 27:6, 27:12,
27:17, 28:1, 28:2,
28:9, 28:10, 28:14,
29:1, 29:11, 29:17,
29:18, 29:21, 30:8,
30:12, 30:15, 30:17,
31:15, 31:16, 31:19,
32:2, 32:11, 32:16,
32:19, 33:5, 33:6,
33:7, 33:20, 34:2,
34:5, 34:9, 34:11,
35:23, 35:24, 35:25,
36:8, 37:1, 37:8,
37:13, 37:19, 37:20,
38:7, 38:9, 39:13,
39:18, 40:4, 40:10,
40:15, 41:3, 41:4,
41:5, 41:6, 41:11,
41:12, 42:8, 43:21,
43:25, 44:16, 44:17,
44:18, 45:6, 46:20,
49:1, 49:5, 51:17,
52:3, 52:15, 55:6,
55:12, 55:16, 56:2,
57:9, 60:16, 60:21,
60:22, 62:13, 62:20,
62:23, 63:5, 63:14,
64:1, 66:16, 67:3,
67:14, 68:8, 68:9,
68:10, 68:21, 69:12,
69:13, 69:14, 69:19,
69:21, 70:5, 70:18,
71:8, 74:16, 76:8,
77:19, 78:9, 78:25,
79:20, 80:13, 80:18,
81:6, 81:8, 81:25,
82:6, 83:21, 84:15,
85:17, 90:16, 92:5,
92:6, 93:18, 94:4,
94:25, 96:22, 96:25,
97:17, 98:10, 98:17,
98:25, 99:9, 100:5,
100:13, 100:16,
101:18, 101:22,
102:18, 103:3,
103:4, 103:7, 104:1,
105:12, 105:22,
106:1, 106:13,
107:8, 108:16,
109:18, 111:12,
111:16, 111:20,
112:10, 112:22,
112:25, 113:10,
114:21, 114:24,
115:1, 115:4, 115:12

**THOSE** [48] - 9:12,

10:8, 15:19, 16:5, 16:16, 18:13, 22:9, 22:14, 22:16, 22:18, 24:22, 26:2, 27:22, 32:25, 33:1, 37:15, 42:25, 43:9, 43:10, 44:7, 46:10, 49:12, 59:13, 62:2, 63:16, 65:10, 67:15, 67:18, 68:11, 68:20, 74:10, 79:24, 82:8, 86:11, 87:1, 89:6, 89:8, 89:16, 92:18, 94:10, 94:16, 95:25, 103:2, 108:12, 114:12, 114:13, 115:8, 115:10

**THOUGH** [6] - 19:15, 22:22, 24:6, 28:16, 32:7, 40:9

**THOUGHT** [2] - 48:10, 112:13

**THOUGHTS** [1] - 82:21

**THOUSANDS** [2] - 11:17, 13:3

**THREE** [9] - 9:20, 19:11, 30:9, 37:19, 42:21, 44:15, 63:24, 79:11, 102:13

**THREE-WORD** [1] - 63:24

**THRESHOLD** [1] - 85:6

**THROUGH** [9] - 14:18, 26:9, 55:6, 55:12, 77:24, 95:7, 99:18, 100:10, 107:16

**THUNDER** [1] - 9:19

**TIE** [1] - 113:22

**TIGHT** [1] - 67:11

**TIME** [36] - 15:19, 15:20, 15:21, 16:3, 33:21, 36:4, 36:15, 40:8, 42:8, 42:13, 44:17, 47:1, 47:20, 51:6, 56:16, 58:21, 60:13, 61:7, 61:13, 67:14, 68:14, 69:1, 69:7, 72:18, 86:4, 86:5, 95:2, 95:21, 97:16, 98:21, 100:13, 105:20, 113:11, 115:6

**TIMES** [4] - 28:13, 29:10, 49:1, 66:20

**TIMING** [5] - 29:1, 29:22, 33:8, 44:16, 63:4

**TO** [581] - 3:10, 4:14,

5:8, 5:11, 5:13, 5:24, 6:2, 6:4, 6:9, 6:17, 6:21, 6:24, 7:12, 7:16, 7:20, 7:25, 8:2, 8:3, 8:17, 8:21, 8:23, 9:2, 9:6, 9:7, 9:9, 9:11, 9:18, 9:20, 9:22, 9:24, 10:1, 10:19, 10:20, 10:23, 10:25, 11:4, 11:20, 11:23, 11:24, 12:2, 12:8, 12:14, 12:16, 13:2, 13:15, 13:20, 14:2, 14:4, 14:6, 14:25, 15:6, 15:15, 16:15, 16:19, 17:2, 17:3, 17:5, 17:8, 17:10, 17:12, 17:15, 17:16, 17:18, 17:20, 17:23, 18:6, 18:9, 18:11, 18:17, 18:24, 19:2, 19:7, 19:10, 19:11, 19:19, 19:22, 20:2, 20:4, 20:7, 20:9, 20:11, 20:17, 21:3, 21:4, 21:11, 21:12, 21:15, 21:23, 21:24, 22:1, 22:4, 22:9, 22:12, 22:18, 22:19, 22:23, 23:11, 24:4, 24:6, 24:9, 24:11, 24:23, 24:24, 25:6, 25:8, 25:14, 25:21, 25:23, 26:1, 26:6, 26:14, 26:20, 27:1, 27:2, 27:5, 27:11, 27:18, 27:21, 27:23, 28:4, 28:12, 28:22, 28:23, 28:25, 29:4, 29:7, 29:10, 29:15, 29:20, 30:5, 30:8, 30:13, 30:18, 30:25, 31:9, 31:21, 31:25, 32:6, 32:8, 32:16, 32:23, 33:10, 33:13, 33:14, 33:18, 34:1, 34:2, 34:4, 34:12, 34:16, 34:21, 34:23, 34:24, 35:3, 35:11, 35:14, 35:17, 35:22, 36:14, 36:17, 36:18, 36:19, 36:20, 37:8, 37:11, 37:14, 37:15, 38:5, 38:7, 38:9, 38:12, 38:23, 39:1, 39:2, 39:3, 39:6, 39:9, 39:12, 39:14, 39:15, 39:21, 40:4, 40:5, 40:9, 40:17, 40:21, 40:23, 41:1, 41:2, 41:5,

41:11, 41:15, 41:16, 41:19, 41:25, 42:4, 42:11, 42:15, 42:19, 43:1, 43:8, 43:11, 43:12, 44:3, 44:13, 44:15, 44:17, 44:19, 44:20, 45:4, 45:19, 45:20, 46:7, 46:13, 46:18, 46:24, 46:25, 47:1, 47:15, 47:20, 48:3, 48:23, 49:1, 49:7, 49:9, 49:15, 49:17, 49:24, 49:25, 50:1, 50:2, 50:7, 50:9, 50:11, 50:18, 50:20, 51:12, 51:14, 51:25, 52:6, 52:15, 53:5, 53:10, 53:13, 53:16, 53:23, 54:2, 54:6, 54:12, 54:13, 54:24, 55:4, 55:5, 55:9, 55:10, 55:15, 55:25, 56:1, 57:7, 57:13, 57:19, 57:20, 58:7, 58:8, 58:10, 58:14, 58:15, 58:18, 58:23, 59:7, 59:8, 59:10, 60:3, 60:5, 60:6, 60:13, 60:16, 60:23, 61:4, 61:9, 61:12, 61:13, 61:20, 61:25, 62:5, 62:9, 62:13, 62:15, 62:16, 62:17, 62:20, 63:4, 63:5, 63:8, 63:10, 64:2, 64:11, 65:2, 65:13, 65:17, 66:8, 66:14, 66:25, 67:5, 67:7, 67:9, 67:11, 67:13, 67:23, 68:2, 68:5, 68:7, 68:15, 68:16, 68:21, 68:25, 69:3, 69:9, 69:15, 69:17, 69:18, 69:22, 69:25, 71:2, 71:15, 71:22, 72:21, 73:1, 73:8, 73:10, 73:11, 73:16, 73:23, 74:1, 74:3, 74:7, 74:14, 74:15, 75:1, 75:4, 75:8, 75:17, 76:19, 76:21, 76:22, 77:3, 77:4, 77:9, 77:10, 77:23, 78:1, 78:14, 78:15, 78:16, 79:1, 79:4, 79:7, 79:9, 79:14, 79:18, 79:24, 79:25, 80:2, 80:4, 80:7, 80:8, 80:13, 80:17, 80:23, 81:6, 81:16, 81:17, 82:13,

82:14, 82:16, 83:8, 83:18, 84:15, 84:19, 85:1, 85:7, 86:6, 86:9, 86:12, 86:21, 88:4, 88:5, 88:8, 88:15, 88:18, 89:18, 90:11, 90:16, 91:4, 91:5, 91:8, 91:18, 91:20, 92:5, 92:8, 92:13, 92:14, 92:18, 93:2, 93:6, 93:11, 93:12, 93:20, 93:21, 94:3, 94:11, 94:20, 94:24, 95:3, 95:18, 95:19, 95:20, 95:21, 95:23, 96:11, 96:15, 96:16, 96:18, 96:20, 96:21, 96:22, 97:1, 97:5, 97:6, 97:9, 97:11, 97:13, 97:16, 97:17, 97:18, 97:19, 97:20, 97:21, 97:25, 98:1, 98:5, 98:15, 98:21, 99:1, 99:8, 99:12, 99:14, 99:22, 99:25, 100:8, 100:9, 100:13, 100:14, 100:17, 100:21, 100:22, 100:23, 100:25, 101:8, 101:13, 101:14, 101:16, 102:5, 102:9, 102:10, 102:11, 102:15, 102:18, 103:7, 103:11, 103:14, 103:20, 104:1, 104:6, 104:7, 104:11, 104:18, 104:23, 105:4, 105:8, 105:11, 105:18, 105:24, 106:6, 106:9, 106:11, 106:16, 107:9, 107:10, 107:15, 107:24, 108:3, 108:12, 108:15, 108:21, 108:23, 109:2, 109:18, 109:20, 109:23, 110:9, 110:10, 110:13, 110:14, 110:16, 110:17, 110:21, 111:1, 111:5, 111:11, 111:12, 111:20, 112:7, 112:10, 112:16, 112:17, 113:6, 113:9, 113:13, 113:22, 113:25,

114:5, 114:6, 114:10, 114:16, 114:20, 114:21, 114:22, 114:23, 115:1, 115:3, 115:5, 115:6, 115:8, 115:9, 115:10, 115:11, 115:13

**TODAY** [5] - 3:3, 4:15, 26:17, 108:16, 109:9

**TOGETHER** [5] - 43:4, 43:10, 65:13, 74:13, 115:9

**TOLD** [2] - 41:14, 69:13

**TOMORROW** [1] - 115:6

**TON** [1] - 114:25

**TOO** [5] - 27:19, 36:23, 61:9, 101:15, 115:13

**TOOK** [4] - 9:9, 18:2, 34:16, 70:13

**TORONTO** [1] - 109:8

**TOUCHES** [1] - 86:11

**TOWARD** [1] - 35:13

**TOWARDS** [1] - 21:21

**TOXIC** [6] - 14:14, 42:6, 43:8, 43:16, 46:9, 48:22

**TRACEABILITY** [1] - 95:13

**TRACEABLE** [1] - 93:21

**TRANSCRIPT** [2] - 1:23, 115:22

**TRANSCRIPTION** [1] - 1:23

**TRANSUNION** [2] - 93:4, 93:8

**TREATED** [1] - 110:18

**TREATMENT** [1] - 38:1

**TREMENDOUS** [1] - 99:15

**TRIED** [1] - 15:22

**TRIGGERING** [1] - 44:9

**TRIGGERS** [1] - 102:1

**TROUBLE** [1] - 28:19

**TRUE** [5] - 21:7, 72:8, 72:9, 103:21

**TRY** [3] - 14:25, 18:17, 84:15

**TRYING** [13] - 11:24, 14:6, 16:15, 16:19, 17:2, 17:20, 39:1, 40:4, 52:6, 63:5, 63:8, 79:9, 112:17

**TSCA** [21] - 7:14,

18:10, 20:10, 20:21, 47:7, 48:21, 48:22, 48:23, 52:18, 59:15, 70:22, 99:21, 99:25, 102:3, 104:19, 105:2, 105:3, 114:7, 114:11

**TSCA'S** [3] - 48:17, 53:8, 59:18

**TURN** [5] - 12:20, 70:23, 79:14, 80:17, 97:13

**TVA** [1] - 20:10

**TWICE** [5] - 29:12, 33:17, 33:19, 36:1, 97:12

**TWO** [18] - 27:18, 27:22, 30:9, 37:23, 43:24, 44:14, 48:18, 49:5, 61:6, 63:16, 64:5, 64:6, 73:8, 93:1, 103:2, 106:11, 112:12, 113:16

**TYPE** [5] - 17:12, 32:16, 74:8, 86:7, 86:25

**TYPES** [4] - 86:21, 89:8, 89:15, 90:9

**TYPICAL** [2] - 12:13, 113:24

**TYPICALLY** [4] - 86:22, 87:1, 100:4, 100:7

---

**U**

**U.S** [7] - 24:11, 30:19, 81:15, 88:24, 94:13, 94:14, 94:16

**U.S.C** [7] - 7:6, 46:13, 47:7, 47:11, 47:14, 47:24, 48:19

**ULTIMATELY** [1] - 95:1

**UNCOVERED** [2] - 54:15, 76:1

**UNDER** [36] - 8:12, 11:4, 17:16, 19:9, 20:12, 23:3, 25:15, 32:20, 34:7, 35:20, 36:9, 45:14, 46:5, 48:16, 49:2, 49:5, 50:25, 54:10, 56:10, 66:17, 67:25, 68:1, 71:9, 74:16, 75:6, 76:10, 76:11, 85:7, 92:15, 98:24, 99:25, 104:16, 105:3, 105:6, 105:19, 106:20

**UNDERGOES** [1] - 32:2

**UNDERSTAND** [18] - 12:10, 14:12, 16:20, 17:1, 17:2, 17:13, 17:14, 30:5, 32:8, 40:7, 72:14, 81:24, 85:9, 94:2, 98:11, 106:9, 107:22, 109:1

**UNDERSTOOD** [2] - 70:12, 106:10

**UNDISCOVERED** [1] - 40:3

**UNDISPUTED** [2] - 7:8, 98:16

**UNDULY** [1] - 112:16

**UNFAIRNESS** [1] - 16:17

**UNFLUORINATED** [1] - 13:24

**UNFORTUNATELY** [1] - 9:1

**UNINTENTIONAL** [3] - 81:1, 82:2, 84:8

**UNINTENTIONALLY** [11] - 72:1, 72:6, 73:6, 73:11, 73:12, 73:15, 77:11, 78:9, 80:20, 81:18, 83:12

**UNIQUE** [6] - 9:14, 25:1, 29:17, 33:20, 97:11, 100:16

**UNIQUENESS** [1] - 99:10

**UNITED** [17] - 1:1, 1:3, 1:15, 3:4, 3:10, 3:13, 5:8, 18:4, 18:7, 19:17, 45:3, 49:4, 86:19, 87:8, 88:12, 92:4, 92:10

**UNIVERSE** [1] - 105:17

**UNIVERSITY** [1] - 109:7

**UNLESS** [6] - 18:3, 18:4, 57:2, 59:17, 70:17, 109:20

**UNLIKE** [1] - 39:22

**UNNECESSARY** [1] - 104:13

**UNPACK** [2] - 61:2, 61:4

**UNREASONABLE** [4] - 8:3, 20:18, 20:19, 108:22

**UNREGULATED** [1] - 36:22

**UNTIL** [6] - 7:2, 8:20, 9:6, 40:3, 59:17, 79:1

**UNUSUAL** [3] - 23:18, 31:5, 31:19

**UNWITTINGLY** [3] - 17:11, 17:12, 112:1

**UP** [23] - 5:11, 7:17, 18:16, 19:10, 26:2, 27:5, 28:8, 28:12, 31:21, 34:14, 57:19, 59:10, 65:5, 66:8, 67:12, 78:25, 96:11, 97:10, 97:19, 98:1, 109:25, 113:22

**UPDATED** [2] - 10:15, 10:24

**UPFRONT** [1] - 105:20

**UPON** [3] - 12:1, 49:12, 52:11

**US** [9] - 2:4, 5:13, 31:13, 40:23, 42:15, 43:8, 68:16, 96:2, 100:14

**USE** [196] - 8:1, 11:20, 12:12, 14:15, 15:8, 15:12, 15:14, 15:20, 28:14, 29:14, 29:16, 30:17, 30:18, 31:6, 31:8, 31:14, 31:16, 31:17, 31:18, 31:20, 32:4, 32:11, 34:4, 34:7, 34:13, 34:19, 34:22, 35:4, 35:5, 35:16, 35:19, 35:20, 35:24, 36:9, 36:10, 36:21, 36:24, 37:3, 37:10, 37:14, 37:17, 37:23, 37:25, 38:1, 38:11, 39:7, 39:10, 39:20, 39:23, 40:1, 40:4, 40:20, 40:25, 41:18, 42:18, 43:7, 45:6, 45:7, 45:10, 45:11, 45:13, 45:14, 45:16, 45:17, 45:18, 45:20, 46:8, 46:15, 46:16, 46:18, 46:24, 47:18, 47:22, 47:23, 48:2, 48:9, 48:13, 48:14, 50:6, 50:18, 53:5, 53:10, 53:13, 53:14, 53:15, 53:18, 54:2, 54:8, 54:16, 54:17, 54:22, 55:2, 55:23, 56:8, 56:25, 57:1, 57:5, 57:6, 57:10, 57:11, 57:14, 57:22, 57:24, 57:25, 58:1, 58:4, 58:9, 58:19, 59:11, 59:14, 59:21, 60:11, 60:21, 61:6, 61:8, 61:15,

61:16, 61:21, 62:10, 62:15, 62:18, 62:21, 62:22, 63:7, 63:9, 63:11, 63:14, 63:20, 63:22, 63:24, 64:1, 64:3, 64:5, 64:7, 64:8, 64:10, 64:12, 64:23, 65:3, 65:4, 66:8, 66:25, 67:6, 67:7, 67:13, 67:23, 68:1, 68:19, 68:21, 68:22, 69:5, 69:19, 69:21, 69:22, 70:20, 78:5, 78:14, 81:11, 81:14, 89:25, 97:16, 99:13, 100:21, 101:5, 101:9, 101:10, 101:15, 101:22, 105:24, 106:23, 107:6, 108:2, 108:3, 108:7, 108:9, 111:4, 111:5, 111:25, 112:6, 112:8, 112:15, 112:19, 112:22

**USED** [17] - 28:3, 29:4, 31:10, 31:11, 46:2, 56:22, 60:3, 60:4, 60:6, 62:22, 66:15, 66:16, 78:19, 89:20, 94:1, 100:13, 113:4

**USEFUL** [2] - 28:2, 97:6

**USERS** [3] - 12:14, 56:20, 76:20

**USES** [37] - 7:17, 10:4, 10:8, 10:19, 11:1, 25:8, 34:20, 35:2, 35:20, 36:14, 37:21, 37:22, 38:2, 44:17, 45:24, 49:18, 50:3, 53:20, 54:19, 57:24, 58:24, 59:12, 60:5, 62:1, 62:2, 62:8, 65:10, 73:23, 86:6, 86:22, 88:16, 89:3, 90:13, 105:25, 106:1, 113:24

**USING** [15] - 4:14, 13:12, 30:20, 31:13, 36:21, 38:3, 38:4, 49:25, 61:24, 62:25, 63:1, 65:4, 65:16, 67:21, 68:5

**USUALLY** [1] - 31:5

**UTILITY** [1] - 21:15

---

**V**

**VAPORS** [1] - 86:13

**VARIOUS** [3] - 31:8, 79:12, 90:12

**VAST** [1] - 103:20

**VERB** [1] - 74:22

**VERBATIM** [1] - 83:10

**VERIFIED** [4] - 13:6, 58:7, 58:10, 58:11

**VERIFY** [1] - 58:15

**VERSION** [1] - 34:25

**VERSUS** [11] - 1:5, 3:4, 20:10, 45:6, 60:21, 66:13, 66:25, 68:21, 82:14, 82:15, 82:21

**VERY** [36] - 6:1, 7:1, 7:13, 7:24, 14:25, 16:21, 22:2, 22:4, 22:17, 25:20, 26:22, 30:11, 35:23, 36:15, 40:2, 53:8, 68:3, 80:11, 86:16, 89:18, 91:1, 97:9, 98:4, 98:22, 100:3, 101:7, 101:19, 102:19, 104:16, 105:22, 106:3, 109:21, 113:17, 114:21, 114:25, 115:19

**VIEW** [3] - 21:24, 31:1, 36:16

**VIOLATING** [1] - 24:12

**VIOLATION** [15] - 11:8, 14:5, 19:1, 40:24, 79:1, 79:5, 101:17, 101:25, 102:23, 103:5, 104:10, 104:17, 108:19, 112:18, 114:16

**VIOLATIONS** [2] - 114:7, 114:11

**VIRGINIA** [2] - 2:3, 4:2

**VIRTUE** [5] - 75:14, 75:19, 76:2, 76:12, 93:3

**VOCABULARY** [1] - 52:6

**VOLATILITY** [1] - 44:4

---

**W**

**WAIT** [4] - 55:22, 58:18, 100:22, 100:23

**WALK** [1] - 77:24

**WALKED** [1] - 28:12

**WANT** [32] - 5:13, 6:17, 6:21, 9:18, 17:3, 18:9, 21:22, 22:1, 28:21, 33:18,

39:9, 41:8, 44:19,
44:20, 61:20, 75:1,
77:23, 82:7, 82:9,
84:19, 85:1, 91:4,
91:20, 95:19, 95:23,
97:5, 97:9, 99:12,
100:14, 106:11,
108:21, 115:9

**WANTED** [9] - 4:14,
18:9, 29:7, 99:8,
101:14, 105:4,
105:11, 110:9, 114:5

**WANTS** [1] - 17:5

**WARRANTED** [1] -
20:21

**WAS** [111] - 7:13, 7:14,
7:15, 7:19, 8:3,
10:12, 11:24, 13:3,
13:9, 13:11, 13:16,
14:1, 15:13, 15:14,
15:15, 15:20, 17:19,
17:25, 18:2, 18:16,
22:21, 24:8, 24:21,
26:3, 27:25, 28:3,
28:25, 29:2, 29:4,
29:15, 30:3, 32:12,
34:20, 36:23, 38:6,
40:3, 40:19, 41:16,
46:25, 48:10, 48:24,
50:6, 50:17, 51:6,
51:7, 51:11, 51:14,
51:20, 52:14, 53:6,
53:9, 53:11, 54:8,
54:21, 54:24, 55:1,
56:1, 57:19, 57:24,
58:4, 58:7, 58:9,
59:21, 61:11, 61:12,
61:23, 66:4, 67:21,
68:17, 69:2, 70:16,
70:20, 72:6, 76:18,
78:16, 78:21, 81:4,
81:7, 81:16, 82:15,
83:7, 84:8, 95:12,
101:25, 103:16,
103:19, 105:5,
106:19, 107:3,
109:6, 109:14,
110:10, 110:15,
111:12, 111:17,
111:20, 112:14,
112:15, 112:17,
113:23, 114:15,
114:21

**WASHINGTON** [3] -
2:5, 2:13, 4:12

**WASN'T** [5] - 53:6,
58:6, 62:17, 82:14,
99:25

**WATER** [2] - 39:4,
76:5

**WAY** [29] - 12:12,
17:15, 19:17, 25:2,
25:25, 28:4, 30:8,
31:5, 31:22, 32:3,
43:12, 52:14, 56:1,
57:9, 60:6, 62:13,
62:20, 62:24, 68:24,
69:17, 73:10, 73:16,
88:6, 95:7, 97:11,
101:1, 101:2, 111:24

**WAYS** [2] - 39:3, 61:4

**WE** [188] - 3:3, 4:18,
5:10, 5:12, 6:3, 6:10,
6:22, 7:23, 13:15,
13:20, 13:25, 14:6,
14:10, 14:24, 16:14,
17:14, 17:17, 17:20,
17:25, 18:2, 18:16,
18:18, 18:24, 19:2,
19:15, 19:16, 19:20,
20:6, 20:7, 20:8,
20:9, 20:16, 20:20,
23:1, 25:1, 25:4,
25:7, 26:17, 27:14,
27:20, 28:15, 29:17,
30:11, 30:16, 31:7,
31:10, 31:12, 31:14,
31:16, 31:19, 31:20,
32:1, 32:10, 32:15,
32:19, 33:12, 34:4,
34:5, 34:6, 34:9,
34:24, 35:1, 35:2,
35:18, 35:25, 36:2,
36:3, 36:7, 36:10,
37:2, 37:14, 37:15,
37:22, 38:6, 40:7,
40:10, 40:13, 40:14,
40:24, 41:18, 41:25,
42:2, 42:3, 42:7,
43:19, 43:20, 43:22,
44:11, 52:2, 52:25,
53:2, 55:9, 55:10,
55:11, 55:22, 57:23,
62:16, 63:4, 63:17,
65:4, 66:12, 67:14,
67:19, 67:20, 68:21,
69:13, 69:14, 69:25,
70:3, 72:3, 74:10,
74:23, 76:18, 77:16,
79:3, 79:9, 80:11,
81:4, 82:9, 83:5,
83:9, 83:15, 84:14,
85:4, 85:9, 86:18,
86:20, 87:11, 87:12,
87:15, 88:9, 89:7,
89:8, 89:19, 92:2,
93:14, 96:6, 96:23,
97:11, 97:25, 98:1,
98:15, 98:21, 99:8,
99:15, 99:16, 100:5,
100:6, 100:7,

100:10, 100:15,
100:20, 100:21,
100:22, 100:23,
100:25, 101:12,
103:5, 103:12,
103:22, 104:1,
104:14, 104:15,
106:1, 106:4,
106:24, 108:16,
108:17, 108:19,
109:8, 109:12,
109:25, 111:2,
111:20, 111:25,
112:23, 113:24,
114:8

**WEB** [1] - 12:16

**WEDDED** [1] - 112:10

**WEEKS** [1] - 79:4

**WEIGHED** [1] - 46:21

**WELCOME** [1] - 5:7

**WELL** [57] - 5:6,
10:17, 11:4, 11:23,
12:5, 12:19, 13:19,
15:7, 17:24, 18:22,
20:1, 22:3, 22:15,
23:23, 24:23, 25:24,
30:11, 32:1, 32:10,
32:18, 32:22, 34:2,
34:25, 41:7, 41:9,
46:3, 50:9, 50:16,
54:19, 55:24, 65:3,
65:7, 67:2, 67:10,
67:13, 71:1, 72:15,
78:12, 81:6, 85:16,
87:17, 88:3, 89:1,
89:7, 95:14, 97:2,
97:24, 100:5,
102:12, 104:9,
106:21, 108:15,
109:2, 109:13,
109:19, 111:7,
114:14

**WERE** [38] - 6:4, 13:4,
13:16, 13:17, 14:6,
16:21, 26:4, 26:5,
27:1, 30:2, 33:22,
34:19, 36:2, 36:21,
39:22, 40:13, 42:25,
44:12, 50:9, 52:4,
54:20, 54:22, 55:22,
66:7, 68:5, 68:9,
68:13, 79:9, 79:11,
88:18, 88:19, 99:23,
101:9, 101:10,
101:11, 109:9,
109:15

**WHAT** [149] - 7:22,
8:13, 10:1, 11:24,
12:4, 12:18, 13:9,
14:12, 15:7, 16:13,

17:1, 17:4, 17:13,
17:14, 17:19, 17:22,
17:24, 18:24, 19:2,
19:5, 20:17, 21:16,
21:20, 23:22, 24:3,
25:22, 26:6, 27:24,
27:25, 28:5, 28:9,
28:12, 29:2, 30:3,
30:5, 30:6, 30:24,
31:19, 31:20, 31:21,
32:23, 33:6, 35:3,
35:25, 37:2, 37:4,
37:20, 39:6, 39:18,
39:23, 40:2, 40:3,
41:25, 42:7, 42:11,
42:15, 42:17, 42:18,
43:8, 43:13, 43:14,
43:17, 45:7, 45:8,
49:21, 51:3, 51:16,
52:7, 53:9, 53:11,
53:20, 54:18, 55:5,
55:14, 56:15, 57:15,
60:24, 60:25, 61:10,
61:24, 63:4, 65:3,
65:8, 65:20, 66:4,
66:15, 68:13, 69:8,
71:2, 71:3, 71:5,
73:18, 74:23, 75:9,
75:12, 77:12, 77:16,
77:20, 77:21, 78:10,
78:13, 78:25, 79:3,
79:15, 80:2, 80:16,
82:3, 83:10, 83:15,
84:7, 85:14, 86:18,
88:9, 89:1, 91:25,
93:8, 93:19, 94:24,
96:7, 97:5, 97:15,
97:25, 98:14, 100:7,
100:16, 101:23,
102:11, 103:11,
103:20, 104:12,
104:22, 105:13,
106:8, 107:7,
108:16, 108:17,
108:20, 109:2,
109:3, 109:23,
110:15, 111:14,
111:21, 112:14,
115:8, 115:13

**WHAT'S** [4] - 12:21,
21:20, 77:1, 77:2

**WHATEVER** [5] -
15:14, 30:10, 54:12,
67:5, 115:12

**WHEN** [32] - 6:5, 9:19,
15:8, 29:2, 31:6,
31:9, 31:25, 36:4,
42:11, 47:17, 48:8,
56:12, 58:11, 59:2,
63:9, 63:25, 64:5,
64:12, 68:8, 69:8,

73:1, 74:9, 75:22,
92:10, 102:20,
108:1, 110:24,
111:14, 111:25,
113:10, 114:5

**WHERE** [35] - 9:14,
9:20, 12:13, 13:2,
13:10, 15:12, 17:9,
20:8, 23:12, 29:12,
34:14, 34:17, 35:22,
36:19, 37:2, 40:6,
40:19, 43:6, 45:7,
45:8, 47:3, 54:11,
61:21, 65:19, 65:20,
68:17, 69:11, 80:4,
90:2, 90:6, 99:8,
99:22, 113:3,
113:23, 115:11

**WHEREAS** [1] - 74:2

**WHETHER** [38] -
13:17, 13:23, 16:4,
21:12, 29:10, 29:11,
33:8, 42:4, 43:14,
46:18, 46:19, 47:18,
50:5, 50:6, 52:4,
53:6, 54:8, 54:21,
54:25, 57:7, 57:14,
58:15, 66:14, 67:2,
70:21, 75:5, 86:15,
86:17, 93:25, 94:19,
100:11, 100:24,
101:25, 102:2,
103:21, 106:7

**WHICH** [78] - 12:17,
24:13, 28:9, 33:8,
33:18, 35:12, 37:7,
38:10, 43:9, 46:6,
46:21, 47:12, 47:23,
48:15, 49:3, 49:4,
50:10, 53:8, 59:18,
60:8, 60:9, 60:22,
62:7, 62:11, 62:14,
62:16, 63:17, 63:21,
64:4, 67:19, 69:12,
70:22, 71:14, 72:1,
72:22, 73:6, 73:20,
73:21, 73:24, 74:22,
76:18, 77:19, 79:10,
79:13, 80:12, 80:16,
81:25, 83:1, 83:10,
83:16, 86:16, 86:17,
86:22, 89:5, 89:20,
90:8, 90:13, 92:10,
93:23, 95:18, 98:22,
98:24, 99:21,
101:22, 102:4,
102:14, 102:22,
102:24, 103:13,
103:20, 104:16,
105:15, 106:7,
108:24, 109:6,

111:5, 114:8

**WHILE** [8] - 7:11, 14:17, 15:22, 16:24, 34:16, 100:9, 110:23, 115:3

**WHO** [4] - 38:17, 49:13, 62:25, 93:12

**WHOLE** [9] - 36:22, 37:22, 47:7, 49:1, 59:2, 63:11, 67:14, 74:12, 111:13

**WHOSE** [1] - 108:22

**WHY** [50] - 6:21, 6:22, 7:7, 10:14, 11:6, 11:12, 11:21, 12:3, 12:12, 12:15, 12:25, 14:8, 14:15, 14:18, 16:13, 17:13, 18:18, 19:14, 20:25, 21:4, 23:2, 25:13, 28:18, 28:21, 29:17, 31:25, 45:23, 46:3, 54:4, 55:6, 55:8, 55:13, 55:17, 56:6, 56:11, 56:12, 56:19, 56:20, 64:19, 64:20, 67:25, 89:12, 89:13, 89:16, 106:2, 106:9, 106:14, 107:4, 112:23

**WHYS** [1] - 28:19

**WILL** [55] - 4:17, 5:11, 5:12, 5:14, 5:18, 5:22, 5:24, 8:13, 8:22, 10:7, 13:20, 19:8, 19:12, 19:18, 19:19, 21:6, 21:14, 22:25, 24:18, 26:14, 38:13, 39:12, 40:7, 41:5, 41:20, 80:7, 81:5, 86:1, 90:21, 90:24, 91:17, 91:23, 95:20, 96:3, 96:14, 96:17, 96:19, 97:16, 100:15, 100:20, 106:8, 106:24, 109:5, 109:24, 109:25, 110:7, 112:20, 113:2, 113:3, 113:6, 114:1

**WILLFUL** [2] - 52:22, 53:1

**WILLFULLY** [1] - 68:10

**WIN** [2] - 25:11, 50:20

**WINDOW** [2] - 57:20, 58:25

**WITH** [141] - 3:7, 3:10, 3:15, 3:17, 4:17, 4:20, 5:3, 6:3, 6:11,

6:18, 6:21, 7:18, 8:25, 9:4, 9:21, 10:2, 10:18, 11:14, 11:21, 13:4, 13:21, 13:22, 14:4, 14:13, 14:18, 15:1, 15:4, 16:5, 19:24, 20:4, 20:20, 21:13, 21:25, 23:21, 25:1, 25:3, 25:14, 26:3, 27:1, 27:13, 27:23, 33:1, 33:19, 34:17, 35:1, 36:19, 40:1, 40:5, 40:9, 40:13, 40:23, 42:23, 43:15, 44:9, 45:5, 45:9, 46:24, 47:23, 48:15, 48:16, 49:7, 49:14, 49:15, 49:16, 54:7, 54:8, 56:13, 59:7, 60:3, 60:5, 60:6, 61:5, 61:7, 63:10, 63:14, 64:5, 65:4, 65:13, 66:12, 66:14, 68:16, 69:18, 70:3, 70:15, 72:2, 72:5, 72:6, 72:22, 73:7, 73:23, 74:1, 74:19, 75:5, 75:9, 76:9, 77:9, 77:10, 78:22, 79:24, 79:25, 80:1, 80:4, 81:2, 83:16, 83:19, 84:9, 84:18, 84:19, 84:21, 84:25, 85:5, 86:10, 87:13, 87:16, 91:18, 93:2, 93:12, 93:18, 94:8, 98:2, 99:2, 99:15, 99:16, 100:17, 101:13, 101:24, 102:3, 103:1, 103:6, 103:21, 105:12, 105:19, 109:2, 110:14, 111:2, 111:24, 112:18, 115:5

**WITHHOLD** [1] - 106:16

**WITHIN** [3] - 18:7, 19:10, 88:7

**WITHOUT** [4] - 18:12, 40:21, 80:20, 83:12

**WORD** [20] - 29:3, 46:1, 46:24, 48:25, 62:21, 63:24, 64:12, 72:12, 73:9, 73:14, 73:15, 75:3, 77:9, 78:19, 80:4, 106:8

**WORDS** [5] - 16:17,

40:18, 49:10, 76:7, 100:20

**WORK** [13] - 13:2, 15:1, 15:3, 37:15, 62:21, 73:8, 76:8, 86:9, 89:3, 94:1, 100:13, 114:25, 115:9

**WORKED** [2] - 8:25, 101:3

**WORKING** [2] - 43:4, 86:5

**WORKS** [3] - 35:6, 94:8, 101:2

**WORRY** [1] - 82:2

**WORSE** [2] - 44:6, 94:23

**WORST** [1] - 6:14

**WORST-CASE** [1] - 6:14

**WOULD** [97] - 4:15, 4:17, 6:4, 6:8, 6:9, 11:8, 12:19, 16:4, 16:5, 17:22, 20:12, 21:23, 21:24, 22:19, 23:12, 27:5, 28:21, 30:25, 33:10, 34:18, 36:17, 38:8, 40:9, 40:17, 40:18, 45:19, 50:11, 50:24, 51:23, 51:24, 51:25, 52:22, 53:7, 53:12, 53:13, 53:14, 53:15, 54:14, 54:19, 55:20, 56:9, 57:9, 57:12, 57:13, 57:23, 58:13, 58:14, 61:5, 63:9, 63:12, 65:8, 66:10, 67:10, 68:6, 70:22, 70:23, 73:19, 75:7, 75:12, 76:4, 76:11, 76:12, 78:13, 79:23, 80:2, 80:23, 83:18, 86:8, 90:11, 90:19, 91:7, 93:16, 93:20, 94:3, 94:5, 95:1, 95:3, 95:6, 95:18, 95:21, 96:16, 96:18, 96:21, 97:5, 97:7, 98:19, 99:24, 102:19, 107:12, 107:14, 108:18, 109:3, 115:8, 115:10

**WOUND** [1] - 95:6

**WOW** [1] - 55:9

**WRAP** [1] - 109:25

**WRITE** [2] - 75:4, 75:8

**WRITING** [2] - 108:16, 115:4

**WRITTEN** [1] - 45:8

**WRONG** [1] - 46:4

**WROTE** [2] - 20:24, 61:11

---

# Y

**YEAR** [4] - 12:7, 25:19, 94:18, 102:13

**YEAR-AND-A-HALF** [1] - 102:13

**YEARS** [2] - 14:22, 18:17

**YES** [44] - 9:17, 9:19, 13:8, 14:23, 15:16, 18:14, 21:3, 22:13, 22:16, 23:19, 24:1, 25:12, 35:4, 38:22, 43:5, 45:11, 46:12, 56:18, 57:17, 59:2, 64:18, 64:25, 70:11, 70:15, 71:17, 74:6, 74:12, 75:24, 78:3, 80:25, 82:16, 82:19, 83:20, 85:3, 89:24, 90:1, 91:14, 95:10, 95:14, 96:24, 99:23, 108:4, 110:1, 113:21

**YET** [5] - 8:6, 44:24, 44:25, 111:11, 111:12

**YOU** [330] - 4:18, 5:8, 5:13, 6:3, 6:4, 6:5, 6:6, 6:8, 6:9, 6:12, 6:20, 6:25, 7:6, 8:18, 8:19, 8:22, 9:19, 9:23, 10:21, 10:24, 12:13, 12:16, 13:14, 13:22, 15:4, 16:15, 16:16, 17:16, 17:17, 17:23, 18:8, 18:9, 18:17, 19:3, 19:14, 19:22, 19:24, 20:2, 20:4, 20:13, 20:24, 21:3, 21:9, 21:11, 21:20, 21:22, 22:1, 22:2, 22:11, 23:15, 23:23, 24:22, 25:11, 26:7, 26:9, 26:13, 26:14, 26:22, 26:25, 27:3, 27:5, 27:6, 27:7, 27:10, 27:12, 27:17, 27:24, 28:18, 28:21, 29:2, 29:6, 29:9, 30:8, 30:13, 31:1, 31:3, 31:6, 31:13, 31:25, 32:19, 32:23, 33:5, 33:15, 33:17, 33:19, 35:4, 35:11, 36:19, 36:20, 36:21, 36:23, 37:5, 37:8, 37:10, 37:12,

37:14, 37:18, 37:20, 37:21, 38:10, 38:12, 38:13, 39:5, 39:11, 39:12, 39:19, 39:21, 40:9, 40:16, 40:18, 40:22, 40:25, 41:1, 41:20, 41:21, 41:22, 42:6, 42:7, 42:17, 42:20, 43:20, 43:25, 44:9, 44:12, 45:1, 47:3, 47:4, 47:6, 48:25, 51:9, 52:24, 54:13, 54:24, 55:4, 56:18, 57:2, 57:4, 58:18, 60:18, 60:19, 61:2, 61:7, 61:10, 61:20, 61:24, 63:10, 63:13, 64:6, 64:12, 64:23, 65:2, 65:7, 65:9, 65:11, 65:19, 65:20, 66:6, 66:9, 67:1, 67:16, 68:7, 68:8, 68:9, 68:15, 69:6, 69:8, 69:9, 69:11, 69:15, 69:17, 69:18, 69:19, 70:2, 70:7, 70:15, 70:19, 71:1, 73:20, 74:13, 74:14, 74:19, 74:21, 74:25, 75:1, 75:2, 75:19, 75:21, 76:7, 76:8, 76:10, 76:21, 76:25, 77:12, 77:18, 78:2, 78:10, 78:21, 79:7, 79:8, 79:9, 79:13, 79:14, 79:17, 80:10, 80:17, 80:18, 81:23, 81:24, 82:6, 82:7, 82:11, 82:13, 82:17, 82:20, 84:2, 84:11, 84:12, 84:24, 85:1, 87:10, 87:12, 87:15, 87:18, 87:24, 89:1, 89:12, 89:22, 90:16, 90:21, 90:24, 91:3, 91:18, 91:20, 91:24, 93:18, 93:22, 94:12, 94:14, 94:17, 95:18, 95:19, 95:21, 96:2, 96:11, 96:14, 96:16, 96:17, 96:18, 96:20, 96:22, 97:2, 97:6, 97:9, 97:10, 97:15, 97:17, 98:3, 98:11, 98:13, 99:1, 99:3, 99:4, 99:17, 100:5, 100:8, 100:9, 102:10, 102:18, 102:22, 102:24, 103:6, 103:23, 104:14, 104:18,

104:22, 106:22,
106:23, 107:7,
107:10, 108:7,
108:15, 109:1,
109:5, 109:17,
110:1, 110:3, 110:6,
110:7, 110:9,
110:12, 110:15,
110:17, 110:20,
111:13, 111:15,
112:10, 113:14,
113:15, 113:18,
114:1, 114:3,
114:20, 114:25,
115:9, 115:10,
115:11, 115:18
**YOU'RE** [1] - 99:5
**YOUR** [152] - 3:9, 3:12,
3:22, 3:24, 4:1, 4:3,
4:5, 4:10, 4:19, 5:10,
5:17, 5:19, 5:22,
6:12, 6:25, 7:1, 7:8,
7:13, 7:15, 8:5, 9:10,
9:18, 11:7, 12:23,
13:18, 14:7, 15:10,
15:17, 15:25, 16:14,
18:16, 18:23, 19:2,
19:14, 20:1, 20:6,
20:23, 21:24, 22:3,
22:18, 23:22, 24:1,
24:22, 25:18, 25:19,
25:25, 26:8, 26:10,
26:18, 26:22, 26:24,
27:7, 28:25, 30:9,
30:14, 30:19, 31:25,
33:18, 34:1, 35:18,
35:22, 37:11, 38:12,
38:13, 38:23, 41:1,
42:21, 44:23, 45:2,
46:5, 46:12, 47:5,
47:16, 47:25, 48:19,
49:5, 50:4, 51:1,
52:6, 52:8, 52:15,
52:17, 54:3, 54:19,
54:24, 56:5, 56:17,
57:5, 57:16, 58:21,
59:4, 60:1, 60:18,
61:4, 67:25, 68:2,
69:16, 70:2, 70:19,
71:10, 71:17, 71:23,
72:11, 73:18, 73:19,
74:6, 75:11, 75:16,
75:20, 75:21, 76:4,
76:14, 76:24, 79:7,
79:21, 79:22, 82:22,
82:25, 83:5, 83:9,
84:1, 84:4, 84:12,
85:11, 85:12, 85:13,
85:17, 87:20, 87:22,
87:25, 88:1, 88:2,
90:11, 90:15, 90:17,
91:9, 92:3, 93:14,
96:19, 96:22, 103:6,
103:11, 103:15,
103:18, 103:24,
109:4, 110:1,
110:12, 113:16,
113:23