**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | NO.   22-5055 |
| | : | |
| INHANCE TECHNOLOGIES, LLC | : | |

## ORDER

**AND NOW**, this 4th day of December 2023, upon considering plaintiff's notice of EPA's issuance of orders after review of Inhance's significant new use notices (DI 68), and defendant's notice of issuance of unilateral order and 90-day suspension of SNUN review period (DI 69), it is **ORDERED**:

1.      The government, Inhance, and intervenors shall file briefs no longer than 15 pages by **December 11, 2023**, addressing — at least — the issues of (1) whether DI 10, 37, 40, and 42 are moot; and, (2) any effects the EPA's actions described in DI 68 have on ripeness issues raised in DI 10 or mootness of the entire case;

2.      The government shall also file copies of the EPA's orders discussed in DI 68 (temporarily under seal, if necessary) no later than **December 11, 2023**; and,

3.      We will hold a case management videoconference over Microsoft Teams on **December 14, 2023** at **10:00 A.M.** and will send a videoconference link by e-mail to all counsel of record.

_____
**MURPHY, J.**