# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-60620    Inhance Technologies. v. EPA
                Agency No. SN-23-0002
                Agency No. SN-23-0004
                Agency No. SN-23-0005
                Agency No. SN-23-0003
                Agency No. SN-23-0006
                Agency No. SN-23-0008
                Agency No. SN-23-0009
                Agency No. SN-23-0010
                Agency No. SN-23-0011

Enclosed is an order entered in this case.

Respondent is requested to expedite filing of the Administrative Record.

An expedited briefing schedule will issue shortly. Paper copies of all briefs will be due for filing immediately after electronic filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. Joel Tom Boer
Ms. Susan Cook
Mr. Daniel Jeffrey Martin
Ms. Catherine Emily Stetson

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-60620
_____

Inhance Technologies, L.L.C.,

*Petitioner*,

*versus*

United States Environmental Protection Agency;
Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

_____

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. SN-23-0002
Agency No. SN-23-0004
Agency No. SN-23-0005
Agency No. SN-23-0003
Agency No. SN-23-0006
Agency No. SN-23-0008
Agency No. SN-23-0009
Agency No. SN-23-0010
Agency No. SN-23-0011
_____

No. 23-60620

# UNPUBLISHED ORDER

Before Jones, Higginson, and Ho, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Petitioner's unopposed motion for expedited briefing and argument is GRANTED.

IT IS FURTHER ORDERED that Petitioner's unopposed motion for an administrative stay of EPA's December 1, 2023 orders pending issuance of the mandate is GRANTED.