IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 22-5055 |
| **INHANCE TECHNOLOGIES LLC,** | |
| *Defendant.* | |

### Notice of Issuance of Briefing Schedule and Tentative Calendaring of Oral Argument in the Related Case Before the United States Court of Appeals for the Fifth Circuit

Plaintiff the United States of America ("United States"), on behalf of the United States Environmental Protection Agency ("EPA"), submits this notice to inform the Court that on December 13, 2023, in case no. 23-60620, *Inhance Technologies LLC v. EPA* (5th Cir. 2023) (C.A.5 ECF No. 29), the Office of the Clerk of the United States Court of Appeals for the Fifth Circuit issued a letter to counsel, which provides for the following briefing schedule:

- Inhance's brief and record excerpts are due December 22, 2023;

- The United States' brief is due January 22, 2024;

- Any reply brief by Inhance (and appendix if necessary) "will be due 7 days after filing of the" United States' brief.

Ex. 1 at 1 (Letter from Office of the Clerk). The letter further states: "The case is tentatively calendared for oral argument the week of February 5, 2024." *Id.* at 2.

Per this Court's directive to counsel at the December 14, 2023 case management conference, the United States will continue to keep this Court informed of developments in the related case in the Fifth Circuit.

[Signature on Following Page]

Respectfully submitted,

Dated: December 15, 2023     FOR THE UNITED STATES OF AMERICA

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Richard Gladstein
**RICHARD GLADSTEIN**, D.C. Bar #362404
Senior Counsel
**JONAH SELIGMAN**, La. Bar #38890
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
(202) 514-1711
Richard.Gladstein@usdoj.gov
Jonah.Seligman@usdoj.gov

**JACQUELINE C. ROMERO**
United States Attorney
Eastern District of Pennsylvania

**GREGORY B. DAVID**
Chief, Civil Division

**ERIN E. LINDGREN**
Assistant United States Attorney
Office of United States Attorney 615 Chestnut Street, #1250
Philadelphia, Pennsylvania 19106
Erin.Lindgren@usdoj.gov

Of Counsel:
**N. LINSDAY SIMMONS**
**ALEXANDER DERGARABEDIAN**
Attorney-Advisors
Chemical Risk and Reporting Enforcement Branch
Waste and Chemical Enforcement Division | Office of Civil Enforcement, OECA
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C
(202) 564-3223
Simmons.Lindsay@epa.gov
Dergarabedian.Alexander@epa.gov

## CERTIFICATE OF SERVICE

The foregoing notice has been filed electronically using the ECF system and is available for viewing and downloading from the ECF system.  Counsel for the Plaintiff also has served by email an electronic copy of this notice on counsel for Defendant and counsel for Intervenor-Plaintiffs Center for Environmental Health, Public Employees for Environmental Responsibility, and Mr. Jay De La Rosa.

DATE: December 15, 2023                    */s/ Richard Gladstein*
                                            RICHARD GLADSTEIN