**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-5055 |
| | : | |
| **INHANCE TECHNOLOGIES, LLC** | : | |

# ORDER

**AND NOW**, this 22nd day of March 2024, upon considering plaintiff's notice of issuance of Opinion by the United States Court of Appeals for the Fifth Circuit (DI 87), and defendant's notice of the Fifth Circuit decision (DI 88) in response to our March 19, 2024 order (DI 86), it is **ORDERED**:

1. We will hold a case management videoconference over Microsoft Teams on **April 9, 2024** at **12:00P.M.** and will send a videoconference link by e-mail to all counsel of record; and

2. The parties may submit written proposals regarding how the case should proceed no later than **April 8, 2024**.

_____
MURPHY, J.