**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  22-5055 |
| | : | |
| **INHANCE TECHNOLOGIES, LLC** | : | |

# ORDER

**AND NOW**, this 8th day of April 2024, upon considering the parties' briefs (DI 90, 91) in response to our March 22, 2024 order (DI 89), it is **ORDERED**:

1. We **cancel** the April 9, 2024 case management videoconference.

2. The **stay** will be maintained indefinitely.

3. Plaintiff shall file a notice when the United States Court of Appeals for the Fifth Circuit issues its mandate.

_____
MURPHY, J.