**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  22-5055** |
| | : | |
| **INHANCE TECHNOLOGIES, LLC** | : | |

## <u>ORDER</u>

AND NOW, this 9th day of April 2024, upon considering intervenor-plaintiffs' motion to vacate (DI 94) our April 8, 2024 order (DI 92), it is **ORDERED** intervenor-plaintiffs' motion to vacate (DI 94) is **DENIED**.[1]

MURPHY, J.

---

[1] Intervenors' conduct in this case sets an impressive new bar for unnecessary multiplication of proceedings.  And it doesn't help that intervenors' latest filing is rife with overstatement.  This is a case about the propriety and consequences of *government* agency action.  The *government* says it is not ready to take a position on how to proceed in light of the Fifth Circuit's decision, and asked us to wait for the mandate.  That is not too much to ask.  We will.