# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **INHANCE TECHNOLOGIES LLC,** *Defendant.* | CIVIL ACTION NO. 22-5055 |

## Notice of Issuance of the Mandate of the United States Court of Appeals for the Fifth Circuit in the Related Matter

Pursuant to this Court's order directing Plaintiff, the United States of America, to "file a notice when the United States Court of Appeals for the Fifth Circuit issues its mandate," (DI 92), the United States hereby notifies the Court that on May 13, 2024, the United States Court of Appeals for the Fifth Circuit issued its mandate in case no. 23-60620, *Inhance Technologies LLC v. EPA* (5th Cir. 2024). *See* Ex. 1 (Fifth Circuit's mandate). The Fifth Circuit's mandate—which "consists of a certified copy of the judgment, a copy of the court's opinion, if any, and any direction about costs," FED. R. APP. P. 41(b)—vacates the orders of the United States Environmental Protection Agency that Inhance challenged.

Respectfully submitted,

Date: May 13, 2024

**FOR THE UNITED STATES OF AMERICA**

**TODD KIM**
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

- 2 -

     /s/ *Richard Gladstein*
**RICHARD GLADSTEIN**, D.C. Bar #362404
Senior Counsel
**JONAH SELIGMAN**, La. Bar #38890
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
(202) 514-1711
Richard.Gladstein@usdoj.gov
Jonah.Seligman@usdoj.gov

**JACQUELINE C. ROMERO**
United States Attorney
Eastern District of Pennsylvania

**GREGORY B. DAVID**
Chief, Civil Division

**ERIN E. LINDGREN**
Assistant United States Attorney
Office of United States Attorney 615 Chestnut Street, #1250
Philadelphia, Pennsylvania 19106
Erin.Lindgren@usdoj.gov

Of Counsel:
**N. LINSDAY SIMMONS**
**ALEXANDER DERGARABEDIAN**
Attorney-Advisors
Chemical Risk and Reporting Enforcement Branch
Waste and Chemical Enforcement Division | Office of Civil Enforcement, OECA
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C
(202) 564-3223
Simmons.Lindsay@epa.gov
Dergarabedian.Alexander@epa.gov

## CERTIFICATE OF SERVICE

The foregoing notice has been filed electronically using the ECF system and is available for viewing and downloading from the ECF system. Counsel for the Plaintiff also has served by email an electronic copy of this notice on counsel for Defendant and counsel for Intervenor-Plaintiffs Center for Environmental Health, Public Employees for Environmental Responsibility, and Mr. Jay De La Rosa.

DATE: May 13, 2024                    */s/ Richard Gladstein*
                                       RICHARD GLADSTEIN