IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>INHANCE TECHNOLOGIES LLC,<br><br>*Defendant.* | CIVIL ACTION NO. 22-5055 |

**United States' Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency, hereby gives notice that it voluntarily dismisses its action in the above-captioned matter.  Under Rule 41(a)(1)(A)(i), the United States may dismiss this action because "the opposing party"—Defendant Inhance Technologies LLC—has not "serve[d] an answer or a motion for summary judgment."

This notice is self-executing, and its effect is a "dismissal . . . without prejudice."  FED. R. CIV. P. 41(a)(1)(B); *see also Polansky v. Exec. Health Res. Inc*, 17 F.4th 376, 389 (3d Cir. 2021) ("The effect of that notice [under Rule 41(a)(1)(A)] is 'automatic and immediate,' such that 'no order of the district court is needed to end the action[.]'" (quoting *In re Bath & Kitchen Fixtures Antitrust Litig.*, 535 F.3d 161, 165 (3d Cir. 2008)), *aff'd sub nom. United States, ex rel. Polansky v. Exec. Health Res., Inc.*, 599 U.S. 419 (2023).

Respectfully submitted,

Date: May 13, 2024          **FOR THE UNITED STATES OF AMERICA**

**TODD KIM**
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice


 /s/ Richard Gladstein
**RICHARD GLADSTEIN**, D.C. Bar #362404
Senior Counsel
**JONAH SELIGMAN**, La. Bar #38890
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
(202) 514-1711
Richard.Gladstein@usdoj.gov
Jonah.Seligman@usdoj.gov

**JACQUELINE C. ROMERO**
United States Attorney
Eastern District of Pennsylvania

**GREGORY B. DAVID**
Chief, Civil Division

 **ERIN E. LINDGREN**
 Assistant United States Attorney
 Office of United States Attorney 615 Chestnut Street, #1250
 Philadelphia, Pennsylvania 19106
 Erin.Lindgren@usdoj.gov

Of Counsel:
**N. LINSDAY SIMMONS**
**ALEXANDER DERGARABEDIAN**
Attorney-Advisors
Chemical Risk and Reporting Enforcement Branch
Waste and Chemical Enforcement Division | Office of Civil Enforcement, OECA
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C
(202) 564-3223
Simmons.Lindsay@epa.gov
Dergarabedian.Alexander@epa.gov

## CERTIFICATE OF SERVICE

      The foregoing notice has been filed electronically using the ECF system and is available for viewing and downloading from the ECF system. Counsel for the Plaintiff also has served by email an electronic copy of this notice on counsel for Defendant and counsel for Intervenor-Plaintiffs Center for Environmental Health, Public Employees for Environmental Responsibility, and Mr. Jay De La Rosa.

DATE: May 13, 2024　　　　　　　　　　　　*/s/ Richard Gladstein*
　　　　　　　　　　　　　　　　　　　　　　RICHARD GLADSTEIN