**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  22-5055** |
| | : | |
| **INHANCE TECHNOLOGIES, LLC** | : | |

## <u>ORDER</u>

    **AND NOW**, this 14th day of May 2024, upon considering plaintiff's notice of voluntary dismissal (DI 97), it is **ORDERED** the parties shall file briefs on the issues of whether the United States is entitled to a voluntary dismissal in light of the presence of the intervenors, and whether the action may or must be maintained in the absence of the United States as a party, due no later than **May 17, 2024**.

MURPHY, J.