IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | Civil Action No. 5:22-cv-05055-JFM |
| ) | |
| v. ) | |
| ) | |
| INHANCE TECHNOLOGIES LLC, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |
| ) | |

NOTICE OF VOLUNTARY DISMISSAL
BY INTERVENOR-PLAINTIFFS PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY,
CENTER FOR ENVIRONMENTAL HEALTH AND JAY DE LA ROSA

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), intervenor-plaintiffs Public Employees for Environmental Responsibility, Center for Environmental Health and Jay De La Rosa hereby give notice that they voluntarily dismiss their action. Voluntary dismissal under Rule 41(a)(1)(A)(i) is permissible because defendant Inhance Technologies LLC has not "serve[d] an answer or a motion for summary judgment." Because the government has also filed a notice of voluntary dismissal, the entire action must be dismissed. This notice is self-executing, and its effect is a "dismissal . . . without prejudice." FED. R. CIV. P. 41(a)(1)(B).

May 17, 2024

      Respectfully submitted,

    */s/ Michael D. Fiorentino*
    Michael D. Fiorentino
    LAW OFFICE OF MICHAEL D. FIORENTINO
    PA Bar No. 73576
    42 E. Second St., Suite 200
    Media, PA 19063
    (610)-566-2166
    mdfiorentino@gmail.com

*Attorney for Intervenor-Plaintiffs*
*/s/ Robert M. Sussman*

Robert M. Sussman
*Pro Hac Vice*
SUSSMAN & ASSOCIATES
DC BAR NO. 226746
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
bobsussman1@comcast.net
*Attorney for Intervenor-Plaintiff Center for Environmental Health and Jay De La Rosa*

*/s/ Paula Dinerstein*
Paula Dinerstein
*Pro Hac Vice*
General Counsel
PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY
DC BAR NO. 333971
962 Wayne Avenue, Suite 610 Silver Spring, MD 20910
202-265-7337
pdinerstein@peer.org
*Attorney for Intervenor-Plaintiff Public Employees for Environmental Responsibility*